1:25-cv-08098
Judge Sara L. Ellis
Magistrate Judge Jeffrey T. Gilbert
RANDOM / Cat. 1

BC

FILED
7/16/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AXK

Dipesh Singla

01/07/2025

**Clerk of Court**

United States District Court

Northern District of Illinois, Eastern Division

219 South Dearborn Street

Chicago, IL 60604

**Re: Cover Letter and Requests with Initial Filing**

Dear Clerk of Court:

Plaintiff is submitting this letter along with initial filing. Please accept it as a cover note and also as a respectful list of requests and clarifications to assist the Court in managing this case.

Plaintiff have used a pseudo name nearly everywhere in the documents. Plaintiff respectfully request the Court to allow this, seal my identity, and prohibit the sharing of Plaintiff personal details or any video or video footage from this case with the public record, to protect privacy and safety.

This complaint has not yet been proofread or updated by an attorney. Plaintiff have tried many resources but was unable to find private counsel so far. Plaintiff file this in good faith as a whistleblower, and request that the Court please appoint an attorney (preferably complex case) to help prepare, update, refile this case properly, and represent plaintiff. Plaintiff also ask that if possible, the Court give me some time to work with the assigned attorney before issuing summons, so we can make sure all allegations are correctly stated. If that is not possible, Plaintiff still request the case to proceed so Plaintiff don't lose my right to sue these parties.

Plaintiff have not yet been able to draft a **full short** version of the complaint with plain statements covering all allegations as usually required, since Plaintiff need attorney help for that. There are also some defendants yet to be identified and added, and potential claims or classifications of violations that an attorney would typically see which Plaintiff have not included yet without legal guidance. Therefore, please allow future amendments, additions, or removals as my appointed attorney might recommend. Full redacted version of complaint is attached in the packet. Please allow full version of complaint (non redacted) to be submitted to you but no docketing should happen since personal details, medical records, emails, disability information, assault information etc is there in that. Plaintiff found and reserved some of the screenshot of attorney outreach and job rejections, the one that are found is in folder plaintiff want to send if required for IFP but don't want to docket that just to be presented to Hon'ble Judge and clerk for determination of IFP status, since that have name and other details it's not added to packet.

Please excuse any typos, formatting issues, or unclear content in Plaintiff filings. Plaintiff prepared this alone, without legal expertise. The full complaint documents have a hyperlinked table of content to the content below in the document.

This filing is made in good faith, and Plaintiff have tried to get jobs to fund this, but still have no positive outcome (Plaintiff could provide proof if that's required). Plaintiff respectfully request a waiver of the filing fee, attorney fee (Appoint one), and the summons issuance and delivery fee.

Plaintiff kindly ask that the Court consider ordering an initial investigation, which may also help frame the issues more precisely for an attorney to work on. Plaintiff also want to request protection from self-incrimination or similar things.

Plaintiff request permission to receive Court documents and communications by email, which would be faster and more manageable for Plaintiff being overseas. Regarding summons: since some defendants (like university staff) regularly use email, Plaintiff ask if it is possible to allow service of summons by email to help reduce costs and delays. Also, if anyone viewing the docket wants to reach me to offer help, Plaintiff ask if the Court could please verify them first and then direct them to me if appropriate (not sure if it works that way).

Plaintiff put my real name in the email form. Will that be sealed? Will it show up on the public docket? Plaintiff would like to know before you docket it since plaintiff request that name should not come on docket list.

Thank you for your understanding. Plaintiff hope the Hon'ble Court sees that this is filed in good faith, that Plaintiff have tried hard to do it correctly, and Plaintiff welcome guidance on how to proceed.

**Sincerely,**

Dipesh Singla