1:25-cv-08098
Judge Sara L. Ellis
Magistrate Judge Jeffrey T. Gilbert
RANDOM / Cat. 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

**Dipesh Singla,**

**Vs.**

**The University of Chicago, et al.**

**MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS PURSUANT TO LR 3.3**

NOW COMES Plaintiff, appearing pro se, and respectfully moves this Honourable Court for leave to proceed **in forma pauperis** under **Local Rule 3.3** and **28 U.S.C. § 1915**, and in support thereof, states as follows:

1. Plaintiff seeks to file a civil complaint and is unable to pay the required filing fees due to being unemployed implying financial hardship. Plaintiff has no sufficient funds costs and expenses associated with this litigation.

2. In accordance with **LR 3.3(b) and (c)**, Plaintiff has contemporaneously submitted:

    o   A completed **IFP petition**;

    o   A sworn **financial affidavit** using the court's approved form;

    o   A proposed civil complaint stamped "received" by the Clerk.

3. Under **LR 3.3(d)**, Plaintiff respectfully requests that, should the Court grant this motion, the complaint be deemed **filed as of the date of the Court's order**. Alternatively, if the complaint is time-sensitive, Plaintiff prays that the filing date be deemed as of the date it was received by the Clerk.

4. Plaintiff also respectfully requests that, pursuant to **LR 3.3(g)**, the **United States Marshal be authorized to effect service of process** on the Defendant(s) without payment of fees, unless otherwise ordered by the Court.

**WHEREFORE, Plaintiff respectfully requests that the Court:**

1. Grant Plaintiff leave to proceed **in forma pauperis**;

2. Order that the complaint be filed without prepayment of the filing fee;

3. Direct the U.S. Marshal to serve process without charge; and

4. Grant any other relief the Court deems just and proper.