



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| Plaintiff(s) | ) | 1:25-cv-08098 |
|  | ) | Judge Sara L. Ellis |
| v. | ) | Magistrate Judge Jeffrey T. Gilbert |
|  | ) Case Number: | RANDOM / Cat. 1 |
|  | ) |  |
|  | ) | Judge: |
| Defendant(s | ) |  |

## MOTION FOR ATTORNEY REPRESENTATION
**(NOTE: Failure to complete all items may result in the denial of this motion. )**

1. I, _____, declare that I am the (check appropriate box)
   ☐ plaintiff   ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation: **(NOTE: This item must be completed.)**

   but I have been unable to find an attorney because:

3. I declare that (check all that apply):
   *(Now:)*
   ☐   I *am not* currently represented by an attorney requested by the Court in any federal criminal or civil case.

   OR

   ☐   I *am* currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

   *(Earlier:)*
   ☐   I *have not* previously been represented by an attorney requested by the Court in any federal criminal or civil case.

   OR

   ☐   I *have* previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check ·one):
   ☐   I have attached an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐ I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case, and it is still true and correct.

☐ I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case. However, my financial status has changed and I have attached an Amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. ☐ I declare that my highest level of education is (check one):

  ☐ Grammar school ☐ Some high school ☐ High school graduate
  ☐ Some college ☐ College graduate ☐ Post-graduate

6. ☐ I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check only if applicable.)

7. ☐ I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court Pro Se Assistance Program. (Check only if applicable.)

8. ☐ I declare under penalty of perjury that the foregoing is true and correct.

Dipesh Singla                                   _____
Signature of Movant                             Street Address

_____          _____
Date                                            City, State, Zip

Other cases in which an attorney requested by this Court has represented me:

| Case Name: _____ | Case No.: _____ |
|---|---|
| Attorney's Name: _____ This case is still pending  ☐ Yes  ☐ No | |
| The appointment was limited to settlement assistance: ☐ Yes  ☐ No | |
| Case Name: _____ | Case No.: _____ |
| Attorney's Name: _____ This case is still pending  ☐ Yes  ☐ No | |
| The appointment was limited to settlement assistance: ☐ Yes  ☐ No | |
| Case Name: _____ | Case No.: _____ |
| Attorney's Name: _____ This case is still pending  ☐ Yes  ☐ No | |
| The appointment was limited to settlement assistance: ☐ Yes  ☐ No | |

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Team,

For Motion of Attorney Representation, Plaintiff had filled that he is a college graduate since due to this case with university master's (post-graduate) is not completed yet.

Also Plaintiff don't have USA address now, so please suggest what I have to do as of now old address that Plaintiff have access to mail is added but I want to preferably get all things through email.

Also name is filled as John Doe, but sign with original non pseudo name, please let me know if these are confidential document plaintiff can add his original name in there and update and send it asap.

Also Plaintiff request to keep that confidential especially with personal details

Please let Plaintiff know if correction need to be made.

best.