**BC**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS



FILED

7/16/2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AXK

**Dipesh Singla**

Plaintiff,

v.

**The University of Chicago, et al.**

Defendant.

1:25-cv-08098
Judge Sara L. Ellis
Magistrate Judge Jeffrey T. Gilbert
RANDOM / Cat. 1

**MOTION FOR APPOINTMENT OF COUNSEL UNDER LR 83.35 AND LR 83.36**
NOW COMES Plaintiff, appearing pro se, and respectfully moves this Honourable Court for the appointment of counsel pursuant to **28 U.S.C. § 1915(e)(1)** and the Court's **Local Rules 83.35 and 83.36**, and in support states as follows:

1. **Plaintiff is indigent** and unable to afford and find private legal representation, as will be detailed in the attached affidavit of financial status in compliance with **LR 3.3(a)(2)**.

2. Plaintiff has made **diligent and substantial efforts** to obtain private counsel by contacting multiple law firms, pro bono legal aid organizations, civil rights attorneys, and public interest advocates. However, Plaintiff has been unable to secure representation due to the **complexity, resource demands, current financial situation not being employed, powerful defendants and institutional nature** of the case.

3. The present matter involves **serious and complex legal issues**, including but not limited to **constitutional claims, retaliation, federal civil rights violations (including claims under Title IX and 42 U.S.C. §§ 1983 and 1981), and allegations implicating protected activities and institutional misconduct**.

4. Plaintiff's claims are not frivolous and present a plausible basis for relief. However, due to the **legal, procedural, and evidentiary complexity**, Plaintiff respectfully submits that **self-representation would prejudice the fair administration of justice**.

5. Pursuant to **LR 83.36(a)**, this motion is accompanied by a completed application form and affidavit of financial status. Plaintiff is eligible for assignment based on financial need and substantial good-faith efforts to obtain counsel independently.

6. Plaintiff further requests that the Court consider this case for inclusion in the **District's Pro Bono Program**, as outlined under **LR 83.35(b)**, or for referral to the **William J. Hibbler Memorial Pro Se Assistance Program** if appropriate.

**WHEREFORE, Plaintiff respectfully prays that this Honourable Court:**

1. **Grant this Motion for Appointment of Counsel** pursuant to 28 U.S.C. § 1915(e)(1), LR 83.35, and LR 83.36;

2. Appoint a qualified member or a panel member for this complex issue of the **Trial Bar** from the Pro Bono Panel to represent Plaintiff;

3. Provide any further relief that this Court deems just and appropriate under the circumstances.

Respectfully submitted,

**Dipesh Singla**