BC

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS



**Dipesh Singla**

**Vs**

**The University of Chicago, et al.**

No. 1:25-cv-08098
Judge Sara L. Ellis
Magistrate Judge Jeffrey T. Gilbert
RANDOM / Cat. 1

**MOTION TO SEAL IN FORMA PAUPERIS APPLICATION AND RESTRICT DISCLOSURE**

Plaintiff respectfully moves this Hon'ble Court pursuant to Fed. R. Civ. P. 5.2(d), Local Rule 26.2, and the Court's inherent authority to file under seal Plaintiff's **Application to Proceed In Forma Pauperis (IFP)** and supporting affidavit, and to restrict access to such documents from both the general public and Defendants. In support of this motion, Plaintiff states as follows:

1. Plaintiff is a financially indigent individual currently seeking leave to proceed without payment of fees under 28 U.S.C. § 1915.

2. The IFP application contains highly sensitive financial and personal information, including income, assets, debts, housing circumstances, and familial obligations, disclosure of which would subject Plaintiff to unnecessary embarrassment and could compromise personal safety and dignity.

3. Disclosure of this information to the public and Defendants is not necessary to adjudicate the merits of the underlying claims, as the IFP application solely concerns the Plaintiff's eligibility to proceed without fees and with attorney or attorney panel for complex case.

4. Plaintiff further requests that the IFP application be withheld from Defendants, as Plaintiff reasonably fears that the disclosure of this sensitive material could be used to retaliate, intimidate, or undermine Plaintiff's credibility, especially given the power imbalance between the parties.

6. The sealing of the IFP application and restriction of its disclosure would not prejudice Defendants and is narrowly tailored to serve compelling privacy interests.

**WHEREFORE, Plaintiff respectfully requests that the Court:**

1. Grant leave to file the In Forma Pauperis application and affidavit **under seal**;
2. Order that the sealed documents be **inaccessible to the general public and Defendants**;
3. Grant any further relief the Court deems just and proper.

Respectfully submitted,

Dipesh Singla