1:25-cv-08098
Judge Sara L. Ellis
Magistrate Judge Jeffrey T. Gilbert
RANDOM / Cat. 1

**FILED 7/16/2025 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

**MOTION TO RESTRICT RECORDING AND PUBLIC ACCESS TO REMOTE VIDEO PROCEEDINGS**

Plaintiff respectfully moves this Honourable Court to limit the recording and dissemination of any remote video proceedings in this matter, and in support states the following:

1. Plaintiff will be requesting to appearing remotely.
2. The nature of the case involves sensitive and potentially stigmatizing issues, and Plaintiff has a legitimate concern that public access to video recordings may lead to further harassment, retaliation, or reputational harm.
3. Plaintiff is a pro se litigant, and appearing from a foreign jurisdiction further heightens risks of exposure if proceedings are publicly archived or broadcast.
4. Federal court policy disfavors recording or public broadcast of civil proceedings unless specifically authorized and for compelling reasons.
5. Plaintiff respectfully requests that the Court (a) refrain from recording any remote video hearings, or (b) if a recording is required for internal court purposes, that such recording remain sealed and not be made accessible to the public or Defendants.
6. This request is narrowly tailored and does not seek to limit the Defendant's access to proceedings or impair the integrity of the judicial process, but rather to protect Plaintiff's privacy and safety.

**WHEREFORE, Plaintiff respectfully requests that this Court:**

1. Order that any video proceedings in this case not be recorded for public access;
2. Alternatively, if recording occurs, order that the recording be sealed and withheld from public and/or Defendant access;
3. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dipesh Singla