BC

FILED
7/16/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AXK

IN THE UNITED STATES DISTRICT COURT

FOR THE Northern District of Illinois, Eastern Division

**Dipesh Singla,**

Plaintiff,

v.

**The University of Chicago, et al.,**

Defendants.

### PLAINTIFF'S MOTION FOR ORDER TO RESTRICT DISCLOSURE OF PLAINTIFF'S DOCUMENTS AND INFORMATION

Plaintiff respectfully moves this Honorable Court to issue an order **warning and directing Defendants (and anyone acting in concert with them, including those outside the United States)** not to share, publish, disclose, or discuss any documents, evidence, or personal information provided by or related to Plaintiff outside the confines of this litigation, including on the internet or with third parties who are not directly involved in this case.

### GROUNDS FOR THIS MOTION

1. **Risk of Defamation, Harassment, and Further Harm:** Plaintiff believes there is a serious risk that Defendants or individuals aligned with them, including persons outside the United States could share documents or sensitive information from this case publicly or with unrelated parties, which may lead to defamation, harassment, threats, or other harm to Plaintiff.

2. **Sensitive Allegations and Identities:** The case involves allegations that name or imply persons who may attempt to retaliate. Public dissemination or casual discussion of these documents could severely damage Plaintiff's reputation, cause emotional distress, or expose Plaintiff to additional misconduct.

3. **Risk of Data Leaks or Improper International Sharing:** Plaintiff is concerned that because some Defendants may be outside the United States, and because in the name of potential data breaches or improper sharing, sensitive information could be published online or disclosed to third parties in ways that violate Plaintiff's rights to privacy, due process, and personal safety.

4. **Preservation of Fair Proceedings:** Preventing improper sharing of documents and allegations will protect the integrity of this proceeding, avoid unnecessary public spectacle, and ensure that the case is decided on the merits in this Court, not in the court of public opinion or through international and intentional leaks.

**REQUESTED RELIEF**

Therefore, Plaintiff respectfully asks the Court to:

1. Order that Defendants (and anyone acting on their behalf, including employees, agents, attorneys, and international counterparts) not disclose, discuss, publish, or otherwise share any documents produced in this case, or information concerning Plaintiff derived from these proceedings, outside this litigation.

2. Direct that all such documents and communications be kept confidential, and that any sharing be limited strictly to necessary participants in this case (e.g., attorneys, parties, expert witnesses under protective duty).

3. Warn Defendants that any violations of this order may result in sanctions, including contempt, criminal violations.

4. Grant such further relief as the Court deems just and proper.

Plaintiff makes this motion in good faith to protect personal privacy, avoid undue harm and harassment, and preserve the integrity of this litigation.

**Respectfully submitted,**

**Dipesh Singla**