Judge Sara L. Ellis
Magistrate Judge Jeffrey T. Gilbert
RANDOM / Cat. 1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

**FILED**
7/16/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Dipesh Singla**

v.

**The University of Chicago, et al.**

**MOTION FOR JURISDICTIONAL DETERMINATION**

Plaintiff, respectfully moves this Hon'ble Court to determine and confirm its jurisdiction over this case based on the following allegations:

1. The Court has jurisdiction over this case under 28 U.S.C. § 1331 because the claims are brought under the laws and Constitution of the United States.

2. The Court has supplemental jurisdiction over the state law claims in this case under 28 U.S.C. § 1367 because the state law claims are related to the federal claims.

WHEREFORE, Plaintiff prays that this Court confirm its jurisdiction over this matter and grant such other and further relief as may be just and proper.

Given the apparent procedural and substantive irregularities that have allegedly occurred including retaliation following a discrimination grievance and administrative decisions lacking due process Plaintiff respectfully note that this may be a matter the Court could properly address *sua sponte*, consistent with its inherent obligation to uphold judicial fairness and protect constitutional rights.

Respectfully submitted,

Dipesh Singla