IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| **Dipesh Singla,** | ) | 1:25-cv-08098 |
| | ) | Judge Sara L. Ellis |
| Plaintiff, | ) | Magistrate Judge Jeffrey T. Gilbert |
| | ) | RANDOM / Cat. 1 |
| v. | ) | |
| | ) | |
| **THE UNIVERSITY OF CHICAGO, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO PROCEED UNDER PSEUDONYM AND TO FILE REDACTED COMPLAINT**

Plaintiff, by and through the undersigned pro se, respectfully moves this Honourable Court for leave to proceed under the pseudonym "John Doe" and to file a redacted version of the Complaint on the public docket, while filing an unredacted version under seal pursuant to Local Rule 26.2. In support of this motion, Plaintiff states as follows:

1. Plaintiff is a former graduate student and student-employee at the University of Chicago. The underlying claims include retaliation, disability discrimination, defamation, due process violations, and whistleblower-related misconduct.

2. Public disclosure of Plaintiff's identity would expose him to a significant risk of further reputational, professional, academic, and personal harm, particularly in the event of an unfavourable disposition of the matter.

3. This case involves highly sensitive allegations, including wrongful termination following protected activity, fabricated evidence, and misuse of institutional disciplinary power. The nature of the claims implicates deeply personal information, including health conditions, disability accommodations, immigration status, and sexual misconduct complaints.

4. Courts within this jurisdiction and others have permitted pseudonymous litigation where the plaintiff has a legitimate privacy concern that outweighs the public's interest in disclosure. See *Doe v. Stegall*, 653 F.2d 180 (5th Cir. 1981); *Doe v. Elmbrook Sch. Dist.*, 658 F.3d 710 (7th Cir. 2011); *Doe v. Indiana Black Expo, Inc.*, 923 F. Supp. 137 (S.D. Ind. 1996).

5. Plaintiff is not seeking anonymity to evade accountability but to preserve access to justice while avoiding irreversible harm to his reputation, career prospects, and mental well-being.

6. Plaintiff is willing to disclose his identity to the Court and to opposing counsel, under seal or protective order as directed by the Court, and requests only that his personal identity not be made public in filings accessible via PACER or other public repositories.

7. This request is narrowly tailored and does not prejudice Defendants. The public can still access the legal and factual basis of this case through a redacted version of the Complaint.

WHEREFORE, Plaintiff respectfully requests that this Court grant leave to proceed under the pseudonym "John Doe," permit filing of a redacted Complaint for public access, and allow the unredacted version to be filed under seal, along with all subsequent filings containing identifying information.

Respectfully,

Dipesh Singla, Pro Se Plaintiff