IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

(EASTERN DIVISION)

**Dipesh Singla,**

Plaintiff,

v.

**UNIVERSITY OF CHICAGO, et al.,**

Defendants.

**MOTION TO CONSIDER PENDING MOTIONS BEFORE TRIAL BEGINS**

COMES NOW, Plaintiff, respectfully requesting that this Court consider and rule on all pending motions, including Plaintiff's previously filed Motion for Appointment of Counsel and Motion to Proceed In Forma Pauperis (IFP), prior to the commencement of trial proceedings.

**1. Necessity of Pre-Trial Ruling:** Plaintiff respectfully submits that prompt consideration of these motions is necessary to ensure a fair and orderly process. The issues in this case involve alleged violations of multiple federal, state, and constitutional rights. Due to the complexity and potential legal ramifications, it is essential that Plaintiff have adequate assistance of appointed counsel to ensure proper representation and presentation of the case.

**2. Opportunity to Prepare and Refine Legal Arguments:** Should counsel be appointed, Plaintiff will benefit from the ability to refine and clearly articulate claims and legal theories in an efficient and procedurally correct manner, including proper amendment of pleadings, identification of relevant claims, and strategic framing of evidence. This will also serve judicial efficiency and economy by reducing avoidable procedural issues.

**3. In the Interest of Justice:** In light of Plaintiff's pro se status and no legal training, failing to consider these motions before trial may result in significant prejudice to Plaintiff. Plaintiff seeks only the opportunity to be fairly heard with the aid of legal counsel in accordance with constitutional protections.

**WHEREFORE**, Plaintiff respectfully requests that this Court (1) promptly consider and rule upon the Motion to Appoint Counsel and Motion to Proceed In Forma Pauperis, and (2) stay or postpone any trial setting until such motions have been resolved, in the interest of justice and to allow Plaintiff meaningful access to the Court.

Respectfully submitted, Dipesh Singla