IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

(EASTERN DIVISION)

**Dipesh Singla,**

Plaintiff,

v.

**UNIVERSITY OF CHICAGO, et al.,**

Defendants.

## PLAINTIFF'S MOTION TO RECEIVE DOCUMENTS AND COURT NOTICES VIA EMAIL

NOW COMES Plaintiff, pro se, and respectfully moves this Honorable Court for an order permitting all filings, court orders, and related notices in this matter to be delivered electronically to Plaintiff's email address "dipeshsingla668@gmail.com", in lieu of physical mail. In support of this Motion, Plaintiff states the following:

1. Plaintiff is proceeding **pro se** and does not have access to CM/ECF electronic filing privileges available to attorneys.

2. Plaintiff resides at not in USA, and requests that all notices and filings be served via email at the following address:
   **dipeshsingla668@gmail.com**

3. Receiving documents and orders via email will ensure timely communication, prevent delays in mail delivery, and assist in maintaining orderly proceedings in this matter.

4. Plaintiff agrees to monitor the above email address regularly and acknowledges responsibility for checking and retaining such correspondence.

5. Plaintiff respectfully requests that this Court authorize the Clerk to send all communications, filings, orders, and notices in this matter to the above-listed email address until further order of the Court.

**WHEREFORE**, Plaintiff respectfully requests that this Court enter an order directing that all documents, filings, and court notices in this case be sent to Plaintiff at the email address listed above.

Respectfully submitted,

Dipesh Singla