**BC**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION**



FILED
7/22/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PJJ

Case No. 1:25-cv-08098
Hon. Judge Sara L. Ellis
Magistrate Judge Jeffrey T. Gilbert

**PLAINTIFF'S REQUEST TO ALLOW COMMUNICATION BY EMAIL AND TO FILE CURRENT ADDRESS UNDER SEAL OR IN REDACTED FORM**

To the Honourable Judges and the Court:

Plaintiff respectfully submits this request for leave to (1) conduct case-related communications and service via email due to current overseas residence, and (2) file Plaintiff's current physical address if required in a sealed or redacted format due to serious safety concerns referenced throughout the pleadings in this matter.

**1. Email Communication Request**

Plaintiff is currently located outside the United States due to the circumstances giving rise to this lawsuit, as outlined in the full complaint. Plaintiff respectfully requests that the Court allow for the service of Court orders, filings, and communications via Plaintiff's designated email address on record. Plaintiff will comply with all filing deadlines, responses, and instructions via email and e-filing as needed.

**2. Motion for Redacted or Sealed Address Filing**

For privacy and safety concerns directly connected to the named Defendants in this case, Plaintiff has not disclosed a current physical address publicly or in the complaint. Plaintiff fears retaliation and intrusion as detailed in prior filings. If the Court determines that providing a physical mailing address is required, Plaintiff respectfully requests permission to file such information:

- Under seal, accessible only to the Court and Clerk;

Plaintiff makes this request pursuant to the Court's inherent authority to manage sensitive information, and consistent with privacy protections under Rule 5.2 of the Federal Rules of Civil Procedure.

**Final comment:**

In light of Plaintiff's safety concerns and international location, Plaintiff respectfully requests that:

1. Email be authorized as the primary form of communication and service;
2. File of address as required redacted from the opposing parties and counsel etc, and being provided only to Hon'ble Judge, and Clerk of Court.

3. Further plaintiff request to allow that all litigation process to be in online(virtual) mode, since plaintiff is not sure about visa restrictions now. Since SEVIS Record is terminated as told by the defendant university, plaintiff have no robust idea about USA Visa status, since visa is still there on plaintiff's passport and probably university haven't said anything specifically about USA Visa.

4. Allow additional defendants if any latest list is attached below in this letter.

Plaintiff thanks the Court for its consideration and remains committed to full participation in the proceedings under the conditions set forth.

Respectfully submitted,

Dipesh Singla

**Defendant Parties:** University of Chicago, Board of Trustee's at The University of Chicago, University of Chicago Senate, Provost Uchicago (And Office), President Office Uchicago (And Office), Department of Physics, Campus and Student Life, Harris School of Public Policy, UChicago human resources, Social Sciences Computing Services, University of Chicago Bursar Office, Mansueto Institute for Urban Innovation, Office of International Affairs, Student Disability Service, University of Chicago Medicine, University of Chicago Hospitals, Chartwells Higher Education University of Chicago, Uchicago Dinning, Campus Dining Advisory Board, Teamsters Local 743, University of Chicago Arts, Graduate Student United (Uchicago),  Equal Opportunity Programs,  Dean Kate Shannon Biddle (Harris School of Public Policy), Dean Ethan Bueno de Mesquita, Dean Bahareh Lampert, Dr. Don Coursey, Dr. Bruce Meyer, Dr. Marin Bautista,  Dean Micheal Hayes, President Paul Alivisatos, Provost Katherine Baicker, Melissa B. M. Vergara, Jeremy W Inabinet , Danielle Nemschoff, Angie Gleghorn (HR), Christina Klespies, Traci Verleyen Hope, Carol Bridgeman(CSI), Annie Diamond(Divisional Coordinator, Social Science Collegiate), Dr. Ada Palmer, Ayrelle Giles (QAD, Chartwells Higher Education), Arun Banotra (SSCS), Bart Longacre (Assistant Dean for Information Technology, SSCS), Diana González (SSD Dean Office), Dean and office of Social Sciences Division, Kerry Sharkey (SSCS), Scott Bradwell (SSCS), Shomari Tate (SSCS), Nelson Balbarin (SSCS), Cory Martin (SSCS), Arkus Rose (Rustandy), Cara Parrish (Uchicago Arts), Logan center,  Erin Brenner (Logan center), Frank Gilbert (Logan Center), Brian Wilson (Mansueto Institute for urban innovation), Aimee Giles-Scott, Heidi Lee, Professor Dr. John Burrows, Jasmin Johnson, Christina Klespies (SSD HR), Mary Mcclelland, Office for Sexual Misconduct Prevention, Megan Heckel (Office for Sexual Misconduct Prevention), Vickie Sides, Vogel Labs,  Uchicago facilities, Title IX and ADA/Section 504 Coordinator offices/group at UChicago, Department of Safety and Security, Sexual Assault Dean on Call, Campus Security Authority UChicago,  Uchicago CARES, The Center for Awareness, Resolution, Education & Support, Uchicago Help, Uchicago Library, Jim/Tim(University of Chicago Regenstein library, document delivery department)