**BC**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION**



**FILED**
**8/5/2025**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JKS

**Case No. 1:25-cv-08098**
**Hon. Judge Sara L. Ellis**
**Magistrate Hon'ble Judge Jeffrey T. Gilbert**

**PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND RELATED RELIEF UNDER FED. R. CIV. P. 4(f)(3), 5.2, AND OTHER RULES, AND THE COURT'S INHERENT AUTHORITY, WITH UPDATED LIST OF DEFENDENTS WITH NAME, EMAIL AND OFFICIAL ADDRESSES OF THE DEFENDENTS, LINEANCE AND EXPEDIATION OF THIS MOTION TO TIMELY SUMMON DEFENDENTS**

Plaintiff respectfully moves this Court for an order permitting alternative service of summons pursuant to Federal Rule of Civil Procedure 4(e)(1), 4(f)(3) (not limited to these relevant rules), and applicable local rules, and in support states as follows:

1. **Introduction and Background**
   Plaintiff is unable to practicably serve all Defendants via traditional means due to their varied and distant locations, which would require substantial time, expense, and effort to serve personally or via conventional mail services. Several Defendants maybe located out of state or overseas, rendering such service unduly burdensome. Plaintiff himself is overseas from U.S.A. Further plaintiff met couple of them in Hyde Park, some of them over email only and don't have full address.

2. **Prior Attempt to Waive Filing Fees**
   Plaintiff has already filed a motion to the Hon'ble Court for a waiver of fees and appointment of attorney. Given limited resources and the logistical complications involved, alternative service is the most efficient and equitable option under the circumstances.

3. **Email Addresses and Work Affiliation**
   Plaintiff possesses valid email addresses for most to all Defendants, including those associated with the University of Chicago ("UChicago") and affiliated institutions and individuals. Further the ones that plaintiff may not have defendant university haves their addresses and emails as well. These emails are regularly monitored by Defendants, as many of them are employed at or report to the university or are a office or agent or an affiliate institution or entity of the defendant university. Numerous Defendants are likely to receive or become aware of communications directed to their institutional emails.

4. **University's Prior Practice of Email-Based Proceedings**
   Plaintiff notes that the University of Chicago itself has conducted all internal disciplinary procedures, notices, and communications with Plaintiff electronically, including via email. The disciplinary panel primarily functioned online and also got these through email and not via traditional means, and the university has repeatedly

used digital communication for official business with Plaintiff. Although mode of summons is not at all mentioned in student manual (https://d3qi0qp55mx5f5.cloudfront.net/studentmanual/i/basic_pages/StudentManual_2016-17_August28.pdf?mtime=1561666213 and website) plaintiff alleges that it was not even mandatory for plaintiff to respond to summons as the summons were received over email since legal channels does not naturally allow it and university didn't mention it explicitly in their own rules for discipline to simplify their process conveniently for them, and if in case it happens this way all the time plaintiff was not aware of it, and even if it's a tort that further justifies that everyone use email since staff, student, and everyone can be disciplined by one system or the other, in this case university used different systems for same violation sometime at will, while other time discipline all over through emails. Plaintiff was copied to personal email also for summons so plaintiff strongly asserts that whoever joins university as a student, staff, or any other agent university have their emails. So plaintiff ask court to order defendant university of Chicago to provide all personal and professional emails, and physical mailing addresses (just in case required), so that if allowed by honorable judge summons can be served.

5. **Equity and Judicial Efficiency**
Plaintiff now kindly request the same convenience and efficiency in service of process that the University afforded itself when dealing with Plaintiff for its retaliatory and sham discipline. Permitting email service will ensure prompt and reliable notice to Defendants and serve the interests of justice and judicial economy.

6. **Alternative Service Request**
Accordingly, Plaintiff respectfully requests that the Court enter an order allowing service of the Summons and Complaint on all Defendants including individuals and institutional parties such as the University of Chicago, it's offices, and affiliated personnel via the following methods:

   o **Email Service:** Using each Defendant's professional/work email address, which is known to be current and active.

   o **Waiver of Service (FRCP 4(d)):** Alternatively, Plaintiff seeks leave to request waiver of service from all Defendants through email communication, under the same consolidated case caption.

   o **Plaintiff have requested marshals service (or similar service) without cost to plaintiff, being said that request them to make copies and do full process end to end, and mail if allowed by hon'ble court or else let plaintiff proceed with emails.**

7. **Defendants Covered by This Motion**
This request applies to all named Defendants in the caption of this case, including but not limited to University of Chicago, UChicago Medicine, and all individual Defendants affiliated with these institutions.

