BC

**Letter to Clerk of Hon'ble Court of Northern District of Illinois**



Case: 1:25-cv-08098

Dear Team,

I hope this email finds you well and in good health

I submitted around 79 summons yesterday,

I wanted to I got 41 (Batch 1) and 28 (Batch 2) attachments on email (they sum up to 69 total, but there is 1 repetition dean social science i think so 68 total)

So basically 13 of them are remaining, I got 6 of them unfiled because they were not a party initially, however I wanted to say I have wrote a motion to Hon'ble judge to add them so I wanted to ask if they can be filed preemptively also why the remaining 5 I haven't got accepted filing or rejected filling. Or since the case haven't already began and also summons to anyone have not been served I request to add the remaining to the case since it's still a new case basically and if you can do that on this request.

Also in case Holy court will allow Marshall service or summons over email then Marshalls will be using these documents themselves like they will use the other forms I filed that are returned 398 and 399?

I request if possible is it allowed to get email so that for such procedural unofficial communication people can reach out to clerk team, only if hon'ble court's system allows it? since can't reply on box stamped copies email for small things/errors etc making gap in communication to expediate the things quiet a bit.

If in case you can give an idea that roughly in how much time honble judges look at the case and motions from the date of filling of case/ date of filling of motions?

Table is attached below (**in end**) for your reference and convenience: B1 41, B2 28,

I think 2 were remaining from my end (Heidi Lee (Operations Manager), Sexual Assault Dean on Call) probably


So as of now: These are the one that I didn't got in B1 B2 or got back as unfiled

University of Chicago Hospitals

Uchicago Dinning

Campus Dining Advisory Board

Heidi Lee (Operations Manager)

Sexual Assault Dean on Call

Uchicago Help

Uchicago Library

Jim/Tim(University of Chicago Regenstein library)


These are the one I got back : I have requested hon'ble court to add them as defendants, can you tell what I can do in this regards: I am submitting it again if you can take this after this explanation that a motion had already been filed with table updated list of defendants

Got back:

United electrical

Sheena Finnigan

The Center for Awareness Resolution Education & Support

University of Chicago Regenstein library

University of Chicago Regenstein library HR

Document delivery department, University of Chicago Regenstein library


So I am attaching this got back and remaining documents with this submission 14 documents total.

Best regards,

Dipesh Singla

dipeshsingla668@gmail.com


| Defendants | Got the Processed Summons? B1 or B2 or No or Got back summons from COC |
|---|---|
| University of Chicago | B2 |
| Board of Trustee's at The University of Chicago | B1 |
| University of Chicago Senate | B1 |
| Provost Uchicago (And Office) | B2 |
| President Office Uchicago (And Office) | B2 |

| | |
|---|---|
| Department of Physics | B1 |
| Campus and Student Life | B1 |
| Harris School of Public Policy | B1 |
| UChicago human resources | B2 |
| Social Sciences Computing Services | B2 |
| University of Chicago Bursar Office | B1 |
| Mansueto Institute for Urban Innovation | B1 |
| Office of International Affairs | B2 |
| Student Disability Service | B2 |
| University of Chicago Medicine | B1 |
| University of Chicago Hospitals | |
| Chartwells Higher Education University of Chicago | B1 |
| Uchicago Dinning | |
| Campus Dining Advisory Board | |
| Teamsters Local 743 | B2 |
| University of Chicago Arts | B1 |
| Graduate Student United (Uchicago) | B2 |
| United electrical | **Got back** |
| Equal Opportunity Programs | B2 |
| Dean Kate Shannon Biddle (Harris School of Public Policy) | B1 |
| Dean Ethan Bueno de Mesquita | B1 |
| Dean Bahareh Lampert | B1 |
| Dr. Don Coursey | B2 |
| Dr. Bruce Meyer | B2 |
| Dr. Maria Bautista | B2 |
| Dean Micheal Hayes | B1 |
| President Paul Alivisatos | B2 |
| Provost Katherine Baicker | B2 |
| Melissa B. M. Vergara | B2 |
| Jeremy W Inabinet | B1 |
| Danielle Nemschof | B1 |
| Angie Gleghorn (HR) | B1 |

| | |
|---|---|
| Traci Verleyen Hope | B1 |
| Carol Bridgeman (CSI) | B1 |
| Annie Diamond (Divisional Coordinator Social Science Collegiate) | B1 |
| Dr. Ada Palmer | B1 |
| Sheena Finnigan | **Got back** |
| Ayrelle Giles (QAD Chartwells Higher Education) | B1 |
| Arun Banotra (SSCS) | B1 |
| Bart Longacre (Assistant Dean for Information Technology SSCS) | B1 |
| Diana González (SSD Dean Office) | B1 |
| Dean and Office of Social Sciences Division | In B1 and B2 |
| Kerry Sharkey (SSCS) | B1 |
| Scott Bradwell (SSCS) | B2 |
| Shomari Tate (SSCS) | B2 |
| Nelson Balbarin (SSCS) | B2 |
| Cory Martin (SSCS) | B1 |
| Arkus Rose (Rustandy) | B1 |
| Cara Parrish (Uchicago Arts) | B1 |
| Logan center | B1 |
| Erin Brenner (Logan center) | B2 |
| Frank Gilbert (Logan Center) | B2 |
| Brian Wilson (Mansueto Institute for urban innovation) | B1 |
| Aimee Giles-Scott (Associate Director, Events and Programs ) | B1 |
| Heidi Lee (Operations Manager ) | |
| Dr. John Burrows (Senior Lecturer Academic Director, Part-Time Programs and Leadership ) | B2 |
| Christina Klespies (SSD HR) | B1 |

| | |
|---|---|
| Mary Mcclelland (HR Operations Supervisor, F&A FIN-Payroll & HR Services) | B2 |
| The University of Chicago \| Social Sciences Division) | B2 |
| Office for Sexual Misconduct Prevention | B2 |
| Megan Heckel (Office for Sexual Misconduct Prevention) | B2 |
| Vickie Sides (Director for Education and Outreach<br>Office for Sexual Misconduct Prevention and Support<br>Assistant Dean of Students in the University<br>) | B1 |
| Vogel Labs | B1 |
| Uchicago facilities | B1 |
| Title IX and ADA/Section 504 Coordinator Offices/group at UChicago | B2 |
| Department of Safety and Security, Campus Safety Division | B1 |
| Sexual Assault Dean on Call | |
| Campus Security Authority UChicago | B1 |
| Uchicago CARES | B1 |
| The Center for Awareness Resolution Education & Support | **Got back** |
| Uchicago Help | |
| Uchicago Library | |
| Jim/Tim(University of Chicago Regenstein library | |
| University of Chicago Regenstein library | **Got back** |
| University of Chicago Regenstein library HR | **Got back** |
| Document delivery department, University of Chicago Regenstein library | **Got back** |