**Letter to Clerk**

Team,

I got some copies back I wanted to ask to amend the complaint and add these names as I also requested in last letter to clerk of court.

I request you to check the table there it has updated list

Further I think I submitted about 14 summons with the last batch however I got only update on 5 2 accepted 3 rejected.

I want to request to let me know what else I can do to add these names I have already added the names that were missed out initially in the complaint in the last letter I request you to add them and also consider last letter for more details please.

Please let me know what I can do to get this thing done, adding additional defendents, also about the missing summons from 14 I submitted in the last batch I just submitted.

best