**BC** **Letter to Clerk of Hon'ble Court of NDIL ED for amended complaint of the lawsuit with only changes of additional defendant missed initially along with summons,**

**Case No.** 1:25-cv-08098

**Hon'ble Judge:** Judge Sara Ellis,

Dear respected clerk and clerk's team,

I hope this email find you well as per last comments on the document, I wanted to attach amended complaint this one only has additional defendants and summons 440 form for all those is attached with this packet of information herewith. Rest complaint is same.

So basically on page 4 of amended complaint from United Electrical and onwards are new defendants' else complaint is same unchanged.

Kindly guide/tell is anything else is required from my end since I am doing as pro se all things here. As rest everything is same I request all motions and letter filed already to stay as such and as thins amendment was required so I have done it but please keep everything else intact.

LMK if I need to do anything.

Best

Regards,

Dipesh Singla

| **Defendants** |
|---|
| University of Chicago |
| Board of Trustee's at The University of Chicago |
| University of Chicago Senate |
| Provost Uchicago (And Office) |
| President Office Uchicago (And Office) |
| Department of Physics |
| Campus and Student Life |
| Harris School of Public Policy |
| UChicago human resources |
| Social Sciences Computing Services |
| University of Chicago Bursar Office |
| Mansueto Institute for Urban Innovation |
| Office of International Affairs |



FILED
8/8/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JKS

| |
|---|
| Student Disability Service |
| University of Chicago Medicine |
| University of Chicago Hospitals |
| Chartwells Higher Education University of Chicago |
| Uchicago Dinning |
| Campus Dining Advisory Board |
| Teamsters Local 743 |
| University of Chicago Arts |
| Graduate Student United (Uchicago) |
| United electrical |
| Equal Opportunity Programs |
| Dean Kate Shannon Biddle (Harris School of Public Policy) |
| Dean Ethan Bueno de Mesquita |
| Dean Bahareh Lampert |
| Dr. Don Coursey |
| Dr. Bruce Meyer |
| Dr. Maria Bautista |
| Dean Micheal Hayes |
| President Paul Alivisatos |
| Provost Katherine Baicker |
| Melissa B. M. Vergara |
| Jeremy W Inabinet |
| Danielle Nemschof |
| Angie Gleghorn (HR) |
| Traci Verleyen Hope |
| Carol Bridgeman (CSI) |
| Annie Diamond (Divisional Coordinator Social Science Collegiate) |
| Dr. Ada Palmer |
| Sheena Finnigan |
| Ayrelle Giles (QAD Chartwells Higher Education) |
| Arun Banotra (SSCS) |

| |
|---|
| Bart Longacre (Assistant Dean for Information Technology SSCS) |
| Diana González (SSD Dean Office) |
| Dean and Office of Social Sciences Division |
| Kerry Sharkey (SSCS) |
| Scott Bradwell (SSCS) |
| Shomari Tate (SSCS) |
| Nelson Balbarin (SSCS) |
| Cory Martin (SSCS) |
| Arkus Rose (Rustandy) |
| Cara Parrish (Uchicago Arts) |
| Logan center |
| Erin Brenner (Logan center) |
| Frank Gilbert (Logan Center) |
| Brian Wilson (Mansueto Institute for urban innovation) |
| Aimee Giles-Scott (Associate Director, Events and Programs ) |
| Heidi Lee (Operations Manager ) |
| Dr. John Burrows (Senior Lecturer Academic Director, Part-Time Programs and Leadership ) |
| Christina Klespies (SSD HR) |
| Mary Mcclelland (HR Operations Supervisor, F&A FIN-Payroll & HR Services) |
| The University of Chicago \| Social Sciences Division) |
| Office for Sexual Misconduct Prevention |
| Megan Heckel (Office for Sexual Misconduct Prevention) |

| |
|---|
| Vickie Sides (Director for Education and Outreach Office for Sexual Misconduct Prevention and Support Assistant Dean of Students in the University ) |
| Vogel Labs |
| Uchicago facilities |
| Title IX and ADA/Section 504 Coordinator Offices/group at UChicago |
| Department of Safety and Security, Campus Safety Division |
| Sexual Assault Dean on Call |
| Campus Security Authority UChicago |
| Uchicago CARES |
| The Center for Awareness Resolution Education & Support |
| Uchicago Help |
| Uchicago Library |
| Jim/Tim(University of Chicago Regenstein library |
| University of Chicago Regenstein library |
| University of Chicago Regenstein library HR |
| Document delivery department, University of Chicago Regenstein library |