**BC**

**Letter to Hon'ble Judge and Clerk of Court**

FILED
8/14/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AXM

In the

Hon'ble District of Illinois Court (NDIL)

Case: 1:25-cv-08098

Respected Hon'ble Judge and Clerk Team,

I want to request to keep this zip file (Contents now attached below, so no zip is there now), and attachment if any to show to hon'ble judge for IFP and attorney representation form. This will be helpful for honble judge to determine the decision.

There are more emails but don't have track of all but this may justify for court that plaintiff tried actually(Multiple more emails are drafted and sent to multiple attorneys/firms at once). I reached out to private attorney, pro bono version of private law firms, advocacy org like FIRE ACLU, NAACP, EFE, individual attorneys from CCBA (Gloria etc), from CVLS, CBA (only referring to attorney named Edward fox and not anyone other than him, also Edward is not replying even), ABA (probably), ISBA, LAC, Illegal aid etc all platform that I was able to find, some confirmed the case haves merit but didn't took case because of many reasons. complexity, multilayered case, attorney availability in general and in that area, knowing I am unemployed and earn $0/hr or year, strong institution with top attorney support, caseload on firms and individual lawyers, and other reasons are mention in previously sent document probably motion for attorney representation.

ZIP file (now content copied below) haves around 200+ Screenshots and a screenshot where plaintiff collected 2300 emails from honble SCOTUS cases which then further sent in parts due to email limits in a day. Plaintiff also have trials for jobs save they may be 10k or 20k or more emails in a email folder which plaintiff want to request Hon'ble Judges and Clerk to allow to be submitted confidentially, since it may have data about plaintiff including protected classes. The main issue is not allowance of zip file else I would have uploaded that big data and other thing is confidentiality of job application trials.

I request respected clerk to preferably keep this confidential as this is basically only for honble judge to determine ifp and attorney appointment motion. And also keep this zip file so that honble judge can see. Also I am writing another letter to judge which will be uploaded later.

Best,

Dipesh Singla

Pro se

dipeshsingla668@gmail.com



Dipesh Singla    +2319 more                                                                                      Cc

**Matter with University of Chicago: Reply requested**

I hope this email finds you well.

My name is Dipesh Singla, and I was a graduate student in the USA on an F1 Visa. I have a problem with the University I was enrolled in.

Matter is filed in NDIL court, and I have short and full versions of both complaints. I have prepared the document for the complaint that I can share with you, if you don't have any conflict of interest or friendship, etc with the  university. Matter is against University of Chicago, 60637 Hyde park, Chicago, Illinois. File in NDIL ED court (Hon'ble) .

I am looking for pro bono/contingency based legal help, now as the case is filed mainly I need help in talking part, and improvements in case, like representation amongst the court and the hon'ble judges. If you may not be able to help it would be helpful if in any of your referral maybe able to help me actually.

Case: 1:25-cv-08098 (NDIL ED Hon'ble court)

+17734571046 (preferred communication over the email dipeshsingla668@gmail.com)
Best

Note: Please don't share any of this content and keep it confidential.  I got this reading from a Hon'ble Scotus's cases

**Probono/contingency was only mentioned first time in this one scotus attorneys emails, rest attorney many asked for salary and then didn't took this case. Then this was sent in parts due to email limitations.**



**Glori Bond** <gbond@thebondlegalgroup.com>        My 23 Jun, 22:24    ☆    ☺    ↩    ⋮
to me ▾

Good Afternoon Dipesh:

While I believe that you have a case, the immigration issue is the complicated piece. I am looking for someone to assist with that since that is not my area of expertise. I hope to hear back from someone soon.

•••

# Singla, Dipesh – Inquiry Regarding Legal Representation 🖨 ⤢ 📤 Inbox ×

**Destiny Barber** <bar... 23:04 (19 minutes ago) ☆ ☺ ↩ ⋮
to me ▾

Dear Dipesh,

Thank you for contacting Katz Banks Kumin about your legal matter. Unfortunately, our firm is not in a position to represent or advise you in this matter. Please know that this is not necessarily a reflection on the legal merits of your situation or potential claims, as we are often unable to work on specific matters due to current workload, time sensitivity, jurisdictional issues, lack of fit with our firm's practice areas, or other reasons.

Again, thank you for contacting our firm. We wish you success in resolving this matter.

Best,
Destiny

**info@kirkland.com** 00:26 (0 minutes ago) ☆  ↩ ⋮
to me ▾

We are in receipt of your email. Unfortunately, we will not be able to represent you in your potential matter. We recommend you connect with the State Bar's Lawyer referral services to find a lawyer or other resource that best matches your legal needs.

**National Student Legal Defense Network**
to me ▾                                      Thu 29 May, 20:01   ☆  ☺  ↩  ⋮

Dear Dipesh,

Thank you for contacting Student Defense. While we cannot provide you with legal advice or representation on this matter, we are happy to point you to some resources that might be helpful.

Since Student Defense is unable to assist you, if you would like to find another lawyer to represent you, we recommend reaching out to legal service organizations in your area. These organizations typically have consumer law or consumer protection projects that may be able to help. You can find a list of local legal aid organizations by using this search tool: https://www.lsc.gov/what-legal-aid/find-legal-aid. There may be other legal aid organizations that are not on this list.

Thanks again for contacting Student Defense.

**ACD General Mailbox**
to me ▾                                      Fri 23 May, 19:59   ☆  ☺  ↩  ⋮

We do not handle whistle blower matters. I'm sorry we are not able to help.
Sharon Lyons
ArchCity Defenders

## RE: ALERT: Contact Received From Your FindLaw Website ▶ Inbox ×          ⊗  🖶  ↗

**Craig Tobin** <ctobin@barristers.com>        Thu 22 May, 01:55   ☆  ☺  ↩  ⋮
to me ▾

We do not handle these types of matters but wish you the best of luck going forward.

**Craig D Tobin**
**Tobin & Muñoz, L.L.C.**
Chicago, Illinois USA
Email: ctobin@barristers.com
Office: 312.641.1321
Facsimile: 312.641.5220
https://www.barristers.com

## RE: ALERT: Contact Received From Your FindLaw Website ➤ Inbox ×   

**Zane Smith** <zane@zanesmith.com>    Tue 3 Jun, 23:41 (11 days ago)    ☆    ☺    ↩    ⋮
to me, Rachel, Tyler ▾

Dear Dipesh, unfortunately this is not the kind or type of case that my office is able to handle at this time.  I wish you the very best of luck, Zane

Zane D. Smith
Partner
Zane D. Smith & Associates, Ltd.
111 West Washington
Suite 1750
Chicago, Illinois  60602
(312) 245-0031- Office
(312) 402-6830-Cell
(312) 245-0022 – Fax
www.zanesmith. com

## Response to KKC Confidential Submission    ↗ ⌄   
➤ Inbox ×

**Consult** <consult@kkc.com>    Tue 20 May, 22:05    ☆    ☺    ↩    ⋮
to me ▾

Dear Dipesh,

Thank you very much for contacting us. A partner of the firm has reviewed the confidential information that you submitted and it is most unfortunate that we are unable to represent you. We receive numerous requests for representation and we simply are not able to represent everyone who contacts us. Not being able to offer our assistance is the hardest decision we have to make. Our inability to represent you at this time is not a reflection on or a determination of the merits of your case.

**Info**    ✎ Tue 20 May, 01:30    ☆    ☺    ↩    ⋮
to me ▾

Hi Dipesh,

Thank you for reaching out to Disability Rights Advocates. We will not share any of this information. Unfortunately we are unable to provide legal support. Please review the attached letter for referrals.

Sincerely,
**Disability Rights Advocates**

Wiggins Law Group inquiry  Inbox ×



**Cary Wiggins**
to me

Wed 11 Jun, 23:14 (3 days ago)  

Good afternoon.

Thank you for inquiring online with my firm about your university and civil rights issues. I am sorry to hear about it.

Unfortunately my firm cannot handle this matter. (We do not practice in your area.) So, while we appreciate the confidence you have expressed in our firm, we will not be representing you. This means that we cannot answer any questions about the matter, either. If you have a need in the future for legal assistance, though, we hope you will again consider us.

**Sheryl Weikal**
to me

Sun 8 Jun, 03:52 (6 days ago)  

Hello! Thank you for your message. Unfortunately, I am not currently accepting new matters of this type. Have a wonderful weekend.

Sheryl Weikal (formerly Ring), Esq. (she/her/hers)

The "Name-Your-Own-Price" Law Practice
518 South Route 31, Suite 113 | McHenry, Illinois 60050
Call: (847) 975-2643 | Text: 833-260-2001 | Fax: (815) 331-1240
www.weikallaw.com|Sheryl@weikallaw.com|facebook.com/sherylringlaw/

**Berkel Law Firm**
to me

Mon 9 Jun, 19:17 (5 days ago)   

I regret to inform you that I am unable to assist you with this matter as it is outside the scope of my practice. I'd recommend that you search for a civil rights attorney in the Cook County area to provide counsel. Good luck with your case.

Michele L. Berkel

Berkel Law Firm
44 East Ferguson Avenue
Wood River, IL 62095
(618) 254-4411

**Jordan Emmert**
to me ▾

Mon 9 Jun, 20:32 (5 days ago) ☆ ☺ ↩ ⋮

Hello,

This is not something that my firm will be able to help you with. I suggest you reach out to other attorneys immediately to preserve any rights you may have. Please be aware that some claims must be brought within certain timeframes or they may be barred by certain statutes of limitations.

Thank you,

Jordan W. Emmert
Attorney
Small Business Legal Solutions LLC
Cell- 815.218.4147
smallbusinesslegalsolutions.com

**Peercy, Christen**
to me ▾

Mon 9 Jun, 22:51 (5 days ago) ☆ ☺ ↩ ⋮

Dear Dipesh,

Attorney Galanos is unable to assist you with this matter due to a conflict. Please contact your local bar association for assistance.

Thank you,
Christen

**Douglas Tibble**
to me ▾

Wed 11 Jun, 22:07 (3 days ago) ☆ ☺ ↩ ⋮

Thank you for you interest in ur firm but we are unable to assist you. Doug Tibble.

Douglas C. Tibble
Brooks, Tarulis & Tibble, LLC
1733 Park Street, Suite 100
Naperville,IL 60563
630-355-2101
Fax: 630-355-7843
Email: dtibble@napervillelaw.com
Website: http://www.napervillelaw.com/



Legal Advice Inquiry ▶ Inbox ×

**Morgan, Rachael** <RachaelMorgan@dwt.com>     Wed 11 Jun, 20:06 (3 days ago)     ☆ ☺ ↩ ⋮
to me ▼

Hi Dipesh,

Thank you for reaching out. Unfortunately, we're not able to assist with your matter, but we wish you the very best moving forward.

Warmly,
Rachael

**Rachael Morgan**   She/Her/Hers
**Pro Bono Specialist,** Davis Wright Tremaine LLP

**P** 206.757.8419   **E** rachaelmorgan@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

# Urgent: Matter ▶ Inbox ×



**Dipesh Singla** <dipeshsingla668@gmail.com>     Sat 7 Jun, 08:30 (
to me, info ▼

Hello Team
I hope this                                                      n a
I have a m                                                       
employme|
I was a SW                                                      me
matter pro|
I wanted to                                                     )w.

from:   **Dipesh Singla**
        <dipeshsingla668@gmail.com>

to:     Dipesh Singla
        <dipeshsingla668@gmail.com>,
        info@cookcountybar.org

date:   7 Jun 2025, 08:30

**Bundy, Hannah** <Hannah.Bundy@wil...  Thu 5 Jun, 20:00 (9 days ago)  ☆  ☺  ↩  ⋮
to me ▾

Good Morning,

I am writing in response to your email regarding pro bono services. I regret that WilmerHale is not able to represent you in connection with your legal <mark>matters</mark>. You may wish to reference LawHelp.org to search for legal aid providers in your area.

WilmerHale takes its commitment to the community very seriously, supporting numerous organizations through charitable contributions, pro bono legal representation and volunteer efforts. Like many firms, we manage our pro bono services to ensure a strong and effective impact.

One of the most difficult aspects of our pro bono work is that so many <mark>matters</mark> come to the firm's attention, and we are not able to take on every client. Unfortunately, because of our existing pro bono commitments, we are unable to assist you.

Thank you for contacting us and I wish you success with your search for pro bono counsel.

Best regards,
Hannah


**Hannah Bundy | WilmerHale**
Pro Bono and Corporate Social Responsibility Project Assistant
hannah.bundy@wilmerhale.com


**Baruch Gottesman**          Fri 6 Jun, 08:41 (8 days ago)      
to me, Esq. ▾

Dipesh - I reviewed this outline. The issues here are too complex for the kind of work that I do.

Good luck with this case, but I won't be able to help. As discussed, I will delete all copies of the case brief from both emails.


   As always, please feel free to reach out to me if you have any questions, comments, or concerns about this or any other <mark>matter</mark>.

   Respectfully,

Baruch S. Gottesman, Esq.

# Your Illinois Internet Inquiry  ⅀ Inbox ×    ↝  ⤬  ⊗  🖶  ☐

**Steve Glink** <steve@educationrights.c...   Mon 9 Jun, 18:51 (5 days ago)   ☆  ☺  ↰  ⋮
to me ▾

Thank you for your email. For a variety of reasons, I am not accepting any news cases/clients right now. I offer no opinions on whether you have a basis for any legal claims. Please confirm receipt of this email & good luck.

**Steven E. Glink**
Attorney at Law
250 Bristol Court
Deerfield, Illinois 60015
847-480-7749

# Declination of Your Potential Legal Claim        ⊗  🖶  ☐
  Inbox ×

**Marge Asuncion**        Sat 7 Jun, 22:30 (7 days ago)   ☆  ☺  ↰  ⋮
to me ▾



Dear Dipesh,

Thank you for the opportunity to review your potential legal claim. We regret that we are unable to assist you with this claim. However, this does not mean that you do not have a recoverable legal claim; other attorneys may view your situation differently, and we urge you to continue to seek counsel.

If you have any comments or concerns regarding our staff and/or the way our firm handled the intake process, please feel free to contact us at (877) 561-0000 or respond to this email with a convenient time for us to contact you. Since we have declined the matter we will not offer any other legal advice – any advice is best given by the attorney you retain.

# Inquiry  Inbox ×

**Micki Moran** <mickim@lawforchild.com>  Sat 7 Jun, 20:09 (7 days ago)

to me ▾

I don't deal with these matters.

...

