

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]


FILED
8/17/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT


JKS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| | ) | **Case Number**: |
| | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | **Judge:** |
| v. | ) | |
| | ) | **Magistrate Judge:** |
| | ) | |
| Defendant | ) | |

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



November 25, 2024

Dipesh Singla
Sent electronically to dipeshsingla@uchicago.edu

**PERSONAL AND CONFIDENTIAL**

Dear Dipesh,

I am reaching out on behalf of The Center for Awareness, Resolution, Education & Support (UChicago CARES) here at UChicago. Our role on campus is to support students who have experienced harassment, discrimination, and sexual misconduct.

I am reaching out as we received information from the Dean on Call sharing that you disclosed an altercation with your roommate. I am so sorry to hear of your experience and I wanted to reach out to ensure you receive prompt support, care, and guidance during this time. I have provided information below on resources and support, and you are welcome to meet with a member of our team to discuss this information as well as any possible accommodations and resolution options available to you through the University. There are many possible supports and accommodations that may be available to you, and I would like to highlight several that may be particularly helpful:

- Academic Accommodations—may include communicating with advisors and professors regarding absences from classes, rescheduling exams, and deadline extensions
- Housing Accommodations—may include moving houses, moving residence halls, or assistance ending or changing current leases
- Work Accommodations—may include connecting with managers at University-based positions, work study, or internships to assist in changing schedules or managing absences
- A No-Contact Directive (NCD)—may be available to assist in preventing an individual from contacting you
- Connections to On- and Off-Campus Resources—for healthcare, counseling, legal assistance, and other confidential sources of support
- Reporting Options—including filing a formal complaint to the University and/or reporting to law enforcement

Additionally, the University's Policy on Harassment, Discrimination, and Sexual Misconduct and the Policy on Title IX Sexual Harassment describe resources and resolution options available to you. I have attached an informational sheet outlining these resources and options; I also encourage you to visit our website to learn more.

It is important to note that meeting with us would not require you to pursue any further action or obligate you to participate in any formal reporting process. The intent of the meeting is to inform you of support, resources, reporting options, and remedies available. There is no time limit on receiving these support and resources while enrolled at the University of Chicago, and you may contact our office at any point during your time at the University for assistance. This report does not automatically trigger an investigation or us contacting the individual who harmed you. In rare circumstances, we may need to move forward with these measures. If our office is considering such a step, you will be contacted and given the opportunity to connect with us further regarding your wishes.

I can be reached at uchicagocares@uchicago.edu to schedule an appointment with a member of our team. If you'd like, you may bring a support person of your choice to any meeting with our office.

You are not obligated to respond to this letter or otherwise engage with this office. However, we welcome the opportunity to share what we can do to assist at this time.

Thank you, and we hope to speak with you soon.

Sincerely,


Megan Heckel-Greco



# SUPPORT FOR STUDENTS EXPERIENCING DISCRIMINATION, HARASSMENT & SEXUAL MISCONDUCT

## THE CENTER FOR AWARENESS, RESOLUTION, EDUCATION & SUPPORT

UChicago CARES works to prevent and respond to discrimination, harassment, and sexual misconduct within the University community. The Center supports students through prevention education and training; responding to reports; providing services, support, and resources; and facilitating resolution options. CARES staff coordinate compliance with federal, state and local regulations governing non-discrimination, including Title IX, Title VI, Title VII and VAWA.

- Students who have experienced any form of discrimination, harassment, or sexual misconduct are encouraged to report their concerns to UChicago CARES in order to receive full information on support, resources, and reporting options. Discrimination and harassment includes behavior on the basis of race, color, religion, sex, sexual orientation, gender, gender identity or expression, national or ethnic origin, shared ancestry, age, status as an individual with a disability, military or veteran status, genetic information or other protected classes under the law.

- Students are not obligated to engage with University offices or respond to University outreach regarding these matters. Students have the right to report to the University, to Law Enforcement, or both. UChicago CARES can assist students with navigating these processes.

- Reporting to UChicago CARES is private and does not mean the person who experienced the incident loses control of the process. Individuals may choose not to move forward with University resolution options or reporting to Law Enforcement and may still request support services and/or accommodations. In very rare circumstances, UChicago CARES may need to move forward with an investigation based on information already received. If this occurs, UChicago CARES will connect with the student impacted to discuss.

## Support for Students

Students have the right to request supportive measures and/or reasonable accommodations, including but not limited to:

- Changes to academic, living, dining, working, or transportation situations
- Obtaining and enforcing a University-issued No-Contact Directive
- Assistance in obtaining an order of protection or no-contact order in court
- Medical assistance (including information on preserving evidence)
- Legal/law enforcement options (including assistance with notifying local law enforcement)
- Safety planning
- On- and off-campus referrals and resources
- Assistance with accessing and navigating campus and local health and mental health services, counseling, and advocacy
- Having their report recorded and tracked

cares.uchicago.edu/support-and-resources/non-confidential-support-services/

## Confidential Resourses

The following resources will not reveal your identity or report any identifiable details regarding incidents to a Title IX Coordinator without your consent.

