BC  FILED 8/17/2025  JKS
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| Plaintiff | **Case Number**: |
| v. | **Judge**: |
| Defendant | **Magistrate Judge**: |

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]


Gmail

**Dipesh Singla <dipeshsingla668@gmail.com>**

## FW: Hours logged for the PPE 1.4.25
7 messages

**Dipesh Singla** <dipeshsingla@uchicago.edu>  
To: "dipeshsingla668@gmail.com" <dipeshsingla668@gmail.com>  
7 January 2025 at 22:22

**From:** Mary Mcclelland <mcclellandm@uchicago.edu>  
**Sent:** Tuesday, January 7, 2025 10:52:26 AM (UTC-06:00) Central Time (US & Canada)  
**To:** Dipesh Singla <dipeshsingla@uchicago.edu>; Jennifer Helmin <jhelmin@uchicago.edu>; Jasmin Johnson <jasdjohn@uchicago.edu>; Luisana Romero <lromero1@uchicago.edu>  
**Subject:** Hours logged for the PPE 1.4.25

Good morning Dipesh, Jennifer, Jasmin and Luisana,

There seems to be a discrepancy in the hours logged for the PPE 1.4.25; so, I am reaching out to determine to whom the hours logged belong. Please let me know the dates, time blocks and location (Supervisory Organization or Department) the hours were worked. If no hours were to be worked in your area, please let me know the number should be 0.

Thank you very much for your cooperation!

Mary McClelland

HR Operations Supervisor

The University of Chicago | F&A FIN-Payroll & HR Services

Email: mcclellandm@uchicago.edu

*For assistance, please contact the F&A Knowledge and Support Center at 773.702.5800 or online at services.uchicago.edu*

---

**Dipesh Singla** <dipeshsingla@uchicago.edu>  
To: "dipeshsingla668@gmail.com" <dipeshsingla668@gmail.com>  
7 Janu

**From:** Jasmin Johnson <jasdjohn@uchicago.edu>  
**Sent:** Tuesday, January 7, 2025 10:57:55 AM (UTC-06:00) Central Time (US & Canada)  
**To:** Dipesh Singla <dipeshsingla@uchicago.edu>  
**Cc:** Mary Mcclelland <mcclellandm@uchicago.edu>%3.E; Kerry Sharkey <KerrySharkey@uchicago.edu>%3.E  
**Subject:** RE: Hours logged for the PPE 1.4.25

Hi Dipesh,

Could you please confirm if the hours logged for your P99253444 Academic Technology Assistant role are accurate for last week?



Thank you,

Jasmin

Jasmin Johnson

HR Generalist

The University of Chicago | Social Sciences Division

Email: jasdjohn@uchicago.edu

[Quoted text hidden]

---

**Dipesh Singla** <dipeshsingla@uchicago.edu>  7 January 2025 at 22:29
To: "dipeshsingla668@gmail.com" <dipeshsingla668@gmail.com>

---

**From:** Kerry Sharkey <KerrySharkey@uchicago.edu>
**Sent:** Tuesday, January 7, 2025 10:59:14 AM (UTC-06:00) Central Time (US & Canada)
**To:** Jasmin Johnson <jasdjohn@uchicago.edu>; Dipesh Singla <dipeshsingla@uchicago.edu>
**Cc:** Mary Mcclelland <mcclellandm@uchicago.edu>
**Subject:** Re: Hours logged for the PPE 1.4.25

They are accurate

Best regards

**From:** Jasmin Johnson <jasdjohn@uchicago.edu>
**Sent:** Tuesday, January 7, 2025 10:57:55 AM

[Quoted text hidden]

[Quoted text hidden]

---

**Dipesh Singla** <dipeshsingla@uchicago.edu>  7 January 2025 at 22:30
To: "dipeshsingla668@gmail.com" <dipeshsingla668@gmail.com>

---

**From:** Jasmin Johnson <jasdjohn@uchicago.edu>
**Sent:** Tuesday, January 7, 2025 11:00:33 AM (UTC-06:00) Central Time (US & Canada)
**To:** Kerry Sharkey <KerrySharkey@uchicago.edu>; Dipesh Singla <dipeshsingla@uchicago.edu>
**Cc:** Mary Mcclelland <mcclellandm@uchicago.edu>
**Subject:** RE: Hours logged for the PPE 1.4.25

Thank you for confirming, Kerry!

