BC

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



JKS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) | **Case Number**: |
|  | ) |  |
| Plaintiff | ) |  |
|  | ) | **Judge:** |
| v. | ) |  |
|  | ) | **Magistrate Judge:** |
|  | ) |  |
| Defendant | ) |  |

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



**Dipesh Singla <dipeshsingla668@gmail.com>**

## FW: Receipt of Report
2 messages

---

**Dipesh Singla** <dipeshsingla@uchicago.edu>  30 November 2024 at 23:26
To: "dipeshsingla668@gmail.com" <dipeshsingla668@gmail.com>

---

**From:** UChicago CARES <uchicagocares@uchicago.edu>
**Sent:** Saturday, November 30, 2024 11:56:16 AM (UTC-06:00) Central Time (US & Canada)
**To:** Dipesh Singla <dipeshsingla@uchicago.edu>
**Cc:** Megan Heckel-Greco <mheckel@uchicago.edu>
**Subject:** Receipt of Report

Dear Dipesh,

I am reaching out on behalf of the Center for Awareness, Resolution, Education and Support (CARES) here at UChicago. We have received the additional support you submitted today and encourage you to meet with Megan, copied, who has previously reached out to you and offered to meet next week.

There are many possible supports and accommodations that may be available to you, and Megan can discuss these with you in full.

- Academic Accommodations—may include communicating with advisors and professors regarding absences from classes, rescheduling exams, and deadline extensions
- Housing Accommodations—may include moving houses, moving residence halls, or assistance ending or changing current leases
- Work Accommodations—may include connecting with managers at University-based positions, work study, or internships to assist in changing schedules or managing absences
- A No-Contact Directive (NCD)—may be available to assist in preventing an individual from contacting you
- Connections to On- and Off-Campus Resources—for healthcare, counseling, legal assistance, and other confidential sources of support
- Reporting Options—including filing a formal complaint to the University and/or reporting to law enforcement

Additionally, the University's Policy on Harassment, Discrimination, and Sexual Misconduct and the Policy on Title IX Sexual Harassment describe resources and resolution options available to you. I encourage you to visit our website to learn more.

It is important to note that meeting with this office would not require you to pursue any further action or obligate you to participate in any formal reporting process. The intent of the meeting is to inform you of support, resources, reporting options, and remedies available. There is no time limit on receiving these support and resources while enrolled at the University of Chicago, and you may contact our office at any point during your time at the University for assistance. This report does not automatically trigger an investigation or us contacting the individual who harmed you. In rare circumstances, we may need to move

forward with these measures. If our office is considering such a step, you will be contacted and given the opportunity to connect with us further regarding your wishes.


Thank you and sincerely,


**The Center for Awareness, Resolution, Education & Support (UChicago CARES)**

Office of the Provost

Equal Opportunity Programs

The University of Chicago

uchicagocares@uchicago.edu

cares.uchicago.edu


Please note that UChicago CARES is not an emergency resource and this account is only monitored during business hours. If you need immediate assistance, please contact the Sexual Assault Dean-on-Call or The University of Chicago Police Department.


**Support For Students - UChicago CARES.pdf**
1035K

---

**Dipesh Singla** <dipeshsingla668@gmail.com>  16 August 2025 at 01:52
To: Dipesh Singla <dipeshsingla668@gmail.com>

[Quoted text hidden]


**Support For Students - UChicago CARES.pdf**
1035K