BC

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



JKS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) | **Case Number**: |
|  | ) |  |
| Plaintiff | ) |  |
|  | ) | **Judge:** |
| v. | ) |  |
|  | ) |  |
|  | ) | **Magistrate Judge:** |
|  | ) |  |
| Defendant | ) |  |

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

            Dipesh Singla <dipeshsingla668@gmail.com>

## FW: Thank You - Form Received
4 messages

**Dipesh Singla** <dipeshsingla@uchicago.edu>                                   19 January 2025 at 13:25
To: "dipeshsingla668@gmail.com" <dipeshsingla668@gmail.com>

---

**From:** The Center for Awareness, Resolution, Education & Support (via Maxient) <notifications@maxient.com>
**Sent:** Sunday, January 19, 2025 1:52:37 AM (UTC-06:00) Central Time (US & Canada)
**To:** Dipesh Singla <dipeshsingla@uchicago.edu>
**Subject:** Thank You - Form Received

Thank you for the form you recently submitted. It has been assigned ID #00018381.
For your records, a copy is attached here in PDF format.

                                     Message sent by Maxient
         Replies will be sent to The Center for Awareness, Resolution, Education & Support (uchicagocares@uchicago.edu).

IR00018381.pdf
16K

**Dipesh Singla** <dipeshsingla668@gmail.com>                                  20 January 2025 at 01:44
To: Dipesh Singla <dipeshsingla@uchicago.edu>, provost@uchicago.edu, president@uchicago.edu

> Offices
> PFA
> [Quoted text hidden]

**Dipesh Singla** <dipeshsingla668@gmail.com>                                  24 January 2025 at 18:08
To: Dipesh Singla <dipeshsingla@uchicago.edu>, provost@uchicago.edu, president@uchicago.edu, uchicagocares@uchicago.edu

> Hello Team,
> It has been 5 days since I submitted and got the receipt, when can I seek a response and help in this matter?
> Best.
> [Quoted text hidden]

**Dipesh Singla** <dipeshsingla668@gmail.com>                                   1 July 2025 at 15:37
To: Dipesh Singla <dipeshsingla668@gmail.com>

> [Quoted text hidden]