BC

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED**
8/17/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JKS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| Plaintiff | **Case Number**: |
| v. | **Judge**: |
| Defendant | **Magistrate Judge**: |

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

 Gmail                                                                                                          **Dipesh Singla <dipeshsingla668@gmail.com>**

## Outreach Follow-up
9 messages

---

**Megan Heckel-Greco** <mheckel@uchicago.edu>                                                                       24 January 2025 at 22:45
To: Dipesh Singla <dipeshsingla668@gmail.com>
Cc: Renae DeSautel <desautel@uchicago.edu>

Good Morning Dipesh,

I hope you are doing well this morning. My colleague shared that you submitted a report that included information from our first meeting in addition to new information. I would be happy to set up some time with you in the coming week to discuss your report further in addition to any support or resources you may be requesting.

I also wanted to reshare the University's Policy on Harassment, Discrimination, and Sexual Misconduct and the Policy on Title IX Sexual Harassment that describe resources and resolution options available to you. I have attached an informational sheet outlining these resources and options; I also encourage you to visit our website to learn more.

Please provide some days and times that you are available; I can review and set our meeting.

Thank you for reaching out to us and I look forward to connecting.

Megan
Megan Heckel, M.Ed. (she/her)
Associate Director, Response and Support Services, Deputy Title IX Coordinator

The Center for Awareness, Resolution, Education & Support (UChicago CARES)
Office of the Provost
Equal Opportunity Programs
The University of Chicago
https://cares.uchicago.edu/

 **Support For Students - UChicago CARES.pdf**
1030K

---

**Dipesh Singla** <dipeshsingla668@gmail.com>                                                                       25 January 2025 at 02:34
To: Megan Heckel-Greco <mheckel@uchicago.edu>, provost@uchicago.edu
Cc: Renae DeSautel <desautel@uchicago.edu>

I already have these links, I think all these links in the last emails.
Hopefully in this case atleast univ may be able to give fair treatment to this kind of discrimination.
-

[Quoted text hidden]

---

**Megan Heckel-Greco** <mheckel@uchicago.edu>                                                                       25 January 2025 at 02:48
To: Dipesh Singla <dipeshsingla668@gmail.com>, Provost Baicker <provost@uchicago.edu>
Cc: Renae DeSautel <desautel@uchicago.edu>

Hi Dipesh,

Thank you for your quick response. As mentioned, we would be happy to meet with you next week as well. Are there any days/times that you have available? We can accommodate your schedule as best we can.

As previously mentioned, there is no obligation or requirement that you meet with our office; just know it is here for you as a resource.

Take care,

Megan

Megan Heckel, M.Ed. (she/her)
Associate Director, Response and Support Services, Deputy Title IX Coordinator
The Center for Awareness, Resolution, Education & Support (UChicago CARES)

---

**From:** Dipesh Singla <dipeshsingla668@gmail.com>
**Sent:** Friday, January 24, 2025 3:04 PM
**To:** Megan Heckel-Greco <mheckel@uchicago.edu>; Provost Baicker <provost@uchicago.edu>
**Cc:** Renae DeSautel <desautel@uchicago.edu>
**Subject:** Re: Outreach Follow-up

[Quoted text hidden]

---

**Dipesh Singla** <dipeshsingla668@gmail.com>                                                      25 January 2025 at 04:21
To: Megan Heckel-Greco <mheckel@uchicago.edu>
Cc: Provost Baicker <provost@uchicago.edu>, Renae DeSautel <desautel@uchicago.edu>

Ok
I didn't say anything about the obligation.
We can meet at 9:00 am on Monday 27 but **before the meeting** kindly let me know all the questions you have for me for the meeting. Since I think I clarified the matter already in the initial filing.
Can send me a GCAL Invite if that time works, and apart from email pl copy ques in the invite as well..
BR

[Quoted text hidden]

---

**Renae DeSautel** <desautel@uchicago.edu>                                                         27 January 2025 at 21:28
To: Dipesh Singla <dipeshsingla668@gmail.com>
Cc: Megan Heckel-Greco <mheckel@uchicago.edu>

Hello Dipesh,

Our availability for a meeting did not align with your request for a meeting this morning at 9am – my apologies. If you would like to connect, can you please share a few times you are available in the next 1-2 weeks and we will find a time.

As to the concerns you shared in your report to our office, I wanted to clarify that you are not able to file a complaint on behalf of a faculty member. If that individual has concerns, they are free to connect directly

with our office. You also share concerns about your employment situation. Have you addressed these with HR? Our polices do not address the concerns you mention in your report. You also mention concerns about a staff member behavior. I believe that my colleague, Megan, has met with you about this concern and explained the limitations of what we can do to assist.

I understand that this is a difficult time for you. I recommend that you connect with your Dean of Students for additional support at this time.

Take care,

Renae

**Renae DeSautel**

*Director, Response & Support Services / Deputy Title IX Coordinator*

*(she/her)*

**The Center for Awareness, Resolution, Education & Support (UChicago CARES)**

Office of the Provost

Equal Opportunity Programs

The University of Chicago

cares.uchicago.edu

[Quoted text hidden]

---

**Dipesh Singla** <dipeshsingla668@gmail.com>                                          27 January 2025 at 21:42
To: Renae DeSautel <desautel@uchicago.edu>
Cc: Megan Heckel-Greco <mheckel@uchicago.edu>

Today till 2:30. Tomorrow 9 to 2 for the meeting.

[Quoted text hidden]

---

**Renae DeSautel** <desautel@uchicago.edu>                                              28 January 2025 at 05:12
To: Dipesh Singla <dipeshsingla668@gmail.com>
Cc: Megan Heckel-Greco <mheckel@uchicago.edu>

Can you please provide additional availability for this week and next? Thank you.

[Quoted text hidden]

---

**Dipesh Singla** <dipeshsingla668@gmail.com>                                          28 January 2025 at 08:55
To: Renae DeSautel <desautel@uchicago.edu>

Monday before 11:30 am or 1 to 3 on Monday as well

Let me also know what exactly are your questions?
send me a gcal invite
br

[Quoted text hidden]

---

**Dipesh Singla** <dipeshsingla668@gmail.com>                                      16 August 2025 at 01:52
To: Dipesh Singla <dipeshsingla668@gmail.com>


---------- Forwarded message ---------
From: **Dipesh Singla** <dipeshsingla668@gmail.com>
Date: Fri, 2 May 2025 at 15:58
Subject: Fwd: Outreach Follow-up
To: Dipesh Singla <dipeshsingla668@gmail.com>

[Quoted text hidden]