BC

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED**
**8/17/2025**
JKS
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

)
)
) **Case Number**:
Plaintiff )
)  **Judge**:
v. )
)  **Magistrate Judge**:
)
)
Defendant

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## University of Chicago
## Individuals with Reporting Responsibilities Reporting Form

*Submitted on November 30, 2024 at 6:46:41 am CST*

| | |
|---|---|
| Nature | **Nature of this report.** |
| Urgency | **Normal** |
| Incident Date and Time | **2024-11-30** |
| Incident Location | **Off-campus** |

Reported by

| | |
|---|---|
| Name: | **Dipesh Singla** |
| Title: | **Student** |
| Email: | **dipeshsingla@uchicago.edu** |
| Phone | **7734571046** |
| Address: | **[UNAUTHENTICATED]** |

Involved Parties
**Shrivasta Thulasiram UChicago ()**

Questions
List of concerns. Please select all that apply.
**Domestic Violence**

Please share what you know about the incident/disclosure
**Shrivasta Thulasiram (Not sure about Spelling), staff at the Gordon Chemistry department, and a student at Indian University hit me in the early morning/late night around 2 am.**
**Rest details are also shared on mail.**

Is the impacted individual aware that you are making this report?
**Self**

Attachments
shrivastaapologyletter.png

*Pending IR #00018016*
*Submitted from 104.28.195.106. Processed by routing rule #89. Routed to Renae DeSautel, Director, Response & Support Services, Center for Awareness, Resolution, Education & Support.*
*Copies to: desautel@uchicago.edu,ehonig@uchicago.edu,bcollier@uchicago.edu,janellestubbs@uchicago.edu,uchicagocares@uchicago.edu,ktruefunk@uchicago.edu,mheckel@uchicago.edu*