BC

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

FILED
8/17/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JKS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) | **Case Number**: |
|  | ) |  |
| Plaintiff | ) |  |
|  | ) | **Judge**: |
| v. | ) |  |
|  | ) | **Magistrate Judge**: |
|  | ) |  |
|  | ) |  |
| Defendant |  |  |

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## University of Chicago
## Report Harassment, Discrimination, or Sexual Misconduct

*Submitted on January 19, 2025 at 1:52:37 am CST*

| | |
|---|---|
| Nature | **Discrimination** |
| Urgency | **On-line** |
| Incident Date and Time | **2025-01-09** |
| Incident Location | **unknown** |

<u>Reported by</u>

| | |
|---|---|
| Name: | **Dipesh Singla** |
| Title: | **Student** |
| Email: | **dipeshsingla@uchicago.edu** |
| Phone | **7734571046** |
| Address: | |
| | **[UNAUTHENTICATED]** |

<u>Involved Parties</u>
**UChicago Multiple Department/offices
()
Accused**

<u>Questions</u>
Please describe the incident
**Please Read carefully in detail:
I wanted to talk about one of the most significant things happening at the university.
Last year, I came to Chicago for the first time, traveling outside my home country. I got a job as a proctor at SDS, which was a great opportunity for me as a student with a disability (SWD). I believe my main manager or the person who hired me was Stephanye, but she left the university just a few weeks after I started.

I also learned that we need to select courses, so I asked one of my roommates, who is a graduate of Harris, for recommendations on core classes. He mentioned that most of the professors were new, and the ones he had previously recommended were no longer teaching core courses or had already left the university.
All of this made me wonder why so many good people seem to either getting terminated or leave voluntarily or are being let go by the university, it's hard not to notice the constant turnover.
I was fortunate enough to convince several employers during interviews and secure multiple jobs at UChicago. In June/July 2024, I landed a good position as an Academic Teaching Assistant at SSCS UChicago. I had the privilege of working with Dr. Joe Bonni, who is by far the best person I've met in the USA and at UChicago. As someone deeply curious about many things, working with someone so knowledgeable in his field was an incredible experience person. Dr. Joe was a great guide for me at the university. When I came to Harris I have seen ideas or thoughts didn't get recognition, professors were not that interactive, and mostly classes are of average level or lesser. And most importantly differentiation school does from people with different countries getting different treatments in same case. I seen teachers/prof's are not much interested in working with students or answering some of the queries. Here when I worked with Joe Bonni, I got answer to a very fundamental question I always have "If I have a question who should I go to", and when I got that answer it was not my professor who teach me at Harris or anyone at Harris, it was Dr. Joe. One of the most knowledgeable person, kind, humble man, got thrown out in between half day of his work. When university officialls think multiple times while hiring and what they want from student/staff, why don't they have time to think before discriminating and terminating the roles.One day I was working and Dr. Joe also came in morning and started working normally with all his enthusiasm and energy which he have daily at workplace. I afternoon he went to office at edelstone, and after few hours when he left we got an email that Dr. Joe left. He was literally working normally in morning. Of course I don't know exact matter of that but in office people in office were talking with each other that his role was terminated which definitely made sense. When I joined this role in june/july one more student joined with me, his name is Daniel, same position, same training, and he got terminated in 2 weeks of joining. How is it possible that people who are not managers are getting thrown out whenever without any trial and hearing. The best person I have had at university was**

thrown out having personal debt he have to pay and huge disrespect to that person who was knowledgeable, above and beyond. This shows there's no trial and discrimination from higher authorities to the lower level employees. Even if some people say/complain about any other individual would it not be ok to give a person chance to represent or university should think no someone said something and that's the truth and we'll follow it and throw anyone out of the university (like always believing unfavourable things, and not focusing on good things someone might have been doing from any years). Staff like Dr. Joe are real asset to the university and they should be requested to come back to give their excellent contributions to the university

On January 9, my role was unexpectedly terminated without any clear reason. It was like they were acting without accountability and discriminating against me like they did with Dr. Joe and Daniel. When I requested a meeting, they initially told me it was HR's decision to terminate the role. However, in a follow-up email, they stated it was a decision made by my manager. How can 3 different people at different level can be bad that eventually they've to throw all of them out in around 6 months. One of the reason can be whoever was against Dr. Joe want to throw employees hired by him many months ago to take over full control on office. Else how can only manager level individuals stay and rest got caught up by something that they eventually need to throw them out asap.

Adding to this, I had an interview for a full-time HPC Admin role (JR27460) at SSCS, but it was cancelled because of this situation. This shows how decisions are influenced by matters unrelated to the matter/interview itself, resulting in the unnecessary cancellation of my first full-time interview. This was especially traumatic for me, considering the job market is already tough, and many students are struggling to land interviews. This was the first opportunity I had, and it was taken away from me. This is especially bad as it's also a bad omen that even before getting the first interview I was even unable to participate in interview and selection and rejection were a separate things. This broke my mental peace and eveything. I worked hard to get that interview.

