**BC**

**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



**FILED** JKS

8/18/2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Dipesh Singla,**
    Plaintiff,

v.

**The University of Chicago, et al.,**
    Defendants.

**Case No.** 1:25-cv-08098
Hon. Judge Sara L. Ellis

**PLAINTIFF'S MOTION FOR ACCESS TO TRANSCRIPTS VIA EMAIL**

Plaintiff **Dipesh Singla**, appearing pro se, respectfully moves this Court for an order directing that all hearing transcripts, conference transcripts, and related official court records in this matter be made available to Plaintiff **without cost and by email delivery and as soon as possible**, pursuant to the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101 et seq., and the Court's inherent authority to ensure access to justice.

**I. Basis for Relief**

1. Plaintiff has been **memory impairments** and related disabilities, which substantially limit his ability to prepare for court appearances and adequately participate in litigation without access to written records of proceedings.

2. Plaintiff's condition makes it medically necessary to rely on **written transcripts** of hearings, as oral recollection alone is insufficient to allow meaningful participation in upcoming conferences, hearings, or trial preparation.

3. The **cost of official transcripts** in this complex case would pose an undue financial burden on Plaintiff, who is proceeding pro se and with limited resources.

4. Federal courts have the authority to provide transcripts without cost when necessary to ensure fairness, especially where disability rights are implicated. See *28 U.S.C. § 753(f)* (transcripts furnished at government expense in certain cases) and ADA Title II (public entities must ensure equal access to court services).

**II. Requested Relief**

Plaintiff respectfully requests that this Court:

1. Order that all future hearing and conference transcripts in this matter be made available to Plaintiff **free of charge**, via **PDF/email delivery, and as soon as possible**.

2. Direct the Clerk of Court and/or official court reporter to provide such transcripts promptly after hearings; and

3. Grant such other and further relief as this Court deems just and proper.

### III. Conclusion

For the foregoing reasons, Plaintiff respectfully asks the Court to grant this Motion and ensure that transcripts are provided via email without cost as a reasonable accommodation under the ADA.

Respectfully submitted,

Dated: 18/08/2025

Dipesh Singla

Pro se Plaintiff