[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

BC

FILED
8/21/2025
KG
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| Plaintiff | **Case Number**: |
| v. | **Judge**: |
| Defendant | **Magistrate Judge**: |

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## class attendance   Inbox

**Kate Shannon Biddle** <kbiddle@uchicago.edu>   Fri 7 Mar, 21:10
to me, Dipesh

Hi Dipesh,

At the union grievance meeting about your case the Union Steward indicated that maybe you were uncertain about whether you could continue attending classes during the 15 days following the sanction notification. I wanted to clarify that students cannot attend classes after receiving notification of suspension or expulsion. I don't think you have been attending class, but wanted to make sure you had that right information.

If you have any questions about the process I'm here to help.

All the best,
Kate

**Kate Shannon Biddle**
Dean of Students
Pronouns: she/her What is this?
Schedule a meeting with me

**Harris Public Policy**
The University of Chicago
Office 1013J
1307 E. 60th St. Chicago, IL 60637
773-834-3574