BC

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| Plaintiff | ) ) ) **Case Number**: ) ) **Judge**: |
| v. | ) ) **Magistrate Judge**: |
| Defendant | ) ) |

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



**GRADUATE STUDENTS UNITED**     **AT THE UNIVERSITY OF CHICAGO**

Formal Notification of Grievance

Grievant(s): Dipesh Singla
Union Steward(s): Brian Curran and Rubina Hundal
Date of Grievance: January 9, 2025 and ongoing
Ongoing: Yes
Department: Mansueto Institute
Supervisor: Heidi Lee

Date of Grievance Submission: February 1, 2025

---

1. Statement of the Grievance; circumstances and facts upon which it is based.

After an hours dispute in a bargaining unit position, the University terminated three of the grievant's non-bargaining unit positions.

2. Article(s) of the CBA violated

Article 13: Graduate Student Employment Rights, Section 10; Article 10: Employment Discipline and Discharge; and all articles that apply.

3. Remedy Sought

The University should re-instate the grievant at his three non-bargaining unit positions and make the affected worker whole.