


**FILED**
**8/21/2025**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

Dipesh Singla )
)
Plaintiff )
) Case Number: 1:25-cv-08098
v. )
) Judge: Honble Judge Sara L. Ellis
)
University of Chicago et. al. Defendant )
)
)

**NOTICE OF MOTION**

**TO:** Honble Judge Sara L. Ellis

**PLEASE TAKE NOTICE** that on 22/08/2025 **at** _____ anytime**,** or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Sara L. Ellis _____ or any judge sitting in his or her stead in **Courtroom** _____ 1403( if allowed Online in since plaintiff being not in usa) _____ of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**

**CERTIFICATE OF SERVICE**

I hereby certify that on _____, I provided service to the person or persons listed above by the following means: _____

Signature: _____                               Date: _____

Name (Print): _____

Address: _____                                 Phone: _____

_____

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Plaintiff requests Honble judge Sara L. Ellis to kindly check IFP motion and all other motions if possible and applicable as per ROC (Rules of the court). Multiple motions and letters to court have been submitted already. Plaintiff being overseas requests for online meeting link if plaintiff presence is required preferably since phone and networks don't work for plaintiff being overseas. Plaintiffs want to further request to give a date and time preferably over email so that plaintiff as required can be present for IFP motion.

Plaintiffs want to also mention that court team said that IFP NOM is not required but as it's mentioned in website plaintiff is filling this without any disrespect or negligence to the words of court team, and they have been really helpful in the past queries so thanks for that too to them.

Room 1403 is added from this website [https://www.ilnd.uscourts.gov/judge_display.php?jid=1406](https://www.ilnd.uscourts.gov/judge_display.php?jid=1406)

Please use this email for meeting link if required for IFP and maybe other motions also [dipeshsingla668@gmail.com](dipeshsingla668@gmail.com)

No idea why question marks are coming when pdf created but they are coming mostly where f character is so kindly ignore it please.