




**FILED**
8/21/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| Plaintiff ) ) ) ) ) v. ) ) ) ) Defendant ) | **Case Number**: <br><br> **Judge**: <br><br> **Magistrate Judge**: |

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



**GRADUATE STUDENTS UNITED**     **AT THE UNIVERSITY OF CHICAGO**

Formal Notification of Grievance

Grievant(s): Dipesh Singla
Union Steward(s): Sara Hogenboom, Joseph Rathke, Brian Curran, Ariel Maschke
Date of Grievance: February 25, 2025
Ongoing: **Yes**/No
Department: Harris School of Public Policy
Supervisor: N/A

Date of Grievance Submission: 2/28/2025

1. Statement of the Grievance

    a. On February 25, 2025, Dipesh Singla was given the sanction of disciplinary expulsion as the result of an Area Disciplinary Committee hearing held on February 24, 2025. Progressive discipline was not followed in this case.

    b. The grievant was denied access to fair steward representation during the Area Disciplinary Committee hearing.

2. Article(s) of the CBA violated
    a. Article 10, Article 9 (Section 3), Article 14, and any other articles that apply.

3. Remedy Sought
    a. That the sanction of disciplinary expulsion be reversed, the terms of his discipline be renegotiated, and make the affected worker whole.

## Step 3 Discharge Grievance DS  Inbox

**Sara Hogenboom** <shogenboom@uchicago.edu>   Sat 1 Mar, 07:08
to niestat, Joseph, Ariel, bcurran, gradunionhelp, Kate, bcc: me

Hello Beth,

I am reaching out as a steward for GSU. I have attached a Step 3 grievance challenging a disciplinary expulsion decided by the Harris School of Public Policy Area Disciplinary Committee on February 25, 2025.

This is a highly urgent grievance. Dipesh Singla is an international student on an F-1 visa. Dipesh has had his visa status questioned, lost union-eligible work positions, and has been excluded from student resources without warning or explanation. We insist that any changes to his visa status or student status be paused while disciplinary action is being disputed to prevent irreversible harm.

We hope to meet with you as soon as possible and look forward to hearing from you.

Sincerely,
Sara

---

One attachment • Scanned by Gmail



PDF  DS Step 3 Formal ...