[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| Plaintiff | **Case Number**: |
| v. | **Judge**: |
| Defendant | **Magistrate Judge**: |

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# Refund Receipt from Mirabella Kincaid Frederick & Mirabella, LLC for $150.00  Inbox ×

**Mirabella Kincaid Frederick & Mirabella, LLC** <No-reply-notification@lawpay.com>
to me

01:07 (19 hours ago)

EST. 1949
M | K | F | M
L A W

MIRABELLA,
KINCAID,
FREDERICK &
MIRABELLA, LLC

| **Refund Receipt** | **$150.00** |
|---|---|

**Mirabella Kincaid Frederick & Mirabella, LLC**

**Account Holder**
Dipesh Singla