[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| Plaintiff | **Case Number**: |
| v. | **Judge**: |
| Defendant | **Magistrate Judge**: |

FILED
9/2/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



Dipesh Singla <dipeshsingla668@gmail.com>

## FW: GSU: Harris
12 messages

**Dipesh Singla** <dipeshsingla@uchicago.edu>  20 January 2024 at 06:59
To: "dipeshsingla668@gmail.com" <dipeshsingla668@gmail.com>

---

**From:** Julia Higgins <juliahiggins@uchicago.edu>
**Sent:** Friday, January 19, 2024 7:29:02 PM (UTC-06:00) Central Time (US & Canada)
**To:** Wolfgang Boehm <boehm@uchicago.edu>; Robert Stull <robertstull@uchicago.edu>; Lisa Fedorovska <yfedorovska@uchicago.edu>; Danya Sherbini <danyasherbini@uchicago.edu>
**Cc:** Dipesh Singla <dipeshsingla@uchicago.edu>; Ichwalsyah NLN <ichwalsyah@uchicago.edu>
**Subject:** RE: GSU: Harris

Hey Wolfgang!

Thanks for reaching out, I'd be happy to try to find some time to connect next week.

As an FYI, the majority of Harris students are enrolled in 2-year masters programs, so we'd love to discuss how to best target our organizing efforts. We do have a cohort of PhD students as well, but most of them have been pretty disengaged from GSU or have expressed anti-union sentiment during card campaigns, election walk throughs, etc.

I believe everyone cc'd here is a second year, so I've cc'd a couple of first years who I connected with last quarter during one-on-ones (Hi Dipesh and Iwal! Please reach out with any questions you have regarding being looped into this thread 😊). I'll let Danya, Robert, and Lisa comment on their availability to meet/organize.

Gratefully,

Julia

---

**From:** Wolfgang Boehm <boehm@uchicago.edu>
**Sent:** Thursday, January 18, 2024 11:50 AM
**To:** Robert Stull <robertstull@uchicago.edu>; Lisa Fedorovska <yfedorovska@uchicago.edu>; Julia Higgins <juliahiggins@uchicago.edu>; Danya Sherbini <danyasherbini@uchicago.edu>
**Subject:** GSU: Harris

Hello!

My name is Wolfgang, I'm an organizer with GSU and PhD student here at UChicago and I've been helping facilitate some of the strike assessment trainings we've been having. I'm emailing you four because you have either attended or RSVP-ed to one of these trainings.

I'd love to try and find a time to meet to get a plan for assessing Harris, and more generally, organizing in Harris. If you all are on board, I can send out a when2meet link and we can plan to meet either in person or on Zoom. Does that sound good?

Best,

Wolfgang Boehm

PhD Student, Cinema and Media Studies Department

The University of Chicago


*pronouns: he/him/his*

---

**Dipesh Singla** <dipeshsingla@uchicago.edu>                                         22 January 2024 at 05:59
To: "dipeshsingla668@gmail.com" <dipeshsingla668@gmail.com>

---

**From:** Wolfgang Boehm <boehm@uchicago.edu>
**Sent:** Sunday, January 21, 2024 6:28:57 PM (UTC-06:00) Central Time (US & Canada)
**To:** Julia Higgins <juliahiggins@uchicago.edu>; Robert Stull <robertstull@uchicago.edu>; Lisa Fedorovska <yfedorovska@uchicago.edu>; Danya Sherbini <danyasherbini@uchicago.edu>
**Cc:** Dipesh Singla <dipeshsingla@uchicago.edu>; Ichwalsyah NLN <ichwalsyah@uchicago.edu>
**Subject:** Re: GSU: Harris

Great, thanks so much Julia!

Here's a when2meet link to help find a time that works for most.

Looking forward to chatting with everyone!

