# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION



Dipesh Singla

Plaintiff

vs.

University of Chicago et al.

Defendants

Case No. 1:25-cv-08098

To: CM/ECF Parties & Attorneys of Record

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on September, 16, 2025 at 9:45 a.m., we shall appear before the Honourable Judge Sara L. Ellis, or anyone sitting in his stead, in Courtroom 1403 of the United States District Court for the Northern District of Illinois, located at 219 S. Dearborn St., Chicago, Illinois, and present the attached: **Application to Proceed In-Forma Pauperis,** a copy of which is hereby served upon you.

**BY: Dipesh Singla**

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, does hereby certify under penalties of perjury as provided by law, that he served a copy of this document upon all parties entitled to notice of the same by filing it with the United States District Court of the Northern District of Illinois' CM/ECF electronic filing system on September, 09, 2025.

**Signed Digitally,**

**//Dipesh Singla**

**dipeshsingla668@gmail.com**

**+17734571046**