IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION



Dipesh Singla

Plaintiff

vs.

University of Chicago et al.

Defendants

Case No. 1:25-cv-08098

To: All parties via CM/ECF and/or Pacer

(As it's being Filed on Hon'ble NDIL Court Pro Se Portal)

## Updated Notice of Motions

PLEASE TAKE NOTICE that on September 16, 2025 at 9:45 a.m., we shall appear before the Honourable Judge Sara L. Ellis, or anyone sitting in his stead, in Courtroom 1403 of the United States District Court for the Northern District of Illinois, located at 219 S. Dearborn St., Chicago, Illinois, and present the attached: Application to Proceed In-Forma Pauperis, and all other motions, a copy of which is uploaded onto the Pro Se Filing Portal couple of days/months ago.

**Note**: Last Notice of Motion had some issues, the format was provided by helpdesk person in the meeting, so here's the updated corrected one. Old one can be undocketed if possible (was filed on 9/9/2025).

### CERTIFICATE OF SERVICE

All parties and Hon'ble Judge and Clerk will get this using the CM/ECF and/or Pacer platforms, and will get notice from there as this is being uploaded on Pro Se filling portal and that goes to abovesaid platforms and all relevant parties get notifications from there. Filling on Hon'ble NDIL ED Pro Se portal on 10 September 2025.

**BY**: Dipesh Singla

**Signed Digitally,**

**//Dipesh Singla**

**Pro Se Plaintiff (Not Attorney)**

**dipeshsingla668@gmail.com**

**+17734571046**