IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION



Dipesh Singla

Plaintiff

vs.

University of Chicago et al.

Defendants

Case No. 1:25-cv-08098

To: Clerk of Hon'ble Court

**Last Notice of Motion had some issues, the format was provided by helpdesk person in the meeting, so here's the updated corrected one. Old one can be undocketed if possible (it was filed on 9/9/2025). Please consider this NOM instead of old one attached today on Sept 10 2025**

**BY**: Dipesh Singla

**Signed Digitally,**

**//Dipesh Singla**

**Pro Se Plaintiff (Not Attorney)**

**dipeshsingla668@gmail.com**

**+17734571046**