IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

Dipesh Singla

Plaintiff

vs.

University of Chicago et al.

Defendants

Case No. 1:25-cv-08098

To: Clerk of Hon'ble Court

Team,

I just had a chat with the team, on the website of Hon'ble Court, The issue I had is I got receipt of all the documents as pdf files that I filed including AO440 (Summons). But the ones filed on sept 2, 7 summons additional I never got dropbox email having all pdf's and I never got email of activity in docket 53, in the past I got I think all dockets numbers but not 53 and team of court also said they are filed in 53 but I don't have email.

Please send that email of docket 53

Like below

usdc_ecf_ilnd@ilnd.uscourts.g... 00:42 (18 minutes ago)   
to ecfmail_ilnd

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

Northern District of Illinois - CM/ECF NextGen 1.8 (rev. 1.8.3)

## Notice of Electronic Filing

The following transaction was entered on 09/03/2025 at 3:09:24 PM CDT and filed on 09/02/2025

**Case Name:** Singla v. University of Chicago et al
**Case Number:** 1:25-cv-08098
**Filer:** Dipesh Singla
**Document Number:** 52

**Docket Text:**

And all 7 summons receipts like below

AO 440 (Rev. 06/12) Summons in a Civil Action - ILND Electronic Issuance 5/2025

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Illinois

**RECEIVED** 8/10/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dipesh Singla

Plaintiff(s)

v.

Civil Action No. 1:25-cv-08098

The University of Chicago et. al.

Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

University of chicago Help
6030 South Ellis Ave
Chicago, IL. 60637
uchicagohelp@uchicago.edu



uchicagohelp@uchicago.edu

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dipesh Singla
Servce to Email: dipeshsingla668@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.