

# United States District Court
# Northern District of Illinois

In the Matter of

Dipesh Singla

    v.

University of Chicago et al

District Judge Edmond E. Chang

Case No. 25-CV-8098

Designated Magistrate Judge
Jeffrey T. Gilbert

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
## FOR A REASSIGNMENT

I request the Executive Committee that the above captioned case be reassigned by lot to another judge of this Court. The reasons for my request are indicated on the bottom of this form.

**Judge Sara L. Ellis**

Date: Thursday, September 11, 2025

---

- IOP 13(f)(1) - I recuse myself from this case for the following reasons:
    Pursuant to IOP 13(f)(1).

Dated:Thursday, September 11, 2025

District Reassignment - By Lot

..................................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS:

District Reassignment - By Lot