[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| Plaintiff | **Case Number**: |
| v. | **Judge**: |
| Defendant | **Magistrate Judge**: |

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**PLAINTIFF'S MOTION TO COMPEL INVESTIGATION INTO OFFICE OF FEDERAL CONTRACT COMPLIANCE PROGRAMS (OFCCP), MATTER**

**I. INTRODUCTION**

1. This action is brought by Plaintiff, Dipesh Singla, *pro se*, against the Defendants, the Secretary of Labor and the Director of the Office of Federal Contract Compliance Programs (OFCCP), to challenge the agency's arbitrary, capricious, and factually incorrect dismissal of his complaint against the University of Chicago.

2. The OFCCP dismissed Plaintiff's complaint (No. I00318715) on the false premise that it had been "dual filed with the U.S. Equal Employment Opportunity Commission (EEOC) Charge No. 440-2025-07788." As Plaintiff immediately notified the agency, this is a fundamental error of fact: the EEOC matter is an **Inquiry** with an intake interview scheduled for November 2025, not a filed **Charge**. The agency's refusal to correct this error and proceed with its investigation demonstrates a willful disregard for its statutory duties.

3. The OFCCP's action is part of a pervasive pattern where investigative agencies use any available pretext including incorrect factual assertions to avoid investigating powerful institutions like the University of Chicago. By refusing to investigate, the agency is effectively **prohibiting any oversight** of potential systemic discrimination by a federal contractor, leaving the university community at risk.

4. Plaintiff seeks a court order to compel the OFCCP to vacate its erroneous dismissal and conduct a thorough investigation into the allegations.

**II. FACTUAL BACKGROUND**

5. Plaintiff filed a complaint with the OFCCP regarding the University of Chicago's practices as a federal contractor. (A copy of the OFCCP closure letter dated September 5, 2025, is attached as **Attached below**).

6. On September 5, 2025, Kimone Paley, Dallas District Director for OFCCP, issued a closure letter stating the complaint was dismissed because it was "dual filed with the U.S. Equal Employment Opportunity Commission (EEOC) Charge No. 440-2025-07788." (**Attached below**).

7. On September 6, 2025, Plaintiff emailed OFCCP Investigator Cecilia Gomez to correct the record. Plaintiff explicitly stated that the EEOC matter was an "Inquiry" with a scheduled interview, not an official **"Charge,"** and provided evidence that the EEOC itself labelled it as **an "Inquiry" with an "Inquiry Office" and "Inquiry Number."** (A copy of the email chain is attached as **Attached below**).

8. The OFCCP has provided no response or correction to this communication, allowing its dismissal to stand on a demonstrably false factual basis. The agency's inaction after being notified of its error confirms its bad faith.

**III. LEGAL CLAIMS FOR RELIEF**

### A. Agency Action is Arbitrary, Capricious, and an Abuse of Discretion

9. The Administrative Procedure Act (APA) prohibits agency action that is "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law." 5 U.S.C. § 706(2)(A).

10. The OFCCP's dismissal was based on a clear error of fact. The distinction between an EEOC "Inquiry" and a "Charge" is significant and well-defined. An "Inquiry" is a preliminary step; a "Charge" is a formal filing that triggers specific procedures. This was clearly told to the staff plaintiff interacted however no revert was provided for this false misstatement by OFCCP staff to avoid any investigation.

11. By dismissing the complaint based on this incorrect fact, and then ignoring the Plaintiff's correction, the OFCCP's decision lacks a rational basis and constitutes an abuse of discretion. The agency is using a non-existent "dual filing" as a pretext to avoid its investigative responsibilities.

### B. Failure to Investigate and Pattern of Shielding Powerful Institutions

12. The OFCCP has a statutory mandate to ensure that federal contractors comply with anti-discrimination laws. Its refusal to investigate, based on a **fabricated justification, constitutes a failure to perform its ministerial duty.**

13. This case is not an isolated incident. It fits a clear pattern, evident from the Plaintiff's experiences with OSHA and the Illinois Department of Labor, where agencies invent procedural hurdles or misinterpret facts to shield powerful defendants from accountability. The message is clear: one rule or another will always be invoked to protect law violators from investigation.

### C. Action for Declaratory Judgment and Injunctive Relief

14. There is a live controversy between the Plaintiff and the Defendants regarding the validity of the OFCCP's dismissal. A declaratory judgment is necessary to establish that the dismissal was unlawful.

