[If you need additional space for ANY section, please attach an additional sheet and reference that section.]







**FILED**
9/22/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

|  |  |  |
|---|---|---|
| | ) | **Case Number**: |
| | ) | |
| Plaintiff | ) | |
| | ) | **Judge:** |
| v. | ) | |
| | ) | **Magistrate Judge:** |
| | ) | |
| Defendant | ) | |

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**PLAINTIFF'S MOTION TO COMPEL INVESTIGATION INTO CHILD LABOR MATTER**

## I. INTRODUCTION

1. This is an action brought by Plaintiff, Dipesh Singla, *pro se*, against, the Director of the Illinois Department of Labor (IDOL), to challenge the agency's arbitrary, capricious, and bad-faith dismissal of his child labour whistleblower complaint against the University of Chicago.

2. Despite Plaintiff providing detailed, good-faith information including the specific event date ("Summer Kick off BBQ," Bartlett Quad, ~June 13, 2024) and a witness contact IDOL Compliance Officer Ezell Humphrey dismissed the complaint without any meaningful investigation. The dismissal was based on a rationale that would prohibit virtually any investigation into public-facing child labour violations, demanding that a layperson whistleblower possess the evidence of a fully completed investigation before an investigation can even begin.

3. **Plaintiff explicitly and repeatedly invoked state and federal whistleblower protections. In response, the agency exhibited bias, engaged in taunting communication, and applied its procedures in a manner designed to shield a powerful institution from scrutiny**. The agency completely failed to consider the doctrine of **equitable tolling** for Plaintiff's delayed reporting, which was due to a well-founded fear of retaliation from the University, a fear that has since been realized.

4. The underlying danger the potential exploitation of child labor at a major institution may still be ongoing, endangering minors and undermining public welfare. With today's document package and overall experiences, it is evident to **the Plaintiff that governmental agencies are shielding defendants and powerful institutions from investigation in bad faith.**

## II. FACTUAL BACKGROUND

5. On or about May 26, 2025, Plaintiff submitted a formal Child Labor Complaint to the IDOL concerning observations of a minor, approximately 12 years old, working an ice cream cart at a University of Chicago event in the summer of 2024. (A copy of the email chain with Compliance Officer Ezell Humphrey is attached below).

6. Plaintiff communicated extensively with Officer Humphrey, answering all questions to the best of his ability as a layperson and eyewitness. Plaintiff provided escalating levels of detail, culminating in the identification of the specific event (June 13, 2024, "Summer Kick off BBQ") and the contact information for a potential witness, Lorenzo Bruno, who was present. (**Attached below:** Emails dated August 1, 2025, and August 30, 2025).

7. When asked why he waited nearly a year to report, Plaintiff provided a valid and legally recognized reason: he "was scared of adverse action by the university." This fear is a classic basis for the application of equitable tolling.

8. Despite initially stating that additional details were "helpful," Officer Humphrey dismissed the complaint on or about September 2, 2025, claiming Plaintiff "did not provide enough information." The dismissal email itself contained unprofessional and **taunting language**, questioning Plaintiff's concern for the minor after he had invoked whistleblower protections. (**Attached below:** Email from Humphrey dated September 2, 2025, 8:47 PM).

9. Previously when after searching plaintiff provide more data, she confirmed it's helpful but after invocation of whistleblower again and explicitly tone changed to "Why you are concerned now".

10. Plaintiff immediately requested an official determination letter to facilitate an appeal to this Court, a request that was ignored. (**Attached below:** Emails from Plaintiff dated September 2, 2025).

## III. LEGAL CLAIMS FOR RELIEF

### A. Agency Action is Arbitrary, Capricious, and an Abuse of Discretion

10. The IDOL's dismissal constitutes an **abuse of discretion**. The agency's role is to investigate complaints, not to demand that the complainant conduct the investigation himself. Officer Humphrey's rationale that Plaintiff did not know the child's name, payment structure, or supervisor is a pretext for inaction. It imposes an impossible standard that effectively **prohibits any investigation** into public events where a child is observed working.

11. The agency's shifting stance from finding new information "helpful" to dismissing the case without attempting to contact the provided witness demonstrates a decision-making process that is arbitrary and not based on the facts presented.

### B. Failure to Apply Equitable Tolling

12. The IDOL has a legal obligation to apply the doctrine of equitable tolling when a complainant demonstrates reasonable cause for a delay in reporting. Plaintiff's stated fear of retaliation from a powerful institution like the University of Chicago is a quintessential reason for tolling a limitations period, if one even applies to such a report.

13. The agency's complete failure to acknowledge or analyse this fear, and instead using the delay as a primary ground for dismissal and for **taunting the Plaintiff, shows a wilful disregard for its own equitable principles.** The agency acts as a "follower of rules in its own favour," using procedural arguments to avoid its core investigative mission.

### C. Action for Mandamus and Injunctive Relief

14. **The Defendant has a ministerial duty to investigate child labor complaints in good faith.** The Plaintiff has a clear right to this performance, and the Defendant has a clear duty to act. The refusal to investigate, under the pretextual reasons given, justifies a Writ of Mandamus from this Court.

