# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

Dipesh Singla

Plaintiff,

Vs.

University of Chicago et al.,

Case No: 1:25-cv-08098

Hon'ble Judge: Edmond E. Chang

**PLAINTIFF'S NOTICE OF WAIVER OF SEALING REQUESTS**

Dear Honorable Judge,

I, **Dipesh Singla,** the plaintiff in the above-captioned case, respectfully notify the Court that I am **waiving any prior request to seal filings or records** in this matter.

I understand that, upon this waiver, filings and materials previously requested to be sealed may be made part of the public record consistent with the Court's rules and procedures.

This waiver is made **knowingly and voluntarily**, and I do not object to the Court's public filing of materials unless otherwise restricted by law or protective order.

Respectfully submitted,

Dipesh Singla

+17734571046

dipeshsingla668@gmail.com