


Record Request

By Dipesh Singla

Via, dipeshsingla668@gmail.com

To:

University of Chicago

Office of the General Counsel

Office of the Registrar,

Human Resources Department,

and attached departments with email below

Via emails provost@uchicago.edu, president@uchicago.edu , security@uchicago.edu, verifications@uchicago.edu, elrelations@uchicago.edu, compensation@uchicago.edu, itservices@uchicago.edu, uchicagointranet@uchicago.edu, legalcounsel@uchicago.edu, rhochman@uchicago.edu, svelasquez@uchicago.edu, chancellor@uchicago.edu

Please forward to the appropriate office if not within your purview. Alternatively, please tell the email address where I need to send this letter.

**Request for:**

**Request for Access to Education and Personnel Records Under FERPA and IPRRA**

This request is made pursuant to my rights under applicable laws, in my capacity as a **student, student employee, and complainant**. This request is made under applicable federal and state laws, including the Family Educational Rights and Privacy Act (FERPA), 20 U.S.C. § 1232g; the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/2; the Federal Trade Commission Act, 15 U.S.C. § 45; and the Clery Act, 20 U.S.C. § 1092(f), Illinois Personnel Record Review Act (820 ILCS 40), Illinois Whistleblower Act (740 ILCS 174), Clery Act (20 U.S.C. § 1092(f)), Federal Rules of Civil Procedure 37(e), and other relevant laws. This correspondence also serves as a formal notice to preserve and produce all records in anticipation of legal proceedings. This request is done having no attorney and full regard to defendant right in- **kind manner, respectfully, and professional sense,** and I request protection under applicable whistleblower and anti-retaliation laws, if relevant from matters arising from asking of this data in good faith as first step for future proceedings.

**1. REQUEST FOR EDUCATION AND DISCIPLINARY RECORDS (FERPA)**

Pursuant to FERPA, I request to obtain copies of **all** education records maintained by the University that concern me, including but not limited to:

- All academic records, transcripts, evaluations, and grade reports
- All disciplinary records, grievance files, and investigation reports
- All Title IX or retaliation investigation materials
- All emails, correspondence, notes, or reports referencing or identifying me (Example including all not limited to: Emails to professors, employers, Human Resources, Teaching Assistants, Dean's Kate, Baraeh (PSD), Ethan, Provost, President, UCPD, Sexual assault staff, Mansueto emails, CARES (Center for Awareness, Resolution, Education, and Support), ALL Grievances and closure letters of those, Title IX office data, Food Complaints, Child Labor Complaint)
- Any communications between university employees, contractors, or administrators regarding me, whether stored electronically or in hard copy
- All files or data maintained by the Office of Student Conduct, Title IX Office, Campus Safety, Sexual Assault office, CSL, Harris School of Public Policy, Mansueto, or any administrative/managerial office or any office having authority of data storage, related to my name, student ID, or employment information
- All transcripts sending requests with time stamps of getting the request, executing and sending the transcripts
- All call recordings, video recordings, and surveillance footage involving me
- Any records reflecting how Dean Kate Biddle, and/Or Dean Ethan obtained information about my class attendance, union grievance filing, and applicable rules.
- Meeting Notes and recordings of any kind weather consented or unconsented
- All data that the university has about me, whether favourable or unfavourable, that could or would be used in anywhere now or in future
- All communications with professors, teaching assistants, academic advisors, and other faculty members
- All communications with potential employers at the university or outside, job placement services, and career services
- All communications with U.S. Citizenship and Immigration Services (USCIS) or other immigration authorities, communication about SEVIS and Disciplinary reports reporting to US Agencies, and institutes,
- All printed and electronic records, including those stored on university servers, cloud services, personal devices, or third-party platforms
- Call (Phone) data about me to different offices across the University including executive bodies, schools, employers etc.

