**BC**

**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



FILED JKS
10/14/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Dipesh Singla,** Plaintiff,

v.

**University of Chicago, et, al.**

 Defendant.

**Case No.** 1:25-cv-08098
**Hon'ble Judge:** Edmond E. Chang

**NOTICE OF MOTION**

**TO: All Parties via Pro Se Portal (will be docketed to cm/ecf portal for all parties)**

PLEASE TAKE NOTICE that on Monday, October 27, 2025, at 8:30 a.m. (Central / Chicago time), or as soon thereafter I may be heard (or if my counsel if assigned as requested by hon'ble court), Plaintiff will appear before the Honourable Judge Edmond E. Chang, United States District Judge for the Northern District of Illinois, in Courtroom No. 2341   (remotely) of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present Plaintiff's Motion for Appointment of Independent Forensic, Toxicological, and Psychiatric Evaluators and Request for Confidential Medical Examinations, and for such other relief as the Court deems just and proper (submitted on about 15 oct 2025.

Respectfully submitted,

Dipesh Singla

dipeshsingla668@gmail.com
Date: October 15, 2025