UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Dipesh Singla
                        Plaintiff,

v.                                        Case No.: 1:25−cv−08098
                                            Honorable Edmond E. Chang

University of Chicago, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 17, 2025:

       MINUTE entry before the Honorable Edmond E. Chang: The Plaintiff's recent motions, R. 70, 71, essentially ask for discovery, but this case has not reached the stage of discovery, see Federal Rule of Civil Procedure (d)(1), and there is no good cause for early discovery. The motions are denied. The Plaintiff should refrain from filing motions with no basis and allow the Court time to review the filings. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.