[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



FILED
10/21/2025 AXM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| | ) | **Case Number**: |
| | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | **Judge:** |
| v. | ) | |
| | ) | **Magistrate Judge:** |
| | ) | |
| Defendant | ) | |

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# EXHIBIT A

Case: 1:25-cv-08098 Document #: 76 Filed: 10/21/25 Page 3 of 28 PageID #:1014

# The University of Chicago Human Resources

Home / Policies & Contracts / Human Resources Policies / 609 - University of Chicago Policy on Harassment, Discrimination & Sexual Misconduct

Search

## Policies & Contracts

### 609 - University of Chicago Policy on Harassment, Discrimination & Sexual Misconduct

**Subject:** University of Chicago Policy on Harassment, Discrimination and Sexual Misconduct[1]

> [1]Sexual misconduct includes but is not limited to sexual harassment, sexual abuse, sexual assault, domestic violence, dating violence, and stalking.

**Section:** U609

**Date:** July, 2022

**Table of Contents**

I.        Introduction

II.       Policy Basis and Application

III.      Unlawful Harassment and Discrimination

IV.      Sexual Misconduct and Definitions

V.       Consent

VI.      Consensual Relationships

VII.     Reporting Options

VIII.    Institutional Obligation to Respond

IX.      Conflicts of Interest

X.       Emergency Removals or Leaves of Absence

XI.      Confidentiality

XII.     Leniency for Other Policy Violations

XIII.    Non-Retaliation

XIV.    Response to a Report or Complaint

XV.     Administrative Resolution of Complaints

XVI.    Resolution of Complaints by the Hearing Bodies

XVII.   Informal Resolution

XVIII.  Required Training for Policy Personnel

XIX.    Time Limits

XX.     Bad Faith and False Information

XXI.    Training and Prevention Education Programs

**Policy Appendices**

I.        Support Services and Resources for Those
          Who Have Experienced Sexual Misconduct

II.       Yearly Report on Harassment and Sexual Misconduct
          to the Council of the University Senate

III.      Compliance and Locating This Policy

IV.      Related Policies

### I. Introduction

The University of Chicago is a community of scholars dedicated to research, academic excellence, and the pursuit and cultivation of learning. Members of the University community cannot thrive unless each is accepted as an autonomous individual and is treated without regard to characteristics irrelevant to participation in the life of the University. Freedom of expression is vital to our shared goal of the pursuit of knowledge and should not be restricted by a multitude of rules. At the same time, unlawful discrimination, including harassment, compromises the integrity of the University. The University is committed to taking necessary action to prevent, correct, and, where indicated, discipline unlawful discrimination.

Sexual misconduct may violate the law, does violate the standards of our community, and is unacceptable at the University of Chicago. Sexual misconduct can be devastating to the person who experiences it directly and can adversely impact family, friends, and the larger community. Regardless of the definitions provided below, people who believe they have experienced any sexual misconduct are encouraged to report the incident and to seek medical care and support as soon as possible.

Matters that constitute Title IX Sexual Harassment under the **University Policy on Title IX Sexual Harassment** are not within the scope of this Policy and will be addressed under the procedures set forth in the Policy on Title IX Sexual Harassment.

### II. Policy Basis and Application

This policy expresses the University's commitment to an environment free from discrimination, sexual harassment and other unlawful forms of harassment, sexual misconduct, sexual assault, domestic violence, dating violence, and stalking and conforms to legal requirements. It applies to students and other program participants, staff, postdoctoral researchers, faculty, and other academic appointees, volunteers, as well as to anyone on whom the University has formally conferred a title, regardless of employment status. The University provides education and prevention resources, offers numerous support services and referrals for anyone who has experienced unlawful harassment or one of these crimes, encourages and facilitates reporting, which can assist prosecution, and is committed to disciplining anyone whom University procedure determines to have violated this policy.

This policy applies to misconduct that occurs: (1) on University property; or (2) off University property, if: (a) the conduct occurred in connection with a University or University-sponsored or recognized program or activity; or (b) the conduct has or reasonably may have the effect of creating a hostile educational or work environment for a member of the University community. For example, this policy applies to misconduct that occurs between students during an off-campus party in a private residence, during a University-sponsored study abroad program, or during research- or conference-based University-supported travel. Also, misconduct that occurs off-campus and involves an alleged student perpetrator and an unaffiliated complainant is subject to investigation and adjudication, although the circumstances may be such that the inquiry is limited to assessing whether the student poses a threat to campus safety.

This policy also applies to matters involving complaints made against staff or faculty at the University of Chicago Laboratory Schools. The Laboratory Schools are home to the youngest members of the University of Chicago's academic community, and the age and developmental stage of the student(s) involved in a matter under this Policy will be considered when determining whether a Policy violation occurred, as well as in determining the appropriate response by the University.

### III. Unlawful Harassment and Discrimination

Discrimination based on factors irrelevant to admission, employment, or program participation violates the University's principles. In keeping with its long-standing traditions and policies, the University of Chicago considers students, employees, applicants for admission or employment, and those seeking access to programs on the basis of individual merit. The University does not discriminate on the basis of race, color, religion, sex, sexual orientation, gender identity, national or ethnic origin, age, status as an individual with a disability, protected veteran status, genetic information or other protected classes under the law. Such discrimination is unlawful.

Harassment based on the actual or perceived factors listed above is verbal or physical conduct or conduct using technology that is so severe or pervasive that it has the purpose or effect of unreasonably interfering with an individual's work performance or educational program participation, or that creates an intimidating, hostile, or offensive work or educational environment.

A person's subjective belief that behavior is intimidating, hostile, or offensive does not make that behavior harassment. The behavior must be objectively unreasonable. Expression occurring in an academic, educational or research context is considered a special case and is broadly protected by academic freedom. Such expression will not constitute harassment unless (in addition to satisfying the above definition) it is targeted at a specific person or persons, is abusive, and serves no bona fide academic purpose.

Harassment includes same-sex harassment and peer harassment among students, staff, other academic appointees, postdoctoral researchers, faculty members, program participants, volunteers, and anyone on whom the University formally confers a title, regardless of employment status. Harassment by a faculty member, instructor, or teaching assistant of a student over whom the individual has authority, or by a supervisor of a subordinate, is particularly serious.

### IV. Sexual Misconduct and Definitions

Sexual misconduct encompasses a range of conduct, from sexual assault (a criminal act that the U.S. Department of Education defines as a form of sexual harassment) to conduct such as unwanted touching or persistent unwelcome comments, e-mails, or pictures of an insulting or degrading sexual nature, which may constitute unlawful harassment, depending upon the specific circumstances and context in which the conduct occurs. For example, sexual advances, requests for sexual favors, or sexually-directed remarks or behavior constitute sexual harassment when (1) submission to or rejection of such conduct is made, explicitly or implicitly, a basis for an academic or employment decision, or a term or condition of either; or (2) such conduct directed against an individual persists despite its rejection.

In compliance with the Violence Against Women Reauthorization Act of 2013 ("VAWA") and the Clery Act, the University uses the State of Illinois Criminal Code's definitions of sexual assault and sexual abuse. The University incorporates the State's definitions of several other important terms, including domestic violence, dating violence, and stalking and recognizes that sexual assault, domestic violence, dating violence, and stalking are not gender-specific crimes. To aid searches, definitions are provided in alphabetical order.

**"Accused" or "Respondent"** means a person accused of conduct prohibited by this policy and does not imply pre-judgment.

**"Consent"** means voluntary, active and clear agreement, communicated by words or actions, to participate in specific sexual activity. Consensual sexual activity happens when each participant willingly chooses to participate.

In cases where a victim asserts that sexual activity occurred without consent, the standard is whether a sober, reasonable person in the same circumstances as the respondent should have known that the victim did not or could not consent to the sexual activity in question.

In Illinois, the legal age of consent is 17 but rises to 18 if the respondent holds a position of trust, authority, or supervision in relation to the victim.  This means that there can be no consent when one participant in the sexual activity is under the legal age of consent and any other participant is at or over the legal age of consent.

Consent is such a critical factor that Section V is entirely dedicated to discussing it.

**"Dating violence"** means the use or threat of use of physical abuse, mental or emotional abuse, or sexual violence by a person who is in a social relationship of a romantic or intimate nature with the victim.

**"Domestic violence"** means harassment, interference with personal liberty, intimidation of a dependent, physical abuse, or willful deprivation by a person who is or was a family or household member of the victim. A family or household member includes: a spouse, former spouse, parent, child, stepchild, or other person related by blood or by present or prior marriage; a person who shares or formerly shared a common dwelling; a person who has or allegedly has a child in common or shares a blood relationship through a child; a person who has a dating or engagement relationship; a personal assistant to a person with a disability; and a caregiver.

**"Force or threat of force"** means the use of force or violence, or the threat of force or violence, including but not limited to (1) when the respondent threatens to use force or violence on the victim or on any other person, and the victim under the circumstances reasonably believes that the respondent has the ability to execute that threat or (2) when the respondent has overcome the victim by use of superior strength or size, physical restraint or physical confinement.

**"Harassment"** as a form of unlawful discrimination means verbal conduct, physical conduct, or conduct using technology that is based on a protected class and that is so severe or pervasive that it has the purpose or effect of unreasonably interfering with an individual's work performance or educational program participation, or that creates an intimidating, hostile, or offensive work or educational environment.

**"Harassment"** for purposes of domestic violence is knowing conduct that is not necessary to accomplish a purpose, would cause emotional distress to a reasonable person and does cause emotional distress to the victim.

**"Interference with personal liberty"** is committing or threatening physical abuse, harassment, intimidation, or willful deprivation to force a victim to engage in conduct from which that person has the right to abstain, or to abstain from conduct in which that person has a right to engage.

 **"Intimidation of a dependent"** is subjecting a person who is a dependent because of age, health or disability to participate in or to witness physical force, physical confinement or restraint of another person.

**"Policy Personnel"** includes anyone with a role under this Policy, including but not limited to the Title IX Coordinator, Deputy Title IX Coordinator(s), Investigator(s), Decisionmaker(s), Review Decisionmaker(s), or Informal Resolution Facilitator(s).

**"Physical abuse"** includes sexual abuse and means any of the following: (1) the knowing or reckless use of physical force, confinement, or restraint; (2) knowing, repeated, and unnecessary sleep deprivation; and/or (3) knowing or reckless behavior that creates an immediate risk of physical harm.

