BC

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

FILED
10/25/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PJJ

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| Plaintiff | ) ) ) **Case Number**: ) ) **Judge**: |
| v. | ) ) **Magistrate Judge**: |
| Defendant | ) ) |

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# Support person role

Kate Shannon Biddle <kbiddle@u...>   Wed 19 Feb, 03:30

to me

Dear Dipesh,

I'm writing to clarify and set expectations about the role that Brian Curran can play in the hearing on Monday. I recognize that Brian is a union steward. However, he will be joining the hearing on Monday in the role of support person. Support persons are not allowed to speak on behalf of the student. They are there to advise you and provide support.

Please also be advised that this hearing is separate from the union grievance process, which is already underway. The focus of the hearing is to determine whether you violated any University policies. Please let me know if you have any questions.

**Kate Shannon Biddle**
Dean of Students
Pronouns: she/her What is this?
Schedule a meeting with me

**Harris Public Policy**