[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

BC  JKS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| Plaintiff | **Case Number**: |
| v. | **Judge**: |
| Defendant | **Magistrate Judge**: |

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



Campus & Student Life
**Student Disability Services**

5501 South Ellis Avenue, Chicago, IL 60637 ○ 773.702.6000 ○ disabilities@uchicago.edu

<span style="color:red">CONFIDENTIAL</span>

November 09, 2023
Dipesh Singla
ID# 12415387

Dear Dipesh Singla,

Based on the information you have provided, Student Disability Services at *The University of Chicago* has determined you are eligible for the following accommodations for the duration of your studies in the Harris School of Public Policy:

**Alternative Testing**
- Computer - exams, quizzes, writing
    - Use of a computer for exams, quizzes, and writing assignments
- Extra Time 1.50x Time-and-a-half (1.5x) for exams and quizzes.
    - Please note that this is not applicable to all types of exams and quizzes (e.g. take-home exams). Consult with SDS if you have questions.
    - For time-restricted exams that will be administered through an online management system (i.e. Canvas), extend the exam by adding 50% of the original exam length. As an example an exam originally scheduled for 60 minutes should be extended for a total of 90 minutes.
- Reduced Distraction
    - Reduced-distraction testing environment

You should contact Marley Mandelaro, or her designee, as soon as possible so that you can discuss how your accommodations will be implemented. For further information regarding your rights and responsibilities, please refer to our website which can be found at http://disabilities.uchicago.edu.

If there are any questions regarding the implementation of your accommodations, please feel free to contact me. I also urge you to contact me if you have concerns about the effectiveness of these accommodations, if you wish to request additional accommodations, or if your condition changes in any way.

Sincerely,

*Kristian Carden*

Kristian Carden
**Student Disability Services**

**The University of Chicago | Campus & Student Life**
5501 South Ellis Avenue | Chicago, Illinois 60637
Phone: 773.702.6000 | Fax: 773.926.0996

cc: Kate Biddle, Dean of Students, Harris School of Public Policy
cc: Marley Mandelaro, Assistant Director of Academic Advising & Academic Services Harris School of Public Policy



**Campus & Student Life**
**Student Disability Services**

5501 South Ellis Avenue, Chicago, IL 60637 ○ 773.702.6000 ○ disabilities@uchicago.edu

### Accommodating Students with Disabilities: An Overview

1. **Legal Background.** Qualified students with disabilities are entitled to accommodations that enable equal educational opportunities in accordance with federal laws entitled Section 504 of the Rehabilitation Act of 1973 and Title III of the Americans with Disabilities Act of 1990, as well as applicable state and local laws and the University's own Policy on Unlawful Discrimination and Harassment.

2. **Confidentiality.** Information about this student's disability is confidential and may only be disclosed to other University officials who need to know the information to do their jobs. Please take care not to discuss this student's disability, except with staff or faculty involved in providing services or accommodations to the student. Please do not make announcements in class or take other actions which would have the effect of disclosing that this or any other student has a disability (e.g., "All students who need special testing, please come to the front after the lecture.").

3. **Eligibility.** The University has established guidelines requiring students who request accommodations on the basis of disability to provide specific information from an appropriate professional (e.g. doctor, psychologist, learning specialist). You have received this notice specifying appropriate accommodations for this student because (a) the student has provided verification, which conforms to the University's guidelines; and (b) after evaluating the documentation and any other germane information, the University has determined that the student is entitled to the specified accommodations. The underlying documentation is confidential; therefore, you may not require either the student or the staff person with whom it is on file to share the documentation with you. In addition, you should not accept disability documentation directly from this or any other student; rather, you should direct the student to submit the information to Student Disability Services.

4. **The Implementation of Accommodations.** SDS encourages individuals implementing any accommodations to reach out to the SDS Director who authored this letter or the individual in the unit cc'd on the letter with questions regarding the implementation of the accommodations. It may be necessary to discuss administrative details associated with implementing an accommodation with the student, but should not involve a discussion or negotiation with the student regarding whether the accommodation is appropriate.

5. **Grievance Procedure.** The University has an informal and formal grievance procedure available to students who have concerns about disability access and/or discrimination. More information about these procedures are available at, https://disabilities.uchicago.edu/students/resolving-concerns-and-complaints/

6. **Resources for Teaching.** The SDS website has resources about teaching and accommodating students with disabilities including information about Universal Design for Instruction, creating accessible course materials and assessing deadline and attendance flexibility at https://disabilities.uchicago.edu/resources/resources-faculty/.

7. **Contacts.** Specific questions about the content of the accommodation letter should be directed to the SDS Director who authored it. General questions about students with disabilities may be directed to:

Student Disability Services
5501 S. Ellis Avenue, Chicago, IL 60637
Phone: (773) 702-6000
Email: disabilities@uchicago.edu
For more information please visit our website: disabilities.uchicago.edu