BC

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

FILED
11/13/2025
JKS
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Dipesh Singla<br><br>Plaintiff<br><br>v.<br>University of Chicago et al.<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case Number**: 1:25-cv-08098<br><br>**Judge:** Hon'blr Edmond E. Chang<br><br>**Magistrate Judge:** Honorable Jeffrey T. Gilbert |

Exhibit C supporting CCHR 15 d case

SUPPLEMENT TO COMPLAINT AND MOTION ABOUT CHICAGO COMMISSION ON HUMAN RELATIONS (CCHR) CASE ABOUT DUE PROCESS VIOLATIONS, DISCRIMINATION, EQUAL PROTECTION, REHABILITATION ACT, ADA, TITLE VII, 42 U.S.C. § 1981, 42 U.S.C. § 1983, 42 U.S.C. § 1985(3) CONSPIRACY, FIRST AMENDMENT RETALIATION, ARBITRARY AND CAPRICIOUS ENFORCEMENT, THREATS OF DISMISSAL, FAILURE TO ACCOMMODATE DISABILITY ACCOMMODATIONS, AND EVIDENCE OF INSTITUTIONAL BIAS IN FAVOR OF THE UNIVERSITY OF CHICAGO SUPPORTING STATE ACTOR CLAIMS

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

 Dipesh Singla <dipeshsingla668@gmail.com>

# Singla v University of Chicago (25-E-43) - Extension Request

37 messages

---

**Scott Velasquez** <svelasquez@uchicago.edu> 7 October 2025 at 23:03
To: "peteroakley@cityofchicago.org" <peteroakley@cityofchicago.org>
Cc: cchrfilings <cchrfilings@cityofchicago.org>, "dipeshsingla668@gmail.com" <dipeshsingla668@gmail.com>

Investigator Oakley,

I hope this email finds you well. The University of Chicago (Respondent) formally requests an extension from the original due date, or until October 20, 2025, to file its Position Statement and other supporting documentation for the above-referenced matter. Please see the attached form and notice of filing.

Please contact me if you have any questions or concerns.

Best regards,
Scott Velasquez

**Scott A. Velasquez**
**Executive Director, Equal Opportunity & Access**

Office of the Provost
The University of Chicago
(773) 702-7994
Equal Opportunity Programs

---

**2 attachments**

**UChicago (25-E-43) - Notice of Filing Certificate of Service copy.pdf**
553K

**UChicago (25-E-43) - MotionForContinuanceOrExtensionOfTime copy 2.pdf**
653K

---

**Scott Velasquez** <svelasquez@uchicago.edu> 7 October 2025 at 23:25
To: "peter.oakley@cityofchicago.rog" <peter.oakley@cityofchicago.rog>
Cc: "cchrfilings@cityofchicago.org" <cchrfilings@cityofchicago.org>, "dipeshsingla668@gmail.com" <dipeshsingla668@gmail.com>

[Quoted text hidden]

---

**2 attachments**

**UChicago (25-E-43) - Notice of Filing Certificate of Service copy.pdf**
553K

**UChicago (25-E-43) - MotionForContinuanceOrExtensionOfTime copy 2.pdf**
653K

---

**Scott Velasquez** <svelasquez@uchicago.edu> 7 October 2025 at 23:28
To: "peter.oakley@cityofchicago.org" <peter.oakley@cityofchicago.org>
Cc: "cchrfilings@cityofchicago.org" <cchrfilings@cityofchicago.org>, "dipeshsingla668@gmail.com" <dipeshsingla668@gmail.com>

[Quoted text hidden]

**2 attachments**


**UChicago (25-E-43) - Notice of Filing Certificate of Service copy.pdf**
553K

**UChicago (25-E-43) - MotionForContinuanceOrExtensionOfTime copy 2.pdf**
653K

---

**Peter Oakley** <Peter.Oakley@cityofchicago.org> — 7 October 2025 at 23:34
To: Scott Velasquez <svelasquez@uchicago.edu>
Cc: cchrfilings <cchrfilings@cityofchicago.org>, "dipeshsingla668@gmail.com" <dipeshsingla668@gmail.com>

Mr Velasquez-

For your information, both parties are required to submit two paper copies of all pleadings, responses, documents, etc. in addition to any electronic filing.

Your request for an extension until October 20, 2025, is granted.