**WHEREFORE**, Plaintiff respectfully requests that this Court:

8. Grant Plaintiff leave to serve the Summons and Complaint via email on all Defendants listed in the case caption and/or marshall service at no cost to plaintiff, or cost to each defendents;

9. Expedite this motion and allow leniency so that motions can be served in time.

10. Alternatively, authorize Plaintiff to request waivers of service via email pursuant to Federal Rule of Civil Procedure 4(d);

11. Order defendant university to provide personal and professional emails, and, physical addresses, of all defendants. Check and update the emails below if anything is wrong so that justice will be given to plaintiff because also university have data advantage anyways than plaintiff.

12. Allow and/or order this case as **public interest** case as alleged by the plaintiff to be published to online platforms like Justia, FindLaw, Pacer monitor,  and all other platforms like such, since plaintiff believes it will allow person who have issues with university to testify amongst the hon'ble court and that will further help plaintiff for it's claims to become more strong from testimonies potentially possible especially for similar matter that had happened to other individuals also.

13. Order that such service be deemed sufficient and proper under the circumstances; and

14. Grant such other and further relief as the Court deems just and proper.

Attached the table with email, addresses, name and phone numbers etc for defendants. Please update the list of defendants if there are more people by any chance (Request to clerk of courts)

Attached in today's batch of documents the AO398, 399, 440e forms filled

**Respectfully submitted,**

Date: August 4, 2025

Dipesh Singla

Plaintiff, Pro Se

dipeshsingla668@gmail.com

+17734571046

**Defendant Parties and email:**

| Defendants | Emails | Link to email | Mailing address (optional) |
|---|---|---|---|
| University of Chicago | infocenter@uchicago.edu | https://www.uchicago.edu/contact-us | 5801 S. Ellis Ave. Chicago, IL 60637 infocenter@uchicago.edu Phone: 773.702.1234 |
| Board of Trustee's at The University of Chicago | | https://trustees.uchicago.edu/ , https://secretary.uchicago.edu/ | Office of the Secretary of the University Edward H. Levi Hall 5801 S. Ellis Ave., Suite 302 Chicago, IL 60637 |
| University of Chicago Senate | | https://sof.uchicago.edu/council-of-the-university-senate/ | Secretary of the Faculties University of Chicago 5801 South Ellis Avenue Chicago, IL 60637 |
| Provost Uchicago (And Office) | provost@uchicago.edu | https://provost.uchicago.edu/about#block-block-6 | Office of the Provost The University of Chicago Edward H. Levi Hall 5801 South Ellis Avenue Chicago, Illinois 60637 773.702.1234 |
| President Office Uchicago (And Office) | president@uchicago.edu | https://president.uchicago.edu/about-the-office/staff (Multiple emails of staff at office) | Office of the Secretary of the University Edward H. Levi Hall 5801 S. Ellis Ave., Suite 302 Chicago, IL 60637 |
| Department of | physics-chair@listhost.uch | https://physics.uchicago.edu/, https://physics.uchicago.edu/about/c | Department of Physics |

| Physics | icago.edu , scychol@uchicago.edu | ontact-us/ | 5720 South Ellis Avenue Room 201 Chicago, IL 60637 P: 773-702-7006 |
|---|---|---|---|
| Campus and Student Life | studentlife@uchicago.edu | https://csl.uchicago.edu/ ,https://csl.uchicago.edu/about/contact-us/ | Campus and Student Life Behar Family House 5711 South Woodlawn Avenue Chicago, IL 60637 773-702-5243 |
| Harris School of Public Policy | harrisschool@uchicago.edu | https://harris.uchicago.edu/ , https://harris.uchicago.edu/contact-us | **The Keller Center** Address: 1307 E. 60th Street, Chicago, IL 60637 Phone: 773.702.8400 |
| UChicago human resources | benefits@uchicago.edu, verifications@uchicago.edu, elrelations@uchicago.edu, compensation@uchicago.edu, talentacquisition@uchicago.edu uchicagointranet@uchicago.edu | https://intranet.uchicago.edu/human-resources/ , https://intranet.uchicago.edu/human-resources/about-human-resources/contact-hr https://intranet.uchicago.edu/human-resources/about-human-resources/leadership-team | Human Resources office is located at: **Drexel Building (southwest part of campus)** 6054 South Drexel Avenue |
| Social Sciences Computing Services | sscs@uchicago.edu | https://sscs.uchicago.edu/ | Social Sciences Computing Services 1155 E 60th Street Chicago, IL 60637 (773) 702-0793 |
| University of Chicago Bursar | bursar@uchicago.edu | https://bursar.uchicago.edu/en/contact-us | University of Chicago Bursar 6030 South Ellis |