[Message clipped]  View entire message

| from: | **Dipesh Singla** |
| --- | --- |
| | <dipeshsingla668@gmail.com> |
| to: | Dipesh Singla |
| | <dipeshsingla668@gmail.com> |
| bcc: | info@aidslegal.com, |
| | info@legalcouncil.org, |
| | life-span@life-span.org, |
| | info@nslegalaid.org, |
| | info@ahschicago.org, |
| | info@open-communities.org, |
| | info@gclclaw.org, |
| | kfortune@gclclaw.org, |
| | ggarcia@cvls.org |
| date: | 6 Jun 2025, 23:45 |
| subject: | Urgent: Matter |
| led-by: | gmail.com |



**Matter** ▸   Inbox ×

**Dipesh Singl...**   Thu 5 Jun, 08:08 (9 days ago)   ☆   ☺   ↩   ⋮

to me, bcc: kalonline, bcc: Tom, bcc: richard.dvorak, bcc: Azita, bcc: mary ▾

Hello Tea
I hope thi
I have a
immigrati
etc.
I was a S
me by a
Complex
I wanted
now.
It's proba
I hope I
case we
it).
Note: Ple
now, the

from:   **Dipesh Singla**
      <dipeshsingla668@gmail.com>

to:   Dipesh Singla
      <dipeshsingla668@gmail.com>

bcc:   kalonline@kaltmanlaw.com,
      Tom@kellylawllp.com,
      richard.dvorak@civilrightsdefenders.com
      Azita Mojarad <azita@azitalaw.com>,
      mary.rose.alexander@lw.com,
      roderick.branch@lw.com,
      info@skadden.com,
      lcdovegalozada@gmail.com,
      info@almlawllc.com,
      ds@saperlaw.com,
      debo.adegbile@wilmerhale.com,
      brenda.lee@wilmerhale.com,

**Matter** ➤ Inbox ✕   ↪ ⤬ ⊗ 🖶 ⌇

**Dipesh Singl...**   Thu 5 Jun, 08:08 (9 days ago)   ☆ 🙂 ↩ ⋮

to me, bcc: kalonline, bcc: Tom, bcc: richard.dvorak, bcc: Azita, bcc: mary ▾

Hello Tea
I hope thi
I have a
immigrati
etc.
I was a S                                                                        or
me by a
Complex
I wanted                                                                        A
now.
It's proba
I hope I
case we                                                                        fo
it).
Note: Ple
now, the



brenda.lee@wilmerhale.com,
lisa.brown@wilmerhale.com,
jamie.gorelick@wilmerhale.com,
bruce.berman@wilmerhale.com,
christopher.babbitt@wilmerhale.com,
probonoworks@clccrul.org,
walner@walnerlaw.com,
info@oflaherty-law.com,
chicago@oflaherty-law.com,
sjrosenberg@gct.law,
CaseReview@ankinlaw.com,
info@rfclaw.com,
mroot@jenner.com,
us@jennerandblock.com,
mknight@eimerstahl.com,
wnorthrip@shb.com,
lhmurray@shb.com,

**Matter** ➤ | Inbox ✕ | ↱ ⌄ ⊗ 🖶 〔

**Dipesh Singl...** Thu 5 Jun, 08:08 (9 days ago) ☆ 😊 ↩ ⋮
to me, bcc: kalonline, bcc: Tom, bcc: richard.dvorak, bcc: Azita, bcc: mary ▾

Hello Tea

I hope thi

I have a

immigrati

etc.

I was a S

me by a

Complex

I wanted

now.

It's proba

I hope I

case we

it).

Note: Ple

now, the



rmendoza@shb.com,
pkatsaros@hahnlaw.com,
eburke@bbp-chicago.com,
mburns@bbp-chicago.com,
vpinelli@bbp-chicago.com,
mjamil@bbp-chicago.com,
chales@bbp-chicago.com,
sboeckman@bbp-chicago.com,
mtburns@bbp-chicago.com,
cchenoweth@bbp-chicago.com,
jgrochowski@bbp-chicago.com,
mlewin@bbp-chicago.com,
david.blickenstaff@afslaw.com,
linda.jackson@afslaw.com,
larry@larrysteintrials.com,
chris@chrismoorelaw.com,
info@eklwilliams.com,



**Matter** ➤ Inbox ✕

**Dipesh Singl...** Thu 5 Jun, 08:08 (9 days ago) ☆ ☺ ↩ ⋮

to me, bcc: kalonline, bcc: Tom, bcc: richard.dvorak, bcc: Azita, bcc: mary ▾

Hello Tea
I hope thi
I have a i
immigrati
etc.
I was a S
me by a u
Complex
I wanted
now.
It's proba
I hope I c
case we
it).
Note: Ple
now, the

info@mysite.com,
dean.caras@deancaras.com,
mbaird@stotis-baird.com,
"dzampillo@stotis-baird.com"
<dzampillo@stotis-baird.com>,
"aruiz@stotis-baird.com" <aruiz@stotis-baird.com>,
loera@stotis-baird.com,
kropka@stotis-baird.com,
kbirchok@stotis-baird.com,
dhill@stotis-baird.com,
"eparker@stotis-baird.com"
<eparker@stotis-baird.com>,
"kcios@stotis-baird.com" <kcios@stotis-baird.com>,
service@samlaw.info,
info@grzymalalaw.com,
jcoogan@cqtrial.com,



Matter ▸ Inbox ×

**Dipesh Sing...** 5 Jun 2025, 08:08 (9 days ago)
to me, bcc: kalonline, bcc: Tom, bcc: richard.dvorak, bcc: Azita, bcc: mary ▾

rcios@stotis-baird.com <rcios@stotis
baird.com>,
service@samlaw.info,
info@grzymalalaw.com,
jcoogan@cgtrial.com,
info@lpplawfirm.com,
atighe@cotsiriloslaw.com,
jstreicker@cotsiriloslaw.com,
tpoulos@cotsiriloslaw.com,
vdavenport@cotsiriloslaw.com,
tcampbell@cotsiriloslaw.com

date: 5 Jun 2025, 08:08

subject: Matter

mailed-by: gmail.com

Hello Tea
I hope thi
I have a
immigrati
etc.
I was a S
me by a
Complex
I wanted
now.
It's proba
I hope I
case we
i+)

**Dipesh Singl...** Wed 11 Jun, 06:49 (3 days ago)
to us, bcc: gossagelaw, bcc: info, bcc: info, bcc: BTsamis@TsamisLaw.con ▾

from: **Dipesh Singla**
<dipeshsingla668@gmail.com>

to: Dipesh Singla
<dipeshsingla668@gmail.com>

bcc: gossagelaw@aol.com,
info@stclairbar.com,
info@joanieraewimmer.com,
"BTsamis@TsamisLaw.com"
<BTsamis@tsamislaw.com>,
loriecker@ameritech.net

Hello Tea
I hope thi
I have a
immigrati
discrimin
I was a S
me by a
under **Co**
nature.

···



**Matter** ➤ | Inbox × | ⤤ ↕ ⊗ 🖶

**Dipesh Singl...** Wed 11 Jun, 17:47 (3 days ago) ☆ ☺ ↩

to me, bcc: jmanly, bcc: phamill, bcc: ms, bcc: adr, bcc: moriello, bcc: wjay ▼

Hello Tea

I hope th

I have a

immigrati

discrimin

I was a S

me by a

under **Co**

issues.

I wanted

now.

It's proba

I hope I c

case we

it).

I had pre

you in ca

|  | |
|---|---|
| from: | **Dipesh Singla** <dipeshsingla668@gmail.com> |
| to: | Dipesh Singla <dipeshsingla668@gmail.com> |
| bcc: | jmanly@manlystewart.com, phamill@clarkhill.com, ms@gscfboston.com, adr@rose-law.net, moriello@mit.edu, wjay@goodwinlaw.com, andrewkim@goodwinlaw.com, sabbott@goodwinlaw.com, rwanda.campbell@arnoldporter.com, carmen.lo@arnoldporter.com, sheila.boston@arnoldporter.com, lucy.mcmillan@arnoldporter.com, |



**Matter** ➤ Inbox ×

**Dipesh Singl...** Wed 11 Jun, 17:47 (3 days ago)
to me, bcc: jmanly, bcc: phamill, bcc: ms, bcc: adr, bcc: moriello, bcc: wja

Hello Tea
I hope th
I have a i
immigrati
discrimin
I was a S                                                                              on
me by a
under **Co**
issues.
I wanted                                                                                A
now.
It's proba
I hope I
case we                                                                              for
it).
I had pre                                                                             h
you in ca
from the

daniel.cantor@arnoldporter.com,
info@relmanlaw.com,
press@defendstudents.org,
amiltenberg@nmllplaw.com,
aolivarius@mcolaw.com,
jmcallister@mcolaw.com,
richard.dvorak@civilrightsdefenders.c
contact@bedisinger.com,
jbedi@bedisinger.com,
dsinger@bedisinger.com,
admin@lexinter.net,
tipline@hbsslaw.com,
contactus@hbsslaw.com,
pr@hbsslaw.com,
sgeiger@kaiserlaw.com,
mkaiser@kaiserlaw.com,
cforrest@kaiserlaw.com,



Matter ➤ Inbox ×

Dipesh Singl... 11 Jun 2025, 17:47 (3 days ago) ☆ ☺ ↩ ⋮

to me, bcc: jmanly, bcc: phamill, bcc: ms, bcc: adr, bcc: moriello, bcc: wja ▾

Hello Tea
I hope th
I have a
immigrati
discrimin
I was a S                                                              on
me by a
under **Co**
issues.
I wanted                                                              A
now.
It's proba
I hope I
case we                                                              for
it).
I had pre                                                              h
you in ca
from the

sgilson@kaiserlaw.com,
awadhwani@tennesseelookout.com,
info@tennesseelookout.com,
info@aclu-co.org,
letters@chronicle.com,
cheeditor@chronicle.com,
people@chronicle.com,
christopher.anderson@arnoldporter.c
nikolas.bindi@arnoldporter.com,
aaron.bowling@arnoldporter.com,
marjorie.carter@arnoldporter.com,
kristin.corradini@arnoldporter.com,
cameron.davis@arnoldporter.com,
emily.dorner@arnoldporter.com,
kathryn.geoffroy@arnoldporter.com,
sarah.gryll@arnoldporter.com,
michael.harris@arnoldporter.com,

**Matter** ➤ Inbox ✕

**Dipesh Singl...** 11 Jun 2025, 17:47 (3 days ago)
to me, bcc: jmanly, bcc: phamill, bcc: ms, bcc: adr, bcc: moriello, bcc: wja ▾

Hello Tea
I hope thi
I have a
immigrati
discrimin
I was a S
me by a
under **Co**
issues.
I wanted
now.
It's proba
I hope I c
case we
it).
I had pre
you in ca
from the



daniel.hartnett@arnoldporter.com,
dina.hayes@arnoldporter.com,
helenaberezowskyj@dwt.com,
katz@katzbanks.com,
joseph.krasovec@afslaw.com,
jon.bouker@afslaw.com,
paula.ketcham@afslaw.com,
tbuzbee@txattorneys.com,
info@nclej.org,
dparker1@law.columbia.edu,
emily.martin@saul.com,
info@acslaw.org,
vwalczak@aclupgh.org,
mroper@aclupa.org,
msilverstein@ssrga.com,
aabramowitz@ssrga.com,
Injury@dbajustice.com,

**Note:** Please don't share any of this content; keep it confidential. As of



Matter ➤ Inbox ✕

**Dipesh Singl...** 11 Jun 2025, 17:47 (3 days ago) ⭐ 😊 ↩ ⋮

to me, bcc: jmanly, bcc: phamill, bcc: ms, bcc: adr, bcc: moriello, bcc: wja ▾

Hello Tea
I hope thi
I have a
immigrati
discrimin
I was a S
me by a
under **Cc**
issues.
I wanted
now.
It's proba
I hope I c
case we
it).
I had pre
you in ca
from the

aabramowitz@ssrga.com,
Injury@dbajustice.com,
ereid@lerners.ca,
ereid@kmclaw.com,
lexiwhite@dwt.com,
jibraunriaz@dwt.com,
cary@wigginslawgroup.com,
susan@wigginslawgroup.com,
media@rcfp.org,
info@rcfp.org,
abbott.hannahmaria@gmail.com,
sara.berinhout@ropesgray.com,
jwindham@ij.org,
jmatz@heckerfink.com,
joshua.house@thefire.org,
david@rubin.net,
trgoldy@venable.com,

# Urgent: Matter 📁 Inbox × ↱ ✕ ⊗ 🖨 ↗

**Dipesh Singl...** Mon 9 Jun, 16:36 (5 days ago) ☆ 😊 ↩ ⋮

to me, bcc: eletts, bcc: info, bcc: ksanocki, bcc: ahettinger, bcc: mindelica ▾



to: Dipesh Singla
<dipeshsingla668@gmail.com>

bcc: eletts@zuberlawler.com,
info@thompsoncoburn.com,
ksanocki@thompsoncoburn.com,
ahettinger@thompsoncoburn.com,
mindelicato@thompsoncoburn.com,
cbrown@cookcountybar.org,
Juan Thomas
<jt@juanthomaslaw.com>,
Lori.Roper@cookcountyil.gov,
lrogersjr@powerrogers.com,
aj@lipelyons.com,
info@wileyadamsfornba.com

**The Jacob D. Fuchsberg Law Firm Supp...**   Thu 5 Jun, 06:55 (9 days ago)   ☆   ☺   ↩   ⋮

to me ▾

Hello, I am reaching out in regards to the online chat you had with The Jacob D. Fuchsberg Law Firm. We are in the process of reviewing your situation and should be in touch with you soon! Here are a few legal articles relevant to your situation and hopefully may be able to help you get started on the process:

https://www.nolo.com/legal-encyclopedia/small-claims-court
https://www.nolo.com/legal-encyclopedia/lawsuits-court
https://www.alllaw.com/articles/nolo/personal-injury/what-civil-lawsuit.html


Intake Support Coordinator | The Jacob D. Fuchsberg Law Firm
Legal Intake Division

---

**The Jacob D. Fuchsberg Law Firm Suppo...**   Sat 7 Jun, 07:37 (7 days ago)   ☆   ☺   ↩   ⋮

to me ▾

Hello, I am reaching out in regards to the online chat you had with The Jacob D. Fuchsberg Law Firm. We did review your claim, and although it's not in our firm's area of practice and we would be unable to represent you on this matter, we still think it would be worth discussing this matter with another attorney.

*Please note that claims in your state or country may be prohibited if not brought within a certain time limit, also known as the statute of limitations, and this time limit varies for different types of claims and jurisdictions, so it's critical to retain an attorney as soon as possible if you are interested in pursuing a legal claim.*

**Lauren Galloway**     Sat 7 Jun, 00:54 (7 days ago)    ☆ 😊 ↩ ⋮

to me ▾

Hi Dipesh,

Thank you for contacting Equip for Equality. I brought your case back to my larger legal team, but, unfortunately, as we discussed, due to our limited resources and staff capacity, Equip for Equality does very little work in the area of higher education.

As such, we won't be able to provide you with any kind of direct assistance or representation in your matter with University of Chicago. That said, I have attached a fact sheet about your rights as a person with disability in college including some information about your complaint filing options as well as information for some attorneys who specifically work in the area of higher education. I hope this is helpful.

Keep in mind, legal matters are typically subject to a statute of limitations period and other mandatory timelines. Therefore, we suggest contacting a lawyer as soon as possible. In providing referrals, EFE is not assessing any potential legal claims.

At this time there is no further role for EFE in this matter. Your request is now closed with our office. As we do with all closure letters, we are sending a link to our website: https://www.equipforequality.org/ and our grievance information: https://www.equipforequality.org/about/grievances/

We wish you the very best,

**Info**    Fri 6 Jun, 22:26 (8 days ago)    ☆    

to me ▾

I have discussed your email below with one of the partners and unfortunately, we must decline. Best regards.

Mary Nash
Paralegal to Terry A. Ekl and Patrick L. Provenzale
Ekl, Williams & Provenzale LLC
Two Arboretum Lakes
901 Warrenville Road, Suite 175
Lisle, IL 60532
(630) 242-8214 **Direct Dial**
(630) 654-8318 **Facsimile**
mnash@eklwilliams.com



**Matt Isaacs** <matti@hbsslaw.com>    Wed 11 Jun, 21:44 (3 days ago)    ☆ ☺ ↩ ⋮

to me ▾

Hello Dipesh,

Thank you for reaching out to Hagens Berman. We have reviewed your claim and have decided to respectfully decline. You may well have a case, but it's not a good fit for us. We encourage you to contact other firms or your county bar association for a referral. I'm sorry we couldn't help you.