**Sexual Assault Dean-on-Call (773.834.HELP)** Available 24 hours a day, 7 days a week to answer any questions related to sexual misconduct. Call the University of Chicago Police Department at 773.702.8181 and ask that the SADoC be paged, or text the SADoC via the UChicago Safe App.

**Student Wellness (773.834.WELL)** 773.702.3625 (24/7 Therapist-on-Call)

**Ordained Religious Advisors in Spiritual Life** (773.702.2100)

cares.uchicago.edu/support-and-resources/



THE UNIVERSITY OF CHICAGO
THE CENTER FOR
AWARENESS, RESOLUTION,
EDUCATION, AND SUPPORT

## Who on Campus is Required to Report Incidents to the University?

University employees not designated as Confidential Resources must report all incidents of sexual misconduct to UChicago CARES. Individuals with Reporting Responsibilities include faculty and other academic appointees, resident assistants, resident heads, resident deans, TAs, deans of students, athletic coaches, UCPD staff, and other University employees. Some University employees may have additional reporting obligations related to other forms of harassment and discrimination. Students should utilize confidential resources if they would like to to ensure that an incident is not reported to UChicago CARES.

If an incident is reported to UChicago CARES, students can expect to receive an email outreach outlining information on confidential resources, supportive measures, resolution options, and resources and referrals. Students are not obligated to respond to this outreach or engage with the UChicago CARES team. Individuals can choose not to move forward with resolution options and still receive support services.

## University Resolution Options

The University has resolution options in place to investigate and resolve complaints of discrimination, harassment or sexual misconduct. UChicago CARES can discuss options with a student who wishes to make a complaint or is considering making a complaint about other students, faculty, other academic appointees, postdoctoral researchers, staff members, or others. Misconduct can be addressed under one of two policies: the Title IX Sexual Harassment Policy (titleixpolicy.uchicago.edu) or the Policy on Harassment, Discrimination, and Sexual Misconduct (harassmentpolicy.uchicago.edu).
Retaliation is strictly prohibited for parties involved with the reporting and resolution of incidents.

### Report a Concern

cares.uchicago.edu/make-a-report/

**Contact UChicago CARES**

cares.uchicago.edu

titleix@uchicago.edu

**Bridget Collier**
Associate Provost, Equal Opportunity Programs & Title IX Coordinator
bcollier@uchicago.edu 773.834.6367

**Renae DeSautel**
Director, Response & Support Services
Deputy Title IX Coordinator
desautel@uchicago.edu 773.702.0438

### 24-Hour Resources

**City of Chicago Police Emergency** 911

**University of Chicago Police Department** 773.702.8181 or 123 from any campus phone

**University of Chicago Medicine Emergency Room** 773.702.6250 5656 S. Maryland Avenue

**Sexual Assault Dean-on-Call** 773.834.HELP(4357)

**Student Counseling** 773.702.9800 wellness.uchicago.edu

### Additional Resources

**Bias Education & Support Team** help.uchicago.edu

**City of Chicago Police Non-Emergency** 311 or 312.744.5000

**Chicago Rape Crisis Hotline** 888.293.2080

**YWCA** 866.525.9922

**Illinois Domestic Violence Hotline** 877.863.6338

 cares.uchicago.edu

 **Working to prevent and respond to harassment, discrimination, and sexual misconduct.**

# WHAT HAPPENS WHEN A CONCERN IS REPORTED?

https://cares.uchicago.edu
**Policies:** https://cares.uchicago.edu/policies/

Report → Outreach → Support & Resources → Resolution Options



**THE UNIVERSITY OF CHICAGO**

**THE CENTER FOR AWARENESS, RESOLUTION, EDUCATION, AND SUPPORT**

CARES staff provides initial response, outreach, support and resources, and resolution options to reports of discrimination, harassment, and sexual misconduct.

CARES also works closely with other campus partners, including the Bias Education & Support Team (for non-sex-based allegations of discrimination and harassment against students), the Office of Disciplinary Affairs (for investigation and resolution of complaints against students) in Campus & Student Life, the Office of the Provost (for other concerns against academics), and Employee and Labor Relations (for complaints against staff).

**Report** of discrimination, harassment, or sexual misconduct

**1** **Outreach** to the individual who made the report or to the individual(s) impacted by the behavior

**2** **Campus Safety Assessment**

**3** **Intake** with person impacted, if requested

**4** **Support & Resources Coordination** initial & ongoing

ex. assistance accessing campus & local services (mental health, medical, financial aid, legal, etc.)

ex. academic, housing, dining or work accommodations

ex. No Contact Directive

**5** **Resolution Options**

**6** **Consultation & Review**

**6** **Formal Complaint**

**7** **Investigation & Resolution**

**7** **Alternative Resolution**

Academic Respondents: Equal Opportunity Programs/CARES

Student Respondents: Office of Disciplinary Affairs (Campus & Student Life)

Staff Respondents: Employee & Labor Relations (Human Resources)