Thank you,

Jasmin

Jasmin Johnson

HR Generalist

The University of Chicago | Social Sciences Division

Email: jasdjohn@uchicago.edu

[Quoted text hidden]

---

**Dipesh Singla** <dipeshsingla@uchicago.edu>  10 January 2025 at 02:33
To: "dipeshsingla668@gmail.com" <dipeshsingla668@gmail.com>

**From:** Jennifer Helmin <jhelmin@uchicago.edu>
**Sent:** Thursday, January 9, 2025 3:03:48 PM (UTC-06:00) Central Time (US & Canada)
**To:** Mary Mcclelland <mcclellandm@uchicago.edu>; Dipesh Singla <dipeshsingla@uchicago.edu>; Jasmin Johnson <jasdjohn@uchicago.edu>; Luisana Romero <lromero1@uchicago.edu>
**Subject:** Re: Hours logged for the PPE 1.4.25

Dear Mary,

Dipesh did not work any hours for the Collegium during this time.

Best,

Jennifer

Jennifer Helmin, JD
Associate Director of Operations
The Neubauer Collegium for Culture and Society
5701 S. Woodlawn Avenue
Chicago, Illinois 60637
(773) 795-2340
jhelmin@uchicago.edu

**From:** Mary Mcclelland <mcclellandm@uchicago.edu>
**Sent:** Tuesday, January 7, 2025 10:52 AM
**To:** Dipesh Singla <dipeshsingla@uchicago.edu>; Jennifer Helmin <jhelmin@uchicago.edu>; Jasmin Johnson <jasdjohn@uchicago.edu>; Luisana Romero <lromero1@uchicago.edu>
**Subject:** Hours logged for the PPE 1.4.25

Good morning Dipesh, Jennifer, Jasmin and Luisana,

[Quoted text hidden]

---

**Dipesh Singla** <dipeshsingla668@gmail.com>  10 January 2025 at 02:42
To: Dipesh Singla <dipeshsingla@uchicago.edu>, "To: Mary Mcclelland" <mcclellandm@uchicago.edu>, Jasmin Johnson <jasdjohn@uchicago.edu>, Luisana Romero <lromero1@uchicago.edu>, Jennifer Helmin <jhelmin@uchicago.edu>, Dipesh Singla <dipeshsingla668@gmail.com>

Hi
Thanks, Jennifer,
On my workday, it shows the correct position and correct hours for 23rd which my other job employer also confirmed.
It's not neubeaur position on week of 23rd dec. and that is correct on wd on 23rd.
So it's already right on the workday and don't need corrections as such.
best.
[Quoted text hidden]

---

**Dipesh Singla** <dipeshsingla668@gmail.com>  16 August 2025 at 01:55
To: Dipesh Singla <dipeshsingla668@gmail.com>

---------- Forwarded message ---------
From: **Dipesh Singla** <dipeshsingla668@gmail.com>
Date: Sat, 16 Aug 2025 at 01:40
Subject: Fwd: FW: Hours logged for the PPE 1.4.25
To: Dipesh Singla <dipeshsingla668@gmail.com>

---------- Forwarded message ---------
From: **Dipesh Singla** <dipeshsingla668@gmail.com>
Date: Tue, 15 Jul 2025 at 00:34
Subject: Fwd: FW: Hours logged for the PPE 1.4.25
To: Dipesh Singla <dipeshsingla668@gmail.com>

---------- Forwarded message ---------
From: **Dipesh Singla** <dipeshsingla668@gmail.com>
Date: Sun, 12 Jan 2025 at 05:01
Subject: Fwd: FW: Hours logged for the PPE 1.4.25
To: Dipesh Singla <dipeshsingla668@gmail.com>

[Quoted text hidden]