**Job was all going fine performance was also good, and most importantly I keep on seeking task during low work time and taking tasks proactively whenever it comes up at office, helping other staff. But they terminated it straight away. It was not that easy to get job and interviews, and convince interviewers to get job from huge crowd we have for all roles. So termination of this job broke me from inside. I burned myself with hardwork to get those roles.**

**This has led me to question why so many good people that both I and other students find are not staying at the university. There seems to be something wrong with the way the university is currently handling both students and staff.**

**Apart from that Harris has a track record of neglecting student concerns and requests. Last year, I asked for disability-related accommodations, but my request was completely ignored, despite me clearly communicating it to the disability coordinator.**

**Also, my father and grandfather are both hospitalized and had operation, and we've had to use a significant portion of the funds from my tuition to cover their medical treatment. I recently reached out to Harris Financial Aid for assistance in fee, but I have yet to hear anything back. It feels like every request or appeal just falls through the cracks due to the inefficiency of the management and relevant individuals at Harris.**

**A couple of weeks ago, I became a victim of a crime committed by a staff member at UChicago. What was particularly disturbing about this situation was that, despite the crime, the person was not removed from their position at the university. The final response from the universities end is attached here.**

**These events have led me to feel that at this university, if you commit physical assault, the dean, relevant departments, HR, and everyone else will protect you, as if the university is a safe haven for criminals. Your job and status are not at risk. However, if you are not favored by HR or other authorities, you can be easily dismissed. Meanwhile, Title IX seems to be completely useless when a crime occurs. Criminals didn't get thrown out of their roles but hardworking and passionate individuals are.**

**Staff here often work under the influence of matters, applying one issue to other cases inappropriately. Additionally, they share sensitive data with multiple individuals who do not necessarily need access to that information for any particular matter.**

**I intentionally want this message shared with the President and Provost's Office because I used to refer to this university as "My University." I believe that policy-level changes are needed to make this university a safe haven for hardworking, knowledgeable individuals, not for those with an authoritarian mindset or criminals who act with impunity, knowing there is no one to stop them. These changes should prioritize protecting both students and staff from such abuses of power. I'm not entirely sure what specific changes are required, but I do believe there need to be policy adjustments. Certain factors and influences seem to be affecting how staff and students are treated unfairly, and there needs to be proper representation, a fair process for addressing problems, and an appropriate hearing for both employees and employers.**

**While I haven't mentioned specific cases/examples here in some cases, I want to make it clear that this is the truth.**

>  Are you interested in submitting a formal complaint for investigation and resolution under the Policy on Harassment, Discrimination, and Sexual Misconduct and/or the Policy on Title IX Sexual Harassment?
>  **Unsure**
>
>  What are you seeking in response to this report? Examples: supportive services or accommodations, investigation/disciplinary action, documentation of report
>
>  More information on options available at cares.uchicago.edu
>  **-Giving the ATA SSCS jobs back at the same pay rate or more, or similar role with same rate of pay or more and same hours in academic year: 20 and in breaks complete: 40.**
>  **-Apologies Letter for job termination signed by all HR's involved, central HR, all manager level staff at SSCS, including people who were present in meeting with me.**
>  **-Paying for the complete unemployment period according to complete 20hrs per week as per the same pay rate, and 40 hrs during breaks for ATA SSCS Job until this matter get sorted and I get rehired.**
>  **-Giving multiple job interviews, or hiring me as a full-time staff on an equivalent benefit and pay scale job or more as the HPC Job which got canceled because this discrimination, and I'm sure that even if I get interview for that same role still they'll eventually not hire me because of this discrimination.**
>  **-Apologies letter to Dr. Joe Bonni, and requesting him and rehiring as manager level role so that no one else can throw him out from the role including autocrat HR's.**

**supportive services and accommodations as mentioned in the message including disability accommodations, investigation/disciplinary action, documentation, getting a receipt that this is copied to the president and provost office, and their replies should also copy to my email.**

Attachments
shrivastaapologyletter.png
screenshot20250118215323.png
screenshot20250119014726.png

*Pending IR #00018381*
*Submitted from 73.210.83.246. Processed by routing rule #91. Routed to Renae DeSautel, Director, Response & Support Services, Center for Awareness, Resolution, Education & Support.*
*Copies to: desautel@uchicago.edu,ehonig@uchicago.edu,bcollier@uchicago.edu,janellestubbs@uchicago.edu,uchicagocares@uchicago.edu,ktruefunk@uchicago.edu,mheckel@uchicago.edu*