W

---

**From:** Julia Higgins <juliahiggins@uchicago.edu>
**Sent:** Friday, January 19, 2024 7:29 PM
**To:** Wolfgang Boehm <boehm@uchicago.edu>; Robert Stull <robertstull@uchicago.edu>; Lisa Fedorovska <yfedorovska@uchicago.edu>; Danya Sherbini <danyasherbini@uchicago.edu>
**Cc:** Dipesh Singla <dipeshsingla@uchicago.edu>; Ichwalsyah NLN <ichwalsyah@uchicago.edu>
**Subject:** RE: GSU: Harris

[Quoted text hidden]

---

**Dipesh Singla** <dipeshsingla@uchicago.edu>                                         23 January 2024 at 23:13
To: "dipeshsingla668@gmail.com" <dipeshsingla668@gmail.com>

---

**From:** Wolfgang Boehm <boehm@uchicago.edu>

**Sent:** Tuesday, January 23, 2024 11:43:43 AM (UTC-06:00) Central Time (US & Canada)
**To:** Julia Higgins <juliahiggins@uchicago.edu>; Robert Stull <robertstull@uchicago.edu>; Lisa Fedorovska <yfedorovska@uchicago.edu>; Danya Sherbini <danyasherbini@uchicago.edu>
**Cc:** Dipesh Singla <dipeshsingla@uchicago.edu>; Ichwalsyah NLN <ichwalsyah@uchicago.edu>
**Subject:** Re: GSU: Harris

Bumping this message!

W

---

**From:** Wolfgang Boehm <boehm@uchicago.edu>
**Sent:** Sunday, January 21, 2024 6:28 PM
[Quoted text hidden]

[Quoted text hidden]

---

**Dipesh Singla** <dipeshsingla@uchicago.edu>         23 January 2024 at 23:20
To: "dipeshsingla668@gmail.com" <dipeshsingla668@gmail.com>

---

**From:** Danya Sherbini <danyasherbini@uchicago.edu>
**Sent:** Tuesday, January 23, 2024 11:50:38 AM (UTC-06:00) Central Time (US & Canada)
**To:** Wolfgang Boehm <boehm@uchicago.edu>
**Cc:** Julia Higgins <juliahiggins@uchicago.edu>; Robert Stull <robertstull@uchicago.edu>; Lisa Fedorovska <yfedorovska@uchicago.edu>; Dipesh Singla <dipeshsingla@uchicago.edu>; Ichwalsyah NLN <ichwalsyah@uchicago.edu>
**Subject:** Re: GSU: Harris

Hi all,

Agreed with Julia, I'd love to discuss the strategy for Harris since we're 99% masters students. I filled out the when2meet to align with Wolfgang and Julia's availability -- free to talk this Thurs afternoon or next Tues morning.

Best,
[Quoted text hidden]
--
**Danya Sherbini**
*she/her*
LinkedIn
+1 (847) 691-7860
Master of Public Policy '24
The University of Chicago Harris School of Public Policy

---

**Dipesh Singla** <dipeshsingla@uchicago.edu>         24 January 2024 at 02:07
To: "dipeshsingla668@gmail.com" <dipeshsingla668@gmail.com>

---

**From:** Wolfgang Boehm <boehm@uchicago.edu>
**Sent:** Tuesday, January 23, 2024 2:37:19 PM (UTC-06:00) Central Time (US & Canada)
**To:** Danya Sherbini <danyasherbini@uchicago.edu>
**Cc:** Julia Higgins <juliahiggins@uchicago.edu>; Robert Stull <robertstull@uchicago.edu>; Lisa Fedorovska <yfedorovska@uchicago.edu>; Dipesh Singla <dipeshsingla@uchicago.edu>; Ichwalsyah NLN <ichwalsyah@uchicago.edu>
**Subject:** Re: GSU: Harris

Thanks Danya,

How about we go ahead and plan to meet next Tuesday morning at 9:30, which will give time for more folks to get on board if possible.

How would you both prefer to meet? I'm happy to do Zoom or in person.