15. The Plaintiff has no adequate remedy at law. Without a court order, the OFCCP will not investigate, and the potential discriminatory practices at the University of Chicago will continue unchecked. The public interest in enforcing anti-discrimination laws for federal contractors demands judicial intervention.

## IV. PRAYER FOR RELIEF

WHEREFORE, Plaintiff Dipesh Singla respectfully requests that this Court enter judgment in his favor and against the Defendants, as follows:

a) **Declare** that the OFCCP's dismissal of Complaint No. I00318715 was arbitrary, capricious, an abuse of discretion, and not in accordance with law;
b) **Issue an Injunction** vacating the September 5, 2025, dismissal letter and compelling the OFCCP to reopen and conduct a full unbiased and fair investigation into Plaintiff's complaint;

c) **Retain jurisdiction** over this matter to ensure compliance with the Court's order;

d) Award Plaintiff the costs of this action and any other relief the Court deems just and proper.

Respectfully submitted,

23/09/2025

**Dipesh Singla, Pro Se**
5118 S. Blackstone Ave.
Chicago, IL 60615
Dipeshsingla668@gmail.com
+17734571046

**U.S. Department of Labor**  Office of Federal Contract Compliance Programs
Southwest and Rocky Mountain Regional Office
525 South Griffin Street, Suite 840
Dallas, TX 75202



Sent via Electronic Mail: dipeshsingla668@gmail.com

September 5, 2025

Dipesh Singla
5118 S Blackstone Ave.
Apt. 1N
Chicago, IL 60615

Complaint Number: I00318715

Dear Dipesh Singla:

The Office of Federal Contract Compliance Programs (OFCCP) has reviewed your complaint and has determined that we will not be investigating the complaint because the complaint has been dual filed with the U.S. Equal Employment Opportunity Commission ((EEOC) Charge No. 440-2025-07788). Therefore, we are closing this complaint.

If you have questions about this correspondence, please contact Cecilia Gomez, Investigator at 972-850-2592 or gomez.cecilia@dol.gov.

Sincerely,

*Kimone Paley*

Kimone Paley
Dallas District Director

Case: 1:25-cv-08098 Document #: 65 Filed: 09/22/25 Page 6 of 16 PageID #:945

                                                             **Dipesh Singla <dipeshsingla668@gmail.com>**

## I00318715 - The University of Chicago -Closure letter 09/05/2025
4 messages

**Gomez, Cecilia - OFCCP** <Gomez.Cecilia@dol.gov>                    5 September 2025 at 22:35
To: Dipesh Singla <dipeshsingla668@gmail.com>
Cc: "Gomez, Cecilia - OFCCP" <Gomez.Cecilia@dol.gov>

Good afternoon, Mr. Singla,

Please reference the attached correspondence.

Have a good weekend.

**Cecilia Gomez, Investigator**

**US Department of Labor**

**Office of Federal Contract Compliance Programs**

**Dallas District Office**

**Desk: 972-850-2592**

Fax: 972-850-2651

gomez.cecilia@dol.gov

 **I00318715-University of Chicago-Closure letter- 9.5.2025.pdf**
166K

**Dipesh Singla** <dipeshsingla668@gmail.com>                          6 September 2025 at 04:54
To: "Gomez, Cecilia - OFCCP" <Gomez.Cecilia@dol.gov>
Cc: "Gomez, Cecilia - OFCCP" <Gomez.Cecilia@dol.gov>

But it's not possible, since "Charge" with EEOC had not been filed yet, charge of EEOC will be filed after the first intake interview (Nov 2025 scheduled) so it's complained but no official charge had been filed yet as per best of my knowledge. I have to file the court case to avoid any particular law statute issue. without RTS from EEOC, since they can also do it after the charge is officially filed which is not the case right now as per my belief and knowledge.
So basically it's an inquiry with an interview scheduled in november till date not yet a charge.



also the doc I shared also mentions Inquiry number, not a charge number as mis-stated in your letter clearly , since charge have not being filed yet

So I request you to investigate to that I would be brought to justice.
best regards.