15. The threat of harm is ongoing. If child labor violations occurred once, they may be ongoing or recurring. The public interest in protecting minors from exploitation far outweighs the agency's interest in administrative convenience. The Court must intervene to force the agency to perform its duty.

## D. Pattern of Shielding Powerful Institutions

16. The Plaintiff's experience, as documented as attached below and consistent with his interactions with other agencies, reveals a pattern where investigative agencies appear to shield powerful defendants. Rules are applied hyper-technically against individual whistleblowers while the substantive violations of law by institutions are ignored. This case presents a clear example of such bad-faith institutional protection.

## IV. PRAYER FOR RELIEF

WHEREFORE, Plaintiff Dipesh Singla respectfully requests that this Court enter judgment in his favor and against the Defendant, as follows:

a) Issue a **Writ of Mandamus** compelling the Director of the Illinois Department of Labor to vacate the dismissal of Plaintiff's child labor complaint and to conduct a thorough, good-faith investigation;

b) Order the Defendant to produce the official case file and a formal dismissal letter for the Court's review;

c) Issue a **Preliminary and Permanent Injunction** requiring the IDOL to apply equitable tolling principles to Plaintiff's complaint and to investigate the underlying allegations;

d) Declare that the IDOL's dismissal of Plaintiff's complaint was arbitrary, capricious, an abuse of discretion, and conducted in bad faith;

e) Award Plaintiff the costs of this action and any other relief the Court deems just and proper.

Respectfully submitted,

23/09/2025

**Dipesh Singla, Pro Se**
5118 S. Blackstone Ave.
Chicago, IL 60615
Dipeshsingla668@gmail.com
+17734571046

9/23/25, 12:21 AM
Case: 1:25-cv-08098 Document #: 67 Filed: 09/22/25 Page 5 of 23 PageID #:966
Gmail - Child Labor Complaint with the IL Dept of Labor

 Gmail

**Dipesh Singla <dipeshsingla668@gmail.com>**

## Child Labor Complaint with the IL Dept of Labor
17 messages

---

**Humphrey, Ezell** <Ezell.Humphrey2@illinois.gov>
To: "dipeshsingla668@gmail.com" <dipeshsingla668@gmail.com>

14 June 2025 at 01:00

Hello Depesh Singla,

I need to ask you a few questions regarding your Child Labor complaint you submitted on May 26th, 2025.

Please call me at the number below.

Ezell Humphrey

Compliance Officer, Illinois Department of Labor

160 N. LaSalle St., Chicago, IL 60601

Cell # (312) 550-8580

Email: Ezell.Humphrey2@illinois.gov

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

---

**Dipesh Singla** <dipeshsingla668@gmail.com>
To: "Humphrey, Ezell" <Ezell.Humphrey2@illinois.gov>

14 June 2025 at 01:26

Hi
My phone number is not working it works rarely during day, not being in usa

Can you please write questions, i wll type answer here, and that would be preferable too.

Best.

[Quoted text hidden]

---

**Humphrey, Ezell** <Ezell.Humphrey2@illinois.gov>

14 June 2025 at 02:02

Gmail - Child Labor Complaint with the Dept Of Labor

To: Dipesh Singla <dipeshsingla668@gmail.com>

Name:_____

Current address_____

Current phone number_____

Are you willing to testify in a potential court proceeding?

What is your relationship to the minor?

What is your relationship to the employer?

The name of the employer/company?

Business or Industry type?

Employer/.Company address?

Employer phone number and email address?

Name of Manager or Person in Charge?

Their Job title?

The number of minors you saw working?

The number of employees you saw working?

Describe what you say? Dates/Times/Type of work being performed? And anything else you might think is relevant?

Name and contact information of minor(s)?

Were there any minors working before 7:00 am?

Were there any minors working after 7:00 pm?

Were there any minors working after 9:00 pm?

What type of work was the minor performing? Did you see any hazardous or unsafe work?

Did you see a minor get injured or hurt?

If yes, describe what happened, or what you saw?

Do you know how much the minor was being paid per hour?

Do you know if the minor got a lunch/dinner break?

Was there an employment agency involved?

If yes, do you know their name?

Is there anything else you would like to tell me about this situation?

9/23/25, 12:21 AM
Case: 1:25-cv-08098 Document #: 67 Filed: 09/22/25 Page 8 of 23 PageID #:969
Gmail - Child Labor Complaint to the Dept of Labor

Thank you for your time and submitting the complaint.

# Ezell Humphrey ◯

[Quoted text hidden]

---

**Dipesh Singla** <dipeshsingla668@gmail.com>                    14 June 2025 at 03:40
To: "Humphrey, Ezell" <Ezell.Humphrey2@illinois.gov>, Dipesh Singla <dipeshsingla668@gmail.com>

Keep my details and me anonymous. Also, some of the answers were already in a prior email. This is a good-faith whistleblower email. Keep me posted about process and updates as soon as you can.