*If possible and practicable... within 15 days. Else please proceed with it and provide that as per within 45 days as required by FERPA. I kindly request copies on an expedited basis if feasible. All documents must be produced in their native format, with original metadata, audit trails, and backup logs intact.* ***Any redactions or alterations*** *is requested to be explicitly justified with legal citations. I further request metadata of July 3 form (Travel Form), and why the receipt email didn't came to me, why did it resemble before May 31 sort of situation(justification). Harris Student Government election data of 2024, and video recordings as available and practicable as per rules and laws should be stored and provided with this request please.*

## 2. REQUEST FOR EMPLOYMENT AND PERSONNEL RECORDS

As I was also employed by the University during my enrolment, I am requesting my complete employment/personnel file, including but not limited to:

- Hiring documents, contracts, performance reviews, insurances (and when were they shared with me), and pay records

- All disciplinary, grievance, or complaint materials

- Any internal or external communications about my employment or performance

- Any documents or emails that formed the basis of employment decisions affecting me

- Any investigation reports, correspondence with HR, University or outside staff, or determinations involving my employment status

- Time records, work schedules, and attendance records

- All communications with supervisors, colleagues, and subordinates

- All records related to my compensation, benefits, and termination (if applicable)

I understand that, under applicable state labour and personnel file statutes, such records must typically be produced as soon as possible so I request to provide those in about 7 days as per 820 ILCS 40.

## 3. Request for Preservation of Records (Litigation Hold Notice)

In anticipation of potential legal proceedings, I request that the University preserve

I hereby request that the University any and all records relating to me, including:

- All electronic communications (emails, texts, Teams/Slack messages, Zoom meetings, instant messages, etc.)
- Student conduct, Title IX, or grievance investigation materials (when where how data got collected after protected activities)
- Email to Ethan(dean) Back and fourth about discipline, who told whom and what. Also include emails to president, and provost of university(not limited to these)
- Employment-related records, evaluations, or HR correspondence
- IT logs, metadata, and audit trails showing file access or modification
- Any communications with external agencies or ranking entities regarding me( Example not limited to USA News, Times ranking, QS World ranking, Shanghai Ranking and etcetera)
- Any data stored on backup systems, servers, or cloud services
- Any records scheduled for destruction under the University's retention policy

In anticipation of potential legal proceedings, I request that the University preserve and produce all the data may be used in future. Kindly share all data in this document over dipeshsingla668@gmail.com.

**4. REQUEST FOR COMPLIANCE RECORDS AND EXTERNAL REPORTING**

**In addition, for purposes of potential regulatory review, please provide:**

- Any and all Clery Act reporting data that includes incidents or crimes reported involving me, University staff, or students
- Summer BBQ around in June 13, 2024, images, attendee list, images, and videos.
- All crime logs, daily crime reports, and timely warnings issued during my enrolment
- All data submitted to the U.S. Department of Education regarding campus crime statistics
- Any reports, submissions, or data provided to ranking organizations or external agencies (including U.S. News & World Report, Department of Education, or accreditors) that reference or derive from incidents or data related to me or to safety/crime statistics during my enrollment." For the sub-bullets under "discrepancies," integrate as: "Including, if applicable, records reflecting any discrepancies in reported data
- All internal or external communications concerning such reporting
- Any records reflecting discrepancies, if any, in data submitted to government agencies:

    - Student placement statistics
    - Accreditation bodies
    - Employment rates
    - Salary data
    - Student-faculty ratios
    - Attrition rates
    - Campus crime statistics
    - Clery Act Reporting
    - Any other metrics used for promotional or ranking purposes

**5. DATA RETENTION AND LEGAL NOTICE**

Please also provide a copy of the University's record-retention and destruction policy, including timelines for maintaining or disposing of education, employment, conduct, and all other records relevant to each type of data I have asked here specifically.

**If any data has been: (if any)**

- Stored beyond the retention period required by law or University policy
- Stored without proper consent or authorization
- How and when surveillance data was collected, accessed including video locations, card data, etc. Who all were involved
- If any data was stored in potential violation of FERPA, provide details
- Stored on unauthorized servers or cloud services (if any)