**"Individual with Reporting Responsibilities"** means any faculty member, other academic appointee, postdoctoral researcher, or staff employee who would reasonably be expected to have the authority or duty to report or take action to redress sexual misconduct. An Individual with  Reporting Responsibilities must promptly notify the Title IX Coordinator for the University all known details related to a possible incident of sexual misconduct (including sexual harassment), dating violence, domestic violence, and stalking that is reported to them directly, indirectly, or through a third party, or that they may have observed. Individuals with Reporting Responsibilities include (among others) faculty and instructors, RAs, Resident Heads, Resident Masters, TAs, preceptors, UCPD staff, and other University employees.

**"Retaliation"** means any adverse action taken against a person participating in a protected activity because of their participation in that protected activity. Retaliation against an individual for alleging harassment, supporting a party bringing a complaint, or assisting in providing information relevant to a claim of harassment is a serious violation of University policy and will be treated as another possible instance of harassment or discrimination.  Retaliation for reporting sexual harassment is illegal in Chicago. Acts of alleged retaliation should be reported immediately to the Title IX Coordinator for the University, and will be promptly investigated.

**"Sexual abuse"** means an act of sexual conduct:

- Without consent; or
- By the use of force or threat of force; or
- When the accused knew that the victim was unable to understand the nature of the act or was unable to give knowing consent; or
- Where the accused is under 17 years of age and the victim was at least 9 years of age but under 17 years of age when the act was committed; or
- In which the accused delivered (by injection, inhalation, ingestion, transfer of possession, or any other means) to the victim without their consent, or by threat or deception, and for other than medical purposes, any controlled substance.

**"Sexual assault"** means an act of sexual penetration:

- Without consent; or
- By the use of force or threat of force, including threatening or endangering the life of the victim or any other person; or
- Where the accused knew that the victim was unable to understand the nature of the act or was unable to give knowing consent; or
- With a victim who was under age 17 when the act was committed, or with a victim who was under age 18 when the act was committed and the accused was age 17 or more and held a position of trust, authority, or supervision in relation to the victim; or
- In which the accused delivered (by injection, inhalation, ingestion, transfer of possession, or any other means) to the victim without their consent, or by threat or deception, and for other than medical purposes, any controlled substance.

**"Sexual conduct"** means any intentional or knowing touching or fondling by the victim or the accused, either directly or through clothing, of the sex organs, anus, or breast of the victim or the accused, or any part of the body of a child under 13 years of age, or any transfer or transmission of semen by the accused upon any part of the clothed or unclothed body of the victim, for the purpose of sexual gratification or arousal of the victim or the accused.

**"Sexual harassment"** means any (i) unwelcome sexual advances or unwelcome conduct of a sexual nature;  (ii) requests for sexual favors or conduct of a sexual nature when (1) submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment;, or (2) submission to or rejection of such conduct by an individual is used as the basis for any employment decision affecting the individual;, or (3) such conduct has the purpose or effect of substantially interfering with an individual's work performance or creating an intimidating, hostile, or offensive working environment; or (iii) sexual misconduct, which means any behavior of a sexual nature which also involves coercion, abuse of authority, or misuse of an individual's employment position.  Sexual harassment is illegal in Chicago.

**"Sexual penetration"** means any contact, however slight, between the sex organ or anus of one person and an object, the sex organ, mouth or anus of another person, or any intrusion, however slight, of any part of the body of one person or of any animal or object into the sex organ or anus of another person, including but not limited to cunnilingus, fellatio, or anal penetration.

**"Stalking"** means a course of conduct (two or more acts) directed at a specific person that would cause a reasonable person to fear for their safety or the safety of a third person, or to suffer emotional distress. Stalking behavior includes, but is not limited to: following a person; appearing at a person's home, work, or school; making unwanted phone calls; sending unwanted emails or text messages; leaving objects for a person; vandalizing a person's property; injuring a person's pet; and monitoring or placing a person under surveillance.

"**Supportive Measures**" are non-disciplinary, non-punitive individualized services offered as appropriate, as reasonably available, and without fee or charge to a Complainant or Respondent in matters involving sexual misconduct. Such measures are designed to restore or preserve equal access to the University's education program or activity without unreasonably burdening the other party, including measures designed to protect the safety of all parties or the University's educational environment and deter sexual misconduct. Supportive Measures may include but are not limited to counseling, extensions of deadlines or other course-related adjustments, modifications of work or class schedules, campus escort services, mutual restrictions on contact between parties, changes in work or housing locations, adjustments to dining arrangements, leaves of absence, increased security or monitoring of certain areas of the campus, and honoring an order of protection or no-contact order entered by a State civil or criminal court. The University will maintain as confidential any supportive measures provided to the Complainant or Respondent, to the extent that maintaining such confidentiality would not impair the ability of the University to provide the Supportive Measures.

"**Victim**" means a person alleging to have been subjected to conduct prohibited by this policy and does not imply pre-judgment. The term "victim" is used interchangeably with the term "complainant" in this policy.

"**Willful deprivation**" is the purposeful denial of medication, medical care, shelter, food, or other assistance to a person who requires such things because of age, health or disability, thereby putting that person at risk of physical, mental, or emotional harm.

### V. Consent

#### What is Consent?

- Consent means voluntary, active and clear agreement, communicated by words or actions, to participate in specific sexual activity. Consensual sexual activity happens when each participant willingly chooses to participate. It is the responsibility of the person who wants to engage in a sexual activity to obtain the consent of the other person for that sexual activity. Consent may also be withdrawn or modified at any time by the use of clearly understandable words or actions.

- In cases where a victim asserts that sexual activity occurred without consent, the standard is whether a sober, reasonable person in the same circumstances as the accused should have known that the victim did not or could not consent to the sexual activity in question.

- The definition of consent does not vary based upon a person's sex, sexual orientation, gender identity, or gender expression.

- Consent is best obtained through direct communication about the decision to engage in specific sexual activity. Consent need not be verbal, but verbal communication is the most reliable and effective way to seek, assess, and obtain consent. Non-verbal communication often is ambiguous. For example, heavy breathing can be a sign of arousal, but it also can be a sign of distress. Talking with sexual partners about desires, intentions, boundaries and limits can be uncomfortable, but it serves as the best foundation for respectful, healthy, positive and safe intimate relationships.

#### What is not Consent?

- Consent cannot be obtained by threat of harm, coercion, intimidation, or by use or threat of force.

- The lack of explicit consent does not imply consent and likewise, the lack of verbal or physical resistance does not constitute consent. Thus, silence, passivity, submission, and/or the lack of resistance (including the absence of the word "no") do not—in and of themselves—constitute consent.

#### Incapacitation

Consent cannot be obtained from someone who is unable to understand the nature of the activity or give knowing consent due to circumstances. A person is mentally or physically incapacitated when that person lacks the ability to make or act on considered decisions to engage in sexual activity, *i.e.*, when a person's perception and/or judgment is so impaired that the person lacks the cognitive capacity to make or act on conscious decisions, including without limitation the following circumstances:

- The person is incapacitated due to the use or influence of alcohol or drugs, or due to a mental disability. Alcohol and drugs can impair judgment and decision-making capacity, including the ability to rationally consider the consequences of one's actions. The effects of alcohol and drug consumption often occur along a continuum. For example, alcohol intoxication can result in a broad range of effects, from relaxation and lowered inhibition to euphoria and memory impairment, and to disorientation and incapacitation. Incapacitation due to alcohol or drug use is a state beyond "mere" intoxication or even being drunk. Indicators of incapacitation may include inability to communicate, lack of control over physical movements, and/or lack of awareness of circumstances. An incapacitated person can also experience a blackout state during which they appear to give consent but does not have conscious awareness or the capacity to consent. Some medical conditions also can cause incapacitation.
- The person is asleep or unconscious.
- The person is under the legal age of consent. In Illinois, the legal age of consent is 17 but rises to 18 if the accused holds a position of trust, authority, or supervision in relation to the victim. This means that there can be no consent when one participant in the sexual activity is under the legal age of consent and any other participant is at or over the legal age of consent.

In sum, an act will be deemed non-consensual if a person engages in sexual activity with an individual who is incapacitated, and who the person knows or reasonably should know is incapacitated, or with an individual who is asleep, unconscious, or under the legal age of consent.

#### Other Important Points regarding Consent

- The existence of a romantic or sexual relationship does not, in and of itself, constitute consent.
- Consent on a prior occasion does not constitute consent on a subsequent occasion.
- Consent to one sexual act does not constitute consent to another sexual act.
- Consent to sexual activity with one person does not constitute consent to engage in sexual activity with another.
- Consent cannot be inferred from a person's manner of dress or other contextual factors, such as alcohol consumption, dancing, or agreement to go to a private location like a bedroom.
- Accepting a meal, a gift, or an invitation for a date does not imply or constitute consent.
- Silence, passivity, or lack of resistance alone or in combination does not constitute consent.

Incapacitation by the person initiating sexual activity does not in any way lessen their obligation to obtain consent.

### VI. Consensual Relationships

Trust is essential to sound relationships between individuals who work in collaborative research and learning environments. The development of a sexual and/or romantic relationship may, in some cases, create legitimate questions about impartiality, professional judgment, conflicts of interest, coercion, harassment, and the appearance of favoritism or advantage.

This Policy therefore prohibits sexual and/or romantic relationships between (a) an academic appointee (as defined below) and an undergraduate student; (b) an academic appointee and a graduate or professional school student, postdoctoral researcher, resident/fellow, staff employee, or volunteer over whom the academic appointee exercises academic, supervisory or managerial authority; (c) a staff supervisor/manager and any person over whom they have supervisory or managerial authority; and (d) a coach (paid or volunteer) of varsity or club sports and an undergraduate student.

609 - University of Chicago Policy on Harassment,Discrimination & Sexual Misconduct | The University of Chicago                                    5/10/24, 10:53 AM

Case: 1:25-cv-08098 Document #: 76 Filed: 10/21/25 Page 7 of 28 PageID #:1018

An "**academic appointee**" is a member of the University Faculties or an Other Academic Appointee as those terms are detailed in Statute 11 of the University Statutes.

"**Academic authority**" includes the following activities (whether on or off campus): teaching courses as an instructor of record; grading or otherwise evaluating student work; advising on formal projects such as a dissertation or other research; serving on a dissertation committee; participating in decisions regarding student funding or other resource allocation; providing clinical supervision; supervising offsite fieldwork; and making recommendations or otherwise influencing decisions regarding admissions, employment, or the award of grants, fellowships, or other forms of recognition.