Peter Oakley
Investigator

---

**From:** Scott Velasquez <svelasquez@uchicago.edu>
**Sent:** Tuesday, October 7, 2025 12:58 PM
**To:** Peter Oakley <Peter.Oakley@cityofchicago.org>
**Cc:** cchrfilings <cchrfilings@cityofchicago.org>; dipeshsingla668@gmail.com <dipeshsingla668@gmail.com>
**Subject:** Singla v University of Chicago (25-E-43) - Extension Request

[Warning: External email]

[Quoted text hidden]

---

**Scott Velasquez** <svelasquez@uchicago.edu> — 7 October 2025 at 23:44
To: Peter Oakley <Peter.Oakley@cityofchicago.org>
Cc: cchrfilings <cchrfilings@cityofchicago.org>, "dipeshsingla668@gmail.com" <dipeshsingla668@gmail.com>

Understood, thank you so much.

Best regards,
Scott

---

**From:** Peter Oakley <Peter.Oakley@cityofchicago.org>
**Sent:** Tuesday, October 7, 2025 1:04:35 PM
**To:** Scott Velasquez <svelasquez@uchicago.edu>
**Cc:** cchrfilings <cchrfilings@cityofchicago.org>; dipeshsingla668@gmail.com <dipeshsingla668@gmail.com>
**Subject:** Re: Singla v University of Chicago (25-E-43) - Extension Request

[Quoted text hidden]

---

**Dipesh Singla** <dipeshsingla668@gmail.com> — 8 October 2025 at 05:30
To: Dipesh Singla <dipeshsingla668@gmail.com>

[Quoted text hidden]

---

**Dipesh Singla** <dipeshsingla668@gmail.com> 11 October 2025 at 01:14
To: Dipesh Singla <dipeshsingla668@gmail.com>

[Quoted text hidden]

---

**Dipesh Singla** <dipeshsingla668@gmail.com> 11 October 2025 at 01:35
To: Peter Oakley <Peter.Oakley@cityofchicago.org>, cchrfilings <cchrfilings@cityofchicago.org>, Ingrid Upchurch <ingrid.Upchurch@cityofchicago.org>
Cc: Scott Velasquez <svelasquez@uchicago.edu>, cchrfilings@cityofchicago.org

Dear Peter and Ingrid, and respondent counsel,
Respected Team(s),
I hope you're doing well, and in good health.
Here's the **Amended complaint and motions attached below** (multiple in one file), mainly relating to allowing us to submit data all online (email) for equal access, and proceeding with the complete process digitally.
After this gets docketed on the portal of CCHR/COC, if possible kindly let me know once it's live on the portal along with a link to this case.
There should be some missing thing(s)/improvement required please lmk.
Movant invokes legal protections herewith.
Respondents counsel served herewith, COS at EOD attached below.
br

[Quoted text hidden]

---

**2 attachments**

**CCHR Full Compalint Motions and detailed documents.pdf**
471K

**Singla_Dipesh Harris School of Public Policy Disability.pdf**
405K

---

**Marisol Gallegos** <Marisol.Gallegos@cityofchicago.org> 14 October 2025 at 20:17
To: "dipeshsingla668@gmail.com" <dipeshsingla668@gmail.com>
Cc: "svelasquez@uchicago.edu" <svelasquez@uchicago.edu>, Peter Oakley <Peter.Oakley@cityofchicago.org>

Hi Dipesh Singla,

The Commission acknowledges receipt of your attempted filing of an amended Complaint and accompanying "Motion." Upon review, the submission does not comply with the Commission's procedural requirements.

Pursuant to **Rule 210.120**, a complaint shall not exceed five (5) pages in length. Furthermore, the Commission has consistently held that where a complaint fails to assert any claims against a named respondent, that respondent must be dismissed from the proceeding.

As previously advised by Investigator Oakley, and in accordance with **Rule 210.120**, any filing transmitted by e-mail or facsimile shall not be deemed complete until the original document in paper form has been received by the Commission. The Commission does not maintain or operate an electronic Case Portal service. Accordingly, all filings must conform to the filing procedures set forth in the Commission's Rules which can be found here: https://www.chicago.gov/content/dam/city/depts/cchr/AdjSupportingInfo/AdjFORMS/2023AdjudicationForms/CCHR%20Rules%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.pdf