| Office | | | Avenue Chicago, IL 60637 United States |
|---|---|---|---|
| Mansueto Institute for Urban Innovation | miurban@uchicago.edu | https://miurban.uchicago.edu/ | 1155 E 60th Street Chicago, IL 60637 (773) 702-7894 |
| Office of International Affairs | international-affairs@uchicago.edu | https://internationalaffairs.uchicago.edu/ , https://internationalaffairs.uchicago.edu/about-us | Office of International Affairs Phone: 773.702.7752 Address: 1427 E. 60th Street, Chicago, IL 60637 |
| Student Disability Service | disabilities@uchicago.edu | https://disabilities.uchicago.edu/ | 5501 South Ellis Avenue Chicago, IL 60637 773-702-6000 disabilities@uchicago.edu |
| University of Chicago Medicine | ucmitservicedesk@uchicagomedicine.org | https://www.uchicagomedicine.org/contact-us-form https://www.uchicagomedicine.org/about-us/overview-and-facts-at-a-glance/executive-leadership-team | **The University of Chicago Medicine** 5841 S. Maryland Avenue Chicago, IL 60637 773-702-1000 |
| University of Chicago Hospitals | ucmitservicedesk@uchicagomedicine.org , ucmitservicedesk@uchicagomedicine.org | https://www.uchicagomedicine.org/contact-us-form , https://ucmfacilities.uchicago.edu/contact/ | **The University of Chicago Medicine** 5841 S. Maryland Avenue Chicago, IL 60637 773-702-1000 |
| Chartwells Higher | dining@uchicago.edu | https://dining.uchicago.edu/chartwells-higher-education-selected-as- | 5640 S. University |

| Education University of Chicago | , Chartwells HECommunications@compass-usa.com | campus-food-service-provider/ https://chartwellshighered.com/contact-us/ | Ave, Room 111 (First Floor Bartlett Hall) Chicago, IL 60637 2400 Yorkmont Rd |
|---|---|---|---|
| Uchicago Dinning | dining@uchicago.edu | https://dining.uchicago.edu/ | 5640 S. University Ave, Room 111 (First Floor Bartlett Hall) Chicago, IL 60637 |
| Campus Dining Advisory Board | dining@uchicago.edu | https://dining.uchicago.edu/campus-dining-advisory-board-cdab/ | 5640 S. University Ave, Room 111 (First Floor Bartlett Hall) Chicago, IL 60637 773.702.1600 dining@uchicago.edu |
| Teamsters Local 743 | titanoplocal743@teamsterslocal743.com (773) 254-7460 (hjohnson@teamsterslocal743.com, rtennent@teamsterslocal743.com jgregory@teamsterslocal743.com, lmassey@teamsterslocal743.com jbarrios@teamsterslocal743.com , csalamone@teamsterslocal743.com ) | http://www.teamsterslocal743.com http://www.teamsterslocal743.com/?zone=/unionactive/contact.cfm http://www.teamsterslocal743.com/index.cfm?zone=/unionactive/officers.cfm | 4620 S. Tripp Avenue Chicago, IL 60632 |

| University of Chicago Arts | logancenter@uchicago.edu | https://www.uchicago.edu/life-at-uchicago/arts https://www.studentarts.uchicago.edu/contact https://artsandpubliclife.org/people | 773.702.ARTS (2787) logancenter@uchicago.edu 915 E 60th St Chicago, IL 60637 773.702.ARTS (2787) |
|---|---|---|---|
| Graduate Student United (Uchicago) | graduatestudentsunited@gmail.com | https://www.uchicagogsu.org/ https://www.uchicagogsu.org/contact | Hyde Park Union Church 4th Floor 5600 S Woodlawn Ave, Chicago, IL 60637 (224) 534-9146 |
| United electrical | ue@ueunion.org (Other: carlrosen@ueunion.org, Valentina.luketa@ueunion.org, josephine.yanasak@ueunion.org ) | http://ueunion.org/ | 4 Smithfield St, 9th Floor, Pittsburgh PA 15222 | (412) 471 8919 | ue@ueunion.org | Privacy Policy |
| Equal Opportunity Programs | equalopportunity@uchicago.edu , svelasquez@uchicago.edu | https://equalopportunityprograms.uchicago.edu/contact-us/ , https://equalopportunityprograms.uchicago.edu/equalopportunityaccess/ | |
| Dean Kate Shannon Biddle (Harris School of Public | kbiddle@uchicago.edu | https://harris.uchicago.edu/directory/kate-shannon-biddle https://www.linkedin.com/in/katebiddle/ | Harris School of Public Policy 1307 E. 60th Street, Suite 2025 Chicago, IL 60637 |