Best,

Matt

--

**Matt Isaacs** | Hagens Berman Sobol Shapiro LLP | (510) 725-3043

•••

**Hannah Abbott**    Wed 11 Jun, 20:15 (3 days ago)    ☆ ☺ ↩ ⋮

to me ▾

Dear Mr. Singla,

Thank you for your message. I am unable to initiate any client representation myself, but if you believe your First Amendment rights have been violated, you may get in touch by submitting a case at https://www.thefire.org/submit-a-case. You can attach any relevant documents, and any information you submit will be kept confidential.

Hannah Abbott



# Your Illinois Internet Inquiry  ⅀  Inbox ×    ⤳ ⤬ ⊗ 🖨 ↗

**Steve Glink** <steve@educationrights.co...  Mon 9 Jun, 18:51 (5 days ago)    ☆ ☺ ↩ ⋮

to me ▾

Thank you for your email. For a ==variety== of ==reasons==, I am not accepting any news cases/clients right now. I offer no opinions on whether you have a basis for any legal claims. Please confirm receipt  of this email & good luck.

**Steven E. Glink**
Attorney at Law
250 Bristol Court

Deerfield, Illinois 60015

847-480-7749



## Your Request for Legal Services 📩  Inbox ×   ⤷ ⌄ ⊗ 🖨 ⧉

**Carol Babbitt**                    Tue 3 Jun, 00:31 (11 days ago)   ☆ ☺ ↩ ⋮
to me, Carol ▾

I thank you for your interest in my legal services.  Unfortunately, I am not practicing any immigration related <mark>matters</mark> but I suggest the following attorney may be of assistance to you:

Susan Fortino Brown, 312-341-9009.

I wish you good luck in your efforts.

---

**Steve Navarre**                    3 Jun 2025, 21:30 (11 days ago)   ☆ ☺ ↩ ⋮
to me, Carol ▾

Dear Dipesh Singla,

I am not Susan Fortino-Brown, but I have passed along your email to them.  Someone should contact you within the next few days.

Best regards,

Steve Navarre



The Navarre Law Firm
Immigration & Nationality

53 W Jackson Blvd, Ste 1215



**Matter** ➤  Inbox ×                           ⊗  🖨  ↗

**Robertson, Louise** <Louise.Robertson@wilmer...  Fri 6 Jun, 01:05 (8 days ago)  ☆  ☺  ↩  ⋮
to me ▾

Good afternoon:

I am writing in response to your mail regarding legal services.  Unfortunately, your situation is not within the scope of the work we typically do, and we therefore will be unable to assist you.  We would suggest that you try looking at your local Bar Association to search for a practitioner or smaller firm that may be better positioned to assist you.  You may wish to reference LawHelp.org to search for legal aid providers in your area.

Thank you for contacting us and we wish you success.

Louise
**Louise Z. Robertson | WilmerHale**
Litigation/Corporate Clerk
60 State Street
Boston, MA 02109 USA
+1 617 526 5169 (t)
+1 617 526 5000 (f)
louise.robertson@wilmerhale.com

> Hi Timothy,
>
> I'd like to request a proposal from you for my project "Complex Civil Litigation Matter Involving Civil Rights, Immigration, and Employment".
>
> I look forward to hearing from you.
>
> Kind regards,
> Dipesh Singla
>
> Sent via email • 5/23/25 at 4:41 PM CDT

Thank you for your interest but I am not able to assist with this legal need.

Sent via email • 5/23/25 at 4:49 PM CDT



versation with **John Ray**

Hi John,

I'd like to request a proposal from you for my project "Complex Civil Litigation Matter Involving Civil Rights, Immigration, and Employment".

I look forward to hearing from you.

Kind regards,
Dipesh Singla

Sent via email • 5/23/25 at 4:41 PM CDT

Dipesh

# Re: New Entry: Contact Form 1  Inbox ×                    ⊗  🖶  ☑

**Allison Mahoney** <allison@almlawllc.com>        Thu 5 Jun, 19:18 (9 days ago)    ☆  ☺  ↩  ⋮
to me ▾

Hi, Dipesh,

Thank you for reaching out. My firm does not handle immigration matters, so we are not going to be able to assist you. I wish you the best in finding the legal assistance you need.

Regards,
Allison

# RE: Contact Form Submission  Inbox ×

**jcoogan@cgtrial.com**                                      Thu 5 Jun, 08:09 (9 days ago)

to me ▾

Sorry, we cannot help you.

Good luck,
Jim

James E. Coogan

Coogan Gallagher

444 N. Northwest Hwy., Suite 300

Park Ridge, Illinois 60068

## RE: pmllegal.com Form Submission  Inbox ×          

**Sandra Wittich** <swittich@pmllegal.com>          Wed 4 Jun, 22:24 (10 days ago)      

to me ▾

Hello Dipesh,

Thank you for your inquiry.

Unfortunately we are not able to assist you with this type of multi-layered case as we do not do immigration, international and/or criminal involvement.

Sincerely.

**Sandra Wittich** | Firm Administrator

847-882-2449

## Matter ▶ Inbox ×  ↱»

**Dipesh Singla** <dipeshsingla66...   Wed 4 Jun, 00:06 (10 days ago)
to me, bcc: contact, bcc: dan, bcc: jcarmody, bcc: vg, bcc: Leibforthlaw ▾

Hello T...
I hope t...
I have a...
internat...
I was a...
staff me...
I wante...
It's prob...
I hope |
consult...

| from: | **Dipesh Singla** |
| | <dipeshsingla668@gmail.com> |
| to: | Dipesh Singla |
| | <dipeshsingla668@gmail.com> |
| bcc: | contact@dolanlegal.com, |
| | dan@dclawoffice.com, |
| | jcarmody@dolanlegal.com, |
| | vg@glozmanlaw.com, |
| | Leibforthlaw@gmail.com |
| date: | 4 Jun 2025, 00:06 |

**Daniel Calandriello**   Wed 4 Jun, 00:40 (10 days ago)   ☆  ☺  ↩  ⋮
to me ▾

I am sorry but we do not practice in these legal areas.  You may want to look on the chicago bar association website for possible attorneys who can help you.  I wish you good luck

●●●
--
Daniel Calandriello
Attorney at Law
Law Office of Daniel Calandriello LLC
9760 S. Roberts Road, Ste 2
Palos Hills, IL 60465
708-606-3005 (phone)
708-598-4695 (fax)

## RE: ALERT: Contact Received From Your FindLaw Website  ⊗ 🖶 ↗  Inbox ×

**Zane Smith** <zane@zanesmith.com>  Tue 3 Jun, 23:41 (11 days ago)  ☆ ☺ ↩ ⋮
to me, Rachel, Tyler ▾

Dear Dipesh, unfortunately this is not the kind or type of case that my office is able to handle at this time. I wish you the very best of luck, Zane

Zane D. Smith
Partner
Zane D. Smith & Associates, Ltd.
111 West Washington
Suite 1750
Chicago, Illinois 60602
(312) 245-0031- Office
(312) 402-6830-Cell
(312) 245-0022 – Fax
www.zanesmith.com

**Catherine Lorenzo** <CLorenzo@dkmolaw.co...  Tue 27 May, 19:02  ☆ ☺ ↩ ⋮
to me ▾

Good morning ~

Thank you for thinking of DKMO Law, but we do not practice in that field.

I recommend you contact:

www.nwsba.org
**Northwest Suburban Bar Association**
115 S Wilke Rd, Arlington Heights, IL 60005 · 1.3 mi
(847) 621-2378

Thank you,

**Megan Brophy** <mbrophy@corboydemetrio.c...   Tue 27 May, 20:47   ☆   ☺   ↩   ⋮

to me ▾

Dipesh,

Thank you for your email.  Unfortunately, we are unable to assist with this matter. Rather, this is not the type of matter this office handles.  By this statement, we do not pass judgement upon the merit of any potential case.

We suggest that you contact another attorney of your choice immediately so that your legal rights may be fully explored and protected.  Do not delay.

The confidence you have exhibited in this firm is very much appreciated.   We wish you well.

Kind regards,


**Megan A. Brophy**
Litigation Administrator
Corboy & Demetrio





Inbox ×

ngla <dipeshsingla668@gmail.com>    Sat 24 May, 03:29

nfo, bcc: ggouveia, bcc: gmcconne, bcc: mkutnick, bcc: tmoss, bcc: kmcgough,

email finds you

atter with the un

al student, empl

D, a Whistleblo                                                                rsity

er. So the matte

ask if you deal

y a big multi-ret

hear back fron

nterest/friendshi

n call(along with                                                          rest

case document

e don't share a

er@sfltd.com

from:    **Dipesh Singla**
         <dipeshsingla668@gmail.com>

to:      Dipesh Singla
         <dipeshsingla668@gmail.com>

bcc:     info@dkmolaw.com,
         ggouveia@foxrothschild.com,
         gmcconne@winston.com,
         mkutnick@winston.com,
         tmoss@winston.com,
         kmcgough@winston.com,
         nsohbatian@winston.com,
         mcostiga@winston.com,
         mpoetzel@jenner.com,
         astanton@burkelaw.com,
         teaton@taftlaw.com,
         info@corboydemetrio.com,
         blog@lglfirm.com,



@gmail.com>    Sat 24 May, 03:29    ☆    ☺    ↩

gmcconne, bcc: mkutnick, bcc: tmoss, bcc: kmcgough, ▾

CaseReview@ankinlaw.com,
mstowell@sfltd.com, ◌
lfriedman@sfltd.com, ◌
sbish@sfltd.com, ◌
grobot@sfltd.com, ◌
jcalvert@sfltd.com, ◌
tbrooks@sfltd.com, ◌
dlewin@sfltd.com, ◌
ckearney@sfltd.com, ◌
ahlewis@sfltd.com, ◌
bgerigshelly@sfltd.com, ◌
tshin@sfltd.com, ◌
philipcary@sfltd.com, ◌
mcolton@sfltd.com, ◌
mfriedman@sfltd.com, ◌
imckeever@sfltd.com, ◌
lmuszynski@sfltd.com, ◌
shahn@sfltd.com, ◌

ɡmcconne, bcc: mkutnick, bcc: tmoss, bcc: kmcgough,



mfriedman@sfltd.com,
imckeever@sfltd.com,
lmuszynski@sfltd.com,
shahn@sfltd.com,
aeichenold@sfltd.com,
rcaskey@sfltd.com,
ihernandez@sfltd.com,
gcarrillo@sfltd.com,
evalladares@sfltd.com,
jbrooks@sheppardmullin.com,
rfriedman@sheppardmullin.com

date: 24 May 2025, 03:29

ubject: Matter

ed-by: gmail.com

: Important mainly because it was
sent directly to you.

**Matter** ➤ Inbox ×

Dipesh Singla <dipeshsingla668... Sun 1 Jun, 07:33 (13 days ago) ☆ ☺ ↩ ⋮
to me, bcc: AGCarr, bcc: ag, bcc: consumer, bcc: lynnfitchnews, bcc: brenna.bird, bcc: webt ▾



Hello, I hope you are well.
 was a student at UChicag                                                    if
here's any way I may be a                                                     at
will also have some eleme
deology, and alleged actio
prepared in 250-plus page                                                    if
you can help and keep it c
 hope I may get some help
would be highly appreciate
Please also confirm if this
Best

-Info-Attorney General                                                        ⋮
to me ▾

Thank you for contactin
has no jurisdiction in thi

---

Juneitha Shambee          Mon 2 Jun, 21:41 (12 days ago)   ☆ ☺ ↩ ⋮
to me ▾

Thank you for reaching out to my office. At this time, I do not have the capacity to handle this matter. I wish you the best.

Thank you,

**josh friedman**      Sun 1 Jun, 02:32 (13 days ago)          

to me ▾

Hi Dipesh,

Thanks for your message. I'm not available to take your case, but I can recommend carol Babbit. 312-435-9775. This is not a comment on the strength of your case, and be aware of possible statutes of limitations on your claims. Best of luck!

**Josh M. Friedman**
**The Friedman Firm**
*Employment litigation, negotiations and counseling*

| | |
|---|---|
| e | josh@friedmanfirm.com |
| t | (312) 886-0277 |
| w | www.friedmanfirm.com |

---------- Forwarded message ---------
From: **Lawworks Support** <support@lawworks.org.uk>
Date: Mon, Jun 2, 2025, 1:28 PM
Subject: RE: Form submission from: Contact us
To: dipeshsingla668@gmail.com<dipeshsingla668@gmail.com>

No, that is not something we can assist with

**Peter Jackson**
Communications Officer
www.lawworks.org.uk



CGLA - Referrals  Inbox ×

**CGLA Intakes** <intakes@cgla.net>    Wed 28 May, 22:00
to me, 25-0154453@cgla.legalserver.org

Dear Dipesh Singla:

Thank you for contacting Cabrini Green Legal Aid. In response to your most recent application, unfortunately, CGLA does not currently offer the legal services that you are seeking. We recommend contacting CARPLS legal aid hotline at (312) 738-9200, open Monday
 through Friday, from 9am to 4:30 pm. They may be able to connect you with another legal aid that provides the type of services requested. We are also attaching a list of legal aid referrals that may be useful.

## Re: Request for Investigation and Potential Legal Support Concerning Alleged Misconduct and Violations by the University of Chicago | Whistle Blower | Keep Confidential ➤ Inbox ×

**National Student Legal Defense Netwo...**  Thu 29 May, 20:01  ☆  ☺  ↩  ⋮
to me ▾

Dear Dipesh,

Thank you for contacting Student Defense. While we cannot provide you with legal advice or representation on this matter, we are happy to point you to some resources that might be helpful.

---

from: **Dipesh Singla**
<dipeshsingla668@gmail.com>

to: "uplc@uplcchicago.org"
<uplc@uplcchicago.org>,
"dipeshsingla668@gmail.com"
<dipeshsingla668@gmail.com>

date: 2 May 2025, 00:09

subject: Matter



## THE COCHRAN FIRM

C H I C A G O

140 S. DEARBORN • SUITE 1020 • CHICAGO, ILLINOIS 60603
TELEPHONE: (312) 262-2880
WWW.COCHRANFIRM.COM

**May 27, 2025**

**VIA Electronic Mail**

Dipesh Singla
Dipeshsingla668@gmail.com

    *Re: Your Potential Legal Matter*

Dear Mr. Singla,

    My office has had an opportunity to review the information you provided to our office on **May 21, 2025**. After a review of your specific circumstances, we have come to the determination that our office will not be able to pursue a claim on your behalf.

    Because we are unable to accept professional responsibility for your potential legal claims, we suggest that you contact the Chicago Bar Association at (312) 554-2000 or the Illinois Bar Association at (217) 525-1760 to see if they can refer you to another attorney who may be able to assist you.



Privileged & Confidential ▸ Inbox ×

**Stowell Friedman** <stowellfriedman@sfltd.co...   Tue 27 May, 19:43   ☆   ☺   ↩   ⋮

to me ▾

Dear Dipesh,

We thank you for considering Stowell & Friedman, Ltd. to represent you regarding the circumstances you recently shared with us. Unfortunately, the firm is unable to represent you in this matter or take any action on your behalf. Please do not consider this decision a reflection on the merit of your claims.

from: **Dipesh Singla**
<dipeshsingla668@gmail.com>

to: bloggins@legalfreedomlaw.com

date: 27 May 2025, 16:41

subject: Re: ATTORNEY REFERRAL from The Chicago Bar Association Lawyer Referral Service

from: **Dipesh Singla**
<dipeshsingla668@gmail.com>

to: jreeves@illinoisbarfoundation.org,
IBFInfo@illinoisbarfoundation.org,
Dipesh Singla
<dipeshsingla668@gmail.com>

date: 27 May 2025, 15:05

subject: Matter

**Inquiry** <Inquiry@aclu-il.org>          Wed 9 Apr, 10:06 pm   ☆   ☺   ↩   ⋮
to me ▾

April 9, 2025

Dear Dipesh:

Thank you for contacting the American Civil Liberties Union of Illinois. We have reviewed your situation carefully and we regret to inform you that we will not be able to accept your case.