W

---

**From:** Danya Sherbini <danyasherbini@uchicago.edu>
**Sent:** Tuesday, January 23, 2024 11:50 AM

[Quoted text hidden]

[Quoted text hidden]

---

**Dipesh Singla** <dipeshsingla@uchicago.edu>                                              24 January 2024 at 23:17
To: "dipeshsingla668@gmail.com" <dipeshsingla668@gmail.com>

---

**From:** Danya Sherbini <danyasherbini@uchicago.edu>
**Sent:** Wednesday, January 24, 2024 11:47:28 AM (UTC-06:00) Central Time (US & Canada)
**To:** Wolfgang Boehm <boehm@uchicago.edu>
**Cc:** Julia Higgins <juliahiggins@uchicago.edu>; Robert Stull <robertstull@uchicago.edu>; Lisa Fedorovska <yfedorovska@uchicago.edu>; Dipesh Singla <dipeshsingla@uchicago.edu>; Ichwalsyah NLN <ichwalsyah@uchicago.edu>
**Subject:** Re: GSU: Harris

Zoom would be good for me!

[Quoted text hidden]

---

**Dipesh Singla** <dipeshsingla@uchicago.edu>                                              24 January 2024 at 23:18
To: "dipeshsingla668@gmail.com" <dipeshsingla668@gmail.com>

---

**From:** Julia Higgins <juliahiggins@uchicago.edu>
**Sent:** Wednesday, January 24, 2024 11:48:48 AM (UTC-06:00) Central Time (US & Canada)
**To:** Danya Sherbini <danyasherbini@uchicago.edu>; Wolfgang Boehm <boehm@uchicago.edu>
**Cc:** Robert Stull <robertstull@uchicago.edu>; Lisa Fedorovska <yfedorovska@uchicago.edu>; Dipesh Singla <dipeshsingla@uchicago.edu>; Ichwalsyah NLN <ichwalsyah@uchicago.edu>
**Subject:** RE: GSU: Harris

Same here; let me know if it would be helpful to send around a meeting link/calendar hold, Wolfgang!

[Quoted text hidden]

---

**Dipesh Singla** <dipeshsingla@uchicago.edu>                                              25 January 2024 at 21:36
To: "dipeshsingla668@gmail.com" <dipeshsingla668@gmail.com>

---

**From:** Wolfgang Boehm <boehm@uchicago.edu>
**Sent:** Thursday, January 25, 2024 10:06:16 AM (UTC-06:00) Central Time (US & Canada)
**To:** Julia Higgins <juliahiggins@uchicago.edu>; Danya Sherbini <danyasherbini@uchicago.edu>
**Cc:** Robert Stull <robertstull@uchicago.edu>; Lisa Fedorovska <yfedorovska@uchicago.edu>; Dipesh Singla <dipeshsingla@uchicago.edu>; Ichwalsyah NLN <ichwalsyah@uchicago.edu>
**Subject:** Re: GSU: Harris

Julia, if you want to that's great! Otherwise, I'd just send out a link before the meeting.

W

**From:** Julia Higgins <juliahiggins@uchicago.edu>
**Sent:** Wednesday, January 24, 2024 11:48 AM
[Quoted text hidden]

[Quoted text hidden]

---

**Dipesh Singla** <dipeshsingla@uchicago.edu>                                                    29 January 2024 at 23:23
To: "dipeshsingla668@gmail.com" <dipeshsingla668@gmail.com>

**From:** Wolfgang Boehm <boehm@uchicago.edu>
**Sent:** Monday, January 29, 2024 11:53:56 AM (UTC-06:00) Central Time (US & Canada)
**To:** Julia Higgins <juliahiggins@uchicago.edu>; Danya Sherbini <danyasherbini@uchicago.edu>
**Cc:** Robert Stull <robertstull@uchicago.edu>; Lisa Fedorovska <yfedorovska@uchicago.edu>; Dipesh Singla <dipeshsingla@uchicago.edu>; Ichwalsyah NLN <ichwalsyah@uchicago.edu>
**Subject:** Re: GSU: Harris

Hi everyone! Just a reminder that we are planning to meet tomorrow at 9:30am over Zoom. Here's a Zoom link.