[Quoted text hidden]

---

**Gomez, Cecilia - OFCCP** <Gomez.Cecilia@dol.gov>  6 September 2025 at 04:55
To: Dipesh Singla <dipeshsingla668@gmail.com>

In accordance with public health guidelines, in response to the current COVID-19 pandemic, the Office of Federal Contract Compliance Programs (OFCCP) is implementing an agency-wide telework.  The U.S. Department of Labor and OFCCP remain open and available to serve you.  OFCCP will continue pursuing its important mission of ensuring equal employment opportunity while making adjustments to ensure all of its activities are consistent with current public health guidelines. I can be [reached by phone at 972-850-2592 and/or] [email at gomez.cecilia@dol.gov]. In addition, if you need assistance with any other OFCCP matters related to the health crisis, please contact our Help Desk at 1-800-397-6251. The hearing impaired may call the text telephone (TTY) at 1-877-889-5627 or submit an inquiry online.

---

**Dipesh Singla** <dipeshsingla668@gmail.com>  22 September 2025 at 23:42
To: Dipesh Singla <dipeshsingla668@gmail.com>

[Quoted text hidden]



**Dipesh Singla <dipeshsingla668@gmail.com>**

# I00318715 - The University of Chicago
25 messages

**Gomez, Cecilia - OFCCP** <Gomez.Cecilia@dol.gov>                                       15 August 2025 at 02:43
To: "dipeshsingla668@gmail.com" <dipeshsingla668@gmail.com>
Cc: "Gomez, Cecilia - OFCCP" <Gomez.Cecilia@dol.gov>

Dipesh Singla,

I am the investigator assigned to work on the complaint you submitted to OFCCP on 5/18/2025. I left you a voicemail earlier today. If you would please reply to this email by no later than August 19, 2025, with supporting information you have regarding the allegations and basis for the disability and retaliation for the discrimination you experienced. If you have any other supporting documents you wish to provide me at this time regarding your complaint with OFCCP, please send these as well.

Please answer the questions below and send a written response back to me by no later than August 19, 2025, along with any supporting documentation you may have to support your complaint.

1.   Why do you believe those actions were based on your disability?

2.   Explain in detail what actions took place that resulted in retaliation from your employer?

3.   When (on what dates) the employer actions happened, where did they happen?, And who was involved?

4.   Do you have any witnesses who were present during the events? Provide name and contact information along with a description of these witnesses' involvement.

5.   Who was in the same or similar situation as you, and how were they treated? Include information such as disability or protected veteran status of these individuals if known.

6.   What information do you have about the federal contracts the company had at the time of the events you described in this complaint?

7.   Have you filed allegation of employment discrimination with any other federal or local state agency? If you have, when did you file and what were the allegations and basis for filing with this other agency? Provide a copy of the complaint (if filed).

If you have any questions regarding this email or its content, please feel free to contact me at the email or phone number below. If you fail to respond on or before August 19, 2025, OFCCP will proceed to close out your complaint.

**Cecilia Gomez, Investigator**

**US Department of Labor**

**Office of Federal Contract Compliance Programs**

Dallas District Office

**Desk: 972-850-2592**

**Fax: 972-850-2651**

**gomez.cecilia@dol.gov**

---

**Dipesh Singla** <dipeshsingla668@gmail.com>                                          15 August 2025 at 10:29
To: Dipesh Singla <dipeshsingla668@gmail.com>

[Quoted text hidden]

---

**Dipesh Singla** <dipeshsingla668@gmail.com>                                          15 August 2025 at 19:36
To: Dipesh Singla <dipeshsingla668@gmail.com>

[Quoted text hidden]

---

**Dipesh Singla** <dipeshsingla668@gmail.com>                                          15 August 2025 at 22:21
To: "Gomez, Cecilia - OFCCP" <Gomez.Cecilia@dol.gov>

Hi
can you check this document please
can you please lmk

 Complaint UChicago Civil Right and Criminal Matter D…

1.  Why do you believe those actions were based on your disability?

the disability was known to dean kate, supervisors in jobs(sscs regenstein, mansueto), and they knew I needed restroom breaks and take time in thinking at times. further they denied disability accommodations in the past. that for me is sufficient prima facie to think about the action was also taking considering disability a motivation factor that is added in campaign of university against me, check document pls, and download it asap, sorry but my gdrive is close to full.