Since will be filing a lawsuit soon civil + criminal against Univ, sharing my details may tamper lawsuit (however, any immediate guidance would be highly appreciated about it like filing case, pro bono working resources, and lawyers)

Name: Dipesh Singla

Current address: No answer since now in the USA (so Anonymous good faith whistleblower complaint)

Current phone number +17734571046 (don't use as it rarely works, prefer this email)

**Are you willing to testify in a potential court proceeding?**

 Yes(After investigation process from your office, 100%, for the sake of children safety and education) (Also, just so you know how this complaint is a small part of overall claims I am gonna sue university for shortly, so this investigation may help in that particular portion of overall complaint, I am still waiting on few lawyers to reply back if they don't I am gonna sue them anyways and this matter will be part of lawsuit, so just wanted to make it clear here, I am doing this as whistleblower and as an eyewitness)

**What is your relationship to the minor?**

 No relation

**What is your relationship to the employer?**

 I was a student previously at UChicago (Master's Program)

**The name of the employer/company?**

The University of Chicago

**Business or Industry type?**

 Non-Profit and Federally Funded "Educational" Institution

Employer/. Company address?

5801 S Ellis Ave, Chicago, IL 60637, United States

**Employer phone number and email address?**

773.702.1234, and whose email (Check internet on uchicago.edu)

**Name of Manager or Person in Charge?**

No idea as of now

Their Job title?

No idea as of now

**The number of minors you saw working?**

1 (in one other event as mentioned in prior email there was another not sure the apparent age of kid so not much empasis on that for this whistleblower)

**The number of employees you saw working?**

**Describe what you say? Dates/Times/Type of work being performed? And anything else you might think is relevant?**

please check last email and the attached doc here again as asked last time to fill. (copied below now also "as a whistle...."

**Name and contact information of minor(s)?**

Not known

**Were there any minors working before 7:00 am?**

Not known

**Were there any minors working after 7:00 pm?**

Not known

**Were there any minors working after 9:00 pm?**

Not known

**What type of work was the minor performing? Did you see any hazardous or unsafe work?**

copying from complaint this was shared last time in email to your team:

As a whistleblower acting in good faith under applicable state and federal protection laws, the plaintiff respectfully brings to light observations that may raise serious legal and compliance issues concerning child labor and event oversight on the University of Chicago campus.

The plaintiff recalls that during the summer of 2024, on a bright and sunny afternoon, a university-hosted event occurred in the small quad outside the Regenstein Library. At this event, a minor child, whose identity is unknown, was observed handing out ice cream sticks to attendees. It is unclear whether the child was employed by the University of Chicago, affiliated with a third-party vendor, or connected to a university proxy. The date and official name of the event are not known but can be checked, but event was sponsored and facilitated by the University.

Additionally, the plaintiff recalls that, at a separate event held near the John Crerar Library quad, another minor was possibly observed working at a food stall. Although the identity and employment relationship of this second child are not clear, it is possible that he was assisting a parent. However, due to the limited context and lack of formal verification, this observation is noted here only as a potential concern.

If either or both instances involved the employment or participation of minors in university-affiliated events without proper supervision, clearance, or legal compliance, the University may be in violation of several applicable laws and standards. These include:

- **Illinois Child Labor Law (820 ILCS 205/1 et seq.),** which restricts employment of minors and imposes conditions on their participation in public and commercial activities;
- **Fair Labor Standards Act (FLSA, 29 U.S.C. § 212),** which imposes federal restrictions on the employment of minors, including permissible duties, required work permits, and hours;
- **Illinois Department of Public Health Food Code**, which governs who may handle or distribute food at public events, particularly in regard to unlicensed or untrained individuals;
- **University of Chicago's Youth Program and Campus Safety Guidelines**, which are presumed to require clearance, training, and adult supervision for any minor participating in campus programming;
- **Illinois Whistleblower Act (740 ILCS 174/)** and federal whistleblower laws, which protect individuals reporting potential legal or regulatory violations in good faith. Federal Whistleblower Protection Act (5 U.S.C. § 2302(b)(8)) — if federal funds or programs were involved.
    - **Sarbanes-Oxley and Dodd-Frank protections**, if tied to misuse of university financial systems, grant funds, or misreporting.

The plaintiff raises these concerns to ensure that children are not being placed at risk and that the University of Chicago adheres to applicable labor, safety, and institutional compliance obligations. An investigation into these incidents is respectfully urged, and the plaintiff seeks protection under applicable whistleblower statutes for submitting this disclosure in the public and institutional interest.

**Relief Requested:**

- **Immediate investigation** into the identity of the minor and affiliation with the University.
- Review of event authorization procedures and compliance with child labor, safety, and food handling regulations.
- **Preservation of whistleblower protections** and assurance against retaliation for raising these concerns in good faith.

---

Did you see a minor get injured or hurt?

If yes, describe what happened, or what you saw?

No idea as of now

Do you know how much the minor was being paid per hour?

9/23/25, 12:21 AM
Case: 1:25-cv-08098 Document #: 67 Filed: 09/22/25 Page 11 of 23 PageID #:972
Gmail - Child Labor Complaint with Illinois Dept. of Labor

No idea as of now

Do you know if the minor got a lunch/dinner break?