- Stored in formats that violate data security protocols (if any)
- Inconsistent, misreported, or exaggerated to agencies (if any)
- Inconsistent times on workday (if any)
- Accesses to my personal emails from Uchicago box. Who, When, Why. (if any)
- Spoofing or trying to access my personal email, disable it, and also for phone number.
- Data on calls (phone calls and video calls), and Phone calls and zoom call recordings where I was in especially but not limited to private meetings, this data is being request for my records, and in this complete complaint I am asking data starting from my acceptance into University of Chicago.
- Who else, all/any of the data about me was shared with externally and internally in the University or outside including your lawyers, offices, dean, president, provosts, UCPD, etc. Where is this data going now or in future and where it went already.
- Which policy states that we can't **grieve** for other people like staff.
- Health Data, Mental Health Data, HIPAA Data, GINA (Genetics Data), Disability Data, and records, Personal emails
- Access data of all of the information you have about me and requested above.
- PMA Investigation Records, and testimonies, emails, other process documentations etc. Testimonies from Michelle, and Mark of Department of Physics.
- Testimonies about other complaints including Scott TFA case pending in OALJ. And other staff about me including Mansueto staff, individual identifies as Paige.
- When and at what times my personal Instagram, Twitter, LinkedIn ID's, and other accounts etc got accessed from your accounts or devices, not limited to Harris School of Public Policy, and University of Chicago Accounts.
- When was my personal research data including forms and performances of EEG research studies, Blood tests, vitals, and all other research studies, got accessed (if any), and how was it used. I want to request production of the data of all research I participated in. I kindly request all logs for the research, medical, GINA data accesses.

Please include such information as part of your disclosure. I am specifically requesting to review any and all materials that the University intends or anticipates using in any proceeding involving me, whether in my Favor or otherwise. I also request that if university is not intending to use any data against me I will need that data too, since it can be in my favour.

## 6. PRODUCTION REQUIREMENTS AND DEADLINE

I request that these records be made available within the timelines required by applicable laws (e.g., 45 days for FERPA, 7-14 working days for IPRRA, 2 business days for public Clery Act logs). I kindly request expedited production if feasible.

The requested documents and data must be produced in their **native format, including all metadata**. Electronic documents should be produced in a searchable format, with all attachments included. The production should include a detailed index identifying each document produced.

**Please provide:**

- **Electronic copies via email to dipeshsingla668@gmail.com.**

If any portion of the request is denied, please specify the exact exemption relied upon and identify the records withheld.

### 7. Request for a Personnel File

I request here a personnel file. And also details about who all have access to that, who accesses, can access, and have/had accessed, all the records in this document including personnel file.

Documentation must be submitted within 7 days unless there is a reasonable explanation for not doing so. In that case, it may be delivered in two weeks.

https://assets.nationbuilder.com/arisechicago/pages/2330/attachments/original/1745359655/Workers'_Rights_Manual_5th_Ed.pdf

 https://intranet.uchicago.edu/policies/human-resources-policies/700-799-employee-concerns/705-employee-access-to-personnel-records

https://intranet.uchicago.edu/policies/human-resources-policies/1000-1099-miscellaneous/1007-responding-to-external-requests-for-information

https://intranet.uchicago.edu/policies/human-resources-policies/200-299-employment/204-reference-and-background-checks

I further need reportings to government agencies, or other entities that you did, that as a university and individuals you are required to do that you did, and that you didn't have to necessarily do or do it at all but still did share data about me (if applicable). Data not produced may or may not attract statutory penalties as per law.

### 8. Workday portal in past form

I request restoration and copies of all Workday modules, records, logs of deletion and accesses, and data related to my account from my acceptance date to the present, including timekeeping records, payroll history, performance evaluations, and associated communications. Please provide explanations for any deletions, including dates, individuals responsible, and applicable policies (for any changes on workday including abovesaid).

This request is made in **kind and good faith** to ensure full transparency, data integrity, and compliance with applicable record-retention and privacy laws. I appreciate your cooperation and timely acknowledgment. This request is **made respectfully** and in good faith to ensure compliance with federal and state law. **Nothing in this correspondence should be construed as a accusation but as a lawful request for access and preservation. If any part of this you can't provide please let me know and proceed with other data meanwhile.**

If you need more time for part of data I humbly request, you to produce data in batches but as soon as possible. But please kindly let me know what data I am awaiting, and if possible, why

it's not doable in this time limit. I am available for clarification via email. This request is made to get most data, and information withheld by university.

Any other help I can do to ease things for the University of Chicago, please contact over email.

**Certification of Service**

This document is served to abovesaid emails. provost@uchicago.edu, president@uchicago.edu , security@uchicago.edu, verifications@uchicago.edu, elrelations@uchicago.edu, compensation@uchicago.edu, itservices@uchicago.edu, uchicagointranet@uchicago.edu, legalcounsel@uchicago.edu, rhochman@uchicago.edu, svelasquez@uchicago.edu, chancellor@uchicago.edu.

Thank you for your prompt cooperation.

Sincerely,

Dipesh Singla

dipeshsingla668@gmail.com

+17734571046 (USE EMAIL PLEASE)

13 OCT 2025