In the interests of prudence and fostering a campus environment free of sexual harassment and discrimination, this Policy imposes the following requirements:

**Academic Appointees and others with Academic Authority**

*Individuals with Academic Authority – Undergraduate Students*

This Policy prohibits sexual and/or romantic relationships between academic appointees and undergraduates at the University.

This Policy also prohibits any staff, postdoctoral researcher or student (whether undergraduate, graduate or professional) from having a sexual and/or romantic relationship with an undergraduate student over whom they have academic authority.  For example, a graduate student serving as a lecturer may not have a sexual and/or romantic relationship with a student who is enrolled in that course during the duration of the course.

*Individuals with Academic Authority – Graduate or Professional School Students*

This Policy prohibits sexual and/or romantic relationships between academic appointees and any graduate or professional school student over whom they exercise academic authority.

This Policy does not prohibit sexual and/or romantic relationships between academic appointees and graduate or professional students over whom they <u>do not</u> have academic authority. If the academic appointee later seeks or is asked to take on a role or responsibility that would include academic authority over the student, the relationship must be disclosed and managed to prevent the creation of that academic authority, as described below in the section on reporting.

This Policy also prohibits any graduate or professional student, postdoctoral researcher, or staff employee with an academic teaching or academic supervisory role from having a sexual and/or romantic relationship with a graduate student whom they teach or supervise during the duration of the teaching or supervisory relationship (*e.g.*, a graduate student serving as a lecturer may not have a sexual and/or romantic relationship with a student who is enrolled in that course during the duration of the course).

*Academic Appointee – Postdoctoral Researchers*

This Policy prohibits sexual and/or romantic relationships between academic appointees and any postdoctoral researcher over whom they exercise authority, academic or otherwise.

*Academic Appointee – Staff Employees/Volunteers*

This Policy prohibits sexual and/or romantic relationships between academic appointees and any staff employee or volunteer over whom they have supervisory or managerial authority.

*Academic Appointee/Attending Physician – Resident Physician/Fellow*

This Policy prohibits sexual or romantic relationships between academic appointees who are attending physicians and residents/fellows over whom they exercise academic, supervisory or managerial authority, or otherwise oversee the resident/fellow's work.

**Staff Supervisors/Managers – Subordinate Employees/Volunteers**

This Policy prohibits staff employees in supervisory and management roles from having sexual and/or romantic relationships with persons over whom they have supervisory or managerial authority.

**Coaches – Undergraduates**

This Policy prohibits coaches (paid and volunteer) of varsity teams and sport clubs from having sexual and/or romantic relationships with undergraduate students.

**Disclosure, Reporting and Non-Retaliation**

For the purposes of this Policy, a "disclosure" means written notification to, and meeting with, the Title IX Coordinator.

There can be sexual and/or romantic relationships between individuals in positions of unequal authority that are not prohibited by this Policy. These types of relationships include, but are not limited to:  academic appointee and graduate or professional student over whom the academic appointee does not currently exercise academic authority (as discussed above); senior faculty member-junior faculty member; faculty member-other academic appointee; and attending physician-resident/fellow over whom they do not currently exercise academic, supervisory or managerial authority, or otherwise oversee the resident/fellow's work.

In all instances, as soon as the person in a position of greater overall institutional authority learns that they will be taking on a role that will include academic authority over the other individual, they must promptly disclose the existence of the relationship to the Title IX Coordinator. The Title IX Coordinator for the University will then notify and confer with the relevant department chair, dean and/or supervisor, only if necessary and as appropriate, to develop a management plan.

A management plan is a written document that sets forth expectations and establishes rules that separate the professional relationship from the intimate relationship.  Management plans are inherently flexible and can be modified at any time to account for and mitigate any changes in the professional relationship. For example, if a faculty member assumes a new administrative responsibility that would include a new type of authority over the other individual, the management plan should be reviewed and updated as needed.

Further, it can be the case that third-party witnesses to a prohibited relationship or suspected prohibited relationship want the relevant department chair, dean and/or supervisor to address the matter but remain silent out of fear of reprisal. Such individuals are encouraged to come forward to the Title IX Coordinator for the University. All complaints and concerns will be treated as confidentially as is feasible and will be addressed by the Title IX Coordinator for the University in partnership, as appropriate, with the chair, dean and/or supervisor. Retaliation against anybody who makes a complaint or raises a concern about a possible policy violation is prohibited.

**Violations**

Violations of this Policy may result in discipline, which can include, but is not limited to, written warnings, loss of privileges, mandatory training or counseling, probation, suspension, demotion, expulsion, and termination of employment (including revocation of tenure). Disciplinary actions will be enforced at the appropriate administrative level.

**Privacy and Confidentiality**

Information reported to the Title IX Coordinator will be treated as private and confidential in accordance with University Policy 609-Treatment of Confidential Information. The Title IX Coordinator will only share information with those individuals at the University who have a need to know (as described above, i.e.-Deans, Department Chairs).

**Related policies include**:

**https://humanresources.uchicago.edu/fpg/policies/200/p206.shtml**

**https://provost.uchicago.edu/handbook/clause/nepotism-policy-faculty-and-other-academic-appointees**

**http://humanresources.uchicago.edu/fpg/policies/600/p601.shtml**

## VII. Reporting Options

**Individuals with Reporting Responsibilities**

As noted above, some University employees (referred to as "Individuals with Reporting Responsibilities") must promptly notify the Title IX Coordinator for the University all known details related to a possible incident of sexual misconduct (including sexual harassment), dating violence, domestic violence, and stalking that is reported to them directly, indirectly, or through a third party, or that they may have observed. Individuals with Reporting Responsibilities must report such information regardless of where the incident occurred. Individuals with Reporting Responsibilities include (among others) faculty and instructors, RAs, Resident Heads, Resident Masters, TAs, preceptors, UCPD staff, and other university employees.

Please note that reporting an incident to the Title IX Coordinator for the University (or their designees) is private, and it does not mean the person who experienced sexual misconduct, dating violence, domestic violence, or stalking somehow loses control of the process. To the contrary, the Title IX Coordinators are here to advise members of our community on their options regarding remaining anonymous, confidentiality, the University's process for investigating complaints of sexual misconduct, dating violence, domestic violence, and stalking, and the University's disciplinary process. Indeed, in some cases, individuals choose not to move forward with the investigation process, but still request support services. When the University receives a report that someone in our community experienced sexual misconduct, dating violence, domestic violence, or stalking, the University will provide that person with a written summary of their rights and options, including information on contacting local law enforcement and community-based resources.

While only Individuals with Reporting Responsibilities are required to report all incidents of sexual misconduct (including sexual harassment), dating violence, and stalking to the Title IX Coordinator for the University, all other members of our community (including students) are encouraged to report such incidents to the Title IX Coordinator or their designees.

### *Associate Provost for Equal Opportunity Programs and Title IX Coordinator for the University*

The University official responsible for coordinating compliance with the University's **Policy on Harassment, Discrimination, and Sexual Misconduct** is Bridget Collier, Associate Provost for Equal Opportunity Programs. Ms. Collier also serves as the University's Title IX Coordinator for the University, Affirmative Action Officer, and Section 504/ADA Coordinator. You may contact Ms. Collier by emailing **bcollier@uchicago.edu,** by calling **773-834-6367,** or by writing to Bridget Collier, Office of the Provost, The University of Chicago, 5525 S. Ellis Ave., Suite B, Chicago, IL 60637.

You may contact the Associate Provost for Equal Opportunity Programs or her designee to report any complaints of discrimination, unlawful harassment, and sexual misconduct. The Associate Provost for Equal Opportunity Programs or her designee can also assist you in the following ways:

- If you are unsure of where to turn for help.
- If you have questions regarding this Policy or the **University's Policy on Title IX Sexual Harassment**.
- If you have questions regarding Title IX of the Education Amendments of 1972 or the Department of Education's regulations implementing Title IX.
- If you are seeking information regarding or the implementation of Supportive Measures and accommodations related to a sexual misconduct matter.
- If you have a complaint or question regarding postdoctoral researchers, staff, faculty members, or other academic appointees engaging in harassment, discrimination, sexual misconduct, dating violence, domestic violence, stalking, or retaliation.
- If you need information regarding campus accessibility and accommodations for individuals with disabilities.

Please see **http://equalopportunityprograms.uchicago.edu** for additional information.

**Designees of the Associate Provost for Equal Opportunity Programs**

### *Director, Office for Access and Equity and Deputy Title IX Coordinator*

Elizabeth Honig, who serves as the Director of the Office of Access and Equity and Deputy Title IX Coordinator, and as a designee for the Associate Provost for Equal Opportunity Programs, is also available to assist the community on all matters related to this Policy, the Policy on Title IX Sexual Harassment, and Section 504/ADA. You may contact Ms. Honig by emailing **ehonig@uchicago.edu**, by calling **773-702-4913**, or by writing to Elizabeth Honig, Office of the Provost, The University of Chicago, 5525 S. Ellis Ave., Suite B, Chicago, IL 60637.

### *Associate Director, Office for Access and Equity and Lead Investigator*

Jackie Hennard, who serves as the Associate Director of the Office for Access and Equity and Lead Investigator, and as a designee for the Associate Provost for Equal Opportunity Programs, is also available to assist the community on all matters related to this Policy, the Policy on Title IX Sexual Harassment, and Section 504/ADA. You may contact Ms. Hennard by emailing **jacquelineh1@uchicago.edu**, by calling **773-702-1032**, or by writing to Jackie Hennard, Office of the Provost, The University of Chicago, 5525 S. Ellis Ave., Suite B, Chicago, IL 60637.

### *Director, Office for Affirmative Action and Deputy Title IX Coordinator*

Scott Velasquez, who serves as the Director of the Office for Affirmative Action and Deputy Title IX Coordinator, and as a designee for the Associate Provost for Equal Opportunity Programs, is also available to assist the community on matters related to this Policy, the Policy on Title IX Sexual Harassment, and Affirmative Action. You may contact Mr. Velasquez by emailing **svelasquez@uchicago.edu**, by calling **773-702-7994**, or by writing to Scott Velasquez, Office of the Provost, The University of Chicago, 5525 S. Ellis Ave., Suite B, Chicago, IL

609 - University of Chicago Policy on Harassment, Discrimination & Sexual Misconduct | The University of Chicago        5/10/24, 10:53 AM

Case: 1:25-cv-08098 Document #: 76 Filed: 10/21/25 Page 9 of 28 PageID #:1020

60637.