Sincerely,

**Marisol Gallegos, Esq.**

**(She/Her/Ella)**

Director of Human Rights Compliance for Employment | Adjudication Division

Commission on Human Relations | City of Chicago

**Marisol.Gallegos@cityofchicago.org | (312) 744-9678**

---

**From:** Dipesh Singla <dipeshsingla668@gmail.com>
**Sent:** Friday, October 10, 2025 3:05 PM
**To:** Peter Oakley <Peter.Oakley@cityofchicago.org>; cchrfilings <cchrfilings@cityofchicago.org>; Ingrid Upchurch <Ingrid.Upchurch@cityofchicago.org>
**Cc:** Scott Velasquez <svelasquez@uchicago.edu>
**Subject:** Re: Singla v University of Chicago (25-E-43) - Extension Request

[Warning: External email]

[Quoted text hidden]

---

**Dipesh Singla** <dipeshsingla668@gmail.com> 16 October 2025 at 17:40
To: Dipesh Singla <dipeshsingla668@gmail.com>

[Quoted text hidden]

---

**Dipesh Singla** <dipeshsingla668@gmail.com> 16 October 2025 at 18:15
To: Marisol Gallegos <Marisol.Gallegos@cityofchicago.org>, Dipesh Singla <dipeshsingla668@gmail.com>, cchrfilings <cchrfilings@cityofchicago.org>, cchr@cityofchicago.org
Cc: "svelasquez@uchicago.edu" <svelasquez@uchicago.edu>, Peter Oakley <Peter.Oakley@cityofchicago.org>

Hi
So please docket the exhibits and motions. Any procedural error let me know, I will solve all problems asap ; as possible for me. I want to also get an answer if I have the right to ask so, why is any case against the University of Chicago not present on the website? There should be a good logic which I am unable to get to.
**Please consider the attached motion first and then the attached copies of exhibits of complaints.**
**Please lmk error/issues I will resolve asap.**
Best.
[Quoted text hidden]

**MOTION FOR PERMISSION TO SUBMIT DOCUMENTS ELECTRONICALLY VIA EMAIL AND SECURE TRANSFER.pdf**
116K

---

**Dipesh Singla** <dipeshsingla668@gmail.com> 16 October 2025 at 18:20
To: Marisol Gallegos <Marisol.Gallegos@cityofchicago.org>, Dipesh Singla <dipeshsingla668@gmail.com>, cchrfilings <cchrfilings@cityofchicago.org>, cchr@cityofchicago.org

Cc: "svelasquez@uchicago.edu" <svelasquez@uchicago.edu>, Peter Oakley <Peter.Oakley@cityofchicago.org>

**Please consider now onwards docs after motion above consideration.**

**Exhibit A for** LOD: List of Defendants, Involved parties in alleged conspir*cy.
Best
[Quoted text hidden]

---

**LOD List.pdf**
89K

---

**Dipesh Singla** <dipeshsingla668@gmail.com> 16 October 2025 at 18:29
To: Marisol Gallegos <Marisol.Gallegos@cityofchicago.org>, Dipesh Singla <dipeshsingla668@gmail.com>, cchrfilings <cchrfilings@cityofchicago.org>, cchr@cityofchicago.org
Cc: "svelasquez@uchicago.edu" <svelasquez@uchicago.edu>, Peter Oakley <Peter.Oakley@cityofchicago.org>

**Exhibit B**

**INTRODUCTION AND BACKGROUND (Part 1)**

[Quoted text hidden]

---

**Intro and Background Part 1.pdf**
105K

---

**Dipesh Singla** <dipeshsingla668@gmail.com> 16 October 2025 at 18:32
To: Marisol Gallegos <Marisol.Gallegos@cityofchicago.org>, Dipesh Singla <dipeshsingla668@gmail.com>, cchrfilings <cchrfilings@cityofchicago.org>, cchr@cityofchicago.org
Cc: "svelasquez@uchicago.edu" <svelasquez@uchicago.edu>, Peter Oakley <Peter.Oakley@cityofchicago.org>

**Exhibit C**

**INTRODUCTION AND BACKGROUND (Part 2)**

[Quoted text hidden]

---

**Intro and Background Part 2 Exhibit C.pdf**
136K

---

**Dipesh Singla** <dipeshsingla668@gmail.com> 16 October 2025 at 18:34
To: Marisol Gallegos <Marisol.Gallegos@cityofchicago.org>, Dipesh Singla <dipeshsingla668@gmail.com>, cchrfilings <cchrfilings@cityofchicago.org>, cchr@cityofchicago.org
Cc: "svelasquez@uchicago.edu" <svelasquez@uchicago.edu>, Peter Oakley <Peter.Oakley@cityofchicago.org>