| Policy) | | | |
|---|---|---|---|
| Dean Ethan Bueno de Mesquita | bdm@uchicago.edu | https://harris.uchicago.edu/directory/ethan-bueno-de-mesquita, https://harris.uchicago.edu/sites/default/files/2024-07/cvbdm.pdf | Harris School of Public Policy 1307 E. 60th Street, Suite 2025 Chicago, IL 60637 https://voices.uchicago.edu/ethanbdm/ bdm@uchicago.edu |
| Dean Bahareh Lampert | blampert1@uchicago.edu | https://physicalsciences.uchicago.edu/people/profile/bahareh-lampert/ | ERC 307A Physical Sciences Division 5640 S. Ellis Avenue Chicago, IL 60637 773.702.7950 |
| Dr. Don Coursey | dlcourse@uchicago.edu , d-coursey@uchicago.edu | https://harris.uchicago.edu/directory/don-coursey | Harris School of Public Policy University of Chicago 1307 East 60th Street Chicago, IL 60637 |
| Dr. Bruce Meyer | bdmeyer@uchicago.edu | https://harris.uchicago.edu/directory/bruce-d-meyer https://harris.uchicago.edu/sites/default/files/2022-06/meyercv-june2022.pdf https://voices.uchicago.edu/brucemeyer/ | Harris School of Public Policy University of Chicago 1307 East 60th Street Chicago, IL 60637 bdmeyer@uchicago.edu |
| Dr. Maria Bautista | mabautista@uchicago.edu | https://harris.uchicago.edu/directory/maria-angelica-bautista , https://harris.uchicago.edu/sites/default/files/2019-05/bautista_cv_0.pdf | Harris School of Public Policy University of Chicago 1155 East 60th Street, Office 130E Chicago, Illinois 60637 U.S.A |
| Dean | mhayes6@uchicag | https://provost.uchicago.edu/director | Office of the Provost |

| Micheal Hayes | o.edu<br><br>Assistant: Jon Putnam<br><br>(773) 702-7770<br><br>jputnam@uchicago.edu | y/michael-hayes<br><br>https://csl.uchicago.edu/about/csl-staff/ | , | The University of Chicago<br>Edward H. Levi Hall<br>5801 South Ellis Avenue<br>Chicago, Illinois 60637<br>773.702.1234<br><br>Campus and Student Life<br><br>Behar Family House<br>5711 South Woodlawn Avenue<br>Chicago, IL 60637<br>773-702-5243 |
|---|---|---|---|---|
| President Paul Alivisatos | president@uchicago.edu<br>**Primary Contact for Scheduling**<br>Marlena Harmon, Director of Presidential Support<br>773.702.8002<br>marlenah@uchicago.edu | https://chemistry.uchicago.edu/paul-alivisatos<br>https://president.uchicago.edu/en<br>https://president.uchicago.edu/biography | | Office of the President<br>Edward H. Levi Hall<br>5801 South Ellis Avenue, Suite 501<br>Chicago, IL 60637<br>United States<br><br>**The University of Chicago**<br>Department of Chemistry<br>Searle Chemistry Laboratory<br>5735 S Ellis Ave, Chicago, IL 60637 |
| Provost Katherine Baicker | provost@uchicago.edu, | https://provost.uchicago.edu/directory/katherine-baicker | | Office of the Provost<br>The University of Chicago |