**Info**　　　　　　　　　　　　　　　Tue 13 May, 00:34　☆　☺　↩　⋮

to me ▾

Thank you for your inquiry. Unfortunately, these simply are not areas of law where we practice, and we cannot provide advice or assistance. We lack the expertise and resources to take your case.

You may want to contact: Equip for Equality at **https://www.equipforequality. org/**. If you review their practice areas, they may be able to assist with some but not all of your issues.

You may also want to contact: Chicago Lawyers' Committee for Civil Rights at https://www.clccrul.org/

University of Chicago Law School does host one of our monthly community clinics, but that is not why we are providing a referral. If you review the practice areas listed on our website, we do not assist with civil rights litigation, immigration, employment law or retaliation complaints at all, and we lack the expertise to assist you.

**Rima Kapitan**　　　　　Wed 7 May, 03:12　☆　☺　↩　⋮

to me ▾

Hi Dipesh,

Unfortunately our case load is very full and we're not able to take new cases at the moment. Good luck,

Rima

•••

---

**Tishaunda McPherson**　　　　　Tue 13 May, 21:53　☆　☺　↩　⋮

to me ▾

Dipesh,

Thank you for considering Loftus & Eisenberg to represent you regarding the circumstances you shared in your email. Unfortunately, the firm is unable to represent you in this matter. We recommend searching for another education attorney here: Chicago Bar Foundation, Illinois State Bar Association Lawyer Find. You may also be able to file a complaint with the Illinois Department of Human Rights.

**Marie Valles**  Tue 6 May, 21:21  ☆  ☺  ↩  ⋮
to me ▾

Hi Mr. Singla:

Thank you for reaching out. I apologize for the delay, as Caryn was still reviewing our notes. After review, she has notified me that she is unable to assist.

However, she has provided a few direct referrals for you to contact:

**Rima Kapitan:** https://kapitangomaa.com/rima-captain/

**Tishaunda McPherson**: https://www.loftusandeisenberg.com/lawyers/tishaunda-mcpherson/

**Kristin Case:** https://caseandsedey.com/kristin-m-case/

We wish you the best.

# Re: Jarecki Law Group, LLC "Contact Page" ➤ Inbox ×

**Mike Jarecki** <mike@jareckilaw.com>     Thu 1 May, 16:08

to me ▾

I only handle immigration matters. Try Caryn:
https://hsplegal.com/attorneys/caryn-lederer/

Mike


----

Michael R. Jarecki, Principal
*He/Him/His*
**Jarecki Law Group, LLC**
53 W. Jackson Blvd., Suite 1515
Chicago, IL 60604
www.jareckilaw.com
(312) 922-1111


**Public Citizen Litigation Group** <pclg...    Wed 23 Apr, 10:13 pm    ☆    ☺

to me ▾

Thank you for your email. We don't handle cases such as you describe.

Public Citizen Litigation Group

•••

**John Pollock (jpollock@publicjustice.o…**   Wed 23 Apr, 02:56    ☆   ☺   ↩   ⋮

to Vern, Andrew, me ▾

Dipesh,

Unfortunately, our organization is unable to assist, as we do not do any legal representation or legal advice; we were set up to provide support to state and local organizations that are pursuing policy initiatives or constitutional litigation. The only thing I can do is suggest you find the legal services provider for your area by visiting the Legal Service Corporation's <u>I Need Legal Help</u> page and entering your address.

I hope you're able to find help through that and please take care!

Sincerely,

John Pollock
Pronouns: he/him
Coordinator, National Coalition for a Civil Right to Counsel



---

**Weishampel, Joseph** <jw@ulaw.com>    Tue 22 Apr, 20:55    ☆   ☺   ↩   ⋮

to me ▾

Mr. Singla,

Thank you for the information. I am sorry, but we are not able to take your case. This is not a reflection of the merits of your case, and I wish you luck if you choose to pursue it further.

Joe Weishampel

•••



**LANGACKER LAW**
ATTORNEYS AT LAW

Via Electronic Mail

April 22, 2025

Mr. Dipesh Singla
dipeshsingla668@gmail.com

RE:     Singla v. University of Chicago

Mr. Singla,

Thank you for contacting Langacker Law regarding your potential cause of action involving the University of Chicago. Unfortunately, due to my current schedule and other commitments, I will be unable to represent you in this matter.

Our inability to represent you should not be interpreted as an adverse opinion regarding the merits of your case. Please note that the law limits the time within which individuals may lawsuits against any potential adverse parties, so I suggest contacting another attorney as soon as possible, as an applicable statute of limitations could time-bar a potential cause of action going forward.

If you believe that your employer has subjected you to discrimination based on your inclusion in a protected class, you may contact the Illinois Department of Human Rights at (217) 785-5100 or https://dhr.illinois.gov/.

I encourage you to contact another attorney if you wish to pursue your claim, either through the Illinois Lawyer Finder referral service at (800) 922-8757, or through the Chicago Bar Association referral service at (312) 554-2001.

---

**Robin Potter** <Robin@potterlaw.org>          Tue 22 Apr, 00:54     ☆   ☺   ↩   ⋮

to me ▾

No sorry. You can check out NELA Illinois, lawyer referral. Best of luck!
https://www.nela-illinois.org/content.aspx?page_id=78&club_id=853437

Robin Potter * Robin Potter & Associates, P.C. * 111 East Wacker Drive S 2300 * Chicago, IL. 60601
* robin@potterlaw.org- Cell: (773) 575-6216 * si se puede

•••

# Your request for an attorney ▸ Inbox ×    ⊗ 🖶 ↗

**Paul M. Weltlich** <paul@weltlichlaw.com>    Tue 22 Apr, 00:53   ☆   ☺   ↩   ⋮
to me ▾

Dipesh -

I received your message about your situation with your university. I'm afraid that this is not a matter that I can assist you with.

Best of luck,

--

PAUL M. WELTLICH, ESQ.
Law Office of Paul M. Weltlich
200 East Randolph Street, Suite 5100
Chicago, Illinois 60601
(312) 637-8450 (direct)
Paul@Weltlichlaw.com

* This message contains confidential information protected from disclosure. If you are not

**Office** <office@oconnor-oconnor.com>    Tue 22 Apr, 00:25   ☆   ☺   ↩   ⋮
to me ▾

Good afternoon,

I believe the following attorney will be a better fit for the matters you have described. Please contact:

Robin Potter * Robin Potter & Associates, P.C. * 111 East Wacker Drive S 2300 * Chicago, IL. 60601 * robin@potterlaw.org

Her firm should be able to assist you or direct an attorney who can help you. Thanks!

**Nyxel Camarena** <ncamarena@caffarelli.com>   Tue 22 Apr, 00:08   ☆   ☺   ↩   ⋮

to me ▾

Hello,

We currently have a conflict of interest with the University of Chicago. I recommend that you reach out to other attorneys. I suggest the National Employment Lawyers Association; here you can find other attorneys that deal with employment law. Their website is www.nela.org.

We wish you the best on your <mark>matter</mark>.

**Nyxel Camarena**
Intake Specialist
Caffarelli & Associates Ltd.
8 S. Michigan Ave Ste 1200
Chicago, IL 60604
(312) 763-6880
www.caffarelli.com



## Re: Contact Form: Contact Us   ⤷   ↕   ⊗   🖨   ⬈

🟡   Inbox ×

**The Civil Litigation Clinic at Chicag…**   📎 Tue 22 Apr, 00:37   ☆   ☺   ↩   ⋮

to me ▾

Hello. If you need immigration help, I can refer you to Victoria Carmona, my colleague in the clinic here.

I don't believe I can help you with the other <mark>matters</mark> you listed.

Let me know if you would like a referral to Ms. Carmona's clinic.

Best,
Jamie Franklin

Jamie S. Franklin
Associate Clinical Professor of Law
Supervising Attorney for the Civil Litigation Clinic
Chicago-Kent College of Law
565 West Adams Street, Suite 600
Chicago, IL 60661
(312) 906-5048 (direct)
(773) 696-1478 (fax)
(312) 498-5143 (mobile)

**Marcee Williams** <intakes@hall-jacksonanda...   Wed 21 Apr, 23:47   ☆   ☺   ↩   ⋮
to me ▾

Hi Dipesh,

Thanks for reaching out regarding your employment matter. Our firm can't assist with your matter, but you might want to reach out to these attorneys whose practice includes immigration matters.

**Heewon O'Connor**

110 E Schiller St

212Elmhurst, IL 60126

heewon@oconnor-oconnor.com 6309036397

6309036397

**Justin Randolph**

53 W. Jackson Blvd., Suite 1234

Chicago, IL 60604

justin@randolph-holloway.com 312-663-1560

312-663-1560

## RE: New RFA - Legal Assistance  ➤  Inbox ×        ⊗  🖶  ↗

**Assistance** <assistance@naacpldf.org>        Wed 21 Apr, 20:30   ☆   ☺   ↩   ⋮
to me ▾

Dear Dipesh,

Thank you for your message. We are extremely sorry to hear about your legal issues. We very much wish that the NAACP Legal Defense & Educational Fund, Inc. had the capacity to represent every person that contacts us. Unfortunately, however, we are only able to represent a very limited number of people and we are unable to assist you at this time. We wish you the best of luck.

Sincerely,

LDF



# Update Regarding Your Legal Matter - Justice Entrepreneurs Project

Inbox ×

**Justice Entrepreneurs Project (via Airta…**   Sat 19 Apr, 03:35

to me

Dear Dipesh ,

Thank you for reaching out to the Justice Entrepreneurs Project regarding y
Education Law matter. We have carefully reviewed your case and attempted
you with attorneys in our network. Unfortunately, after several attempts, we
unable to find an available attorney who could take on your case at this tim

If your situation changes or if you need to explore other legal options in the
please don't hesitate to reach out to us again.

April 18, 2025

<u>**SENT VIA E-MAIL**</u>

Dipesh Singla
dipeshsingla668@gmail.com

> Re:   *Singla, Dipesh*
>       *2025-03043*

Dear Ms. Singla,

On behalf of Romanucci & Blandin, I would like to thank you for considering our law office to investigate your potential claim. We have thoroughly reviewed your claim and from our investigation, our office has determined that we will be unable to represent you in this matter. Therefore, Romanucci & Blandin will not be taking any action on your behalf.

You should not infer from our decision that you do not have a meritorious claim. We are making no representation in this regard. Please be advised that we will be taking no action on your behalf and that should you wish to pursue this matter, you should be aware that failure to proceed promptly may result in your legal matter being barred by a time limit. **Therefore, we strongly recommend that you contact another attorney regarding this matter immediately.**

We thank you very much for allowing us the opportunity to review this matter for you. I appreciate your trust and confidence in our firm. If we can be of any further assistance to you in the future, please do not hesitate to call.

Sincerely,

## Privileged & Confidential  Inbox ×  

**Stowell Friedman** <stowellfriedman@sfltd.com>   Fri 18 Apr, 22:07   ☆   ☺   ↩   ⋮
to me ▾

Dear Dipesh,

We thank you for considering Stowell & Friedman, Ltd. to represent you regarding the circumstances you recently shared with us.  Unfortunately, the firm is unable to represent you in this matter or take any action on your behalf.  Please do not consider this decision a reflection on the merit of your claims.

It is important to be aware that the law commonly imposes time limitations on employment related claims.  That is, the law requires plaintiffs to take action within a certain period of time or lose the right to sue.  We have not conducted a complete investigation as to when your statute of limitations expires and we suggest that you immediately contact another attorney if you intend on pursuing your potential claim.

Consistent with our professional obligation, Stowell & Friedman, Ltd. will not disclose any information you shared with us.

---

**Khetarpal, Monica H. (Chicago)** <Monica....   Thu 17 Apr, 21:44   ☆   ☺   ↩   ⋮
to me ▾

Sorry I only represent universities.



**Monica H. Khetarpal** (KAY-ther-paul | She/Her)
**Attorney at Law**

**Jackson Lewis P.C.**
150 North Michigan Avenue
Suite 2500
Chicago, IL 60601
Direct: (312) 803-2529 | Main: (312) 787-4949
Monica.Khetarpal@jacksonlewis.com | www.jacksonlewis.com

**Elesha Jackson** <EJackson@clccrul.org>     Thu 17 Apr, 21:50     ☆   😊   ↩   ⋮
to me ▾

Hi, we do not handle these kinds of issues.  You should contact CARPLS for assistance and/or a referral.  Good luck with resolving this issue.

# Re: Immigration Lawyers PC [#312]     ⇶   ⤬

   Inbox ×

**julieta .** julieta@immig-lawyer.com <u>via</u> yahoo.com     Thu 17 Apr, 21:14     ☆
to Jerry, Law, me ▾

Good morning Dipesh,

Our office does not handle civil rights litigation.

kindly,

# contact follow up ▶ Inbox ×

**Justin Hoefflicker** <jhoefflicker@millalegal.co...  Thu 17 Apr, 19:56  ☆  ☺  ↩  ⋮
to me ▾

Good morning and thank you for reaching out.

Please note we are exclusively an immigration law firm. Should you need assistance with an F-1 student visa status issue, we could offer assistance.

We do not, however, handle civil rights/litigation <mark>matters</mark> given our bandwidth as a small firm.

Please let me know if you would like to connect regarding any potential visa status issues.

--

**Ibrahim Law Info** <info@ibralaw.com>  Thu 17 Apr, 16:59  ☆  ☺  ↩  ⋮
to me ▾

Hello. Unfortunately, we are unable to accept new clients in these particular cases at this time. We suggest contacting another office.

Sincerely,



**Azita Mojarad** <azita@azitalaw.com>  Thu 17 Apr, 18:04  ☆  ☺  ↩  ⋮
to me ▾

We do not but I work with an attorney that may be able to assist. If interested, I car provide his information and ask him to contact you.

Regards,

**Brynn Lintner** ✔ <brynn.lintner@thefire.org>    Thu 17 Apr, 00:21    ☆    ☺    ↩    ⋮

to me ▾

Dear Dipesh

Thank you for submitting your case to FIRE and checking in with us. I have reviewed your submission and have discussed your situation with my colleagues. Unfortunately, FIRE is unable to offer direct assistance in this matter. Please do not interpret this as a judgment on the merits of your claims. FIRE simply has limited resources and receives a remarkable number of requests for assistance.

If you believe you might benefit from legal advice or representation, you should consider obtaining the services of a private attorney as you contemplate how to proceed in this matter. If you require assistance in locating an attorney in your jurisdiction, we recommend your state bar association's Lawyer Referral Directory.

**Brian Hauss** <brian.hauss@gmail.com>    Fri 11 Apr, 06:25    ☆    ☺    ↩    ⋮

to me ▾

Dear Dipesh,

The ACLU does not usually take cases involving private universities, such as the University of Chicago. I suggest you look into the Foundation for Individual Rights and Expression. Their intake form is available here: https://www.thefire.org/submit-a-case

Best regards,
Brian

•••



**Matter**: Related to Work, Education  ↱  ✕  ⊗  🖶  ⬈

Inbox ×

**Robert Shipley** <robert.shipley@shipleylawgrou...   Sat 8 Mar, 03:16   ☆   ☺   ↩   ⋮
to me ▾

Dipesh, thank you for contacting my office through the Illinois State Bar Association.

Based on your description, it appears the issue is related to school law and/or immigration.  My firm does not practice in these areas and thus would not be able to assist.