Looking forward to it,

W

**From:** Wolfgang Boehm <boehm@uchicago.edu>
**Sent:** Thursday, January 25, 2024 10:06 AM
[Quoted text hidden]

[Quoted text hidden]

---

**Dipesh Singla** <dipeshsingla@uchicago.edu>                                                    30 January 2024 at 04:29
To: "dipeshsingla668@gmail.com" <dipeshsingla668@gmail.com>

**From:** Danya Sherbini <danyasherbini@uchicago.edu>
**Sent:** Monday, January 29, 2024 4:59:04 PM (UTC-06:00) Central Time (US & Canada)
**To:** Wolfgang Boehm <boehm@uchicago.edu>
**Cc:** Julia Higgins <juliahiggins@uchicago.edu>; Robert Stull <robertstull@uchicago.edu>; Lisa Fedorovska <yfedorovska@uchicago.edu>; Dipesh Singla <dipeshsingla@uchicago.edu>; Ichwalsyah NLN <ichwalsyah@uchicago.edu>
**Subject:** Re: GSU: Harris

Thanks, Wolfgang!
[Quoted text hidden]

---

**Dipesh Singla** <dipeshsingla@uchicago.edu>                                                    1 February 2024 at 22:14
To: "dipeshsingla668@gmail.com" <dipeshsingla668@gmail.com>

**From:** Wolfgang Boehm <boehm@uchicago.edu>

**Sent:** Thursday, February 1, 2024 10:44:27 AM (UTC-06:00) Central Time (US & Canada)
**To:** Danya Sherbini <danyasherbini@uchicago.edu>
**Cc:** Julia Higgins <juliahiggins@uchicago.edu>; Robert Stull <robertstull@uchicago.edu>; Lisa Fedorovska <yfedorovska@uchicago.edu>; Dipesh Singla <dipeshsingla@uchicago.edu>; Ichwalsyah NLN <ichwalsyah@uchicago.edu>
**Subject:** Re: GSU: Harris

Hi everyone!

I just wanted everyone to know that we have a very important all-hands CAT meeting on Monday at 5:30pm. We are meeting with everyone who is organizing / doing assessments! Try and prioritize this- this is a critical push for the campaign, so we have the biggest GMM possible and win this damn contract.

Can y'all make it? It will be in HPUC and over Zoom.

Best,
Wolfgang

---

**From:** Danya Sherbini <danyasherbini@uchicago.edu>
**Sent:** Monday, January 29, 2024 4:59 PM

[Quoted text hidden]

[Quoted text hidden]

---

**Dipesh Singla** <dipeshsingla668@gmail.com>	3 September 2025 at 01:30
To: Dipesh Singla <dipeshsingla668@gmail.com>

[Quoted text hidden]



**Dipesh Singla <dipeshsingla668@gmail.com>**

# Harris GSU Check-in
4 messages

---

**Julia Higgins** <juliahiggins@uchicago.edu>　　　　　　　　　　　　　　　　　　　　27 October 2023 at 06:41
To: "dipeshsingla668@gmail.com" <dipeshsingla668@gmail.com>

> **invite.ics**
> 2K

---

**Dipesh Singla** <dipeshsingla668@gmail.com>　　　　　　　　　　　　　　　　　　　30 October 2023 at 11:44
To: Dipesh Singla <dipeshsingla668@gmail.com>

---------- Forwarded message ---------
From: **Julia Higgins** <juliahiggins@uchicago.edu>
Date: Thu, 26 Oct 2023 at 20:11
Subject: Harris GSU Check-in
To: dipeshsingla668@gmail.com <dipeshsingla668@gmail.com>

> **invite.ics**
> 2K

---

**Dipesh Singla** <dipeshsingla668@gmail.com>　　　　　　　　　　　　　　　　　　　31 October 2023 at 06:00
To: Dipesh Singla <dipeshsingla668@gmail.com>

[Quoted text hidden]

> **invite.ics**
> 2K

---

**Dipesh Singla** <dipeshsingla668@gmail.com>　　　　　　　　　　　　　　　　　　　3 September 2025 at 01:32
To: Dipesh Singla <dipeshsingla668@gmail.com>

[Quoted text hidden]

> **invite.ics**
> 2K