2.  Explain in detail what actions took place that resulted in retaliation from your employer?

More details in document, in short

In november to december internal reporting by plaintiff about the food issues, gas cylinder leak and noises, and assault that happened on plaintiff by a university staff. probably during this time also asked for unpaid wages overtime hrs of past from the june.

in jan 7 (around) mansueto union eligible role started asking about hrs issue, then expelled me basically from this and other role(sscs non union role) within 2 days of dealing with mansueto role and full time job role interview, the plaintiff filed internal grievances of discrimination and wrongful termination probably retaliation as well in wrongful termination grievance or maybe seperately and asked

for reinstatement and back pay. Nothing happened with those grievances. Plaintiff was in parallel working with the union people for help in this since all this arose after the union role issue.

On Feb 1 union files a formal grievance,

on feb 12 university summoned plaintiff for discipline meeting

on feb 24 meeting

on feb 25 expelled with 15 days to appeal

In case of discharge, the union can file step 3 grievances directly as per cba to avoid 2-3 months or so of step 1 and step 2 of formal grievances. that happened on march 5 guess so, I was not asked to come to that meeting but nothing worked out in that and grievance process.

further for what all this started feb 1 grievance was never heard, even union chief steward said to plaintiff in meeting in presence of sara, and also union united electrical person that union grievance is separate and will still go on, and at that time I clearly asked them that university is gonna kill the grievance using that matter so that they would not have to pay me and rehire me. univ used this discipline strategy to kill protected activity grievances. I was telling them and they didn't still do anything and abandoned me in between and didn't went to step 4 of grievance that is arbitration, litigation is a talk of far away.

ignore typo's pls.


3.    When (on what dates) the employer actions happened, where did they happen?, And who was involved?

Chicago Hyde park area, Jan 7/9 (short after reporting of the assault) university institute mansueto (RA role union eligible, check CBA of GSU UChicago pls) asked for overtime hrs issue, then further within 2 ish days of it they cancelled other role SSCS role (non union) for no given reason initially, when plaintiff kept on asking on meeting bart told that hr asked him to do it, then when i asked hr they said it was bart decison, then they copied it to bart and bart replied that overtime hrs of past from july onwards were a issue and plaintiff had filed a internal grievance for underpayment of those hrs in the past. further they said they are not in position to pay further and plaintiff was aware they were still hiring people for same role as plaintiff and plaintiff have had seen that the role was also posted short after plaintiff got fired again since already we were understaffed in sscs office. there was no performance issue nothing like that. they probably posted it on grad gargoyle and internal emails probably in one email from dept of psycology/dept of politics that plaintiff subcribed to probalby that posting came there also.

and that's not it plaintiff also got stigler RA role probably non union , no issue with that one performance also within 2-3 weeks of hiring I guess they fired me for that too stating we have too many people, then further they posted the same role again so means they had work but fired plaintiff for unknown suspicious reason and reposted job again. Plaintiffs clearly note this pattern.

Further plaintiff was reaching out about testimonies to a few people plaintiff knew one of person name redacted due to no permission (senior in masters program of plaintiff) told that she have heard that people doesn't stick in sscs office and they expel people very quiet often( this is what she said basically they are known to discharge people)

More about involvement in full doc kindly check


4.    Do you have any witnesses who were present during the events? Provide name and contact information along with a description of these witnesses' involvement.

multiple events for regenstein role earphone instance probably a person i knew was there mentioned in complaint, for sscs student staff Ruben, Fariha, Juliana, Jianghong, Daniel, levi and kerry sharkey

mansueto : remote role so the meeting for hrs issue happened online in zoom, and aimee, heidi, brian was there in meeting, heidi allegedly falsified hrs to trap me evidence in internal email ss attached and also 11.1 hrs in ss check please.

rest please ask which particular if its not there in complaint I will try to mention it here.


5.    Who was in the same or similar situation as you, and how were they treated? Include information such as disability or protected veteran status of these individuals if known.

they claimed overtime work during acad year like 20.1, 20.3 hrs when 20 is allowed, univ often allows it and it's a tort in univ allowing student to work more and they don't have to pay for some work that full time people do as student roles doesn't have any benefits like medical , 401 k etc whatever they give in usa. Fariha in sscs office was also working that many hrs wshe said she worked for more than 20 couple time (more exact details mentioned in full doc think 23-24 hrs/week), and prob ruben also, there was a student in OMSA international student from respected community of color, she also told be same that univ pay more than 20 during acad year to international students, probably amir ali harris student also confirmed this to me once but not sure. But these didn't get removed, they didn't take part in grievance process so they were saved from univ rampage.

6. What information do you have about the federal contracts the company had at the time of the events you described in this complaint?