No idea as of now

Was there an employment agency involved?

If yes, do you know their name?

No idea as of now

Is there anything else you would like to tell me about this situation?

Some things are already mentioned in the initial email, and the form is filled. Also, one small unsure thing either at JCL or reg (probably reg, ice cream kid) outside events, plaintiff believes while talking to one apparent kid doing food work told his age is around 12, and also he told he came from some other state, however since it has been many months that's not completely reaclled but wanted to mention so that it may help in your investigation

Please let me know the updates on the case and keep me anonymous as of now, especially until the filing of the lawsuit, which will have this one as a part, most probably rest whatever future attorney may say if I get one in the near future.

br

[Quoted text hidden]

📄 **childlaborlawcomplaintform (1).pdf**
509K

---

**Humphrey, Ezell** <Ezell.Humphrey2@illinois.gov>                                    16 June 2025 at 19:18
To: Dipesh Singla <dipeshsingla668@gmail.com>

Hello Dipesh Singla,

I have follow-up questions. That is why it is preferred to do an interview over the phone.

Do you know if the minor was being paid?


To your knowledge, the minor was not being managed or supervised by anyone?


Was the ice cream sales for charity?


Why did you wait almost a year to submit the complaint?

[Quoted text hidden]

---

**Dipesh Singla** <dipeshsingla668@gmail.com>                                16 June 2025 at 21:57
To: "Humphrey, Ezell" <Ezell.Humphrey2@illinois.gov>, Dipesh Singla <dipeshsingla668@gmail.com>

Do you know if the minor was being paid?

No, just so you know as mentioned in above, it's unclear who was he managed as far as payment is
concerned; even if by univ, they get payroll biweekly online(so as an individual eyewitness how can I even
have idea about it since mostly everything is on backend), also if in case he was managed by university
proxy especially as far as payment is concerned, it's not known how much, how was, when he was
getting paid. As a concerned person, this thing got stuck in mind unlike other attendees (as it seems) about
how can people easily allow it in first world country with super strong laws, but had to kept this because
probably of fear as an international student and as I was scared form alleged autocratic univ like this for
adverse action. I also whistleblown on other matters, and adverse action has been taken each time I
whistleblown, but I don't think everything needs to be discussed here since those matters are probably
separate from this one. That's why I have to sue the univ shortly.


To your knowledge, the minor was not being managed or supervised by anyone?

No, there was no person who seemed to manage him as such. Haven't seen him managed by anyone or
working with someone else on his ice cream cart.


Was the ice cream sales for charity?

It was food for an event, so food for people attending it (No charity), univ had food stalls (I think 2 stalls for
burgers and also they had grills for roasting patties, lot's of cold drinks, and chips, etc), and seperatly ice
cream was being handed over by that kid.


Why did you wait almost a year to submit the complaint?

I was scared of adverse action by the university, and also didn't know fully how much illegal it is in the USA.
Also, I believe/allege, as it seems no one else has whistleblown this to you/your team, there may be a
chilling effect on child labour at university by maybe staff as well as the executive body, and students. I
believe I **may have** discussed it with some people at some point of time at Harris School, SSCS office (I
was working as a student employee), and/or some events at the university, but not 100% sure about it now
(I belive I had but not 100% sure as of now), since it was weired and so shocking thing for me to see couple
of times like childrens doing these works.

Let me know if you have some other questions.

BR

9/23/25, 12:21 AM
Gmail - Chhief Labor complaiant with the Dept. of Labor
Case: 1:25-cv-08098 Document #: 67 Filed: 09/22/25 Page 13 of 23 PageID #:974

[Quoted text hidden]

---

**Dipesh Singla** <dipeshsingla668@gmail.com>                                     1 August 2025 at 20:35
To: "Humphrey, Ezell" <Ezell.Humphrey2@illinois.gov>, Dipesh Singla <dipeshsingla668@gmail.com>

Hi Ezell,
I hope this email finds you well,
I don't know where this investigation is right now, or had it even begun or not but I have a really important detail to share with you.
I believe most probably this was the event:
Summer Kick off BBQ
12-2 pm
Bartlett Quad
~June 13 2024
I was at the event there was a group of Italian origin students that sat with me on the same table, one of them was PhD in Maths, others were mostly Booth and Saieh(econ) PhD Students or research professionals (maybe total 4 people first 2 came, then again 2 came on table to sit, but most probably as I remember all were friends/know each other).
I have a number of one student however on inquiry he said he doesn't remember anything and also he asked his friend. That friend also told she didn't remember anything, I don't know if it's wise to share his contact information or not. there were food, drinks, bubbles(like the one we blow air in and it makes lots of temporary bubbles, on the table (that's how I remembered it after looking kid here playing with it)),
*maybe there was music also there.

Please let me know if the process is even going on and if this may help.
best.