***Director, Office for Sexual Misconduct Prevention and Support, Deputy Title IX Coordinator for Students***

Renae DeSautel is the Director of the Office for Sexual Misconduct Prevention and Support, and Deputy Title IX Coordinator for Students, and as a designee for the Associate Provost for Equal Opportunity Programs, is available to assist the student community on supportive measures and matters related to this Policy and the Policy on Title IX Sexual Harassment.  You may contact Ms. DeSautel by emailing **desautel@uchicago.edu,** by calling **773-702-0438**, or by writing to Renae DeSautel, Office of the Provost, The University of Chicago, 5525 S. Ellis Ave., Suite B, Chicago, IL 60637.

***Associate Director, Office for Sexual Misconduct Prevention and Support, Deputy Title IX Coordinator for Students***

Robin Berman is the Associate Director of the Office for Sexual Misconduct Prevention and Support, and Deputy Title IX Coordinator for Students, and as a designee for the Associate Provost for Equal Opportunity Programs, is available to assist the student community on supportive measures and matters related to this Policy and the Policy on Title IX Sexual Harassment.  You may contact Ms. Berman by emailing **robinberman@uchicago.edu,** by calling **773-702-8251**, or by writing to Robin Berman, Office of the Provost, The University of Chicago, 5525 S. Ellis Ave., Suite B, Chicago, IL 60637.

***Associate Dean of Students in the University for Disciplinary Affairs***

Jeremy Inabinet, who serves as the Associate Dean of Students in the University for Disciplinary Affairs, and as a designee for the Associate Provost for Equal Opportunity Programs, is available to assist the student community on matters related to this Policy and the Policy on Title IX Sexual Harassment. You may contact Mr. Inabinet by emailing **inabinet@uchicago.edu,** by calling **773-702-7994**, or by writing to Jeremy Inabinet,  The University of Chicago, 5711 Woodlawn Avenue, Chicago, IL 60637.

***Assistant Dean of Students in the University for Disciplinary Affairs***

Melissa Vergara, who serves as the Assistant Dean of Students in the University for Disciplinary Affairs, and as a designee for the Associate Provost for Equal Opportunity Programs, is available to assist the student community on matters related to this Policy and the Policy on Title IX Sexual Harassment. You may contact Ms. Vergara by emailing **mbmvergara@uchicago.edu,** by calling **773-702-2610**, or by writing to Melissa Vergara, The University of Chicago, 5711 Woodlawn Avenue, Chicago, IL 60637.

***Executive Director of Employee and Labor Relations***

Brett Leibsker, who serves as the Executive Director of Employee and Labor Relations, and as a designee for the Associate Provost for Equal Opportunity Programs, is available to assist the staff community on matters related to this Policy and the Policy on Title IX Sexual Harassment. You may contact Mr. Leibsker by emailing **bleibsker@uchicago.edu,** by calling **773-834-2657,** or by writing to Brett Leibsker, The University of Chicago, 6054 South Drexel Avenue, Chicago, IL 60637.

***Electronic Reporting; Anonymous Reporting***

Any person may report a potential violation of this Policy by filling out the electronic form available at: **https://cm.maxient.com/reportingform.php?UnivofChicago&layout_id=6.** Such a report will be anonymous if filed without disclosing one's name or contact information.

***University of Chicago Police Department (UCPD)***

*773-702-8181 or 1-2-3 from a campus phone (24-hours); or in-person at 6054 South Drexel Ave.*

Responsibilities of the UCPD when receiving a report of sexual assault, dating violence, domestic violence, or stalking include:

- Attending to the immediate needs of the victim, including personal safety and prompt medical care.
- When appropriate, broadcasting a description of the offender.
- Notifying the Title IX Coordinator for the University.
- Notifying the Sexual Assault Dean-on-Call if the victim is a student.
- Providing victims with information concerning the importance of preserving evidence, and the rights of victims and the University's responsibilities regarding orders of protection, no- contact orders, and other similar court orders.

***Third-Party/Bystander Reporting***

Any person may report a potential violation of this Policy through any of the means listed above.

**Confidential Reporting**

**Students** may confidentially report a violation of this Policy to:

- Sexual Assault Dean-on-Call (SADoC) by calling 773-834-HELP.
- Confidential Advisor by calling Student Counseling Service at 773-702-9800 and asking for an appointment with the Confidential Advisor.
- Student Counseling Service by calling 773-702-9800.
- Ordained Religious Advisors by calling 773-834-1885 or emailing **spirit@uchicago.edu.**

**Employees** may confidentially report a violation of this Policy to the **Employee Assistance Program (Perspectives) 24-hours: 800-456-6327**

Counseling services are provided to staff, faculty, other academic appointees, and postdoctoral researchers affected directly and indirectly by sexual misconduct, domestic violence, dating violence, and stalking. **http://www.perspectivesltd.com/.**

Confidential resources such as the Sexual Assault Dean-on-Call, Confidential Advisor, Student Counseling Service, Ordained Religious Advisors, and Employee Assistant Program Counselors, do not have an obligation to report sexual misconduct, dating violence, domestic violence, and stalking to the Title IX Coordinator and will not do so without the explicit consent of the complaining party. For more information about and a complete list of Confidential Resources, *see* Appendix I (Support Services and Resources for Those Who Have Experienced Sexual Assault) or **https://equalopportunityprograms.uchicago.edu/title-ix/confidential-resources/**.

**VIII. Institutional Obligation to Respond**

If a known complainant discloses an incident or incidents of sexual misconduct to the University but asks to remain anonymous during the investigation and/or asks that the University refrain from investigating, the Title IX Coordinator for the University will consider how to proceed.  The Title IX Coordinator will take into account the complainant's wishes, and factors

Case: 1:25-cv-08098 Document #: 76 Filed: 10/21/25 Page 10 of 28 PageID #:1021

including, but not limited, to the following: (a) was a weapon involved in the incident, (b) were multiple assailants involved in the incident, (c) is the accused a repeat offender, (d) does the incident create a risk of occurring again, (e) the results of the individualized safety and risk analysis, (f) the University's obligation to provide a safe and non-discriminatory environment, and (g) the respondent's right to have specific notice of the allegations and an opportunity to be heard if the University were to take action that affects them. In such circumstances, the Title IX Coordinator may arrange for limited fact-finding to better understand the context of the complaint and explore viable options for addressing safety concerns, and any options for investigation, adjudication, and remediation.

Because sexual misconduct may constitute a serious crime that threatens the community as a whole, in some instances the University may be obliged to address allegations through internal resolution procedures without the cooperation of the individual making the allegation. In such instances, the Title IX Coordinator may file a complaint and initiate investigation and resolution procedures.  In such instances, the University will respect the parties' privacy to the extent possible consistent with its legal obligations and will inform the victim of its obligation to address a community safety issue. All publicly available recordkeeping, including Clery Act reporting and public disclosures, will not contain personally identifying information about the victim.

## IX.  Conflicts of Interest

All Policy Personnel who have responsibilities under this Policy must be free of any conflict of interest or bias for or against the complainant or respondent, or for complainants or respondents generally.

The complainant and respondent will be notified of the identities of those involved in the investigation and resolution procedures, before those individuals initiate contact with either party, and may report a potential conflict of interest or bias relating to any Policy Personnel to the Title IX Coordinator, along with a written statement detailing the nature of the conflict or bias.

The Title IX Coordinator will review the particular facts of the situation and use an objective,  common sense approach to evaluate whether a particular person serving in a role under this Policy is conflicted or biased (*i.e.*, whether a reasonable person would believe a material conflict or bias exists). An example of a conflict of interest could be the identification of a personal or social relationship between a person serving in a role under this Policy and one of the parties, which may have a real or perceived effect on the judgement of the Policy Personnel.

The Title IX Coordinator will exercise caution not to apply generalizations that might unreasonably conclude that bias exists, for example, assuming that all self-professed feminists or self-described survivors are biased against men, or that a man is incapable of being sensitive to women.  Past experience, including prior work as a victim advocate or as a defense attorney, does not in and of itself constitute a conflict of interest. The training required under this Policy is intended to provide personnel with the tools needed to serve impartially and without bias.

Based on the review described above, the Title IX Coordinator may remove Policy Personnel from their roles, and another trained University official or external subject matter expert will be assigned to investigate and/or resolve the case.  Both parties will be notified in writing in the event of a removal or change in Personnel.

## X. Emergency Removals or Leaves of Absence

The University may remove a respondent from an education program or activity on an emergency basis while an investigation is pending. The University will only remove a respondent on an emergency basis if, after making an individualized safety and risk analysis, it determines that an immediate threat to the physical health or safety of any student or other individual arising from the allegations justifies removal. The University also may place a non-student employee that is a respondent on paid administrative leave during the pendency of a resolution process. The University will provide the respondent with notice and an opportunity to request a review of the decision immediately following the removal.  Requests for review may be submitted in writing to Ingrid Gould, Associate Provost for Faculty Affairs, **igould@uchicago.edu**.

Such emergency removals/leaves of absence must comply with any other relevant laws, policies, administrative procedures, and agreements governing removals of students and/or employees from the University's education program or activity.

## XI. Confidentiality

The University must protect privacy and confidentiality to fulfill its commitment to address complaints of harassment, discrimination, and sexual misconduct fairly and expeditiously. The University will keep confidential, from persons outside of the investigation process, the identity of any individual who has made a report or complaint under this Policy, including any person who has filed a complaint; any respondent(s) involved in a complaint; and any witnesses.

While the University will keep matters confidential to the extent possible, the University may have to disclose information related to the matter, such as in the following situations:

(1) to those to whom it is necessary to give fair notice of the allegations and to conduct the investigation;

(2) to law enforcement consistent with state and federal law;

(3) to other University officials as necessary for coordinating Supportive Measures or for health, welfare, and safety reasons;

(4) to government agencies that review the University's compliance with federal law; and

(5) to third parties as permitted or compelled by law (*e.g.*, in response to a lawful subpoena or in compliance with federal privacy law).

The University will not restrict the ability of either party to discuss the allegations of a under investigation.  A party may discuss the allegations under investigation and/or gather and present evidence. Retaliation of any kind, however, is prohibited under the Policy.

## XII. Leniency for Other Policy Violations

To encourage reports of sexual misconduct, the University normally will offer leniency to a student who reports an alleged violation of this Policy in good faith with respect to other student conduct violations that come to light as a result of such reports. For example, the University ordinarily will not pursue disciplinary charges related to underage drinking by the reporting person if that policy violation comes to light as the result of a sexual assault complaint. The University will not discipline a reporting student for such conduct violations unless the University determines that the violation was egregious, including without limitation an action that places the health or safety of any other person at risk.