**Exhibit D**

**INTRODUCTION AND BACKGROUND (Part 3)**

[Quoted text hidden]

**Intro and Background Part 3 Exhibit D.pdf**
126K

---

**Dipesh Singla** <dipeshsingla668@gmail.com> 16 October 2025 at 18:36
To: Marisol Gallegos <Marisol.Gallegos@cityofchicago.org>, Dipesh Singla <dipeshsingla668@gmail.com>, cchrfilings <cchrfilings@cityofchicago.org>, cchr@cityofchicago.org
Cc: "svelasquez@uchicago.edu" <svelasquez@uchicago.edu>, Peter Oakley <Peter.Oakley@cityofchicago.org>

**Exhibit E**

**INTRODUCTION AND BACKGROUND (Part 4)**

[Quoted text hidden]

**Intro and Background Part 4 Exhibit E.pdf**
103K

---

**Dipesh Singla** <dipeshsingla668@gmail.com> 16 October 2025 at 18:38
To: Marisol Gallegos <Marisol.Gallegos@cityofchicago.org>, Dipesh Singla <dipeshsingla668@gmail.com>, cchrfilings <cchrfilings@cityofchicago.org>, cchr@cityofchicago.org
Cc: "svelasquez@uchicago.edu" <svelasquez@uchicago.edu>, Peter Oakley <Peter.Oakley@cityofchicago.org>

**Exhibit F**

**INTRODUCTION AND BACKGROUND (Part 5)**

[Quoted text hidden]

**Intro and Background Part 5 Exhibit F.pdf**
91K

---

**Dipesh Singla** <dipeshsingla668@gmail.com> 16 October 2025 at 18:44
To: Marisol Gallegos <Marisol.Gallegos@cityofchicago.org>, Dipesh Singla <dipeshsingla668@gmail.com>, cchrfilings <cchrfilings@cityofchicago.org>, cchr@cityofchicago.org
Cc: "svelasquez@uchicago.edu" <svelasquez@uchicago.edu>, Peter Oakley <Peter.Oakley@cityofchicago.org>

**Exhibit G**

**MOTION TO COMPEL PRODUCTION OF ALL DOCUMENTS AND PRESERVATION OF EVIDENCE**

[Quoted text hidden]

**Motion Exhibit G.pdf**
101K

---

**Dipesh Singla** <dipeshsingla668@gmail.com> 16 October 2025 at 18:46
To: Marisol Gallegos <Marisol.Gallegos@cityofchicago.org>, Dipesh Singla <dipeshsingla668@gmail.com>, cchrfilings <cchrfilings@cityofchicago.org>, cchr@cityofchicago.org
Cc: "svelasquez@uchicago.edu" <svelasquez@uchicago.edu>, Peter Oakley <Peter.Oakley@cityofchicago.org>

**Exhibit H**

**MOTION TO COMPEL PRODUCTION OF ALL DOCUMENTS AND PRESERVATION OF EVIDENCE (part 2; Contd.. from exhibit I)**

[Quoted text hidden]

**Motion Exhibit H motion g contd part 2.pdf**
95K

---

**Dipesh Singla** <dipeshsingla668@gmail.com> 16 October 2025 at 18:50
To: Marisol Gallegos <Marisol.Gallegos@cityofchicago.org>, Dipesh Singla <dipeshsingla668@gmail.com>, cchrfilings <cchrfilings@cityofchicago.org>, cchr@cityofchicago.org
Cc: "svelasquez@uchicago.edu" <svelasquez@uchicago.edu>, Peter Oakley <Peter.Oakley@cityofchicago.org>

**Exhibit I**

**REQUEST FOR EXPANDED INVESTIGATION AND ALLEGATIONS (part 1)**

[Quoted text hidden]

**Request for investigation exhibit I part 1.pdf**
104K

---

**Dipesh Singla** <dipeshsingla668@gmail.com> 16 October 2025 at 18:53
To: Marisol Gallegos <Marisol.Gallegos@cityofchicago.org>, Dipesh Singla <dipeshsingla668@gmail.com>, cchrfilings <cchrfilings@cityofchicago.org>, cchr@cityofchicago.org
Cc: "svelasquez@uchicago.edu" <svelasquez@uchicago.edu>, Peter Oakley <Peter.Oakley@cityofchicago.org>