| | srushford@uchicago.edu | | Edward H. Levi Hall 5801 South Ellis Avenue Chicago, Illinois 60637 773.702.1234 |
|---|---|---|---|
| Melissa B. M. Vergara | mbmvergara@uchicago.edu | https://studentintegrity.uchicago.edu/about/meet-the-team/ | **Melissa B. M. Vergara** Assistant Dean of Students in the University, Center for Student Integrity Edelstone Center, 6030 S Ellis Ave, Office 283 Chicago, IL 60637 773-702-2610 |
| Jeremy W Inabinet | inabinet@uchicago.edu | https://studentintegrity.uchicago.edu/about/meet-the-team/ | Jeremy W. Inabinet, Ph.D. Associate Dean of Students in the University, Center for Student Integrity Edelstone Center, 6030 S Ellis Ave, Office 279 Chicago, IL 60637 773-834-4837 inabinet@uchicago.edu |
| Danielle Nemschof | dinemschoff@uchicago.edu | https://daniellenemschoff.github.io/ https://harris.uchicago.edu/directory/danielle-nemschoff | Harris School of Public Policy University of Chicago 1155 East 60th Street, Office 130E Chicago, |

| | | | Illinois 60637 U.S.A |
|---|---|---|---|
| Angie Gleghorn (HR) | gleghorn@uchicago.edu | https://directory.uchicago.edu/details/71340525Q | **Angie Gleghorn**<br><br>Payroll Solutions Manager<br><br>The University of Chicago \| Financial Services<br><br>Email: gleghorn@uchicago.edu<br><br>6054 South Drexel Ave, Suite 300 Chicago, IL, 60637 |
| Traci Verleyen Hope | tverleyen@uchicago.edu | https://computerscience.uchicago.edu/people/traci-verleyen-hope/<br><br>https://humanities.uchicago.edu/articles/2018/01/meet-staff-traci-verleyen | John Crerar Library Building 5730 South Ellis Avenue Chicago IL 60637 Main: 773.702.6614 cswebmaster@cs.uchicago.edu<br><br>TraciVerleyenHope*(she / they)*<br><br>Director, Graduate Administrative Services<br><br>Office of the Provost \| UChicagoGRAD<br><br>UChicago Bookstore, 970 E. 58th Street, Chicago, IL 60637<br><br>773-834-9633 (Tuesday, Wednesday, Friday; remote Monday + Thursday)<br><br>tverleyen@uchicago. |

| | | | edu | gradhelp@uchicago.edu |
|---|---|---|---|
| | | | - Department Coordinator, Cinema and Media Studies Office: Classics, 304 |
| Carol Bridgeman (CSI) | cbridge@uchicago.edu | https://studentintegrity.uchicago.edu/about/meet-the-team/ | **Carol Bridgeman** Program Administrator, Center for Student Integrity Edelstone Center, 6030 S Ellis Ave, Office 277 Chicago, IL 60637 773-834-4837 cbridge@uchicago.edu |
| Annie Diamond (Divisional Coordinator Social Science Collegiate) | anniediamond@uchicago.edu | https://humanities.uchicago.edu/articles/2023/05/meet-staff-annie-diamond | **Annie Diamond (she/her/hers) Divisional Coordinator, Social Science Collegiate Division, The University of Chicago** Harper Memorial Library 252, 1116 East 59th Street, Chicago, IL 60637 773-702-8032 | anniediamond@uchicago.edu |
| Dr. Ada Palmer | adapalmer@uchicago.edu | https://history.uchicago.edu/directory/ada-palmer | Social Science Research Building, room 222 Mailbox 47 |

| | | | |
|---|---|---|---|
| Sheena Finnigan | sfinnigan@uchicago.edu | https://history.uchicago.edu/directory/sheena-finnigan | Sheena Finnigan **Office:** Social Science Research Building, room 329 **Phone:** (773) 702-5961 **Email** |
| Ayrelle Giles (QAD Chartwells Higher Education) | Ayrelle.Giles@compass-usa.com | https://www.compass-usa.com/ https://chartwellshighered.com/ https://dining.uchicago.edu/chartwells-higher-education-selected-as-campus-food-service-provider/ | **Ayrelle Giles** **Quality Assurance Director** **Chartwells Higher Education | University of Chicago** Mobile: (773) 574-0598 Ayrelle.Giles@compass-usa.com |
| Arun Banotra (SSCS) | arunb@uchicago.edu | https://sscs.uchicago.edu/support-areas/ | **Arun Banotra** Associate Director Social Sciences Computing Services | Division of the Social Sciences Email: arun.banotra@uchicago.edu |
| Bart Longacre (Assistant Dean for Information Technology SSCS) | blongacr@uchicago.edu | https://history.uchicago.edu/research-development | **Barton Longacre** Assistant Dean of Information Technology Social Sciences Computing Services University of Chicago Social Sciences Division 773-834-2975 |