I would suggest you do a targeted search for attorneys who concentrate their practice in these areas.

Thank you.

**Dan Edelman** <dedelman@edcombs.com>   Fri 7 Mar, 15:25   ☆   ☺   ↩   ⋮
to me ▾

sorry but this is not within our area of practice

Daniel A. Edelman
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1800
Chicago, IL  60603-1841
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com

Please note new suite number.
All other information remains the same.

**Sahil Malhotra** <sahil@drishtilaw.com>　　　Fri 7 Mar, 23:28　☆　☺　↩　⋮

to me ▾

Hi Dipesh

Thank you for taking the time to reach out. As much as I would love to assist you with this, it is not my area of expertise and you would be better suited to contact an attorney familiar with labor and union law. I am more than happy to help point you in the right direction but would have to do some research myself for credible attorneys. Please let me know if that is of interest to you. I apologize for not having better news.

Best Regards

Sahil Malhotra
Principal Attorney
Phone: (773) 234 - 1139
Email: Sahil@drishtilaw.com



**Nicole Soltanzadeh** <nicole@soltanzadehlaw.c...　Sat 8 Mar, 01:57　☆　☺　↩　⋮

to me ▾

Dear Dipesh,

Thank you so much for reaching out; however, the requests you have are outside the scope of our practice areas. Since you are seeking pro bono assistance, I suggest you reach out to the Chicago Volunteer Legal Services, who can either help you with your legal needs or point you in the right direction.

Best,

**Nicole M. Soltanzadeh**, Owner
The Law Office of Nicole M. Soltanzadeh, LLC
O: 773-917-4466
F: 312-619-5133
E: nicole@soltanzadehlaw.com
20 N. Clark Street, Suite 3300, Chicago, IL 60602
www.soltanzadehlaw.com

## KMK Consultation  ▸ Inbox ×

**Emily Durcholz** <emily@kmklawllp.com>     Sat 8 Mar, 01:28  ☆ 😊 ↩ ⋮
to me ▾

Good afternoon:

Thank you for contacting Kulwin, Masciopinto & Kulwin, LLP (KMK) regarding your legal matter.

Unfortunately, KMK is unable to assist you in this matter. As a result, KMK is not able to undertake this representation.

Please note, we have not investigated your case and are expressing no opinion as to its merits or the likelihood of whether you would prevail. This email is being sent only to confirm that KMK will not represent you in this matter.

However, you should be aware that failure to proceed promptly will result in your matter being barred by a time limit. KMK strongly recommends you contact another attorney regarding this matter immediately should you wish to pursue it. Because we are not representing you, we have not researched and therefore cannot advise you regarding the application of time limits to any claims you may have.

Best wishes and thank you again for your consideration of KMK to represent you.

## Cramer Law  ▸ Inbox ×

**Thomas Cramer** <tcramer@cramer-law.com>     Fri 7 Mar, 20:24  ☆ 😊 ↩ ⋮
to me ▾

Hi Dipesh,

Thanks for reaching out to our firm. Unfortunately, we are not taking on any litigation cases against UChicago at this time. If what you are looking for is simply advice and counsel about how to proceed, we can discuss that. That's fine. Our hourly rate is $415 an hour. Depending on the nature of the issue, something like this may take 2-3 hours of my time.

Thanks,

Tom



# Success! Your intake form response has been submitted. ➤ Inbox ×

**notifications@mycase.com**  21:03 (28 minutes ago) ☆ ☺ ↩ ⋮
to me ▾

Hi,

Your response to the "Contact Us" has been successfully submitted.

Stephan Zouras, LLP has received your submission. To review your submitted response, simply click on the button below:

**View Intake Form**

Thank you,
Stephan Zouras, LLP

**Miner, Barnhill & Galland, P.C. (DO ...**  21:10 (22 minutes ago) ☆ ☺ ↩ ⋮
to me ▾

**MINER, BARNHILL & GALLAND** P.C.

Thank you for reaching out to Miner, Barnhill & Galland, P.C. Your message has been received.

# Hagens Berman has received your whistleblower submission ▸ Inbox ×

🖶 ⧉

**Hagens Berman** <stevewberman@hbssla...   00:31 (3 minutes ago)   ☆   ☺   ↩   ⋮
to me ▾

Hello ,

Thank you for contacting Hagens Berman's SEC whistleblower legal team to review your potential securities fraud claim. Our investigative team is reviewing the information you provided and will contact you as soon as we are able. Should our legal team need more information from you, they will contact you via the email or phone number you provided.

By submitting your information, you have signed up to receive future email from Hagens Berman concerning your potential whistleblower claim, and if you opted in to receive information about other matters, either by text or email, you will receive notifications about whistleblower news that may affect you.

Vie



## Thank you for reaching out. Your email is important to us.

Our team is reviewing your inquiry and will be in touch as soon as possible if able to assist you.

In the meantime, we welcome you to learn more about KJK's Student & Athle Defense group by downloading our practice's Service Offerings Booklet.





## Automatic reply: Matter  ▸  Inbox ×                    🖨  ☑

**Larry Katz** via lentolawgroupcom.onmicro...  00:35 (0 minutes ago)  ☆  ☺  ↩  ⋮
to me ▾

### EMAILS WILL NOT BE ANSWERED UNTIL THE NEXT BUSINESS DAY.

If you have a true emergency, please TEXT me at 609-961-1653.
will respond as soon as reasonably possible.

## Thank you for taking the vital first step in protecting your legal rights.  ▸  Inbox ×          🖨  ☑

**The Law Offices Of Alissa Ha...**  Sat 14 Jun, 22:43 (1 hour ago)  ☆  ☺  ↩  ⋮
to me ▾

Thank you for contacting us. One of our experienced attorneys will be in touch with you shortly to speak with you about your potential case.

↩ Reply    ↪ Forward    ☺

## Your submission to KevinBennettlaw.com - Matter  ▸  Inbox ×          🖨  ☑

**The Law Office of Kevin Ben...**  Sat 14 Jun, 22:34 (2 hours ago)  ☆  ☺  ↩  ⋮
to me ▾

This message is just to confirm that we received your request for a consultation on our website, KevinBennettlaw.com. We will be contacting you as soon as possible to discuss the facts of your case. If your matter is urgent, we recommend giving us a call at the phone number listed on our website. Thanks again for your interest in our firm, and we look forward to working with you.

Here is the information you submitted to us as we will receive it.



# Your submission to CriminalAttorneyColumbus.com - "Matter" ➤ Inbox ×

🖨 ↗

**Joslyn Criminal Defense Law…**  Sat 14 Jun, 22:27 (2 hours ago)  ☆  ☺  ↩  ⋮

to me ▾

This message is just to confirm that we received your request for a consultation on our website. We will be contacting you as soon as possible to discuss the facts of your case. If your matter is urgent, we recommend giving us a call at the phone number on our website. Thanks again for your interest in our firm, and we look forward to working with you.

Here is the information you submitted to us as we will receive it.

from: **Dipesh Singla** <dipeshsingla668@gm

to: Dipesh Singla <dipeshsingla668@gma

bcc: jdlento@lentolawgroup.com,
sraie@lentolawgroup.com,
Sscheff@lentolawgroup.com,
Lakatz@lentolawgroup.com,
sgriffin@lentolawgroup.com,
Jafonte@lentolawgroup.com,
studentdefense@cohenseglias.com,
keithaltman@kaltmanlaw.com,
info@oalaw.com,
wberglund@oalaw.com,
ncervini@oalaw.com,
info@stephaniecoleadams.com,
swu@dcwhitecollar.com,
tfb@tfblawyers.com,

mail.c...    00:35 (2 minutes ago)    ☆    ☺    ↩    ⋮

heff, bcc: Lakatz, bcc: sgriffin, bcc: Jafonte, bcc: stud ▼



jeremy@sackettlawoffice.com,
greg@gwittnerlaw.com,
jesse@binnall.com,
ntakiff@whittedtakifflaw.com,
john.borkowski@huschblackwell.com,
akd@franczek.com,
jas@franczek.com,
jckreamer@kreamerlawgroup.com,
contact@ed-law.com,
Michael@ed-law.com,
Bradley@ed-law.com,
advice@chicagocriminaldefenselawye
info@ktjlaw.com,
john@johnwrightlawoffice.com,
AT_StudentsAttorney@ilstu.edu,
rcross@bhslaw.com,
cfitch@bhslaw.com,

gmail.c...   00:35 (2 minutes ago)   ☆   ☺   ↩

cheff, bcc: Lakatz, bcc: sgriffin, bcc: Jafonte, bcc: stuc ▼

info@dvlaw.us,

andrew@amwlaw.com,

chicagocriminallaw@gmail.com,

levin@lorilevinlaw.com,

info@hansencleary.com,

mbasi@tuethkeeney.com,

contact@pmllegal.com,

jdoppke@rsmdlaw.com,

info@spplaw.com,

matt@mattkeenanlaw.com,

scott.warner@huschblackwell.com,

info@clccrul.org,

"brrichardson@seyfarth.com"
<brrichardson@seyfarth.com>,

contact@markastrausslaw.com,

contact@securitieswhistleblowerattor

info@behnwyetzner.com,

info@faaaunaal.aam

complex.



8@gmail.c...  00:35 (2 minutes ago)  ☆  ☺  ↩  ⋮

: Sscheff, bcc: Lakatz, bcc: sgriffin, bcc: Jafonte, bcc: stuc ▾

contact@markastrausslaw.com,
contact@securitieswhistleblowerattor
info@behnwyetzner.com,
info@fcacounsel.com,                    vil
"earnold@seyfarth.com"
<earnold@seyfarth.com>,
terra.reynolds@lw.com,                 rsity
mike@rosenblatlaw.com,
msullivan@finchmccranie.com,
lthompson@finchmccranie.com,
wjospin@finchmccranie.com,
lawyers@phillipsandcohen.com,
info@constantinecannon.com,
jzuckerman@zuckermanlaw.com            a

date:     15 Jun 2025, 00:35

subject:  Matter

ailed-by:  gmail.com                    it

## RE: ALERT: Contact Received From Your FindLaw Website ➤ Inbox ×



**Zane Smith** <zane@zanesmith.com>  Tue 3 Jun, 23:41 (12 days ago)  ☆  ☺  ↩  ⋮

to me, Rachel, Tyler ▾

Dear Dipesh, unfortunately this is not the kind or type of case that my office is able to handle at this time.  I wish you the very best of luck, Zane

Zane D. Smith
Partner
Zane D. Smith & Associates, Ltd.
111 West Washington
Suite 1750
Chicago, Illinois  60602

## RE: ALERT: Contact Received From Your FindLaw Website ➤ Inbox ×



**Craig Tobin** <ctobin@barristers.com>  Thu 22 May, 01:55  ☆  ☺  ↩  ⋮

to me ▾

We do not handle these types of matters but wish you the best of luck going forward.

**Craig D Tobin**
**Tobin & Muñoz, L.L.C.**
Chicago, Illinois USA
Email: ctobin@barristers.com
Office: 312.641.1321
Facsimile: 312.641.5220
https://www.barristers.com

# Sorry We Could Not Help You  ➤  Inbox ✕        🖨  ⬈

**Ashley Barnash** <ashley@ruaneattorneys.c...   00:51 (6 hours ago)   ☆   ☺   ↩   ⋮
to me ▾

Pre-header text goes here



from: **Dipesh Singla**
&lt;dipeshsingla668@gmail.com&gt;

to: Dipesh Singla
&lt;dipeshsingla668@gmail.com&gt;

bcc: bill@attorneybillwhite.com,
office@southsoundlawgroup.com,
info@fortislawpartners.com,
william.white@aoshearman.com,
gchyi@counselpress.com,
bill.white@cwt.com,
wwhite@whitecanepa.com,
bwhite@lindenlex.com,
billw@bepapllc.com,
Office@williamawhitelaw.com,
info@smwlaw.com,
mike@lombardilawoffice.com,
melissa@kuffellaw.com.

mike@lombardilawoffice.com,
melissa@kuffellaw.com,
james@l-a.law,
howe@llphlegal.com,
admin@bc-lawyers.com,
mark@markploftus.com,
michael@mllfamilylaw.com,
patrick@l-a.law,
peter@l-a.law

date:     15 Jun 2025, 07:52

subject:   Matter

mailed-by:  gmail.com

# Thank you for your inquiry to Takhsh Law, P.C.

Inbox ×

**Takhsh Law, P.C.** inquiry@takhshlaw.co...   07:43 (10 minutes ago)

to me

Dear, Dipesh:

Thank for submitting your inquiry to Takhsh Law, P.C.

Your immigration journey is important to us, and we appreciate your trust in reaching out to us.

Below is a copy of your submission, which our team will review and respond to within 24 hours.

We look forward to connecting with you!

Gratefully,

Takhsh Law Team

## Inquiry re: University Matter   Inbox ×



**Dayna M. Hloska** <dmh@kjk.com>    17:40 (3 minutes ago)  ☆ 😊 ↩ ⋮
to me, Kristina, Susan ▾

Good morning, Dipesh.

Thank you for contacting us regarding your university matter. Due to the demands of our current caseload, we are unable to assist you. We wish you the best.

**DAYNA M. HLOSKA**
**KJK**

**D** 216.736.7236 | **E** dmh@KJK.com
1375 E 9th Street, 29th Floor | Cleveland, Ohio 44114
KJK.com | Confidentiality Notice

**Newsletter Sign-Up** | **KJK's Innovative Programs**
LinkedIn | Facebook | Twitter

## Re: Immigration Inquiry   Inbox ×



**Alen Takhsh** <alen@takhshlaw.com>    18:05 (1 minute ago)  ☆ 😊 ↩ ⋮
to me, nicky ▾

Hi, Dipesh:

Thank you for your email. Regrettably, we do not handle such matters. I do, however, wish you all the best in your future endeavors.

Kind regards,

    **Alen Takhsh**
Principal Attorney, TAKHSH LAW, P.C.

**A** 701 Main Street, Suite 202, Evanston, IL 60202
**O** (844) 344-2628    **M** (847) 409-2864    **E** alen@takhshlaw.com
**W** www.TakhshLaw.com

   

Online inquiry  Inbox ×

**Maxwell Swinney** <mswinney@silverlaw.com>   18:25 (4 minutes ago)   ☆  ☺  ↩  ⋮
to me ▾

Dipesh,

Thank you for your inquiry with our firm. Based on the information you provided, we do not believe we will be able to assist you. We recommend that you seek other counsel. Your state's bar association may be able to refer you to an attorney.

Best regards,

Maxwell Swinney



11780 W Sample Road
Suite 103
Coral Springs, FL 33065
Phone:  (954) 755-4799
Fax: (954) 755-4684

---

Re: Form Submission - Contact Us Form  Inbox ×

**Steven Schroeder** <steven@sdschroederlaw.com>   20:32 (1 minute ago)   ☆  ☺  ↩  ⋮
to me ▾

I'm sorry but my firm is not in a position to accept a case like this at this time.

Good luck.

Steven D. Schroeder
Schroeder Law Group
225 West Washington - Suite 1010
Chicago, IL 60606
http://www.sdschroederlaw.com/
(312) 781-9408

**Please note my new address effective November 25, 2024**

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at steven@sdschroederlaw.com, and do not use or disseminate such information. Pursuant to IRS Circular 230, any tax advice in this email may not be used to avoid tax penalties or to promote, market or recommend any matter herein.



Re: You have a new lead from your Martindale-Hubbell Website (www.sbogartlaw.com).  Inbox ×

**sbogart@susanbogart.com** <sbogart@susanbogart.com>  19:20 (1 hour ago)
to me ▾

Images in this message are hidden. This message might be suspicious or spam.