I raised queries and basically believed I complained to sscs staff scott (full time), that there was a staff in office purchasing personal computers from university card. (Gems card), that is tax exempt and university is federally funded and non profit.

other things are also mentioned with some laws relevant to it in full doc request kindly to check.

7. Have you filed allegations of employment discrimination with any other federal or local state agency? If you have, when did you file and what were the allegations and basis for filing with this other agency? Provide a copy of the complaint (if filed).

Hon'ble NDIL court, DOE OCR(said we can't do this since court case going on), DOJ (didn't took this), OALJ appeal did already after osha part filling and equitable tolling things in that), yes so major ones are these one that i remember over top of my mind.

If you have any questions regarding this email or its content, please feel free to contact me at the email or phone number below. If you fail to respond on or before August 19, 2025, OFCCP will proceed to close out your complaint.

Please ignore typos and grammar errors. There should be many. typed in fast pace.

request to kindly investigate so that I can get justice, since as of now due to complexities of matter and rules/laws no investigation had been done even for the criminal side of it from anywhere.

Kindly let me know anything if not clear or further need to be added, to not forget any point a preemptive move to documentate each instance have been done in above doc, and this is filed in good faith invoking whistleblower status and was one already.

note: being not in a usa phone is working occasionally, so please reach on whatsapp or best way is always to email pls.

Kind regards.

[Quoted text hidden]

---

**Gomez, Cecilia - OFCCP** <Gomez.Cecilia@dol.gov>     15 August 2025 at 22:22
To: Dipesh Singla <dipeshsingla668@gmail.com>

In accordance with public health guidelines, in response to the current COVID-19 pandemic, the Office of Federal Contract Compliance Programs (OFCCP) is implementing an agency-wide telework. The U.S. Department of Labor and OFCCP remain open and available to serve you. OFCCP will continue pursuing its important mission of ensuring equal employment opportunity while making adjustments to ensure all of its activities are consistent with current public health guidelines. I can be [reached by phone at 972-850-2592 and/or] [email at gomez.cecilia@dol.gov]. In addition, if you need assistance with any other OFCCP matters related to the health crisis, please contact our Help Desk at 1-800-397-6251. The hearing impaired may call the text telephone (TTY) at 1-877-889-5627 or submit an inquiry online.

---

**Dipesh Singla** <dipeshsingla668@gmail.com>     15 August 2025 at 22:31
To: "Gomez, Cecilia - OFCCP" <Gomez.Cecilia@dol.gov>, Dipesh Singla <dipeshsingla668@gmail.com>

Bcc: "Gomez, Cecilia - OFCCP" <gomez.cecilia@dol.gov>

[Quoted text hidden]

---

**Gomez, Cecilia - OFCCP** <Gomez.Cecilia@dol.gov>  15 August 2025 at 22:31
To: Dipesh Singla <dipeshsingla668@gmail.com>

[Quoted text hidden]

---

**Dipesh Singla** <dipeshsingla668@gmail.com>  16 August 2025 at 00:34
To: "Gomez, Cecilia - OFCCP" <Gomez.Cecilia@dol.gov>, Dipesh Singla <dipeshsingla668@gmail.com>

Hi
My phone is giving a lots of issues
Can you please email that's why i wrote kindly use email pls
Best
Pl lmk asap

[Quoted text hidden]

---

**Gomez, Cecilia - OFCCP** <Gomez.Cecilia@dol.gov>  16 August 2025 at 00:34
To: Dipesh Singla <dipeshsingla668@gmail.com>

[Quoted text hidden]

---

**Dipesh Singla** <dipeshsingla668@gmail.com>  16 August 2025 at 00:46
To: "Gomez, Cecilia - OFCCP" <Gomez.Cecilia@dol.gov>

I called back and luckily connect
The lady on call respected was trying to connect me with you(Cecelia) but call got cutted not from my end.
Best.

[Quoted text hidden]

---

**Gomez, Cecilia - OFCCP** <Gomez.Cecilia@dol.gov>  16 August 2025 at 00:46
To: Dipesh Singla <dipeshsingla668@gmail.com>

[Quoted text hidden]

---

**Gomez, Cecilia - OFCCP** <Gomez.Cecilia@dol.gov>  16 August 2025 at 00:58
To: Dipesh Singla <dipeshsingla668@gmail.com>
Cc: "Gomez, Cecilia - OFCCP" <Gomez.Cecilia@dol.gov>

Mr. Singla,

I need you to specifically explain in your email response what was your disability that led to filing a discrimination complaint against The University of Chicago.