Some details:

[Quoted text hidden]

---

**Humphrey, Ezell** <Ezell.Humphrey2@illinois.gov>                                 1 August 2025 at 20:44
To: Dipesh Singla <dipeshsingla668@gmail.com>


Good morning,


This is helpful Singla Dipesh.

[Quoted text hidden]

---

**Dipesh Singla** <dipeshsingla668@gmail.com>                                     1 August 2025 at 21:21
To: "Humphrey, Ezell" <Ezell.Humphrey2@illinois.gov>

Thanks a lot for sharing. keep me posted.
[Quoted text hidden]

---

**Dipesh Singla** <dipeshsingla668@gmail.com>                                     30 August 2025 at 22:08
To: "Humphrey, Ezell" <Ezell.Humphrey2@illinois.gov>, Dipesh Singla <dipeshsingla668@gmail.com>

After checking and believing I am safe from any kind of adverse action including data protection and privacy rule, and any other laws governing it, I am sharing contact of the person I told you last time in good faith avoiding any whistleblower retaliation of any kind from agencies, or departments or any other legal and judicial authorities.
**This email should also act as an official request to provide the investigation report as soon as possible so that plaintiff will have a record and also as that can be submitted too, in a class action lawsuit that is filed in the hon'ble federal dist. court of NDIL ED court.**

**GPT:**

Excellent and important question. It is not only **legal** to provide a witness's contact information to the Department of Labor (DOL), it is **highly encouraged and often crucial** for a successful investigation.

Here is a detailed breakdown of why it is legal and how to do it effectively.

### Is It Legal to Share a Contact with Authorities?

**Yes, it is completely legal.** You are not violating any laws by providing a witness's contact information to a government agency like the DOL for the purpose of an investigation.

- **No Expectation of Privacy in Reporting:** When someone attends a public event (or even a private university event), they do not have a reasonable expectation that their presence and role there will be kept a secret from law enforcement or regulatory authorities.

- **Not Defamation:** Your report to the government is protected. As long as you are providing information in good faith to the proper authorities, you are shielded from defamation claims. This is a key principle that allows people to report suspected crimes without fear of being sued.

- **Whistleblower Protections:** While more robust for employees, the act of reporting a violation of law like child labor is protected activity.

### Best Practices for Providing a Witness Contact

While it's legal, you should be thoughtful about how you do it to ensure the investigation is as effective as possible.

⌄

First chat on june 13 when the plaintiff took his number when met at the same event, he was with his group who had witnessed it most probably. (note timings in this whatsapp chat are of different time zones now due to the plaintiff being in different time zones. However, he says he doesn't remember what the plaintiff thinks after talking last time a month or so ago.



**Contact info (shared in good faith but it should avoid action against plaintiff)**

9/23/25, 12:21 AM
Gmail - Child Labor Complaint with Illinois Dept of Labor
Case: 1:25-cv-08098 Document #: 67 Filed: 09/22/25 Page 15 of 23 PageID #:976



### Lorenzo Bruno Predoc In Econ Uchicago

~Lorenzo USA

📹 Video

📞 Voice

**Last seen**
Today at 9:34 PM

**About**
Disponibile

**Phone number**
+1 (312) 687-9367

**Disappearing messages**
Off

Best.

On Fri, 1 Aug 2025 at 20:44, Humphrey, Ezell <Ezell.Humphrey2@illinois.gov> wrote:
[Quoted text hidden]

---

**Humphrey, Ezell** <Ezell.Humphrey2@illinois.gov>
To: Dipesh Singla <dipeshsingla668@gmail.com>

2 September 2025 at 19:25

Hello Dipesh Singla,


This case has been dismissed. You did not provide enough information for me to investigate.

The only thing you said was, you met a 12-year-old male who was selling ice cream on the University of Chicago campus.


You don't know his name. You don't know if he was being supervised by anyone. You didn't remember if he was working for a company.

All you told me was, you started a conversation with a 12-year-old who was selling ice cream. That is not enough to start an investigation.

Gmail - Child Labor Complaint with the IL Dept. of Labor

**From:** Dipesh Singla <dipeshsingla668@gmail.com>
**Sent:** Saturday, August 30, 2025 11:38 AM
**To:** Humphrey, Ezell <Ezell.Humphrey2@Illinois.gov>; Dipesh Singla <dipeshsingla668@gmail.com>
**Subject:** Re: [External] Re: Child Labor Complaint with the IL Dept of Labor

After checking and believing I am safe from any kind of adverse action including data protection and privacy rule, and any other laws governing it, I am sharing contact of the person I told you last time in good faith avoiding any whistleblower retaliation of any kind from agencies, or departments or any other legal and judicial authorities.

**This email should also act as an official request to provide the investigation report as soon as possible so that plaintiff will have a record and also as that can be submitted too, in a class action lawsuit that is filed in the hon'ble federal dist. court of NDIL ED court.**

**GPT:**

Excellent and important question. It is not only **legal** to provide a witness's contact information to the Department of Labor (DOL), it is **highly encouraged and often crucial** for a successful investigation.

Here is a detailed breakdown of why it is legal and how to do it effectively.