## XIII. Non-Retaliation

The University prohibits retaliation against any person who exercises any rights or responsibilities under this policy. Any act of retaliation may be a separate violation of this Policy.

Retaliation for reporting sexual harassment is illegal in Chicago.

## XIV. Response to a Report or Complaint

The University's procedures for responding to incidents depends on the nature of the incident, the relationship of the respondent to the institution, and, to the extent possible, the wishes of the person bringing forward the complaint. If the Title IX Coordinator receives a report or complaint and, following a preliminary assessment of the initial report or complaint, determines the conduct reported could fall within the scope of this Policy, the Title IX Coordinator or their designee will promptly contact the complainant to discuss the availability of Supportive Measures and to explain to the complainant the process for filing a complaint. If applicable, the Title IX Coordinator or their designee will provide information regarding the importance of preserving physical evidence and the availability of a medical forensic examination at no charge to the victim.

The Title IX Coordinator or their designee will explain that a report may be resolved by: 1) the imposition of Supportive Measures only; 2) the filing of a complaint using Administrative Resolution or Resolution by a Hearing Body; 3) the filing of a complaint by the Title IX Coordinator (as discussed under the Institutional Obligation to Respond section below); or, 4) Informal Resolution that involves voluntary participation and agreement by both parties. In all cases, the University is committed to providing a prompt, fair, impartial, and thorough investigation and resolution that is consistent with the University's policies and is transparent to the complainant and the respondent. Such an investigation may occur alongside an independent law enforcement investigation. Third parties found to have violated the Policy may be banned from campus and/or otherwise restricted from attending or participating in University activities and programs.

Upon receipt of a report or complaint of sexual misconduct where there is a known respondent, the Title IX Coordinator or their designee will conduct an individualized safety and risk analysis and determine if there is an immediate threat to the physical health or safety of any student or other individual arising from the allegations of sexual misconduct.

The Title IX Coordinator or their designee will provide the complainant and respondent with a written document (separate from this Policy) listing the available rights, options, and resources under this Policy, in plain, concise language.

As explained above, although the procedures for investigating an alleged violation of this policy depend upon the status of the accused individual, such investigations will generally include: (1) assisting and interviewing the complainant (and the alleged victim, if that person is not the complainant); (2) identifying and locating witnesses; (3) contacting and interviewing the respondent; (4) if applicable, contacting and cooperating with law enforcement; and (5) providing information, including information regarding the importance of preserving physical evidence of the alleged sexual violence and the availability of a medical forensic examination at no charge to the victim.

*Investigation Timeframe*

In most cases, the University's investigation and resolution process will be complete within 60-90 days of receiving a complaint. The University, in its discretion, may extend its investigation for good cause. If the timeframe for the investigation is extended, the University will provide written notice to the complainant and the respondent of the extension and the reason for the extension.

*Resolution of Complaints of Sexual Assault, Dating Violence, Domestic Violence, or Stalking*

Anyone may choose to bring forward a complaint within the University instead of, or in addition to, seeking redress outside the institution in the legal system. Someone with a complaint of sexual assault, domestic violence, dating violence or stalking may also opt to pursue their complaint via the legal system without engaging the University's disciplinary process, although, in the interest of community safety, the University may be obliged to address an alleged sexual assault through internal disciplinary procedures as discussed in Section VII.

*Sexual History and Privileged Information*

The complainant's and/or respondent's sexual history with others will generally not be sought or used in determining whether sexual assault has occurred. However, in certain circumstances the sexual history between the parties may have limited relevance to explain context. Specifically, questions and evidence about the complainant's sexual predisposition or prior sexual behavior may be relevant if the evidence is offered to prove that someone other than the respondent committed the reported conduct, or it addresses the complainant's prior sexual behavior with respect to the respondent and is offered to prove Consent. Additionally, under limited circumstances necessary to understand the context, sexual history between the parties may be relevant to explain an injury, to provide proof of a pattern, or to address an allegation within a resolution process.

The complainant's and/or respondent's medical and counseling records, such as by a physician, psychiatrist, psychologist, or other recognized professional or paraprofessional acting in the professional's or paraprofessional's capacity, or information protected under a legally recognized privilege, will generally not be sought or used unless the Investigator obtains that party's voluntary, written consent that the privilege has been waived.

*Advisor of Choice in matters involving Sexual Misconduct*

In matters involving allegations of sexual misconduct, the complainant and the respondent have the opportunity to have others present during any resolution proceeding, including the opportunity to be accompanied to any related meeting or proceeding by the advisor of their choice, who may be, but is not required to be, an attorney. The University will not limit the choice or presence of an advisor in any meeting or resolution proceeding, however the University may establish expectations of advisors related to their participation in proceedings, which will apply *equally to both parties.*

The advisor does not function as an advocate or participate directly in any way during the proceeding. If the support person is a lawyer, a representative of the University's Office of Legal Counsel also will attend the hearing. Regardless of whether a complainant, respondent or witness is represented by counsel, at all times they are expected to speak for themselves, directly communicate with the University personnel involved in the investigatory and resolution processes, and submit their own written statements

## XV.  Administrative Resolution of Complaints

*Administrative Resolution of Complaints Where a Student is the Respondent*

If the person accused of a violation of this Policy is a student, an administrative complaint shall be made using the administrative resolution procedures for student discipline described in the **Student Manual**. The complaint should be addressed to the Associate Dean of Students in the University for Disciplinary Affairs.

*Administrative Resolution of Complaints Where an Academic Appointee or Postdoctoral Researcher is the Respondent*

If the person accused of a violation of this Policy is an academic appointee or postdoctoral researcher, an administrative complaint shall be made using the administrative procedures described in the **Faculty Handbook** or the **Postdoctoral Researcher Policy Manual**, respectively.

*Resolution of Complaints Where a Staff Member is the Respondent*

If the person accused of a violation of this Policy is a staff employee, Human Resources or their designee will normally conduct the investigation in partnership with the Associate Provost for Equal Opportunity Programs or their designee. Both parties will be simultaneously informed of the outcome of the investigation. When a policy violation is found, a report of the complaint, including any disciplinary action, is placed in the respondent's official file.

## XVI.  Resolution of Complaints by the Hearing Bodies

*Resolution of Complaints Through the University-Wide Disciplinary Process Where a Student is the Respondent*

If the person accused of a violation of this Policy is a student, a complaint resolved through the University-Wide Disciplinary Process shall be made using the procedures for student discipline described in the **Student Manual**. The Student Manual describes sanctions that may be imposed upon a student found responsible for a violation of this Policy.

*Resolution of Complaints Through the University-wide Disciplinary Committee Where an Academic Appointee or Postdoctoral Researcher is the Respondent*

If the person accused of a violation of this Policy is an academic appointee or postdoctoral researcher, a complaint resolved by the University-wide Disciplinary Committee shall be made using the hearing procedures described in the **Faculty Handbook** or the **Postdoctoral Researcher Policy Manual**, respectively.

*Access to Information*

The complainant, the respondent, and appropriate University officials will receive timely and equal access to information that will be used during a Resolution by a Hearing Body. As described in the procedures, the complainant and respondent are simultaneously informed, in writing, of the result of a hearing, and the procedures for seeking review of the result and when the result becomes final. This notification will include the determination of whether a violation occurred, any sanction, and the rationale for the result and sanction. If the complainant or respondent seeks review of the result, both will be simultaneously informed in writing of any change to the outcome.

## XVII. Informal Resolution

The Informal Resolution process is a voluntary process that is separate and distinct from the University's formal investigation and resolution processes under this Policy.

*Informal Resolution of Complaints under the Policy on Title IX Sexual Harassment or complaints under this Policy of sexual assault, sexual abuse, dating violence, domestic violence or stalking.*

Informal Resolution of complaints alleging sexual assault, sexual abuse, dating violence, domestic violence or stalking will be made using the procedures described in the Student Manual. Informal Resolution of these complaints are limited to matters involving students and will not be permitted if the respondent is a non-student employee.

*Informal Resolution of complaints of discrimination or harassment under this Policy.*

Informal Resolution of complaints of discrimination or harassment under this Policy may also be available if the Associate Provost for Equal Opportunity Programs determines that informal resolution is appropriate. For more information, see EOP's resolution **options**.

## XVIII. Required Training for Policy Personnel

All Policy Personnel will participate in 8 hours of training annually training on issues related to this Policy, including sexual violence, domestic violence, dating violence, and stalking, in addition to annual survivor-centered and trauma-informed response training.  Depending on the individual's role, the training may include some or all of the following subject matters: the definition of harassment, discrimination, and sexual misconduct, how to conduct a complaint resolution process, how to conduct a request for review, how to facilitate an Informal Resolution process, and as applicable, how to serve impartially, including by avoiding prejudgment of the facts at issue, conflicts of interest, and bias.

Any person serving as an investigator or on a hearing body will receive training on the issues of relevance of questions and evidence, including about when questions and evidence about the complainant's sexual predisposition or prior sexual behavior are not relevant.

Any person serving as an Investigator will receive training on issues of relevance to create an investigative report that fairly summarizes relevant evidence.

Any materials used to train Policy Personnel must not rely on stereotypes and must promote impartial investigations and adjudications of complaints.

## XIX. Time Limits

There is no time limit for filing a complaint of sexual misconduct, dating violence, domestic violence, or stalking. However, complainants should report as soon as possible to maximize the University's ability to respond promptly and effectively. Delayed reporting often results in the loss of relevant evidence, and/or in faded and unreliable memories; it also impairs the University's ability to summon witnesses, assess evidence, and, if appropriate, adjudicate claims and impose sanctions and other remedies. Furthermore, if the respondent is no longer affiliated with the University at the time of the complaint, it is likely that the University will be unable to summon the respondent or take disciplinary action against him or her, although the University will take reasonable steps to understand the facts, assess whether the respondent poses a present or ongoing risk of safety to the University community, and take any measures necessary to mitigate safety risk.

## XX. Bad Faith Complaints and False Information

It is a violation of this Policy for any person to submit a report or complaint that the person knows, at the time the report or complaint is submitted, to be false or frivolous.  It is also a violation of this Policy for any person to knowingly make a materially false statement during the course of an investigation, hearing, or request for review under this Policy. Violations of this Section are not subject to the investigation and hearing processes under this Policy; instead, they will be addressed under the **Student Manual** in the case of students and other University policies and standards, as applicable, for faculty, other academic appointees, postdoctoral researchers, or staff, or other participants in University education programs and activities.