**Exhibit J**

**REQUEST FOR EXPANDED INVESTIGATION AND ALLEGATIONS (part 2)**

[Quoted text hidden]

**Request for investigation exhibit J part 2.pdf**
128K

---

**Dipesh Singla** <dipeshsingla668@gmail.com> 16 October 2025 at 18:54
To: Marisol Gallegos <Marisol.Gallegos@cityofchicago.org>, Dipesh Singla <dipeshsingla668@gmail.com>, cchrfilings <cchrfilings@cityofchicago.org>, cchr@cityofchicago.org
Cc: "svelasquez@uchicago.edu" <svelasquez@uchicago.edu>, Peter Oakley <Peter.Oakley@cityofchicago.org>

**Exhibit K**

**REQUEST FOR EXPANDED INVESTIGATION AND ALLEGATIONS (part 3)**

[Quoted text hidden]

**Request for investigation exhibit K part 3.pdf**
120K

---

**Dipesh Singla** <dipeshsingla668@gmail.com> 16 October 2025 at 18:57

To: Marisol Gallegos <Marisol.Gallegos@cityofchicago.org>, Dipesh Singla <dipeshsingla668@gmail.com>, cchrfilings <cchrfilings@cityofchicago.org>, cchr@cityofchicago.org
Cc: "svelasquez@uchicago.edu" <svelasquez@uchicago.edu>, Peter Oakley <Peter.Oakley@cityofchicago.org>

**Exhibit L**

**REQUEST FOR EXPANDED INVESTIGATION AND ALLEGATIONS (part 4)**

[Quoted text hidden]

**Request for investigation exhibit L part 4.pdf**
114K

---

**Dipesh Singla** <dipeshsingla668@gmail.com> 16 October 2025 at 18:59
To: Marisol Gallegos <Marisol.Gallegos@cityofchicago.org>, Dipesh Singla <dipeshsingla668@gmail.com>, cchrfilings <cchrfilings@cityofchicago.org>, cchr@cityofchicago.org
Cc: "svelasquez@uchicago.edu" <svelasquez@uchicago.edu>, Peter Oakley <Peter.Oakley@cityofchicago.org>

**Exhibit M**

**LEGAL BASIS FOR INVESTIGATION (part 1)**

[Quoted text hidden]

**LEGAL BASIS FOR INVESTIGATION Exhibit M part 1.pdf**
114K

---

**Dipesh Singla** <dipeshsingla668@gmail.com> 16 October 2025 at 19:00
To: Marisol Gallegos <Marisol.Gallegos@cityofchicago.org>, Dipesh Singla <dipeshsingla668@gmail.com>, cchrfilings <cchrfilings@cityofchicago.org>, cchr@cityofchicago.org
Cc: "svelasquez@uchicago.edu" <svelasquez@uchicago.edu>, Peter Oakley <Peter.Oakley@cityofchicago.org>

**Exhibit N**

**LEGAL BASIS FOR INVESTIGATION (part 2)**

[Quoted text hidden]

**LEGAL BASIS FOR INVESTIGATION Exhibit N part 2.pdf**
98K

---

**Dipesh Singla** <dipeshsingla668@gmail.com> 16 October 2025 at 19:03
To: Marisol Gallegos <Marisol.Gallegos@cityofchicago.org>, Dipesh Singla <dipeshsingla668@gmail.com>, cchrfilings <cchrfilings@cityofchicago.org>, cchr@cityofchicago.org
Cc: "svelasquez@uchicago.edu" <svelasquez@uchicago.edu>, Peter Oakley <Peter.Oakley@cityofchicago.org>

**Exhibit O**

**MOTION FOR EQUAL TREATMENT, PROCEDURAL FLEXIBILITY, AND EQUITABLE RELIEF (PART 1)**

[Quoted text hidden]

**EXHIBIT O MOTION FOR EQUAL TREATMENT, PROCEDURAL FLEXIBILITY, AND EQUITABLE RELIEF PART 1.pdf**

110K

---

**Dipesh Singla** <dipeshsingla668@gmail.com> 16 October 2025 at 19:05
To: Marisol Gallegos <Marisol.Gallegos@cityofchicago.org>, Dipesh Singla <dipeshsingla668@gmail.com>, cchrfilings <cchrfilings@cityofchicago.org>, cchr@cityofchicago.org
Cc: "svelasquez@uchicago.edu" <svelasquez@uchicago.edu>, Peter Oakley <Peter.Oakley@cityofchicago.org>