| | | | blongacr@uchicago.edu (**Bart Longacre, SSCS Director**<br>Phone: (773) 834-2975<br>Email: blongacr@uchicago.edu<br>) |
|---|---|---|---|
| Diana González (SSD Dean Office) | dianagz@uchicago.edu | https://socialsciences.uchicago.edu/directory/diana-gonzalez<br>https://socialsciences.uchicago.edu/epartment/department-of-history/about/contact | The University of Chicago Department of History<br>1126 East 59th Street<br>Chicago, IL 60637 USA<br><br>Social Science Research Building, room 330<br>history@uchicago.edu |
| Dean and Office of Social Sciences Division | woodward@uchicago.edu , msmiley@uchicago.edu | https://socialsciences.uchicago.edu/office-dean<br>https://socialsciences.uchicago.edu/about/contact-us<br>https://psychology.uchicago.edu/directory/amanda-woodward<br>https://psychology.uchicago.edu/about/contact-us<br>https://socialsciences.uchicago.edu/about/leadership<br>https://socialsciences.uchicago.edu/directory/brett-baker ((773) 702-8414)<br>https://socialsciences.uchicago.edu/directory/kelly-therese-pollock ((773) 702-8414 ) | Green Hall 412 \| Labs: Green Hall 213-216, 219, 222, 501<br><br>**Department of Psychology University of Chicago**<br>5848 S. University Avenue<br>Chicago, Illinois 60637<br>United States<br>773.702.8403 |

| | | https://socialsciences.uchicago.edu/directory/lindsey-weglarz | |
|---|---|---|---|
| Kerry Sharkey (SSCS) | klsharkey@uchicago.edu | https://sscs.uchicago.edu/support-areas/ | Kerry Sharkey klsharkey@uchicago.edu Phone: (773) 834-8194 Office: 1155 E. 60th St., Suite 059 |
| Scott Bradwell (SSCS) | sdbradwe@uchicago.edu | https://sscs.uchicago.edu/support-areas/ | Scott Bradwell sdbradwe@uchicago.edu Phone: (773) 702-8173 Office: BSBP, Room 312 |
| Shomari Tate (SSCS) | shomaritate@uchicago.edu | https://sscs.uchicago.edu/support-areas/ | Shomari Tate shomaritate@uchicago.edu Phone: (773) 795-6995 Office: Green Hall, Room 014 |
| Nelson Balbarin (SSCS) | rnb@uchicago.edu | https://sscs.uchicago.edu/support-areas/ | Nelson Balbarin rnb@uchicago.edu Phone: (773) 834-0134 Office: Green Hall, Room 014 |
| Cory Martin (SSCS) | sscs@uchicago.edu | https://sscs.uchicago.edu/support-areas/ | Social Sciences Computing Services 1155 E 60th Street Chicago, IL 60637 (773) 702-0793 sscs@uchicago.edu |
| Arkus Rose (Rustandy) | Rose.Arkus@chicagobooth.edu | https://www.chicagobooth.edu/research/rustandy/who-we-are/our-team | **Rose Arkus, MPA** Assistant Director, |

| | | | Edwardson Social Entrepreneurship Program |
|---|---|---|---|
| | | | Rustandy Center for Social Sector Innovation |
| | | | The University of Chicago |
| | | | Booth School of Business |
| | | | 5807 S. Woodlawn Ave. |
| | | | Chicago, Illinois 606 37 |
| | | | Phone: +(1) 773-702-7743 |
| Cara Parrish (Uchicago Arts) | cparrish@uchicago.edu | https://www.linkedin.com/in/caraparrishhr/ | **Face Parrish, aPHR** Pronouns: she/her/hers Human Resources Manager / UChicago Arts **The University of Chicago** \| Human Resources |
| Logan center | logancenter@uchicago.edu, Executive director email: wmichel@uchicago.edu | https://www.logancenter.uchicago.edu/, https://www.logancenter.uchicago.edu/staff | **LOGAN CENTER FOR THE ARTS** The University of Chicago 915 E 60th Street Chicago, IL 60637 773-79-LOGAN (56426) logancenter@uchicago.edu |