Show images   Report spam

Hello:

Thank you for your inquiry. Please be advised that this firm will **not** handle the legal matter described below.
As a result, we will **not** be monitoring any statutes of limitation that might apply.

Susan Bogart



## Chat Inquiry: Another option to consider - Dipesh Singla  🖨 ↗

📩 Inbox ×

**Skylar Coffey** <skylar@patellawteam.com>        01:18 (2 minutes ago)    ☆  😊  ↩  ⋮
to me, Contact ▼



Thank you for chatting with us and we appreciate you considering our law firm for your legal need. Unfortunately, this is not a case we are able to assist with at this time.

One option is to check with your local bar association and they might be able to recommend an attorney better suited for your case.

We do appreciate you reaching out to us.  If there is anything else we can help with now or in the future, please do not hesitate to let us know.
Good luck and we wish you the very best.

Thank you.

Patel Law PC



## Re: [Contact form] Matter  📩  Inbox ×        🖨 ↗

**David Braun** <dbraun@millertracy.com>        02:57 (3 hours ago)    ☆  😊  ↩  ⋮
to me, Ellen, Missy ▼

Dear Dipesh Singla:

Thank you for your email. Although you did not identify the university with which you have an issue, we work exclusively at the behest of universities and schools. I am afraid we are unable to help you with your matter.

Sincerely,
David

# RE: New Contact from Your FindLaw Marketing Program

 Inbox ×

**Info**                                        02:52 (3 hours ago)     ☆  ☺  ↩  ⋮
to me ▾

You previously contacted our firm and we advised that we are declining representation.   Best regards.

Mary Nash
Paralegal to Terry A. Ekl and Patrick L. Provenzale
Ekl, Williams & Provenzale LLC
Two Arboretum Lakes
901 Warrenville Road, Suite 175
Lisle, IL 60532
(630) 242-8214 Direct Dial
(630) 654-8318 Facsimile
mnash@eklwilliams.com

**Michelle Rozovics**                           02:27 (3 hours ago)     ☆  ☺  ↩  ⋮
to me ▾

Dipesh,
I am sorry, but I am unable to represent you in this matter.  I wish you the best of luck in your
search for legal counsel.

•••



**Your Inquiry** Inbox ×

**Naomi Wolf**      02:27 (4 hours ago) ☆ 😊 ↩ ⋮
to me, Tory ▾

Dear Dipesh Singla,

Thank you for contacting Fegan Scott LLC regarding your potential claims. Unfortunately, we have decided not to represent you at this time. Our decision is not intended to convey that your potential claims do not have merit, just that we will not represent you in connection with them.

Please be aware that all claims can become invalid if not pursued within a prescribed period of time. Accordingly, if you intend to pursue your potential claims, we urge you to seek alternative legal counsel as soon as possible.

Thank you for your consideration of our firm.


Sincerely,
Fegan Scott LLC

**Fegan Scott LLC**
1456 Sycamore Rd.
Yorkville, IL 60560
Direct: 630.273.2625 | Fax: 312.264.0100
www.feganscott.com

---

## Re: [Association House] Contact Form - new submission

Inbox ×

**Development Department** <development@associationhouse... 02:21 (4 hours ago) ☆ 😊 ↩ ⋮
to me ▾

Hi Dipesh,

Thank you for contacting us! We appreciate your interest in our services. Unfortunately, we do not provide any immigration legal services.

Kindly,

## RE: New Contact from Your FindLaw Marketing Program

 Inbox ×

**Maria McMullen** <mmcmullen@hofeldandschaffner.com>     01:38 (4 hours ago)     ☆     ☺     ↩     ⋮
to me, Brian ▾

Dipesh,

Thank you for your interest in our firm. I am sorry but we cannot get involved in any case you may have. I wish you good luck for the future.

Brian Murphy
Hofeld and Schaffner
30 N. LaSalle Street
Suite 2425
Chicago, IL  60602
(312) 372-4250
(312) 372-1766 facsimile
mmcmullen@hofeldandschaffner.com

**Judith Sanchez** <JSanchez@sfortinolaw.net>     19:35 (40 minutes ago)     ☆     ☺     ↩     ⋮
to Judith, me ▾

Hello Dipesh,

Unfortunately, our office will not be able to help you with your case.  Perhaps looking for a civil rights attorney, we do not have any recommendations. However, in the event I find one I will forward the information to you.

Kind regards,

Judith Sanchez
*Office Manager*
Law Offices of Susan Fortino-Brown, LLC
53 W. Jackson Blvd, Suite 1215
Chicago, IL 60604
Tel: (312) 341-9009 | Fax: (312) 341-9985
jsanchez@sfortinolaw.net

 **Elesha Jackson**          00:56 (6 minutes ago)   ☆  ☺  ↩  ⋮

to me ▾

This is not something that we handle.  Please contact CARPLS for assistance and/or a referral.  Thank you.

**From:** Dipesh Singla <dipeshsingla668@gmail.com>
**Sent:** Saturday, June 14, 2025 2:05 PM
**To:** Dipesh Singla <dipeshsingla668@gmail.com>
**Subject:** Matter

## FW: ALERT: Contact Received From Your FindLaw Website  ▶  Inbox ×          🖨  ⧉

**Daniel Kaminski** <daniel@kogutlaw.net>          02:11 (0 minutes ago)   ☆  ☺  ↩  ⋮

to me, Steven, A, Sue ▾

Dear Dipesh:

Thank you for reaching out to our firm regarding your potential case.  Unfortunately, due to our current caseload, our firm is unable to take on your matter.

I wish you the best of luck.

Sincerely,

Daniel Kaminski

## **\*\*Please Note New Firm Name\*\***

Daniel W. Kaminski
Kogut Novak & Kaminski, LLC
600 W. 22nd Street, Suite 302
Oak Brook, Illinois 60523
Phone (630) 472-2060
Fax (630) 472-2061
Website: www.Kogutlaw.net



## RE: Azita Law Website Inquiry: Dipesh Singla

Inbox ×

**Azita Mojarad**                03:04 (31 minutes ago)
to me

Sorry we can't handle this matter. If you like I can refer you to an attorney that handles this type of matters.

Azita M. Mojarad
Attorney at Law

Law Offices of Azita M. Mojarad, P.C.
7356 North Cicero Avenue
Lincolnwood, Illinois 60712

## Your Inquiry With Spielberger Law Group   Inbox ×

**Noreply** <noreply@spielbergerlawgroup.com>        07:05 (3 hours ago)
to me

You're receiving this email from Spielberger Law Group

**SPIELBERGER** (800) 965-15?
L A W   G R O U P

After the attorney completed reviewing your claim, the firm has declined to accept your case at this tir You still may have a claim, however, we are not able to offer representation. You may contact your loc association or another attorney to pursue any claims you may have.

We do not currently represent you in this matter but we appreciate you contacting our firm.

Thank you.

Spielberger Law Group

**Thomas Gardiner**                    18:41 (1 minute ago)    ☆    ☺    ↩    ⋮
to Jennifer, me ▾

This case would probably not make sense for you on an hourly basis.

Thanks for providing us with the information, but we will be unable to represent you.

All cases have statutes of limitations.  If you wish to pursue this case, you should contact another lawyer immediately.

•••

---

## Thank You For Contacting Us - millalegal.com  ▶  Inbox ×  🖨  ⧉

**Milla & Associates, LLC** <e@scorpioncontact.com>    21:20 (3 minutes ago)    ☆    ☺    ↩    ⋮
to me ▾



### Dear Dipesh Singla,

Thank you for contacting Milla & Associates, LLC!

We have received your message, and we will get back to you as soon as possible; however, if you need immediate assistance, please give us a call at **(312) 702-1782**.

Welcome to Richard's Blog ▶ Inbox × 🖨 ⤴

**USAV - Richard Hanus** do-not-reply@hanuslaw.co... 21:23 (0 minutes ago) ☆ ☺ ↩ ⋮
to me ▾

View this email in your browser



## Welcome to Richard's Blog

Let me start by saying, welcome and thank you for signing up to receive the latest news from The Law Offices of Richard Hanus! You will have immediate access to every blog posted on our website so that you don't miss the latest news in immigration law. My Chicago-based law firm has dedicated itself to helping individuals, families, and businesses unravel the complexities of

l.com>                    21:23 (0 minutes ago)

c: ripathak, bcc: info, bcc: info, bcc: bcho, bcc: info, bcc: Scot

| | |
|---|---|
| from: | **Dipesh Singla** <dipeshsingla668@gmail.com> |
| to: | Dipesh Singla <dipeshsingla668@gmail.com> |
| bcc: | R.Delgiudice@gozdel.com, contact@rrandolphlaw.com, ripathak@pathaklaw.com, info@thomaspmiller.com, info@legalservicesincorporated.com, bcho@lawyersimmigration.com, info@jeelani-law.com, "Scott D. Pollock & Associates P.C." <Consult@lawfirm1.com>, rhanus@usavisacounsel.com |
| date: | 18 Jun 2025, 21:23 |
| subject: | Matter |



Thank you for reaching out to Mudd Law ➤ Inbox ×

**Jen Muddlaw** <jen@muddlaw.com>     21:40 (1 hour ago)   ☆  ☺  ↩  ⋮
to me, Mila ▾

Dear Dipesh:

Thank you for reaching out to Mudd Law.

After reviewing your inquiry, we believe the matter falls outside the scope of our practice. As such, we must respectfully decline representation.

We recommend reaching out to the Illinois State Bar Association's **Illinois Lawyer Finder** service, which may assist you in locating an attorney better suited to your needs.

We wish you the very best in resolving your matter.

Sincerely,

Jennelyse Brunsting
Mudd Law

**Tom Miller**     23:01 (0 minutes ago)   ☆  ☺  ↩  ⋮
to me ▾

Thank you for your email, but I do not handle such matters. All the best.

Sincerely,
Thomas P. Miller

Law Offices of THOMAS P. MILLER, P.C. DBA QILDRO INC & QDRO INC



The Prinz Law Firm ▸ Inbox ×

**The Prinz Law Firm**　　　Wed 18 Jun, 23:57 (2 hours ago)　☆　☺　↩　⋮
to me ▾

Dear Mr. Singla,

Thank you for contacting the Prinz Law Firm. We are sorry that we are unable to help you with your legal matter. As we discussed on the phone, please find the contacts of attorneys & organizations that may be able to help in this matter below.

- NELA (National Employment Lawyers Association): www.nela.org
- IL Bar Association Hotline-Attorney Search (800) 922-8757
- Robin Potter & Assoc.: (773) 575-6126

We wish you all the best in pursuing other legal options. If there is anything we can help you with in the future, please let us know.


Kind Regards,



## Re: New submission from Contact Us ➤ Inbox ×

**Reception Desk** <receptionist@mmhpc.com>  03:27 (7 hours ago)  ☆ ☺ ↩
to me ▾

Thank you for contacting Minsky, McCormick & Hallagan, P.C. with your US immigration questions. We only help with obtaining legal status in the United States

Sincerely,


**Maria Ruiz**
**Receptionist**
**Minsky McCormick & Hallagan, P.C.**
104 S. Michigan, Suite 800
Chicago, Illinois 60603
312-427-6163 phone • 312-427-6513 fax
www.mmhpc.com



You have new dark web results ➤ Inbox ×

Google Search <search-noreply@google.com>  Unsubscribe  Sat 14 Jun, 22:11 (5 days ago)  ☆ ☺ ↩ ⋮
to me ▾

### Review your results

Your personal info was found on the dark web.

**Review results**

Google

© 2025 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043

**Jenny Zhan** <jzhan@legalservicesincorpo...  18:10 (33 minutes ago)  ☆  ☺  ↩

to Ian, me  ▾

Hello,

Unfortunately, we do not focus on the subject matters that were listed below.

Thanks,

**Jenny Zhan**

*, · · · ·*    —————

**Dean Visa Office** <eric@deanvisaoffice.c...  18:11 (33 minutes ago)  ☆  ☺  ↩

to me  ▾

Hi:

We only handle K-1 fiancee and CR-1 marriage visas.

Good luck,

**Eric**

**Dean Visa Office**

**eric@deanvisaoffice.com**

**(203) 389-4790**

**(800) 931-8368**

**Fax: (888) 261-1197**

**www.deanvisaoffice.com**

# Re: New Case Submission: [the University of chicago] Dipesh Singla [1346328239]   

 Inbox ×



**Brynn Lintner** ✔
to me ▾

Thu 22 May, 01:20   ☆   ☺   ↩   ⋮

Dear Dipesh,

Thank you for submitting your case to FIRE. I have reviewed your submission and have discussed your situation with my colleagues. Unfortunately, FIRE is unable to offer direct assistance in this matter. Please do not interpret this as a judgment on the merits of your claims. FIRE simply has limited resources and receives a remarkable number of requests for assistance.

**Info**
to me ▾

Tue 20 May, 01:30   ☆   ☺   ↩   ⋮

Hi Dipesh,

Thank you for reaching out to Disability Rights Advocates. We will not share any of this information. Unfortunately we are unable to provide legal support. Please review the attached letter for referrals.

Sincerely,
**Disability Rights Advocates**

**Assistance** <assistance@naacpldf.org>    Wed 21 Apr, 20:30  ☆  ☺  ↩  ⋮

to me ▾

Dear Dipesh,

Thank you for your message. We are extremely sorry to hear about your legal issues. We very much wish that the NAACP Legal Defense & Educational Fund, Inc. had the capacity to represent every person that contacts us. Unfortunately, however, we are only able to represent a very limited number of people and we are unable to assist you at this time. We wish you the best of luck.

Sincerely,
LDF

---

**ICIRR ICIRR** <info@icirr.org>    Mon 28 Apr, 23:31  ☆  ☺  ↩  ⋮

to me ▾

Hi Dipesh,

Sorry for the delayed response. We know this is an incredibly challenging time, especially for international students. The Chicago Chapter of the American Immigration Lawyers Association (AILA) shared the following resources.

AILA Chicago has put together the following list of resources to help students at risk of visa revocation. Please share widely. Students should also consult with their school's office for international students for specific guidance.

*Note: A few of these resources require an AILA account, but law students are eligible for a FREE AILA membership.*



Intake Matter ▸ Inbox ×

**Inquiry** <Inquiry@aclu-il.org>          Wed 9 Apr, 10:06 pm
to me ▾

April 9, 2025

Dear Dipesh:

Thank you for contacting the American Civil Liberties Union of Illinois. We have reviewed your situation carefully and we regret to inform you that we will not be able to accept your case.

The ACLU office is a legal center that involves itself with broad impact, constitutional litigation. These are issues where the government has abused constitutional rights.  Unfortunately, we regret that most cases of individual unfairness or injustice cannot be accepted.

We receive more than 20,000 requests annually for legal assistance. Our resources are limited and we can only act upon a small percentage of the requests. The fact that we cannot help you, however, is not an evaluation about whether your case has merit. It may be that we are handling a similar case, that the case does not involve a novel issue pertaining to civil liberties, or that we do not have the resources to handle the case.



**Jamie Franklin** <jfranklin5@illinoistech.edu>    19:42 (1 hour ago)    ☆    ☺    ↩    ⋮

to me ▾

Dipesh,

I reviewed your materials and the clinic is not able to assist you with your matter.

Very best,
Jamie Franklin

•••

**Dipesh Singla**    19:54 (1 hour ago)    ☆

Ok please destroy all the documents and details regarding complete matter, and not share with anyone …

**Jamie Franklin**    20:54 (39 minutes ago)    ☆    ☺    ↩    ⋮

to me ▾

I will do so.