Were you a student or employee for the university during the alleged discrimination that took place on March 27, 2025? What specific actions did the university take against you for your disability?

Was your employer aware of your disability? Was this documented?

You provided a PDF document earlier to me today, what is this document?

Have you formally filed a discrimination complaint with another agency, if so, who did you file with, what date and the resolution that resulted from that complaint?

Please send me a complete response on or before August 19, 2025.

Thank you,

**Cecilia Gomez, Investigator**

**US Department of Labor**

**Office of Federal Contract Compliance Programs**

**Dallas District Office**

**Desk: 972-850-2592**

**Fax: 972-850-2651**

**gomez.cecilia@dol.gov**

---

**From:** Dipesh Singla <dipeshsingla668@gmail.com>
**Sent:** Friday, August 15, 2025 2:04 PM
**To:** Gomez, Cecilia - OFCCP <Gomez.Cecilia@dol.gov>; Dipesh Singla <dipeshsingla668@gmail.com>
**Subject:** Re: I00318715 - The University of Chicago

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report" button on your email toolbar.**

[Quoted text hidden]

---

**Dipesh Singla** <dipeshsingla668@gmail.com>   16 August 2025 at 01:33

To: "Gomez, Cecilia - OFCCP" <Gomez.Cecilia@dol.gov>

I need you to specifically explain in your email response what was your disability that led to filing a discrimination complaint against The University of Chicago.

Kindly check I clearly mentioned in my internal grievance to the university disability discrimination and denial, and wrongful termination role: and copied it to president and provost office on **Jan 22 2025, and on feb 1** official grievance with union filed by plaintiff then in under 10 days then further around **20 days of internal grievance with disability accommodation denial and discrimination and retaliation** university summoned and further expelled me from university on feb 25 2025, finally after appeal on or about March 27 2025. I hope that clarifies now.

Further constructive discharge in library role, he was also aware about the disability (jim/tim: taller person out of two), and lashanda also (job supervisor).

Were you a student or employee for the university during the alleged discrimination that took place on March 27, 2025? What specific actions did the university take against you for your disability?

I was a student and a student employee at UChicago, started uchicago as a master's student in sept 2023. Expelled finally after appeal process and sham discipline on March 27 2025. I reported disability accommodations denial, and discrimination based on disability in the attached document and short after adverse actions are taken against me the attached document is a clear cut evidence i have. I also got an interview of full time role scheduled on Jan 10 or so that was also cancelled with no reason when they already cancelled SSCS role.

Was your employer aware of your disability? Was this documented?

 yes, yes (please see attached)

You provided a PDF document earlier to me today, what is this document?

 Full complaint document (it was mentioned there also), since matter a little more complex all things are put in that document so that you can access relevant parts, and updated (maybe) version of it will be also uploaded to hon'ble court.

Have you formally filed a discrimination complaint with another agency, if so, who did you file with, what date and the resolution that resulted from that complaint?

 No resolution from any agency, OCR DOE discrimination, and DOJ was filed but DOJ didn't took the case, DOL also I think didn't took the case (not sure which part of it I reported apart from this one), OCR DOE didn't investigate since matter is already filed in court. it was filed in court so that any particular claims statute may not come in the way such that statue may be over for some claim's law/rules etc. So case was filed within 180 days of final expulsion from univ date about march 27 2025.

 Date of filling these were close to May 18-23 ish I guess, pl lmk if for any particular you need date, I will try to find it out from email dump due to filled gmail it's a little difficult to find but I will try to find it out if absolutely necessary, but as per best of my knowledge, no investigation had been done by ANY agency, also OSHA didn't do anything because of late filling since there matter from full doc was about gas leak, and taxpayer first act so those are getting  reviewed by director of whistleblower and OALJ, but no investigations had been done till date.

Please lmk if anything i missed. or if any particular ans or questions are not clear yet.

Best.