### Is It Legal to Share a Contact with Authorities?

**Yes, it is completely legal.** You are not violating any laws by providing a witness's contact information to a government agency like the DOL for the purpose of an investigation.

- **No Expectation of Privacy in Reporting:** When someone attends a public event (or even a private university event), they do not have a reasonable expectation that their presence and role there will be kept a secret from law enforcement or regulatory authorities.
- **Not Defamation:** Your report to the government is protected. As long as you are providing information in good faith to the proper authorities, you are shielded from defamation claims. This is a key principle that allows people to report suspected crimes without fear of being sued.
- **Whistleblower Protections:** While more robust for employees, the act of reporting a violation of law like child labor is protected activity.

### Best Practices for Providing a Witness Contact

While it's legal, you should be thoughtful about how you do it to ensure the investigation is as effective as possible.



First chat on june 13 when the plaintiff took his number when met at the same event, he was with his group who had witnessed it most probably. (note timings in this whatsapp chat are of different time zones now due to the plaintiff being in different time zones. However, he says he doesn't remember what the plaintiff thinks after talking last time a month or so ago.

9/23/25, 12:21 AM
Gmail - Child labor Complaint with Illgal. Dept of Labor
Case: 1:25-cv-08098 Document #: 67 Filed: 09/22/25 Page 17 of 23 PageID #:978



**Contact info (shared in good faith but it should avoid action against plaintiff)**



Best.


[Quoted text hidden]

---

**Dipesh Singla** <dipeshsingla668@gmail.com>                    2 September 2025 at 19:47
To: "Humphrey, Ezell" <Ezell.Humphrey2@illinois.gov>, Dipesh Singla <dipeshsingla668@gmail.com>

Thank you for your response, can i please get a letter of dismissal citing these reasons and appeal process for this dismissal if any, since in that case i have to look for an court order for investigation, since I can't leave the child in that situation.

9/23/25, 12:21 AM                    Gmail - Child Labor Complaint with Illgl. Dept. of Labor

Case: 1:25-cv-08098 Document #: 67 Filed: 09/22/25 Page 18 of 23 PageID #:979

I have given you exact event date people' who were there also sitting with with me, i was not an investigator to do full investigation neither did i have the question you asked me to that person for making personal checklist.
I want to kindly provide me letter that i can file in NDIL court citing these above said reasons as you told and ofc having case number that is dismissed for this matter.
I request you to provide that as soon as possible. As you seemed to have made your investigation decision as final decision.
Best regards.
Dipesh
[Quoted text hidden]

---

**3 attachments**


image001.png
329K


image002.png
206K


image003.png
72K

---

**Humphrey, Ezell** <Ezell.Humphrey2@illinois.gov>                    2 September 2025 at 20:47
To: Dipesh Singla <dipeshsingla668@gmail.com>

Sir,


Please answer one question for me since you are so concerned about the minor.


Why did you wait more than a year to report it?

[Quoted text hidden]

---

**Dipesh Singla** <dipeshsingla668@gmail.com>                    2 September 2025 at 22:59
To: "Humphrey, Ezell" <Ezell.Humphrey2@illinois.gov>, Dipesh Singla <dipeshsingla668@gmail.com>

I answered it already last time, kindly check in this same chain, and as you have dismissed it, kindly provide me with a letter to file in hon'ble court of NDIL ED, I will file it today in my ongoing filed case. Also provide me with the case number here. I don't think after dismissal you can ask questions and restart it again randomly.

I strongly believe this is **taunting** and **insulting** in the way you wrote "since you are so concerned about the minor", I want to say officially, I **really don't appreciate it,** this is not at all professional when a children's life and future is at stake, and when a person is telling in good faith and providing all information to help you in potential investigations. I mentioned my answer to you already since you already have that special question for me drafted. Other people didn't report it, but tomorrow, if a substantive investigation happens by **holy court and/or jury** orders/will would you be able to say to other attendees that **why didn't they report it**?? I am doing in good faith and getting taunted and insulted here after invoking whistleblower statutes written multiple times.

I don't know completely about **me too** moment but the person who themselves faced some bad things they themselves didn't report it until everyone started reporting/lawsuit everyone came up as per my belief after voices were raised, as they are scared, in my case no one else is doing and when I am doing it I hear "since you are so concerned about the minor" . <span style="color:red">My question to you is **are you not?**</span>