## XXI. Training and Prevention Education Programs

The University provides numerous education programs and awareness campaigns to prevent and promote awareness of sexual harassment, sexual assault, sexual abuse, domestic violence, dating violence, and stalking. In addition to covering the information addressed in this Policy, these programs will, among other things, provide information regarding options for bystander intervention and information on risk reduction strategies. Descriptions of these prevention and education programs can be found in the University's annual security report titled

Case: 1:25-cv-08098 Document #: 76 Filed: 10/21/25 Page 13 of 28 PageID #:1024

609 - University of Chicago Policy On Harassment, Discrimination & Sexual Misconduct | The University of Chicago    5/10/24, 10:53 AM

*Annual Security and Fire Safety Report*.

**Appendix**

**I.    Support Services and Resources**

The needs of someone who has experienced sexual assault, sexual abuse, domestic violence, dating violence, or stalking, vary from person to person and may vary over time. The University offers a diverse array of services and external resources, many of which may be accessed 24 hours a day, so that a person may choose whatever would be most helpful and healing. Written information regarding these services and resources will be provided to individuals who report being victims of sexual assault, sexual abuse, domestic violence, dating violence, or stalking. Exercising reasoned discretion, the University will provide Supportive Measures and accommodations. Any Supportive Measures or accommodations will be confidential so long as confidentiality will not impair the University's ability to provide the Supportive Measures or accommodations.

The University urges anyone who has experienced sexual assault, domestic violence, dating violence, or stalking to seek support as soon as possible to minimize and treat physical harm, assist with processing the unique and complex emotional aftermath, and help preserve and understand options for pressing charges. Individuals have many options with regard to reporting sexual assault, domestic violence, dating violence, and stalking, including reporting to the University of Chicago Police Department, the Chicago Police Department, and to various campus authorities. Additionally, victims have recourse through the civil and criminal court systems, by being able to seek orders of protection, no-contact orders, and other similar court orders. As feasible, the University will honor an order of protection or no-contact order entered by a State civil or criminal court so long as it has been notified of the order and its terms. Victims also have the option to decline to notify such authorities.

Even for someone who does not wish to report the event to the police or pursue disciplinary action, seeking medical attention as soon as possible is important. This may assist with preserving evidence, which may be necessary to the proof of criminal sexual assault, domestic violence, dating violence, or stalking, or to obtain an order of protection.

**Medical Facilities**

**Hyde Park**

*University of Chicago Medicine Adult Emergency Room: Medical and Counseling Services: 773-702-6250, 5656 S. Maryland Ave., Chicago (24-hours)*

The **University of Chicago Emergency Room** is the nearest medical facility to the Hyde Park campus and follows specific policies and procedures, approved by the State, in treating an individual who has been sexually assaulted. The State will pay for emergency room care for victims who have been sexually assaulted and do not have health insurance; if a victim provides health insurance information to the emergency room, the emergency room will bill the insurance company and the policy holder will be notified as usual.

- The victim is placed in a private room.
- Medical care is given as soon as possible.
- A Sexual Assault Survivor Advocate or a Sexual Assault Dean-on-Call (for a student) may be called based on a victim's preferences.
- By law, city police are notified, and the victim may choose to file a report.
- The victim may have a medical forensic examination completed at no cost, pursuant to the Sexual Assault Survivors Emergency Treatment Act.

**Gleacher Center**

**Northwestern Memorial Hospital Emergency Department** is the medical facility offering sexual assault evidence collection and treatment nearest to the Gleacher Center.

251 E. Huron St., Chicago (24-hours) Telephone: 312-926-2000

**Other Campuses**

Medical providers near each of the University of Chicago's other campuses are listed below. However, please note that outside the state of Illinois, hospitals are not subject to the Illinois law requiring the provision of certain services to sexual assault survivors free of cost.

**Beijing**

**Haidian Hospital**:  29th Zhongguancun Dajie, Haidian District, Beijing,

Telephone: 62583042/62583093

**Beijing United Family Hospital**

Beijing United Family Hospital is farther from campus than Haidan Hospital, but offers English- speaking staff.  #2 Jiangtai Road, Chaoyang District, Beijing, China, 100015

Telephone: 400 891 9191

**Delhi** (All public or private medical hospitals in Delhi are required by law to provide free medical assistance to victims of sexual assault.)

**Primus Super Specialty Hospital**

2, Chandragupt Marg, Chanakyapuri, New Delhi 110 021, India

Telephone: (011) 66206620/30/40

**Hong Kong**

**Queen Mary Hospital**

102 Pok Fu Lam Road, Hong Kong Emergency Room (24 hours): +852-2255-3838 Private Clinic (limited hours): +852-2255-3001

### London

### The Havens

The Havens are self-contained centers located near London hospitals which are dedicated to providing assistance to victims of sexual assault. Among other things, the Havens offer forensic medical examinations, first aid, advice, emergency contraception, medical aftercare, and specialist support (e.g., counseling, psychology, and advocacy).

The Havens locations are: Camberwell Haven, near to King's College Hospital (south); Whitechapel Haven, near to Royal London Hospital (east); and Paddington Haven, near to St Mary's Hospital (west). Before visiting any of the Havens, you must first call 020-3299-6900 (available 24/7) to make an appointment.

### Marine Biological Laboratory (Woods Hole, Massachusetts)

### Falmouth Hospital

100 Ter Heun Drive, Falmouth, MA 02540

Telephone: 508-548-5300

### Paris

### Hopital Saint Joseph

85 Rue Raymond Losserand, 75014 Paris

Telephone: 01 44 12 33 33

Please note that hospitals in France will not conduct a medical forensic examination without a police order. Local law enforcement nearest to the Paris campus is: Commissariat du 13ème arrondissement de Paris, 144 boulevard de l'Hôpital, 75013 Paris.

### Singapore

### Raffles Hospital

585 North Bridge Road Singapore 188770

Telephone: (65) 6311 1555 (emergency); (65) 6311 1111 (24/hr hotline for appointments)

### Law Enforcement

***University of Chicago Police Department: 773-702-8181 or 1-2-3 from a campus phone (24- hours)***

The University of Chicago Police Department (UCPD) urges anyone who has been sexually assaulted to call immediately in order to strengthen the likelihood of successful prosecution. A UCPD officer can be summoned by calling 773.702.8181, pressing the red button on any of the emergency phones located throughout the community, or coming directly to the UCPD office at 6054 South Drexel Ave. Responsibilities of the UCPD when receiving a report of sexual assault, dating violence, domestic violence, or stalking are described in Section IV of this Policy.

The UCPD recommends the prompt reporting of sexual assault, domestic violence, dating violence, and stalking. Nevertheless, individuals should not be reluctant to file a report at a later date. Reporting an incident does not obligate a person to press charges.

***Chicago Police Department: 911 (24-hours) or 9-911 from a campus phone***

Anyone preferring not to report a matter to the University of Chicago Police Department may contact the Chicago Police Department.

***Religious Organizations***

A variety of groups offer pastoral care and a community of faith to address individual needs. For more information, visit **http://spirit.uchicago.edu/**

***Office of International Affairs: 773-702-7752; international-affairs@uchicago.edu***

The Office of International Affairs can provide information and assistance regarding visas and immigration. For more information, visit **https://internationalaffairs.uchicago.edu/**.

### Resources Especially for Students

***Sexual Assault Dean-on-Call: 773-702-8181, via University Police (24-hours) or 773-834- HELP (4357), a direct paging system.***

At any time, students may contact a **Sexual Assault Dean-on-Call**, who is trained to respond to sexual assault, domestic violence, dating violence, and stalking emergencies. A student may contact this Dean-on-Call even before deciding whether to report the sexual assault, domestic violence, dating violence, or stalking to the police. The Sexual Assault Dean-on-Call is available to answer any general or personal questions related to sexual assault, domestic violence, dating violence, and stalking, and can help with:

- Finding emotional support

- Getting medical care
- Reporting the crime to the police
- Preserving evidence, and pressing charges
- Obtaining information regarding the rights of victims and the University's responsibilities regarding orders of protection, no-contact orders, and other similar court orders.
- Adjusting living arrangements
- Managing academic obligations
- Getting counseling

**Director/Associate Director of the Office for Sexual Misconduct Prevention and Support** and **Deputy Title IX Coordinators for Students**

Renae DeSautel (Director) can be reached at **desautel@uchicago.edu** or 773-702-0438.  Robin Berman (Associate Director) can be reached at **robinberman@uchicago.edu** or 773-702-8251.  You may contact Renae or Robin:

- If you are a student in need of any support services related to an incident of sexual assault, sexual abuse, sexual harassment, dating violence, domestic violence, or stalking (referred to here as "sexual misconduct").
- If you are a student who has questions regarding this Policy or the **Policy on Title IX Sexual Harassment**.
- If you are a student who has questions regarding Title IX of the Education Amendments of 1972.
- If you are a student seeking information regarding or the implementation of Supportive Measures and accommodations related to a sexual misconduct matter.

**Student Wellness: 773-702-4156, 840 East 59th Street**

Physicians and certified nurse practitioners provide for students ongoing follow-up health care and services, including pregnancy testing, counseling, and referral services; and sexually transmitted disease testing, diagnosis, and treatment. There is a 24-hours-a-day advice line available to students for consultation. While acute, immediate post-assault treatment is provided at the Emergency Room at 5656 S. Maryland Ave, the Student Health Service offers follow-up care, including health care services for students who have chosen not seek care immediately after an assault. For more information, visit **https://wellness.uchicago.edu/**

**Student Health Service Nurse Triage Line: 773-834-WELL**

**Student Counseling Service: 773-702-9800, 5555 South Woodlawn Avenue (SCS Staff Member-on-Call 24-hours)**

SCS supports students who are working through an experience of sexual assault, domestic violence, dating violence, or stalking, or questions about relationships and sexuality.

Consultation with a staff member is available in person during regular business hours and by telephone for after-hours emergencies.  For more information, visit **http://counseling.uchicago.edu/**.

**Confidential Advisor: 773-702-9800, 5555 South Woodlawn Avenue (Ask to Speak with a Confidential Advisor)**

A Confidential Advisor is available by appointment through the Student Counseling Service. This is a licensed clinician who has received an additional 40 hours of training on Sexual Violence. Communication with a Confidential Advisor is considered privileged communication.

**Area Deans of Students**

At any time, students may contact their area Dean of Students or Campus and Student Life. Deans of Students are available to help and work with students throughout the process, addressing short- term and long-term personal or academic issues that arise, including options for with changing academic, living, transportation, and working situations if requested and available. **http://csl.uchicago.edu/get-help/dean-call-program/area-dean-students**.