**Exhibit P**

**MOTION FOR EQUAL TREATMENT, PROCEDURAL FLEXIBILITY, AND EQUITABLE RELIEF (PART 2)**

[Quoted text hidden]

**EXHIBIT P MOTION FOR EQUAL TREATMENT, PROCEDURAL FLEXIBILITY, AND EQUITABLE RELIEF PART 2.pdf**
108K

---

**Dipesh Singla** <dipeshsingla668@gmail.com> 16 October 2025 at 19:09
To: Marisol Gallegos <Marisol.Gallegos@cityofchicago.org>, Dipesh Singla <dipeshsingla668@gmail.com>, cchrfilings <cchrfilings@cityofchicago.org>, cchr@cityofchicago.org
Cc: "svelasquez@uchicago.edu" <svelasquez@uchicago.edu>, Peter Oakley <Peter.Oakley@cityofchicago.org>

**Exhibit Q**

**LEGAL AUTHORITIES (NON-EXHAUSTIVE LIST) FOR COMMISSION'S CONVENIENCE**

[Quoted text hidden]

**Exhibit Q Legal Authorities.pdf**
122K

---

**Dipesh Singla** <dipeshsingla668@gmail.com> 16 October 2025 at 19:11
To: Marisol Gallegos <Marisol.Gallegos@cityofchicago.org>, Dipesh Singla <dipeshsingla668@gmail.com>, cchrfilings <cchrfilings@cityofchicago.org>, cchr@cityofchicago.org
Cc: "svelasquez@uchicago.edu" <svelasquez@uchicago.edu>, Peter Oakley <Peter.Oakley@cityofchicago.org>

**Exhibit R**

**CALCULATION OF DAMAGES SOLELY UNDER CHICAGO MUNICIPAL CODE AND CCHR JURISDICTION**

[Quoted text hidden]

**CALCULATION OF DAMAGES Exhibit R.pdf**
97K

---

**Peter Oakley** <Peter.Oakley@cityofchicago.org> 16 October 2025 at 19:24
To: Dipesh Singla <dipeshsingla668@gmail.com>, Marisol Gallegos <Marisol.Gallegos@cityofchicago.org>, cchrfilings <cchrfilings@cityofchicago.org>, CCHR <CCHR@cityofchicago.org>
Cc: "svelasquez@uchicago.edu" <svelasquez@uchicago.edu>

Complainant Singla-

Your motion is denied. If you wish for any of the electronic submissions to be considered, you must submit two paper copies per the Commission's rules.

Peter Oakley
Investigator

---

**From:** Dipesh Singla <dipeshsingla668@gmail.com>
**Sent:** Thursday, October 16, 2025 7:45 AM
**To:** Marisol Gallegos <Marisol.Gallegos@cityofchicago.org>; Dipesh Singla <dipeshsingla668@gmail.com>; cchrfilings <cchrfilings@cityofchicago.org>; CCHR <CCHR@cityofchicago.org>
**Cc:** svelasquez@uchicago.edu <svelasquez@uchicago.edu>; Peter Oakley <Peter.Oakley@cityofchicago.org>
[Quoted text hidden]

[Quoted text hidden]

---

**Dipesh Singla** <dipeshsingla668@gmail.com> 16 October 2025 at 19:27
To: Marisol Gallegos <Marisol.Gallegos@cityofchicago.org>, Dipesh Singla <dipeshsingla668@gmail.com>, cchrfilings <cchrfilings@cityofchicago.org>, cchr@cityofchicago.org
Cc: "svelasquez@uchicago.edu" <svelasquez@uchicago.edu>, Peter Oakley <Peter.Oakley@cityofchicago.org>

[Quoted text hidden]

**NoticeOfFilingCertificateOfService913.pdf**
72K

---

**Dipesh Singla** <dipeshsingla668@gmail.com> 16 October 2025 at 19:34
To: Peter Oakley <Peter.Oakley@cityofchicago.org>
Cc: Marisol Gallegos <Marisol.Gallegos@cityofchicago.org>, cchrfilings <cchrfilings@cityofchicago.org>, CCHR <CCHR@cityofchicago.org>, "svelasquez@uchicago.edu" <svelasquez@uchicago.edu>

That was fast, but dear investigator, in this case can you allow extension of time motion via email to the defendants when complainant motion is denied due to sending on email?
Further if I send this somehow can you tell if this same motion be granted or not for email filling?
Please let me know asap, since eventually you will be the one who will look at this motion.
Best
[Quoted text hidden]

---

**Peter Oakley** <Peter.Oakley@cityofchicago.org> 16 October 2025 at 19:41
To: Dipesh Singla <dipeshsingla668@gmail.com>

Your motion for permission to file electronically is DENIED. You should not submit the same motion again.