| | | | |
|---|---|---|---|
| Erin Brenner (Logan center) | erinbrenner@uchicago.edu | | Production Manager<br>Reva and David Logan Center for the Arts<br>University of Chicago<br>915 E 60th Street #243, Chicago, IL 60637<br>Office: 773.834.2385 |
| Frank Gilbert (Logan Center) | frankg@uchicago.edu | | Associate Director, Logan Center Production<br>Reva and David Logan Center for the Arts<br>The University of Chicago<br>logancenter.uchicago.edu<br>Logan Center Office 243<br>915 E 60th Street, Chicago, IL 60637<br>Mobile: 847.475.0292 |
| Brian Wilson (Mansueto Institute for urban innovation) | bcwilson@uchicago.edu | https://miurban.uchicago.edu/our-people/ | 1155 E. 60th Street, Suite 120 Chicago, IL 60637 |
| Aimee Giles-Scott (Associate Director, Events | aimeeg@uchicago.edu | https://miurban.uchicago.edu/our-people/ | 1155 E. 60th Street, Suite 120 Chicago, IL 60637 |

| | | | |
|---|---|---|---|
| and Programs ) | | | |
| Heidi Lee (Operations Manager ) | ehlee@uchicago.edu | https://miurban.uchicago.edu/bio_heidi-lee/ | 1155 E. 60th St., Chicago, IL 60637 Office: 773-702-7894 |
| Dr. John Burrows (Senior Lecturer Academic Director, Part-Time Programs and Leadership ) | jburrows@uchicago.edu | https://harris.uchicago.edu/directory/john-burrows | **Harris Public Policy** The University of Chicago 1307 E. 60th St., Office 3059 Chicago, IL 60637 |
| Christina Klespies (SSD HR) | cklespies@uchicago.edu | https://intranet.uchicago.edu/human-resources/about-human-resources/contact-hr | Senior Director of Human Resources Phone: (773) 702-2390 Human Resources office is located at: **Drexel Building (southwest part of campus)** 6054 South Drexel Avenue Chicago, IL 60637 |
| Mary Mcclelland (HR Operations Supervisor , F&A | mcclellandm@uchicago.edu | https://intranet.uchicago.edu/organization/administration-and-offices/finance-and-administration/financial-services | The Financial Services Office is located at: Edward H Levi Hall 5801 S Ellis Ave Suite 3N |

| | | | |
|---|---|---|---|
| FIN-Payroll & HR Services) | | | Chicago, Il 60637 |
| The University of Chicago \| Social Sciences Division) | socscideans@UChicago.edu | https://socialsciences.uchicago.edu/ , https://socialsciences.uchicago.edu/about/contact-us https://socialsciences.uchicago.edu/about/leadership | Human Resources office is located at: **Drexel Building (southwest part of campus)** 6054 South Drexel Avenue Chicago, IL 60637 |
| Office for Sexual Misconduct Prevention | uchicagocares@uchicago.edu | https://csl.uchicago.edu/get-help/discrimination-harassment-and-sexual-misconduct/ https://equalopportunityprograms.uchicago.edu/title-ix-and-university-policy/ | Campus and Student Life Behar Family House 5711 South Woodlawn Avenue Chicago, IL 60637 773-702-5243 |
| Megan Heckel (Office for Sexual Misconduct Prevention) | mheckel@uchicago.edu | https://equalopportunityprograms.uchicago.edu/megan-heckel/ | (773) 702-8251 (773) 834-OEOP (6367) equalopportunity@uchicago.edu |
| Vickie Sides (Director for Education and Outreach Office for Sexual | vsides@uchicago.edu | https://equalopportunityprograms.uchicago.edu/vickie-sides/ | (773) 834-7738 (773) 834-OEOP (6367) equalopportunity@uchicago.edu |

| Misconduct Prevention and Support Assistant Dean of Students in the University) | | | |
|---|---|---|---|
| Vogel Labs | awhvogellab@gmail.com | https://awhvogellab.com/contact | Biopsychological Research Building 940 E 57th St Chicago, IL 60637 |
| Uchicago facilities | work-center@uchicago.edu | https://facilities.uchicago.edu/ | Facilities Services 5235 S. Harper Court Suite 1000 Chicago, Il. 60615 |
| Title IX and ADA/Section 504 Coordinator Offices/group at UChicago | equalopportunity@uchicago.edu, bcollier@uchicago.edu | https://studentmanual.uchicago.edu/university-policies/the-university-of-chicago-policy-on-title-ix-sexual-harassment/ https://equalopportunityprograms.uchicago.edu/title-ix-and-university-policy/ https://equalopportunityprograms.uchicago.edu/contact-us/ | (773) 834-OEOP (6367), Student Manual 5711 South Woodlawn Avenue Chicago, IL 60637 773-702-7770 |
| Department of Safety and Security, Campus Safety Division | chancellor@uchicago.edu, dss-securetech@uchicago.edu | https://safety-security.uchicago.edu/en https://safety-security.uchicago.edu/about/campus-safety-division | Department of Safety and Security 850 East 61st Street Chicago, IL 60637 United States 773.702.8181 |