•••

**Glori Bond**    Mon 23 Jun, 22:24 (5 days ago)    ☆    ☺    ↩    ⋮

to me ▾

Good Afternoon Dipesh:

While I believe that you have a case, the immigration issue is the complicated piece. I am looking for someone to assist with that since that is not my area of expertise. I hope to hear back from someone soon.

•••

 **Glori Bond**
to me ▾

Fri 27 Jun, 23:24 (22 hours ago)   ★   ☺   ↩   ⋮

Hi Dipesh:

After careful consideration and consideration I have will have to decline to take the case. Someone I feel that is in a better position to service your needs is Hall Adams. His information is below:

*LAW OFFICES OF HALL ADAMS LLC*
*Advocates Row*
*33 N. Dearborn St., #2350*
*Chicago, IL 60602*

*P 312 445 4900*
*F 312 445 4901*
*E hall@adamslegal.net*

*www.adamslegal.net*

...

---

# Monahan Law Group, LLC  ➤  Inbox ✕                    🖨  ⬈

**Julie Flores** <jflores@monahanlawllc.com>        19:38 (7 minutes ago)   ★   ☺   ↩   ⋮
to me ▾

Good morning, Dipesh –

Thank you for contacting Monahan Law Group, LLC.  I am sorry to learn of your circumstances.

Regrettably, our firm no longer practices education law.  You may wish to contact Matt Cohen at Matt Cohen & Associates (www.mattcohenandassociates.com).  He may be able to assist you.

Good luck to you!
Julie


Julie Flores
Assistant to Joseph T. Monahan
  and Joseph C. F. Willuweit

monahan law group, llc
55 West Monroe Street



**MAHONEY LAW FIRM, LLC**

2220 S State Route 157
Suite 250
Glen Carbon, IL 62034
(618) 961-8288 ☎
(618) 961-8289 🖨
themahoneylawfirm.com ⊗

July 2, 2025
*Sent Via Email Only*

Dipesh Singla
Email: dipeshsingla668@gmail.com

  *Re: Potential Claim*

Dear Dipesh:

  Thank you for contacting our office regarding a potential lawsuit. We have now had an opportunity to review the information you provided to our office. After careful consideration and internal review, we regret to inform you that we are not in a position to assist you at this time due to our current case volume. We understand that this news may be disappointing, and we want to assure you that this decision was not made lightly.

  In declining to undertake your claims, our firm is not expressing an opinion on whether you would prevail if a lawsuit were filed. Indeed, other lawyers may disagree with our analysis, and should you choose to seek other representation and pursue your claims, I recommend that you act immediately.

---

## RE: Website Contact Submission: Matter ▸   Inbox ×     🖨   ↗

**Alexander J. Mezny** <ajm@hkrockford.com>     00:04 (6 minutes ago)   ☆   ☺   ↩   ⋮
to me ▾

We do not do that sort of work. You should retain counsel as soon as possible to protect your claim as it will eventually be barred by a statute of limitations.

Al

Alexander J. Mezny
Phone 815.962.7071 ◡
This email may not be deemed an electronic signature unless the body of the email affirmatively declares an intention to sign an electronic record and specifically references the Uniform Electronic Transactions Act.





Your inquiry to Allen Harris 📨 Inbox ×

**Michael Allen** <mallen@allenharrislaw.com> 01:14 (1 hour ago) ☆ ☺ ↩ ⋮
to me ▾

Dear Dipesh,

Thank you for contacting our firm. Unfortunately, we do not have the capacity at this time to take on your case. We wish you the best of luck in finding an attorney who meets your needs.

Sincerely,
Michael Allen

**Jon D. Cohen** <JCohen@dickinson-wright.co... Wed 2 Jul, 22:26 (4 hours ago) ☆ ☺ ↩ ⋮
to me ▾

I do not practice in this area and cannot represent you anyone similarly situated.



**Jon D. Cohen**
Member
O:312-377-4565
JCohen@dickinsonwright.com

55 West Monroe, Suite 1200, Chicago, IL 60603

•••

**Roger Stetson** 📎 02:42 (0 minutes ago) ☆ ☺ ↩ ⋮
to me ▾

Good afternoon. Thank you for reaching out, but we will not be able to handle this matter. Good luck.

**Roger Stetson**
**Barack Ferrazzano Kirschbaum & Nagelberg LLP**
Partner | T. (312) 629-7339 | roger.stetson@bfkn.com

**From:** Dipesh Singla <dipeshsingla668@gmail.com>
**Sent:** Wednesday, July 2, 2025 4:11 PM
**To:** Dipesh Singla <dipeshsingla668@gmail.com>
**Subject:** Urgent: Complex Matter

Hello Team,



Information Request ➤ Inbox ×

**Walker R. Lawrence** <wlawrence@levinginsburg.co... 02:30 (12 minutes ago) ☆ ☺ ↩ ⋮
to me, Gail, Kimberly ▼

Dipesh

We received your inquiry to our website. At this time, we are not taking on cases similar to your allegations. As a result, we will not represent you. Please understand you may have a very short period of time to file your claims so I would encourage you to proactively find counsel or file your claims because you may have a very short period of time to file.

Walker

Need to chat? You can schedule a call with me [here](#).

Walker R. Lawrence
LEVIN GINSBURG
ATTORNEYS AT LAW

**John Mussman**                    02:54 (8 minutes ago)  ☆ ☺ ↩ ⋮
to me ▼

Dear Dipesh Singla—

I do not handle this type of matter.   If you do not otherwise arrive at an acceptable attorney for this matter through your emails or otherwise, I would recommend you seek counsel through the Chicago Bar Association Attorney Referral Service:  https://www.chicagobar.org/ CBA/Legal_Help_for_the_Public/Lawyer_Referral_Service.aspx

Happy Fourth of July!

**John Mussman** | Partner
RIMÔN PC
d.+1 312.444.0926 | m.+1 312.560.7608 | john.mussman@rimonlaw.com

**Jackie R. Petrelli** <jpetrelli@lanerlaw.com>    02:58 (25 minutes ago)    ☆    ☺    ↩    ⋮

to me ▾

We are management side labor and employment lawyers only.  You should contact the Chicago Bar Association, and they can refer you to the right lawyer.

Best of luck to you.

### Jackie Petrelli
OFFICE ADMINISTRATOR
O: 312.467.9800 | D: 312.494.5370 | jpetrelli@lanermuchin.com

## LANER MUCHIN, LTD.
515 North State Street, Suite 2400, Chicago, IL 60654
LanerMuchin.com | LinkedIn | Twitter

**Betty A. Rogers** <erogers@wwdlaw.com>    03:07 (15 minutes ago)    ☆    ☺    ↩    ⋮

to me ▾

No we do not.

**From:** Dipesh Singla <dipeshsingla668@gmail.com>
**Sent:** Wednesday, July 2, 2025 5:11 PM
**To:** Dipesh Singla <dipeshsingla668@gmail.com>
**Subject:** Urgent: Complex Matter

<mark>WARNING:</mark> **Email from External source.**

**Christine E. Webber**    03:20 (3 minutes ago)    ☆    ☺    ↩    ⋮

to me ▾

I'm sorry I am not able to assist you with this matter.  I wish you the best of luck.

Christine

**From:** Dipesh Singla <dipeshsingla668@gmail.com>
**Sent:** Wednesday, July 2, 2025 5:11 PM
**To:** Dipesh Singla <dipeshsingla668@gmail.com>
**Subject:** Urgent: Complex Matter

Hello Team,

···

## Legal Matters ➤ Inbox ×

**CVLS ORG**
to me ▾

00:54 (3 hours ago)

Good Afternoon,

We do not have the capacity to assist with a matter this complex.

We wish you the best,

### CVLS

33 N Dearborn St, Ste 400 Chicago, IL 60602
P|(312) 332-1624  F|(312) 332-1460

## Your Recent Legal Inquiry; Our File No. 54002 ➤ Inbox ×

**Henry R. Simmons, Jr.** <hrs@cliffor... 18:29 (17 minutes ago)
to me ▾

Dear Dipesh Singla,

I received the information that you provided to our law firm website. I am very sorry to hear of this experience.

For this type of issue, I recommend that you contact the reputable attorney below who specializes in this type of scenario.

Attorney Greg Kulis



**Gregory Kulis | Chicago Police Misconduct Attorney | Civil Rights Firm**
kulislawltd.com

# Sent on behalf of Kenneth T. Lumb of Corboy & Demetrio ➤ Inbox ×

**Megan Brophy** <mbrophy@corboyde...  20:50 (9 minutes ago)  ☆ ☺ ↩ ⋮
to me ▾

Mr. Singla,

This letter confirms your telephone conversation with Megan Brophy today in which she advised that this firm is unable to accept professional responsibility regarding various claims involving The University of Chicago. By this statement, we do not pass judgement upon the merit of any potential case.

Please be advised that there are time limitations which govern when a lawsuit or claim must be filed. Depending on the nature of the cause of action which might be pursued, the statute of limitations will vary. Failure to file and pursue a case in a timely manner can result in its dismissal. Therefore, should you decide to pursue these matters further, we respectfully suggest that you contact another attorney of your choice **immediately** so that your legal rights are fully explored and protected. **Do not delay**.

The confidence you have exhibited is very much appreciated. We wish you well.

Sincerely,

**Kenneth T. Lumb**
**Managing Partner**




**Dipesh Singla**                    2 Jul 2025, 22:16 (12 days ago)  ☆
Hello Team, I hope this email finds you well, I have a matter with the university, tamperin…


**Jon D. Cohen**                      2 Jul 2025, 22:26 (12 days ago)  ☆
I do not practice in this area and cannot represent you anyone similarly situated. Jon D. …


**Dipesh Singla** <dipeshsingla6…  3 Jul 2025, 02:41 (11 days ago)  ☆ ☺ ↩ ⋮
to me, bcc: eabraham, bcc: bantonacci, bcc: kbayer, bcc: leann.chen, bcc: lisa.starnes, bc ▾

Hello Team,

•••

tbsolis@nixonpeabody.com,
bvalcala@nixonpeabody.com,
cjeffrey@nixonpeabody.com,
rsalsterda@nixonpeabody.com,
carter.crow@nortonrosefulbright.com,
info@nbkllaw.com,

**Mail Delivery Subsy…**                                              ⋮



## RE: New submission from shubinlaw.com  ▸  Inbox ×

**Jessica Cramer** <jessica@shubinlaw.com>     18:38 (1 minute ago)
to me ▾

Thank you for reaching out to our office. Unfortunately, we only practice in the state of Pennsylvania, and we will be unable to assist.

We wish you the best in resolving this matter. Thank you again for reaching out.

## Jessica Cramer
Shubin Law Office

This electronic mail transmission is privileged and confidential, and is intended only for the review of the party or parties to whom it is intended to be sent. If you have received this message in error, please immediately return it to the sender with a notation of "Wrong Address" in the subject line, then delete it from your computer system. Unintended transmission to a wrong address shall not constitute a waiver of the attorney-client or any other privileges. Thank you for your cooperation.



Our ability to provide assistance is limited by our mission and resources. As a public interest law firm, we represent all our clients pro bono. The first step is to evaluate the specifics of your case and determine whether we can help you. **We do not take <mark>crimina</mark>l cases, cases against private parties, or domestic relations (i.e., divorce, child custody/support, or other family disputes).**

To get started, please complete the form below. We are unable to take submissions over the phone. We will contact you if we need further information. If you do not hear from us within 45 days, it is unlikely that we will b able to take up your issue.

## Legal Help Request Form

Thank you! Your entry has been successfully submitted.

---

## Your Inquiry with Liberty Justice Center ▸   Inbox ×

**Liberty Justice Center** <help@libertyjusticecenter.org>    03:59 (1 hour ago)  ☆  ☺  ↩  ⋮
to me ▾

Dear Dipesh Singla:

Thank you for contacting the Liberty Justice Center.

We have received your submission and will begin evaluating the specifics of your case to determine whether we can help. If we need any further information to make this assessment, we will contact you directly.

Our ability to provide assistance is limited by our mission and resources. If you do not hear from us within 45 days, it is unlikely that we will be able to take up your issue.

Best wishes,

The Liberty Justice Center

**Please note, this response to your request does not create an attorney-client relationship, and the Liberty Justice Center (LJC) is neither representing you nor pursuing any matter on your behalf.**

← Reply    → Forward    ☺

# Hawks Quindel Inquiry - confidential communication

Inbox ×

**Patrick Cowlin**

to me

00:28 (32 minutes ago)

Dear Dipesh,

Thank you for sending us more information about your potential case. Unfortunately, we are not able to represent you. Everything you communicated will remain completely confidential. We wish you the very best of luck in the future.

Best regards,

**Patrick Cowlin**
*Shareholder*

Hawks Quindel, S.C.
111 East Wacker Drive Suite 2300, Chicago, IL, 60601
Direct Phone: (312) 205-1702 • www.hq-law.com
...

[Message clipped]  View entire message

Thank you for your response.   Thank you for letting me know.



## Your Legal Matter ➤ Inbox ×

**Yulissa Hernandez** <yhernandez@ste… 20:55 (2 minutes ago) ☆ ☺ ↩ ⋮
to me ▾

Hello,

Thank you for contacting us concerning your legal problem. Unfortunately, there are certain limitations that prevent us from accepting professional responsibility in regards to your legal problem and, although we would like to, we cannot help everyone. We are therefore closing our investigation of the matter. Please know that you are always free to consult with other attorneys, as this does not necessarily mean that your case does not have merit. It is certainly possible that another lawyer may be able to assist you. However, please understand that a "statute of limitations" applies to every case. Therefore, you should consult with an attorney of your choice immediately to determine which statute(s) apply, as some are as short as 6 months. If you do not pursue your legal remedies within the time frame prescribed by the statute of limitations, your claims will be forever barred. Once again, thank you for contacting us. Please feel free to contact us if we can be of service in the future.

Best,
**Yulissa Hernandez**

**Dan Edelman**         22:09 (10 minutes ago) ☆ ☺ ↩ ⋮
to me ▾

This is not within our area of practice.

Daniel A. Edelman
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1800
Chicago, IL 60603-1841
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com

**Robert Shipley**                   22:17 (2 minutes ago)   ☆      ↩   ⋮

to me ▾

Thank you for contacting my office.

I must respectfully decline to represent your interests as my office does not handle discrimination related claims.

I suggest you do a general Google Search for Chicago Discrimination Attorney and/or Cook County Discrimination attorney.  That search will return a great many names.

Also, if you have no resources and might qualify for legal assistance, then you can also contact Chicago Volunteer Legal Services, (cvls.org) to determine if they handle these types of cases as well as whether you meet their criteria for free legal services.

Thank  you.



## Your inquiry ▶ Inbox ×

**josh friedman**                         23:29 (29 minutes ago)

to me ▾

Sorry I can't help with this case. Try carol Babbit: 312-435-9775.

**Josh M. Friedman**
## The Friedman Firm
*Employment litigation, negotiations and counseling*

e          josh@friedmanfirm.com
t          (312) 886-0277
w          www.friedmanfirm.com

## Re: ALERT: Contact Received From Your FindLaw Website 🖨 ☒

**Inbox** ×

**Steve Horak** <steve@stevenhoraklaw.com>    00:35 (1 hour ago)    ☆   ☺   ↩   ⋮
to contact, me ▾

I dont do this type of case

Best of luck

―――――――――――――――――――――――――――――――――――――――

**From:** FindLaw.FirmSite@findlaw.com <FindLaw.FirmSite@findlaw.com>
**Sent:** Wednesday, July 23, 2025 1:48 PM
**To:** contact stevenhoraklaw.com <contact@stevenhoraklaw.com>; Steve Horak
<steve@stevenhoraklaw.com>
**Subject:** ALERT: Contact Received From Your FindLaw Website



**info account**    00:45 (3 hours ago)    ☆   ☺   ↩   ⋮
to me ▾

Hello,

Thank you for your interest in Caffarelli & Associates. Due to our current caseload, the attorney
has decided to decline your matter and will not be offering you an assessment. He recommends
that you reach out to other attorneys. We suggest the National Employment Lawyers Association;
here you can find other attorneys that deal with employment law. Their website is www.nela.org.
We wish you the best on your matter. Thanks again.