[Quoted text hidden]

**2 attachments**

 **Singla_Dipesh- Harris School of Public Policy Disability (1).pdf**
404K

 **Gmail - FW_ [Maxient] IR #00018381 Discrimination - unknown - 01_09_2025.pdf**
265K

---

**Gomez, Cecilia - OFCCP** <Gomez.Cecilia@dol.gov>                   16 August 2025 at 01:34
To: Dipesh Singla <dipeshsingla668@gmail.com>

[Quoted text hidden]

---

**Gomez, Cecilia - OFCCP** <Gomez.Cecilia@dol.gov>                   22 August 2025 at 21:02
To: Dipesh Singla <dipeshsingla668@gmail.com>
Cc: "Gomez, Cecilia - OFCCP" <Gomez.Cecilia@dol.gov>

Mr. Singla,

You mentioned in your response that you filed a discrimination complaint with OCR DOE, and in court. Provide me with a complete record of complaints filed with OCR DOE and in Court.

Please send me a response by end of business on August 22, 2025.

[Quoted text hidden]

---

**Dipesh Singla** <dipeshsingla668@gmail.com>                        22 August 2025 at 21:25
To: "Gomez, Cecilia - OFCCP" <Gomez.Cecilia@dol.gov>
Cc: "Gomez, Cecilia - OFCCP" <Gomez.Cecilia@dol.gov>

University of Chicago (IL) – OCR Case Number 05-25-2445 (dismissed as filed in court case already)
Hon'ble court of NDIL: 1:25-cv-08098 (can be checked probably on pacer and/or cm/ecf)
pl lmk if anything else required.
br

[Quoted text hidden]

---

**Gomez, Cecilia - OFCCP** <Gomez.Cecilia@dol.gov>                   22 August 2025 at 21:26
To: Dipesh Singla <dipeshsingla668@gmail.com>

[Quoted text hidden]

---

**Dipesh Singla** <dipeshsingla668@gmail.com>                        22 August 2025 at 21:26
To: "Gomez, Cecilia - OFCCP" <Gomez.Cecilia@dol.gov>
Cc: "Gomez, Cecilia - OFCCP" <Gomez.Cecilia@dol.gov>

also ocr haven't done any investigation. I can fwd email in case that is required.

[Quoted text hidden]

---

**Gomez, Cecilia - OFCCP** <Gomez.Cecilia@dol.gov>                   22 August 2025 at 21:26
To: Dipesh Singla <dipeshsingla668@gmail.com>

[Quoted text hidden]

---

**Dipesh Singla** <dipeshsingla668@gmail.com>  22 August 2025 at 21:27
To: "Gomez, Cecilia - OFCCP" <Gomez.Cecilia@dol.gov>

forwarded ocr email.

[Quoted text hidden]

---

**Gomez, Cecilia - OFCCP** <Gomez.Cecilia@dol.gov>  22 August 2025 at 21:28
To: Dipesh Singla <dipeshsingla668@gmail.com>

[Quoted text hidden]

---

**Gomez, Cecilia - OFCCP** <Gomez.Cecilia@dol.gov>  29 August 2025 at 21:36
To: Dipesh Singla <dipeshsingla668@gmail.com>
Cc: "Gomez, Cecilia - OFCCP" <Gomez.Cecilia@dol.gov>

Good morning Mr. Singla,

Can you provide me with the OCR DOE charge number and a copy of the discrimination complaint filed with them.

Also, provide me with the Charge No filed for the DOJ complaint you filed along with a copy of the discrimination complaint filed with them as well.

Please respond to my email on or before September 1, 2025.

[Quoted text hidden]

---

**Dipesh Singla** <dipeshsingla668@gmail.com>  29 August 2025 at 22:10
To: "Gomez, Cecilia - OFCCP" <Gomez.Cecilia@dol.gov>
Cc: "Gomez, Cecilia - OFCCP" <Gomez.Cecilia@dol.gov>

Done, query closed now, I guess you have access to 400 page doc already as we chatted, it has been updated but I can't share the updated one probably yet as it has not been fully finalized, further it may be filed to court first(not sure). I am looking actively for attorney from outside or from court idk if this agency if bring charge provide them or not but in any case thanks for call and time hope i will get this as pretty much my first investigation against this institution.
best.
best.

[Quoted text hidden]

---

**Gomez, Cecilia - OFCCP** <Gomez.Cecilia@dol.gov>  29 August 2025 at 22:10
To: Dipesh Singla <dipeshsingla668@gmail.com>

[Quoted text hidden]

---

**Dipesh Singla** <dipeshsingla668@gmail.com>  22 September 2025 at 23:43
To: Dipesh Singla <dipeshsingla668@gmail.com>

[Quoted text hidden]