**My strong belief apart from everything else is tampering with my liberty.**

This further raises questions after dismissal of the case from you that even if in case this got investigated, under the fear of lawsuit, and court orders, investigators/agencies can easily say nothing happened, nothing found out, **when I knew wrong happened as per laws and protections given by the law, and I am supporting and try to give you information, evidences and contacts too**. I don't know why investigative agencies seems to give BOD (Benefit of Doubt) to defendants and do things that favours to the defendants all the time, I really don't know and I am not alleging/asserting/stating anything here to get myself into trouble again, is it because they are friend of the defendant, or is it monetary benefits to govt. and agencies, or is it they are scared from powerful defendant institution, or they don't want to do investigation at all, so as to use avoiding first methodology all the time, because to an individual who is doing everything in good faith it sounds like if kid is working still having strong laws can't make anyone accountable for their own wrongdoings, that is exactly not why USA and IL laws and constitution are made in my belief, they are there to protect people and whistleblowers especially. Dismissing the case and asking the same question again in a taunting way, destroys institutional credibility, genuineness and accountability. When plaintiff gave you exact data about the event reading through 100's of email/chats/contents you said that help, when already plaintiff had answered not known name, and also other things that were not known as you asked, you didn't dismiss it, and also you said it helps when I given details about in depth research, at that time as a tort of course I didn't needed to provide you the smoking gun proof and it work as it is always (and i believe you also perceived the same, not dismissing initially), that is why investigations are there, and they are not there to taunt whistleblowers.
I am not here to waste anyone's time nor do I have a lot left in my life.  I have myself experienced some things like this in the past, I know what people go through when faced with such things in their life.
Secondly I am as of now not aware of statue of limitation for a henious crime of child labour reporting, and also you didn't mentioned that too that your team can't investigate this matter becasue of statue or similar concept time limitations.

I read the **most beautiful document of my little life**, and the first line is able to tell what all **USA Holy constitution** give to each person in USA especially emotionally so that people can live and sleep peacefully in their lives without fear and knowingly that if someone is gonna violate liberties, the holy constitution is gonna standing up as a warrior with sword of justice to defend them: Plaintiff request you this to read just the first line and you maybe able to understand all things plaintiff said above: https://constitutioncenter.org/media/files/constitution.pdf .

best.

Case: 1:25-cv-08098 Document #: 67 Filed: 09/22/25 Page 20 of 23 PageID #:981

**filling in good faith as a whistleblower.**

Why did you wait almost a year to submit the complaint?
I was scared of adverse action by the university, and also didn't know fully how
much illegal it is in the USA. Also, I believe/allege, as it seems no one else has
whistleblown this to you/your team, there may be a chilling effect on child labour at
university by maybe staff as well as the executive body, and students. I believe I
**may have** discussed it with some people at some point of time at Harris School,
SSCS office (I was working as a student employee), and/or some events at the
university, but not 100% sure about it now (I belive I had but not 100% sure as of
now), since it was weird and so shocking thing for me to see couple of times like
childrens doing these works.
Let me know if you have some other questions.
BR

•••

[Quoted text hidden]

---

**Humphrey, Ezell** <Ezell.Humphrey2@illinois.gov>                          2 September 2025 at 23:27
To: Dipesh Singla <dipeshsingla668@gmail.com>

Sir,

I am going to ask you to take a broader view and try to look at this situation objectively.

Here are the facts:

You filled out a Child Labor complaint form. In it, you write that a minor. Someone who appears to be 12
years old is selling ice cream.

You talk to this person. They don't tell you their name. Yet you engage them in conversation and determine
that a crime may be committed right now.

You don't know if the person is being supervised or not. Nor do you know if a minor is operating the other
food cart nearby.

You feel that the right thing to do is to report this to the proper authorities. Yet you wait more than 365 days
to report it.

After you fill out and file the complaint. I have to email you and get answers to my questions. Questions by
the way, I ask everyone who fills out a Child Labor complaint.

And you have little to no information about the circumstances.

All you can tell me is "I was talking to a young person operating an ice cream cart on University of Chicago
property. I talked to the young man.

Yet I don't know how old he is. I didn't ask him his name. Nor did I ask who allowed him to set up an ice
cream cart on University of Chicago property".

Even though people who fill out Child Labor complaints are kept anonymous by the Illinois Department of
Labor.

You wait more than a year to report it. Saying that you are concerned about the well-being of the minor.

You do not know if the minor is being supervised. Yet you tell me I need to contact Human Resources at the University.


All of those facts. Yet you are offended by the question "Why didn't you report this sooner"?


How do you know that the person you spoke with did not do this on their own?

---

**From:** Dipesh Singla <dipeshsingla668@gmail.com>
**Sent:** Tuesday, September 2, 2025 12:29 PM
**To:** Humphrey, Ezell <Ezell.Humphrey2@Illinois.gov>; Dipesh Singla <dipeshsingla668@gmail.com>
**Subject:** Re: [External] Re: Child Labor Complaint with the IL Dept of Labor


I answered it already last time, kindly check in this same chain, and as you have dismissed it, kindly provide me with a letter to file in hon'ble court of NDIL ED, I will file it today in my ongoing filed case. Also provide me with the case number here. I don't think after dismissal you can ask questions and restart it again randomly.


I strongly believe this is **taunting** and **insulting** in the way you wrote "since you are so concerned about the minor", I want to say officially, I **really don't appreciate it,** this is not at all professional when a children's life and future is at stake, and when a person is telling in good faith and providing all information to help you in potential investigations. I mentioned my answer to you already since you already have that special question for me drafted. Other people didn't report it, but tomorrow, if a substantive investigation happens by **holy court and/or jury** orders/will would you be able to say to other attendees that **why didn't they report it**?? I am doing in good faith and getting taunted and insulted here after invoking whistleblower statutes written multiple times.