**Resources for Sexual Violence Prevention (RSVP): 773-834-7738**

RSVP organizes interactive peer workshops and educational programs on acquaintance rape prevention, sexual violence, and gender issues.  For more information, visit **https://equalopportunityprograms.uchicago.edu/title-ix/rsvp-programming-center/**.

**Peer Health Educators: 773-702-8935**

Organized by Health Promotion and Wellness, this group of students develops programs and presentations for students on a variety of sensitive subjects, including sexual health. For more information, visit **http://wellness.uchicago.edu/**.

**Financial Aid**

The University's financial aid offices can provide information regarding and assistance navigating the University's financial aid programs. Students may find contact information for their applicable financial aid office here: **http://csl.uchicago.edu/policies/disclosures#financial_aid_information**.

**Resources Especially for Faculty, Other Academic Appointees, Postdoctoral Researchers, and Staff**

**Equal Opportunity Programs**

The Office of the Provost's Equal Opportunity Programs leads and coordinates University efforts to address reports of discrimination, unlawful harassment, and sexual misconduct; to ensure accessibility; and to provide equal employment opportunities.  EOP staff contact information is located in Section IV of this Policy, you may find more information at: **https://equalopportunityprograms.uchicago.edu/**

**Human Resources Employee and Labor Relations (for Staff)**

Brett Leibsker serves as the Executive Director for the University Employee and Labor Relations Team.  You may contact Mr. Leibsker regarding complaints of misconduct by a staff member.  You may contact Mr. Leibsker by emailing **elrelations@uchicago.edu**, or by calling 773-834-2657, or by writing to Brett Leibsker, University of Chicago Human Resources, 6054 South Drexel Avenue, Chicago, IL 60637.

**Perspectives (Employee Assistance Program) 24-hours: 800-456-6327**

Counseling services are provided to staff, faculty, other academic appointees, and postdoctoral researchers affected directly and indirectly by sexual harassment, sexual assault, sexual abuse, domestic violence, dating violence, and stalking. **http://www.perspectivesltd.com/**.

609 - University of Chicago Policy on Harassment, Discrimination & Sexual Misconduct | The University of Chicago                    5/10/24, 10:53 AM

Case: 1:25-cv-08098 Document #: 76 Filed: 10/21/25 Page 16 of 28 PageID #:1027

**Non-University Resources for Everyone**

**Community-based, State, and National Sexual Assault Crisis Centers**

*Chicago Rape Crisis Hotline (24 hours): 888-293-2080*

*Immediate and long-term referrals, information, and counseling.*

*LGBTQ Crisis Hotline (24 hours): 773-871-2273*

*Information, counseling, and referrals*

*Chicago Women's Health Center: 773-935-6126*

*Gynecological care and counseling*

1025 W. Sunnyside Ave., Suite 201, Chicago, 60640 **http://www.chicagowomenshealthcenter.org**

*YWCA Metropolitan Chicago: 312-372-6600*

*Counseling and legal advocacy*

1 N. LaSalle St. #1150, Chicago, 60602

**http://www.ywcachicago.org**

*Parks Francis YWCA: 773-955-3100*

*Counseling and legal advocacy*

6600 S. Cottage Grove Ave., Chicago, 60637

*The Center on Halsted: 773-472-6469*

*Services for the LGBTQ community*

3656 N. Halsted, Chicago, 60613

**http://www.centeronhalsted.org**

*Resilience: 312-443-9603*

*Counseling and legal advocacy*

180 N. Michigan Ave. #600, Chicago, 60601

**https://www.ourresilience.org/**

*Mayor's Office for Domestic Violence Help Line (24 hours): 877-863-6338*

*Information and referrals for shelters, counseling, legal advocacy, and more*

*Chicago Bar Association: 312-554-2000*

*Lawyer referral service*

For more Illinois community-based sexual assault crisis centers, visit the Illinois Coalition on Sexual Assault, **http://www.icasa.org**

**Marine Biological Laboratory (Woods Hole, Massachusetts)**

609 - University of Chicago Policy on Harassment, Discrimination & Sexual Misconduct - The University of Chicago                5/10/24, 10:53 AM

Case: 1:25-cv-08098 Document #: 76 Filed: 10/21/25 Page 17 of 28 PageID #:1028

**Independence House, Inc.**

*Counseling, advocacy, and group counseling for survivors of rape, incest, stalking, sexual harassment, molestation, childhood sexual assault and intimate partner violence.*

220 Main St. Fl. Ste. 200, Falmouth, MA 02540

800-439-6507


**International Resources for Victims of Sexual Assault**


**Delhi**

**Rape Crisis Cell Delhi**

*Free legal services for rape victims; also assists with contacting law enforcement and obtaining medical examinations*

2nd Floor, 'C' Block, Vikas Bhawan, I.P. Estate, New Delhi – 110002.

Nearest Metro Station: ITO Telephone: 23378317, 23378044


**Hong Kong**

**RainLily**

*24-hour crisis support, coordination with healthcare workers, social workers and police, forensic medical examinations*

Room 405-410, Kin Man House, Oi Man Estate, Ho Man Tin, Kowloon, Hong Kong Telephone: 2392 2569; 2375 5322 (hotline)

Additional information regarding Hong Kong resources may be found on the **U.S. Consulate's website**.


**London**

**The Havens**

*As described above, the Havens are self-contained centers located near London hospitals which are dedicated to providing assistance to victims of sexual assault. In addition to medical examinations and first aid, the Havens offer advice, emergency contraception, medical aftercare, and specialist support (e.g., counseling, psychology, and advocacy).*

Locations: Camberwell Haven, near to King's College Hospital (south); Whitechapel Haven, near to Royal London Hospital (east); and Paddington Haven, near to St Mary's Hospital (west). Before visiting any of the Havens, you must first call 020-3299-6900 (available 24/7) to make an appointment.


**Rape Crisis England and Wales**

*Counseling, advocacy, and support to rape victims (women and girls only)*

East London: PO Box 58203, London, N1 3XP

Telephone (helpline): 020 7683 1210


North London: Head Office, Unit 5-7 Blenheim Court, 62 Brewery Road, London, N7 9NY

Telephone (helpline): 0808 801 0305


South London: P.O. Box 383, Croydon, London, CR9 2AW

Telephone (helpline): 0808 802 9999


West London: PO Box 56663, London, W13 3BJ

Telephone (helpline): 0808 801 0770


**Singapore**

**Sexual Assault Care Center (SACC) at Association of Women for Action and Research (AWARE)**

Counseling, legal services, and social work services for victims of sexual assault

Drop-in center: 5 Dover Crescent #01-22

Telephone (hotline): 6779 0282

## II.  Yearly Report on Harassment and Sexual Misconduct to the Council of the University Senate

A yearly report will be made to the Council of the University Senate: (1) detailing the number of different types of incidents of harassment and sexual misconduct brought to the attention of the University-wide Student Disciplinary Committee, Title IX Coordinators, Human Resources, and the Panel on Unlawful Harassment; and (2) describing the goals of the University-wide program to prevent harassment and sexual misconduct and the ways in which those goals were implemented during the year. The report will be prepared by the Associate Provost for Equal Opportunity Programs and reviewed and approved by the Panel on Unlawful Harassment, the Chair of which will present the report to the Council.

## III.  Compliance and Locating This Policy

### Regulations Prohibiting Discrimination

This Policy is consistent with federal, state, and local regulations governing non- discrimination and harassment including: the Age Discrimination in Employment Act, the Americans with Disabilities Act (as amended), the Civil Rights Acts of 1964 and 1991, Executive Order 11246, the Equal Pay Act of 1963, the Rehabilitation Act of 1973 (as amended), Title  IX of the Education Amendments of 1972, Genetic Information Nondiscrimination Act of 2008, Lilly Ledbetter Fair Pay Act of 2009, the Illinois Human Rights Act, the City of Chicago Human Rights Ordinance, and the Cook County Human Rights Ordinance.

The crimes of domestic violence, dating violence and stalking were added by VAWA (effective March 7, 2014) as crimes reportable under the Jeanne Clery Disclosure of Campus Security Policy and Campus Crime Statistics Act ("Clery Act"). Pursuant to the Clery Act, these crimes are reported in the publication *Annual Security and Fire Safety Report*.

### IDHR, IHRC, OCR, and EEOC Legal Recourse and Investigative/Complaint Process

A University of Chicago employee has the right to contact the Illinois Department of Human Rights (IDHR) for further information or to file a formal charge of unlawful discrimination, harassment, or retaliation. Charges must be filed within 180 days of alleged sexual harassment or other alleged discrimination unless it is a continuing offense. An appeal process is available through the Illinois Human Rights Commission (IHRC) after IDHR has completed its investigation of the complaint. The investigative, charge, and complaint process, and legal recourse processes are described in more detail at **http://www2.illinois.gov/dhr/FilingaCharge/Pages/Employment.aspx**.

| | |
|---|---|
| IDHR may be reached at:<br>Illinois Department of Human Rights<br>100 W. Randolph St., 10th Flr.<br>Intake Unit<br>Chicago, IL 60601<br>(312) 814-6200<br>(866) 740-3953 (TTY)<br><br>Other IDHR Offices:<br>Springfield:<br>(217) 785-5100<br>(866) 740-3953 (TTY)<br><br>Marion:<br>(618) 993-7463<br>(866) 740-3953 (TTY) | IHRC may be reached at:<br>Illinois Human Rights Commission<br>100 W. Randolph St., Suite 5-100<br>Chicago, IL 60601<br>(312) 814-6269<br>(312) 814-4760 (TTY)<br><br>Other IHRC Office:<br>Springfield:<br>(217) 785-4350<br>(217) 557-1500 (TTY) |

All members of the University community may also contact the Office for Civil Rights (a division of the United States Department of Education) to file a complaint pertaining to Title IX:

**Office for Civil Rights Chicago Office**

U.S. Department of Education Citigroup Center

500 W. Madison Street Suite 1475

Chicago, IL 60661

(312) 730-1560

Members of the University community may also contact the U.S. Equal Employment Opportunity Commission, which enforces federal anti-discrimination laws. An individual may file a complaint with the EEOC within 300 days from the alleged harassment or discrimination unless it is a continuing offense. Additional information on the investigation process is available at **https://www.eeoc.gov/employees/index.cfm**.

EEOC may be reached at:

Equal Employment Opportunity Commission

Chicago District Office

JCK Federal Building

230 S. Dearborn St.

Chicago, IL 60604

(800) 669-4000

There may be additional federal, state, and local complaint processes available to University of Chicago employees.