Your motion to compel and request for and expanded investigation are also denied. Your do not have to submit any of those motions by mail.

Only submit documents that are relevant to the allegations in your complaint. You may have an additional 30 days to submit those documents by mail.

Peter Oakley
Investigator

---

**From:** Dipesh Singla <dipeshsingla668@gmail.com>
**Sent:** Thursday, October 16, 2025 9:04 AM
**To:** Peter Oakley <Peter.Oakley@cityofchicago.org>
**Cc:** Marisol Gallegos <Marisol.Gallegos@cityofchicago.org>; cchrfilings <cchrfilings@cityofchicago.org>; CCHR

<CCHR@cityofchicago.org>; svelasquez@uchicago.edu <svelasquez@uchicago.edu>

[Quoted text hidden]

[Quoted text hidden]

---

**Dipesh Singla** <dipeshsingla668@gmail.com>     16 October 2025 at 21:52
To: Peter Oakley <Peter.Oakley@cityofchicago.org>, Marisol Gallegos <Marisol.Gallegos@cityofchicago.org>, cchrfilings <cchrfilings@cityofchicago.org>, CCHR <cchr@cityofchicago.org>, Dipesh Singla <dipeshsingla668@gmail.com>

Ok so let's wait for the university reply then I will see how I can/ will be able to send docs to you, since the case is in the exact same stage as before where you confirmed I have to wait for univ reply then file my reply, meanwhile I am writing a necessary letter to you all.
Note: I have and been invoking no fear act, retaliation, and whistleblower protections explicity here
br

[Quoted text hidden]

---

**Peter Oakley** <Peter.Oakley@cityofchicago.org>     16 October 2025 at 21:56
To: Dipesh Singla <dipeshsingla668@gmail.com>

Complainant Singla-

Our agency does not enforce "no fear acts" or "whistleblower" legislation. You will need to direct any complaints to the proper agencies. You may want to consult an attorney to assist you.

Peter Oakley
Investigator

---

**From:** Dipesh Singla <dipeshsingla668@gmail.com>
**Sent:** Thursday, October 16, 2025 11:22 AM
**To:** Peter Oakley <Peter.Oakley@cityofchicago.org>; Marisol Gallegos <Marisol.Gallegos@cityofchicago.org>; cchrfilings <cchrfilings@cityofchicago.org>; CCHR <CCHR@cityofchicago.org>; Dipesh Singla <dipeshsingla668@gmail.com>
**Subject:** Re: Singla v University of Chicago (25-E-43) - Extension Request

[Warning: External email]

[Quoted text hidden]

---

**Dipesh Singla** <dipeshsingla668@gmail.com>     16 October 2025 at 21:59
To: Peter Oakley <Peter.Oakley@cityofchicago.org>, Dipesh Singla <dipeshsingla668@gmail.com>

I was invoking protections, please wait for my letter.
best.

[Quoted text hidden]

---

**Peter Oakley** <Peter.Oakley@cityofchicago.org>     16 October 2025 at 22:02
To: Dipesh Singla <dipeshsingla668@gmail.com>

Complainant Singla-

Our staff attorney has asked that you remove all of the emails from your list other than mine.

You must allow the investigation to proceed. I am in charge of the process, no one else.

It is time for you to stop interrupting the process with your numerous emails and motions. If you refuse, we may take action to dismiss your case.

You may withdraw your complaint if you do not care for our process.

Peter Oakley
Investigator

---

**From:** Dipesh Singla <dipeshsingla668@gmail.com>
**Sent:** Thursday, October 16, 2025 11:22 AM
**To:** Peter Oakley <Peter.Oakley@cityofchicago.org>; Marisol Gallegos <Marisol.Gallegos@cityofchicago.org>; cchrfilings <cchrfilings@cityofchicago.org>; CCHR <CCHR@cityofchicago.org>; Dipesh Singla <dipeshsingla668@gmail.com>
**Subject:** Re: Singla v University of Chicago (25-E-43) - Extension Request

[Warning: External email]

[Quoted text hidden]