| | | | |
|---|---|---|---|
| Sexual Assault Dean on Call | uchicagohelp@uchicago.edu | https://csl.uchicago.edu/get-help/uchicago-help/sexual-assault-dean-on-call-program/, https://help.uchicago.edu/sexual-assault-dean-on-call/ | Campus and Student Life<br><br>Behar Family House 5711 South Woodlawn Avenue Chicago, IL 60637 773-702-5243 |
| Campus Security Authority UChicago | | https://safety-security.uchicago.edu/en/stay-informed/clery-act-reporting/campus-security-authority-reporting 773.834.1274 | Department of Safety and Security 850 East 61st Street Chicago, IL 60637 United States 773.702.8181 |
| Uchicago CARES | dining@uchicago.edu | https://dining.uchicago.edu/community-action-reaching-every-student/ | 5640 S. University Ave, Room 111 (First Floor Bartlett Hall) Chicago, IL 60637 |
| The Center for Awareness Resolution Education & Support | titleix@uchicago.edu , bcollier@uchicago.edu, vsides@uchicago.edu, janellestubbs@uchicago.edu, ktruefunk@uchicago.edu | https://cares.uchicago.edu/ , https://cares.uchicago.edu/support-and-resources/ , https://cares.uchicago.edu/prevention-education-and-training/ , http://cares.uchicago.edu/overview/uchicago-cares-team/ | (773) 834-OEOP (6367) titleix@uchicago.edu |
| Uchicago Help | uchicagohelp@uchicago.edu | https://help.uchicago.edu/dean-on-call/ | 6030 South Ellis Ave Chicago, IL. 60637 uchicagohelp@uchicago.edu |

| Uchicago Library | libraryhr@uchicago.edu | https://www.lib.uchicago.edu/about/directory/?view=staff&department=Administration%20%26%20Operations%20-%20Human%20Resources | **The Joseph Regenstein Library, The University of Chicago Library 1100 E. 57th St., Chicago, IL 60637** |
|---|---|---|---|
| Jim/Tim(University of Chicago Regenstein library | | https://www.lib.uchicago.edu/about/directory/?view=staff&department=Access%20Services%20-%20Document%20Delivery<br><br>(Note: with respect "Taller" one out of two should be served either Jim or Tim) | **The Joseph Regenstein Library, The University of Chicago Library 1100 E. 57th St., Chicago, IL 60637** |
| University of Chicago Regenstein library | libraryhr@uchicago.edu, bldg-svcs@lib.uchicago.edu | https://directory.uchicago.edu/organizations/redirects?utf8=%E2%9C%93&orgs%5Bsub_departmentid%5D=1559 , https://www.lib.uchicago.edu/spaces/joseph-regenstein-library/ , https://www.lib.uchicago.edu/about/directory/?view=staff , https://www.lib.uchicago.edu/about/directory/?view=staff&department=Access%20Services%20-%20Collection%20Management%20and%20Circulation%20-%20Regenstein%20Circulation%20Building%20Resources, https://www.lib.uchicago.edu/about/directory/?view=staff&department=Administration%20%26%20Operations%20-%20Assessment | **The University of Chicago Library 1100 E. 57th St., Chicago, IL 60637** |
| University of Chicago Regenstein library HR | libraryhr@uchicago.edu | https://www.lib.uchicago.edu/about/directory/?view=staff&department=Administration%20%26%20Operations%20-%20Human%20Resources | **The Joseph Regenstein Library, The University of Chicago Library 1100 E. 57th St., Chicago, IL 60637** |
| Document delivery | interlibrary-loan@lib.uchicago | https://www.lib.uchicago.edu/about/directory/?view=staff&department= | The University of Chicago Library |

| departmen t, University of Chicago Regenstein library | .edu, scan-and-deliver@lib.uchica go.edu | Access%20Services%20-%20Document%20Delivery | 1100 E. 57th St., Chicago, IL 60637 |