Sincerely,

Caffarelli & Associates Ltd.

•••



Regarding Your Recent Legal Inquiry – Resources 🖶 ⬈
Provided ▶ Inbox ◖ ×

**Carla Vittori**                          18:34 (1 hour ago) ◖   ☆   ☺   ↩   ⋮
to me ▾

Dear Dipesh, ◖

Thank you for trusting us with the details of your situation. After careful review, we have determined that we are unable to represent you in this matter.
It is important to understand that all legal claims are subject to strict deadlines, known as statutes of limitation. If you do not file a claim by the deadline, you will lose your right to do so forever. We have not investigated these deadlines for your specific situation, and our decision not to take your case does not mean that you do not have a valid claim. We strongly urge you to consult with another attorney immediately to understand your rights and the specific deadlines that apply to your potential claim.

We have compiled a list of resources that you may find helpful. You can access it here:
Wanta Thome Resource Guide



**Wanta Thome Resource Guide.pdf** ◖

https://hubs.ly/Q03yTQ320



**Naomi Wolf**
to me, Tory ▾

21:34 (3 minutes ago)   ☆   ☺   ↩   ⋮

Dear Dipesh Singla,

Thank you for contacting Fegan Scott LLC regarding your potential claims. Unfortunately, we have decided not to represent you at this time. Our decision is not intended to convey that your potential claims do not have merit, just that we will not represent you in connection with them.

Please be aware that all claims can become invalid if not pursued within a prescribed period of time. Accordingly, if you intend to pursue your potential claims, we urge you to seek alternative legal counsel as soon as possible.

Thank you for your consideration of our firm.


Sincerely,
Fegan Scott LLC

**Fegan Scott LLC**
1456 Sycamore Rd.
Yorkville, IL 60560
Direct: 630.273.2625 | Fax: 312.264.0100
www.feganscott.com



Your Legal Inquiry ▶ Inbox ×

**Brian Graber** <info@graberemploymentlaw.co...  00:47 (4 minutes ago)  ☆  ☺  ↩  ⋮
to me ▾

Dear Dipesh Singla:

I received your request for legal representation. Unfortunately, I cannot provide you with any legal representation in this matter because I am a solo practitioner and cannot take on any more cases at this time.

I strongly urge you to immediately contact another attorney to timely provide you with legal representation. Do not delay. The laws limit the amount of time you have to file claims against your employer.

Brian Graber

[ Thank you for your response. ]  [ Thank you, I will do that. ]

[ Ok, thank you. ]



FW: Someone contacted you on provisional9.sg-host.com ▶ Inbox ×  🖨 ☒

**Gary Benton** <gary@garybentonarbitration.c...  01:28 (12 minutes ago)  ☆  ☺  ↩  ⋮
to me ▾

Sorry cannot assist. You may want to contact the Cook County, Illinois Bar Association for pro-bono/contingency referral assistance. GLB



**Huse, Taylor**     22:20 (48 minutes ago) ☆
Thanks for updating the out of office message, Dipesh. Taylor Huse Attorney 90 South Cascade…

**Dipesh Singla**     22:30 (38 minutes ago) ☆
Hi is it sent by mistake? any comments on my case to take or not? br

**Huse, Taylor**     22:36 (32 minutes ago) ☆ ☺ ↩ ⋮
to me, jmelcon@taftlaw.com, JWylie@taftlaw.com ▾

Dipesh,

I apologize – I was confused by your email. I can't see the original email that you sent to Stu. Could you send that to us? Thanks.

•••

**Dipesh Singla**     22:39 (28 minutes ago) ☆
Anyone else to copy?Hello Team, I hope this email finds you well. My name is Dipesh Singla, a…

**Huse, Taylor**     23:06 (1 minute ago) ☆ ☺ ↩ ⋮
to me, jmelcon@taftlaw.com, JWylie@taftlaw.com ▾

Dipesh,

I'm sorry but we have a conflict. I wish you the best.

**aparker@thejusticefoundation....**   Tue 29 Jul, 02:20 (2 days ago)   ☆   ☺   ↩   ⋮

to me ▾

We thank you so much for contacting The Justice Foundation concerning your case. Although we greatly sympathize with your situation, The Justice Foundation will not be able to represent you. We will not be able to provide any legal assistance.

While we are sorry that The Justice Foundation cannot provide you with any legal representation, we sincerely wish you the best.

The Justice Foundation

⋯

**Jason Harrow**   Wed 30 Jul, 04:03 (1 day ago)   ☆   ☺   ↩   ⋮

to me ▾

Hi there, thank you for reaching out. We don't have the capacity or expertise to assist right now, so I cannot offer any legal advice, but we wish you the best of luck.

Best,
Jason

## Your Inquiry to District Employment Law PLLC



**District Employment Law PLLC** i...    Sat 2 Aug, 23:45 (2 hours ago)    ☆    ☺    ↩    ⋮
to me ▾

Hi Dipesh,

Thank you for reaching out to District Employment Law. Unfortunately, we are unable to assist with your matter concerning your former university, as our firm solely handles employment-law claims that employees bring against their employers.

We're sorry that we can't be more helpful, and we wish you the very best.

Sincerely,

**District Employment Law PLLC**
1101 Connecticut Avenue, NW, Suite 450
Washington, D.C. 20036
202-810-6150
info@districtemploymentlaw.com

**HeyLegal Support** <support@heylegal.com>... 16:30 (0 minutes ago)  ☆  ☺  ↩  ⋮

to me ▾



Dear Dipesh,

Thank you for contacting HeyLegal regarding your potential legal matter. We appreciate the opportunity to review the details of your claim.

After careful consideration, your claim has not been accepted within our network of Attorneys. We still encourage you to consider other avenues to pursue your claim. Given statute limitations and urgency in dealing with legal issues, we encourage you to seek out your state bar association to assist you with an Attorney referral service.

**Case Details:**

- Reference Number: 006319 - Dipesh Singla

- Case Type: Employm...

# Decline Letter ⟩  Inbox ×                    ⊗  🖶  ↗

**Clio Grow**                    ✉ 02:56 (18 hours ago)   ☆   ☺   ↩   ⋮
to me ▾

Dipesh,

Attached you will find a correspondence from our office. If you have any questions, please let me know.

Best,
Colin



**Colin Bruce**
*Intake Specialist*
S.T. Legal Group
1020 Milwaukee Avenue
Suite 335
Deerfield, IL 60015
(847) 654-9200
www.stlegalgroup.com

**Claire Slack**
to me ▾

Fri 8 Feb, 19:29 pm (5 days ago)  ☆  ☺  ↩  ⋮

Hi Dipesh,

Unfortunately, we do not handle higher education. I would recommend reaching out to the Bazelon Center for help with these matters. You can request legal assistance by emailing: **requests-for-help@bazelon.org**. Please include your name, phone number, city and state, and a brief description of what you are looking for help with.

Sincerely,
MHLAC Intake

***Mental Health Legal Advisors Committee***
100 Hancock St. Suite 1002
Quincy, MA 02171
main: 617-338-2345
fax: 617-338-2345

Website | Facebook | LinkedIn

**Janet Bahena**
to me ▾

✉ Sat 9 Aug, 04:04 (4 days ago)  ☆  ☺  ↩  ⋮

Hi Dipesh,

Thank you for the information you provided. Unfortunately, the firm is not able to offer you legal representation for this matter. Please see the attached letter for further details from our firm.

•••

## BBWM Determination/Referrals  Inbox ×          ⊗  🖨  ↗

**Intakes** <intakes@bbwmlaw.com>          Sat 7 Jun, 01:22   ☆   ☺   ↩   ⋮
to Intakes ▾

Dear Potential Client,

Thank you for contacting Buckley Bala Wilson Mew, LLP. Our firm has reviewed your intake information and determined that unfortunately, at this time, we are unable to advise or represent you. Please do not assume that because we have declined representation that your case lacks legal merit. We would like to refer you to some attorneys who may be able to help you.

Cheryl Legare
Legare Attwood & Ragan
(470) 823-4000
www.law-llc.com

Justin Scott
Phone: (678) 780-4880
www.radfordscott.com

Andrew Coffman
Parks Chesin & Walbert
Phone: (404) 873-8000
www.pcwlawfirm.com
-
Buckley Bala Wilson Mew, LLP, strongly recommends that you consult with other legal counsel, and do so quickly, in order to avoid any potential statute of limitations problems. If the attorneys listed above cannot assist you, here are some links to excellent resources available online:

**Schlichter Bogard**

100 South 4th Street, Suite 1200       314.621.7722
St. Louis, MO 63102                    1.800.873.5297
Scott Bumb                             sbumb@uselaws.com

### CONFIDENTIAL – ATTORNEY CLIENT PRIVILEGE

July 22, 2025

*Via Email*
Dipesh Singla
dipeshsingla668@gmail.com

Re:   Inquiry From Dipesh Singla | 07/17/2025 - CONFIDENTIAL

Dear Dipesh,

Unfortunately, our firm does not handle issues such as yours, so we will not be pursuing a case and will not be taking any further action on your behalf.



Your Legal Matter ▶ Inbox ×

**Yulissa Hernandez** <yhernandez@stephanzouras...   Tue 22 Jul, 20:55   ☆   ☺   ↩   ⋮
to me ▾

Hello,

Thank you for contacting us concerning your legal problem. Unfortunately, there are certain limitations that prevent us from accepting professional responsibility in regards to your legal problem and, although we would like to, we cannot help everyone.  We are therefore closing our investigation of the matter. Please know that you are always free to consult with other attorneys, as this does not necessarily mean that your case does not have merit. It is certainly possible that another lawyer may be able to assist you. However, please understand that a "statute of limitations" applies to every case. Therefore, you should consult with an attorney of your choice immediately to determine which statute(s) apply, as some are as short as 6 months. If you do not pursue your legal remedies within the time frame prescribed by the statute of limitations, your claims will be forever barred. Once again, thank you for contacting us. Please feel free to contact us if we can be of service in the future.

Best,
**Yulissa Hernandez**
(she/her)
Legal Assistant

**Megan Brophy** <mbrophy@corboydemetrio.com>     Mon 14 Jul, 20:36     ☆     ☺     ↩     ⋮

to me ▼

Dipesh,

Thank you for your email. Please call me to discuss this matter so that we can determine whether our office can be of professional assistance to you.

Kind regards,

**Megan A. Brophy**
Litigation Administrator
Corboy & Demetrio
33 N. Dearborn St., 21st floor
Chicago, IL 60602
Phone: 312-346-3191
mbrophy@corboydemetrio.com
www.corboydemetrio.com



**CORBOY & DEMETRIO**
Trial Lawyers

to dipeshdinglass@yahoo.com, me

Thank you for your email. Unfortunately, I will not be able to assist you, and I am not aware of an attorney that I can refer you to contact. I do know that both the Chicago Bar Association and the Illinois State Bar Association maintain free attorney referral services which you may consider.

Best,

Joseph A. Bosco
LaRose & Bosco, Ltd.
1011 Lake St.| Suite 100 | Oak Park, IL 60301
P: (312) 642-4414
F: (312) 642-0434
www.laroseboscolaw.com

**Confidentiality Notice:**

**Pat Branch** <branch@bernabeipllc.com>    My 28 Jul, 23:32    ☆      

to me ▾

Dear Dipesh,

Thank you for contacting our firm about your <mark>legal</mark> matter.  Unfortunately, we are unable to assist you as we are not taking cases on contingency.

Good luck in your endeavors.

Best,

Pat Branch

Patricia Branch
Office Manager
Bernabei & Kabat, PLLC
1400  - 16<sup>th</sup> <mark>Street</mark>, NW, Suite 500
Washington, DC 20036-2223
Tel. (202) 745-1942 (ext. 231)
Fax (202) 745-2627
Email: Branch@Bernabeipllc.com

**Megan Brophy** <mbrophy@corboydemetrio.com>  Tue 27 May, 20:47  ☆  ☺  ↩  ⋮
to me ▾

Dipesh,

Thank you for your email.  Unfortunately, we are unable to assist with this matter. Rather, this is not the type of matter this office handles.  By this statement, we do not pass judgement upon the merit of any potential case.

We suggest that you contact another attorney of your choice <u>immediately</u> so that your <mark>legal</mark> rights may be fully explored and protected.  <u>Do not delay</u>.

The confidence you have exhibited in this firm is very much appreciated.   We wish you well.

Kind regards,


**Megan A. Brophy**
Litigation Administrator
Corboy & Demetrio
33 N. Dearborn St., 21st floor
Chicago, IL 60602
Phone: 312-346-3191
mbrophy@corboydemetrio.com



<mark>Legal</mark> Help Inquiry – Quality Trust  ➤  Inbox ×   ⊗  🖶  ⎘

 **QT Legal intern2** <qtlegalintern2@d...  Mon 4 Aug, 20:27 (9 days ago)  ☆  ☺  ↩  ⋮
to me ▾

Good afternoon, Dipesh Singla:

I hope that you are doing well. You expressed interest in <mark>legal</mark> help addressing a dispute with the University of Chicago. Quality Trust is not able to offer direct <mark>legal</mark> advocacy or representation to you in this matter because we only assist individuals who live in the District of Columbia or receive services from the DC Department on Disability Services.



**Martens, Matthew T.**
to Dipesh, me ▾

Mon 28 Jul, 00:24 ☆ ☺ ↩ ⋮

Unfortunately, I cannot assist with this.

Get Outlook for iOS
_____

**From:** Dipesh Singla <dipeshsingla88@yahoo.com>
**Sent:** Sunday, July 27, 2025 2:40 PM
**To:** dipeshsingla668@gmail.com <dipeshsingla668@gmail.com>
**Subject:** Matter with University of Chicago: Reply requested

**EXTERNAL SENDER**

•••

👍 1

---

**Hughes, Paul** <Phughes@mwe.com>
to Dipesh, me ▾

Mon 28 Jul, 00:27 ☆ ☺ ↩ ⋮

Dipesh –

Thank you for the email. This is not a case that I or my law firm—McDermott Will & Emery—
will be able to take on.

All the best,
Paul

**Dan Dalton**
to me ▾

Thu 31 Jul, 04:04 (13 days ago) ☆ ☺ ↩ ⋮

Good evening.

Thank you for reaching out to us. This type of claim is not in our wheelhouse, and therefore, we
must decline. Good luck with your case.


Sent from my iPhone



KMK Consultation ➤ Inbox ×

**Emily Durcholz**                    Fri 25 Jul, 01:36   ☆   ☺   ↩   ⋮
to me ▾

Good afternoon:

Thank you for contacting Kulwin, Masciopinto & Kulwin, LLP (KMK) regarding your
legal matter.

Unfortunately, KMK is unable to assist you in this matter.  As a result, KMK is not able
to undertake this representation.

Please note, we have not investigated your case and are expressing no opinion as to
its merits or the likelihood of whether you would prevail. This email is being sent only
to confirm that KMK will not represent you in this matter.

However, you should be aware that failure to proceed promptly will result in your
matter being barred by a time limit. KMK strongly recommends you contact another
attorney regarding this matter immediately should you wish to pursue it. Because we
are not representing you, we have not researched and therefore cannot advise you
regarding the application of time limits to any claims you may have.

Best wishes and thank you again for your consideration of KMK to represent you.