I don't know completely about **me too** moment but the person who themselves faced some bad things they themselves didn't report it until everyone started reporting/lawsuit everyone came up as per my belief after voices were raised, as they are scared, in my case no one else is doing and when I am doing it I hear "since you are so concerned about the minor" . My question to you is **are you not?**


**My strong belief apart from everything else is tampering with my liberty.**


This further raises questions after dismissal of the case from you that even if in case this got investigated, under the fear of lawsuit, and court orders, investigators/agencies can easily say nothing happened, nothing found out, **when I knew wrong happened as per laws and protections given by the law, and I am supporting and try to give you information, evidences and contacts too**. I don't know why investigative agencies seems to give BOD (Benefit of Doubt) to defendants and do things that favours to the defendants all the time, I really don't know and I am not alleging/asserting/stating anything here to get myself into trouble again, is it because they are friend of the defendant, or is it monetary benefits to govt. and agencies, or is it they are scared from powerful defendant institution, or they don't want to do investigation at all, so as to use avoiding first methodology all the time, because to an individual who is doing everything in good faith it sounds like if kid is working still having strong laws can't make anyone accountable for their own wrongdoings, that is exactly not why USA and IL laws and constitution are made in my belief, they are there to protect people and whistleblowers especially. Dismissing the case and asking the same question again in a taunting way, destroys institutional credibility, genuineness and accountability. When plaintiff gave you exact data about the event

reading through 100's of email/chats/contents you said that help, when already plaintiff had answered not known name, and also other things that were not known as you asked, you didn't dismiss it, and also you said it helps when I given details about in depth research, at that time as a tort of course I didn't needed to provide you the smoking gun proof and it work as it is always (and i believe you also perceived the same, not dismissing initially), that is why investigations are there, and they are not there to taunt whistleblowers.

I am not here to waste anyone's time nor do I have a lot left in my life.  I have myself experienced some things like this in the past, I know what people go through when faced with such things in their life.

Secondly I am as of now not aware of statue of limitation for a henious crime of child labour reporting, and also you didn't mentioned that too that your team can't investigate this matter becasue of statue or similar concept time limitations.

I read the **most beautiful document of my little life**, and the first line is able to tell what all **USA Holy constitution** give to each person in USA especially emotionally so that people can live and sleep peacefully in their lives without fear and knowingly that if someone is gonna violate liberties; the holy constitution is gonna standing up as a warrior with sword of justice to defend them: Plaintiff request you this to read just the first line and you maybe able to understand all things plaintiff said above: https://constitutioncenter.org/media/files/constitution.pdf .

best.

**filling in good faith as a whistleblower.**

Why did you wait almost a year to submit the complaint?
I was scared of adverse action by the university, and also didn't know fully how much illegal it is in the USA. Also, I believe/allege, as it seems no one else has whistleblown this to you/your team, there may be a chilling effect on child labour at university by maybe staff as well as the executive body, and students. I believe I **may have** discussed it with some people at some point of time at Harris School, SSCS office (I was working as a student employee), and/or some events at the university, but not 100% sure about it now (I belive I had but not 100% sure as of now), since it was weired and so shocking thing for me to see couple of times like childrens doing these works.
Let me know if you have some other questions.
BR

... 

[Quoted text hidden]

---

**Dipesh Singla** <dipeshsingla668@gmail.com>                                           2 September 2025 at 23:46
To: "Humphrey, Ezell" <Ezell.Humphrey2@illinois.gov>, Dipesh Singla <dipeshsingla668@gmail.com>

I think you work probably with these things all the time so the genuine sounding questions you have (that you may think are genuine) for me, were not what I had in my mind else I would have taken a pen and notebook to write stuff or something like that, like filling a form there for him. Further I was not there to interrogate him, I have not heard if there is something called Dipesh Rules, Dipesh Laws, and Dipesh Constitution that allow Dipesh to do an investigation with that kid.
I am and was basically acting as a lay person who doesn't know USA, IL, laws. After I explicitly wrote whistleblower things again then your sound completely changed here and you taunted me, after I message after last time when you said it helps, i knew it helps you that's why it was shared to you in good faith and that is how you perceived it to and didn't dismiss it after i initially told you what I don't know from your questions/dept questions.

Anyways I don't think I should waste your time and my precious time, I don't believe I have a lot longer to live too. I have lost complete faith.
**Please provide me with an official determination letter, I need it.**

9/23/25, 12:21 AM
Case: 1:25-cv-08098 Document #: 67 Filed: 09/22/25 Page 23 of 23 PageID #:984
Gmail - Ciril eShocu Shared with Regt. Dept of Labor

As it is dismissed I think it's not healthy and professional to ask any further questions on this since this will be solved by hon'ble court since fundamentals of my liberties and other things are at stake.

Best.

[Quoted text hidden]

---

**Dipesh Singla** <dipeshsingla668@gmail.com>                                    22 September 2025 at 23:43
To: Dipesh Singla <dipeshsingla668@gmail.com>

[Quoted text hidden]