**Access to Information on Harassment, including Title IX Sexual Harassment,  Discrimination, and Sexual Misconduct**

This Policy and the University's Policy on Title IX Sexual Harassment can be found in the Student Manual of University Policies and Regulations (**http://studentmanual.uchicago.edu/**), on the Human Resources' Web site (**https://humanresources.uchicago.edu/fpg/policies/**), and at **http://harassmentpolicy.uchicago.edu**.

## IV.        Related Policies

Policy on Title IX Sexual Harassment

**https://titleixpolicy.uchicago.edu**

Counseling Service-Staff and Faculty Assistance Program (Personnel Policy U402) **http://humanresources.uchicago.edu/fpg/policies/400/p402.shtml**

Disciplinary Systems for Students **https://studentmanual.uchicago.edu/student-life-conduct/university-disciplinary-systems/university-wide-disciplinary-system/**

Discipline for Faculty and Other Academic Appointees **https://provost.uchicago.edu/handbook/clause/termination-or-removal-cause**

Nepotism Policy for Faculty and Other Academic Appointees **http://provost.uchicago.edu/handbook/clause/nepotism-policy-faculty-and-other-academic-appointees**

Nepotism Policy for Staff (Personnel Policy U206) **https://humanresources.uchicago.edu/fpg/policies/200/p206.shtml**

Progressive Corrective Action (Personnel Policy U703) **http://humanresources.uchicago.edu/fpg/policies/700/p703.shtml**

Termination of Employment Information (Personnel Policy U208) **http://humanresources.uchicago.edu/fpg/policies/200/p208.shtml**

Treatment of Confidential Information (Personnel Policy U601) **http://humanresources.uchicago.edu/fpg/policies/600/p601.shtml**

**Last administrative update: July 1, 2022**

**Last updated on 7/19/23**

*Human Resources*
*6054 S. Drexel Ave.*
*Chicago, IL 60637*

# EXHIBIT B

THE UNIVERSITY OF CHICAGO          INFO FOR          Search          🔍     ⦿ SIGN IN

ide **UChicago**     BENEFITS & ⌄     NEWS & ⌄     TOOLS & ⌄     POLICIES ⌄     ORGANIZATION ⌄     G
                     CAREER          EVENTS         RESOURCES

Policies / Human Resources Policies / 200-299 Employment / 201 - Equal Employment Opportunity

# 201 - Equal Employment Opportunity

**Brand Identity Guidelines**

**Financial Policies**

**Human Resources** ⌄
**Policies**

**Information** ⌄
**Technology Policies**

**Safety & Security Policies**

**Select Policies for**
**Academics and**
**Researchers**

**Other Policies**

**Subject**: Equal Employment Opportunity (EEO)

**Section**: U201

**Date**: May 2025

## PURPOSE

To express the University's continuing practice of
nondiscrimination in employment.

## POLICY

The University of Chicago provides access to employment
opportunities to all employees, applicants, and job seekers, and is
committed to making decisions using reasonable standards based
on each individual's qualifications as they relate to a particular
employment action (e.g., hiring, training, promotions). No person
shall be discriminated against in employment on the basis of race,
color, religion, sex, sexual orientation, gender, gender identity or,
national or ethnic origin, shared ancestry, age, status as an

individual with a disability, military or veteran status, genetic information or other protected classes under the law. Such discrimination is unlawful. This policy includes the commitment to maintaining a work environment free from unlawful harassment.

Under this policy, no employee or applicant shall be subject to retaliation (including harassment, intimidation, threats, coercion or discrimination) because he/she has engaged, in good faith, in the following activities: (i) filing a complaint under this Policy with the University, or with federal, state or local agencies; (ii) assisting or participating in an investigation or other activity related to the administration of any federal, state or local law; (iii) opposing any act or practice prohibited by this Policy or federal, state or local law; or (iv) exercising any other right protected by federal, state or local law including Section 503 and the equal opportunity provisions of VEVRAA. Staff employees and applicants for staff jobs should immediately bring any complaint of retaliation under this Policy to the attention of Human Resources (Employee and Labor Relations) or Equal Opportunity Programs.

## GUIDELINES

1. This Policy applies to all terms, conditions, and privileges of employment, including: recruitment, hiring, probationary period, training and development opportunities, job assignment, supervision, promotion or transfer, compensation, benefits, layoff and recall, termination, and retirement.

2. The Associate Vice President for Human Resources & CHRO is responsible for ensuring that University policies (including this Policy) regarding the fair and equitable treatment of staff employees are implemented.

3. The Provost's Office and Human Resources coordinate the University's compliance with and interpretation of this Policy and advise employees, supervisors, and managers about the policy as needed.

4. Department heads, managers, and supervisors have primary responsibility for ensuring that employment decisions and the work environment comply with this policy.

5. Staff employees who believe they have been discriminated against, harassed, or have knowledge of such conduct should discuss their concerns or bring any work-related concerns to their supervisor. However, a staff employee may elect to contact Human Resources (Employee and Labor Relations) or Office of the Provost's Equal Opportunity Program. Reasonable efforts will be made to conduct a prompt investigation and to treat complaints impartially and confidentially with a view to arriving at fair resolutions. If an investigation leads to a determination that this Policy was violated, corrective action up to and including termination of employment will be taken.

6. The University will provide, upon request by a job seeker or an applicant, reasonable accommodations for a disability to complete the application process.

7. In accordance with the Americans with Disabilities Act, the University shall provide, upon request by an employee with a disability, reasonable accommodations for the employee when doing so will enable the employee to successfully perform the essential duties of the job. Staff employees should contact Human Resources (Employee and Labor Relations) to initiate the disability accommodation process.

Employees represented by a union may be governed by the appropriate bargaining unit agreement.

## RELATED INFORMATION

**Policy U205 Re-employment of University Employees** 〉

# EXHIBIT C

Case: 1:25-cv-08098 Document #: 76 Filed: 10/21/25 Page 25 of 28 PageID #:1036



THE UNIVERSITY OF **CHICAGO** | **University Policies and Regulations**

Home (/) / University Policies (/university-policies/) / Student Employment

# Student Employment

Students in a full-time registration status are expected to focus their attention and efforts principally on their academic work and additional employment is secondary to their student status. The University will not employ full-time students for more than 20 hours per week during quarters of full-time registration without the express permission of an area Dean of Students or their designee (e.g., in the College, students must seek permission from Enrollment and Student Advancement's Office of Student Employment). Students may request authorization from their area Dean of Students or designee to work more than 20 hours per week, and exceptions are governed by the policies of individual divisions and schools. Teaching and research are critical to the University's academic enterprise and will therefore be prioritized in considering exceptions. Graduate students in a part-time registration status may be employed by the University without the limitation on the hours worked that are imposed on full-time registered students.

International students in J-1 or F-1 status should contact the Office of International Affairs with any questions regarding their employment eligibility and to discuss necessary arrangements if they seek to be employed for more than 20 hours per week with approval from an area Dean of Students or designee. For more information please see the employment resources (https://internationalaffairs.uchicago.edu/page/employment-resources-international-students) on the Office of International Affairs website.

While employed by the University, the student is covered by the University's human resources (HR) policies and procedures and may be disciplined or terminated from employment for policy noncompliance or inadequate performance. Students bear the responsibility of reviewing the Employee Handbook and becoming acquainted with the University's HR policies, all of which are available online at HR's webpage.

While employed at the University, the student may see personal or confidential information, including HR records, student records, donor and alumni information and, if employed at the Medical Center, patient records. Confidential information a student learns at work must remain confidential. Unauthorized disclosure of confidential information may result in discipline, including termination and student disciplinary charges.

Before accepting a position, a student should understand the duties and responsibilities of the position, noting that instructional positions at the University of Chicago are generally in person (see Remote Teaching Policy (https://provost.uchicago.edu/handbook/clause/remote-teaching-policy)). A student employee is expected to follow payroll procedures carefully and to report hours worked accurately and in a timely manner. The student should discuss problems with or questions about the job with the immediate supervisor. A student who decides to leave a job is expected to give the supervisor at least two weeks' notice.

Some positions at the University are designated as work-study or student-only positions. These positions may not be held by students who are on a leave of absence or separated from the University for any other reason. If a student holding a work-study or other student-designated position takes a leave of absence or becomes a non-registered student, they must inform their supervisor and their area Dean of Students and make arrangements to transition out of the position.

Case: 1:25-cv-08098 Document #: 76 Filed: 10/21/25 Page 26 of 28 PageID #:1037

10/14/25, 10:52 AM

Questions regarding student employment policies should be addressed to the student's supervisor, area Dean of Students, or Enrollment and Student Advancement's Office of Student Employment.

Student Manual

5711 South Woodlawn Avenue
Chicago, IL 60637
773-702-7770

©2025 The University of Chicago

# EXHIBIT D



THE UNIVERSITY OF CHICAGO

**MANSUETO INSTITUTE FOR URBAN INNOVATION**

September 27, 2024

Dear Dipesh,

It is with great pleasure that I offer you the position of Graduate Research Engineer at the University of Chicago Mansueto Institute for Urban Innovation reporting to Heidi Lee and Royce Lee beginning 10/14/24 and ending 12/14/24. We look forward to working with you in your new position. Your hourly rate of pay will be $26.00 per hour and you will work no more than 20 hours per week as a non-exempt employee. The total amount you will work during your period of employment is up to 40 hours which is subject to change depending on funding availability. Your work will also be exclusively on the social network analysis project with the Trauma Interest Working Group.

At all times, your employment will be "at-will," which means that you or the University can terminate your employment for any reason other than a reason prohibited by law.

This offer is contingent upon confirmation that you are legally authorized to work in the United States and the satisfactory completion of reference and background checks.

Your signature on page two of this employment offer letter confirms your acceptance of this at-will, non-exempt offer of employment. Please return a signed copy of this employment offer to ehlee@uchicago.edu.

Shortly after notification of your acceptance, you will receive an email message from Workday®, the University of Chicago's Human Resource Information System. This message contains valuable information, including instructions for you to successfully complete the required onboarding process activities.

Your new colleagues and I are delighted about having you join the Mansueto Institute team. I know your skills, energy and commitment will help to ensure our continued success and create opportunities for your professional growth. I look forward to working with you to continue to move the University initiatives forward.

Sincerely,

Brian Wilson
Executive Director
Mansueto Institute for Urban Innovation

The University of Chicago
1155 East 60th Street, Room 102, Chicago, IL, 60637   miurban.uchicago.edu