**BC**

**IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF**

**ILLINOIS EASTERN DIVISION**

**FILED**
12/8/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Dipesh Singla,** individually and on behalf of all others similarly situated

    **Plaintiff,**                                )

                                             )

v.                               **Case No**. 1:25-cv-08098

                      **Hon'ble Judge**. Judge Jeffrey I. Cummings

                **Hon'ble Magistrate Judge.** Jeffrey T. Gilbert

**UNIVERSITY OF CHICAGO ET AL,**                        )

**DOES 1–100, INCLUSIVE**,

**Defendant List:**

| Defendants | Emails | Link to email | Mailing address (optional) |
|---|---|---|---|
| University of Chicago | infocenter@uchicago.edu | https://www.uchicago.edu/contact-us | 5801 S. Ellis Ave. Chicago, IL 60637 infocenter@uchicago.edu Phone: 773.702.1234 |
| Board of Trustee's at The University of Chicago | | https://trustees.uchicago.edu/ , https://secretary.uchicago.edu/ | Office of the Secretary of the University Edward H. Levi Hall 5801 S. Ellis Ave., Suite 302 Chicago, IL 60637 |
| University of Chicago Senate | | https://sof.uchicago.edu/council-of-the-university-senate/ | Secretary of the Faculties University of |

| | | | |
|---|---|---|---|
| | | | Chicago<br>5801 South Ellis Avenue<br>Chicago, IL 60637 |
| Provost Uchicago (And Office) | provost@uchicago.edu | https://provost.uchicago.edu/about#block-block-6 | Office of the Provost<br>The University of Chicago<br>Edward H. Levi Hall<br>5801 South Ellis Avenue<br>Chicago, Illinois 60637<br>773.702.1234 |
| President Office Uchicago (And Office) | president@uchicago.edu | https://president.uchicago.edu/about-the-office/staff<br>(Multiple emails of staff at office) | Office of the Secretary of the University<br>Edward H. Levi Hall<br>5801 S. Ellis Ave., Suite 302<br>Chicago, IL 60637 |
| Department of Physics | physics-chair@listhost.uchicago.edu , scychol@uchicago.edu | https://physics.uchicago.edu/, https://physics.uchicago.edu/about/contact-us/ | Department of Physics<br><br>5720 South Ellis Avenue<br>Room 201<br>Chicago, IL 60637<br>P: 773-702-7006 |
| Campus and Student Life | studentlife@uchicago.edu | https://csl.uchicago.edu/ ,https://csl.uchicago.edu/about/contact-us/ | Campus and Student Life<br><br>Behar Family House<br>5711 South Woodlawn Avenue<br>Chicago, IL 60637<br>773-702-5243 |
| Harris School of Public | harrisschool@uchicago.edu | https://harris.uchicago.edu/ , https://harris.uchicago.edu/contact-us | **The Keller Center**<br>Address: 1307 E. 60th Street, Chicago, |

| Policy | | | IL 60637 Phone: 773.702.8400 |
|---|---|---|---|
| UChicago human resources | benefits@uchicago.edu, verifications@uchicago.edu, elrelations@uchicago.edu, compensation@uchicago.edu, talentacquisition@uchicago.edu uchicagointranet@uchicago.edu | https://intranet.uchicago.edu/human-resources/ , https://intranet.uchicago.edu/human-resources/about-human-resources/contact-hr https://intranet.uchicago.edu/human-resources/about-human-resources/leadership-team | Human Resources office is located at: **Drexel Building (southwest part of campus)** 6054 South Drexel Avenue |
| Social Sciences Computing Services | sscs@uchicago.edu | https://sscs.uchicago.edu/ | Social Sciences Computing Services 1155 E 60th Street Chicago, IL 60637 (773) 702-0793 |
| University of Chicago Bursar Office | bursar@uchicago.edu | https://bursar.uchicago.edu/en/contact-us | University of Chicago Bursar 6030 South Ellis Avenue Chicago, IL 60637 United States |
| Mansueto Institute for Urban Innovation | miurban@uchicago.edu | https://miurban.uchicago.edu/ | 1155 E 60th Street Chicago, IL 60637 (773) 702-7894 |
| Office of International Affairs | international-affairs@uchicago.edu | https://internationalaffairs.uchicago.edu/ , https://internationalaffairs.uchicago.edu/about-us | Office of International Affairs Phone: 773.702.7752 Address: 1427 E. 60th Street, Chicago, IL 60637 |
| Student Disability Service | disabilities@uchicago.edu | https://disabilities.uchicago.edu/ | 5501 South Ellis Avenue Chicago, IL 60637 |

| | | | |
|---|---|---|---|
| | | | 773-702-6000 disabilities@uchicago.edu |
| University of Chicago Medicine | ucmitservicedesk@uchicagomedicine.org | https://www.uchicagomedicine.org/contact-us-form https://www.uchicagomedicine.org/about-us/overview-and-facts-at-a-glance/executive-leadership-team | **The University of Chicago Medicine** 5841 S. Maryland Avenue Chicago, IL 60637 773-702-1000 |
| University of Chicago Hospitals | ucmitservicedesk@uchicagomedicine.org , ucmitservicedesk@uchicagomedicine.org | https://www.uchicagomedicine.org/contact-us-form , https://ucmfacilities.uchicago.edu/contact/ | **The University of Chicago Medicine** 5841 S. Maryland Avenue Chicago, IL 60637 773-702-1000 |
| Chartwells Higher Education University of Chicago | dining@uchicago.edu , Chartwells HECommunications@compass-usa.com | https://dining.uchicago.edu/chartwells-higher-education-selected-as-campus-food-service-provider/ https://chartwellshighered.com/contact-us/ | 5640 S. University Ave, Room 111 (First Floor Bartlett Hall) Chicago, IL 60637 2400 Yorkmont Rd |
| Uchicago Dinning | dining@uchicago.edu | https://dining.uchicago.edu/ | 5640 S. University Ave, Room 111 (First Floor Bartlett Hall) Chicago, IL 60637 |
| Campus | dining@uchicago. | https://dining.uchicago.edu/campus- | 5640 S. University |

| | | | |
|---|---|---|---|
| Dining Advisory Board | edu | dining-advisory-board-cdab/ | Ave, Room 111 (First Floor Bartlett Hall) Chicago, IL 60637 773.702.1600 dining @uchicago.edu |
| Teamsters Local 743 | titanoplocal743@teamsterslocal743.com (773) 254-7460 (hjohnson@teamsterslocal743.com, rtennent@teamsterslocal743.com jgregory@teamsterslocal743.com, lmassey@teamsterslocal743.com jbarrios@teamsterslocal743.com , csalamone@teamsterslocal743.com ) | http://www.teamsterslocal743.com http://www.teamsterslocal743.com/?zone=/unionactive/contact.cfm http://www.teamsterslocal743.com/index.cfm?zone=/unionactive/officers.cfm | 4620 S. Tripp Avenue Chicago, IL 60632 |
| University of Chicago Arts | logancenter@uchicago.edu | https://www.uchicago.edu/life-at-uchicago/arts https://www.studentarts.uchicago.edu/contact https://artsandpubliclife.org/people | 773.702.ARTS (2787 ) logancenter@uchicago.edu 915 E 60th St Chicago, IL 60637 773.702.ARTS (2787) |
| Graduate Student United (Uchicago) | graduatestudentsunited@gmail.com | https://www.uchicagogsu.org/ https://www.uchicagogsu.org/contact | Hyde Park Union Church 4th Floor 5600 S Woodlawn Ave, Chicago, IL 60637 (224) 534-9146 |

| | | | |
|---|---|---|---|
| United electrical | ue@ueunion.org (Other: carlrosen@ueunion.org, Valentina.luketa@ueunion.org, josephine.yanasak@ueunion.org ) | http://ueunion.org/ | 4 Smithfield St, 9th Floor, Pittsburgh PA 15222 \| (412) 471 8919 \| ue@ueunion.org \| Privacy Policy |
| Equal Opportunity Programs | equalopportunity@uchicago.edu, svelasquez@uchicago.edu | https://equalopportunityprograms.uchicago.edu/contact-us/, https://equalopportunityprograms.uchicago.edu/equalopportunityaccess/ | |
| Dean Kate Shannon Biddle (Harris School of Public Policy) | kbiddle@uchicago.edu | https://harris.uchicago.edu/directory/kate-shannon-biddle https://www.linkedin.com/in/katebiddle/ | Harris School of Public Policy 1307 E. 60th Street, Suite 2025 Chicago, IL 60637 |
| Dean Ethan Bueno de Mesquita | bdm@uchicago.edu | https://harris.uchicago.edu/directory/ethan-bueno-de-mesquita, https://harris.uchicago.edu/sites/default/files/2024-07/cvbdm.pdf | Harris School of Public Policy 1307 E. 60th Street, Suite 2025 Chicago, IL 60637 https://voices.uchicago.edu/ethanbdm/ bdm@uchicago.edu |
| Dean Bahareh Lampert | blampert1@uchicago.edu | https://physicalsciences.uchicago.edu/people/profile/bahareh-lampert/ | ERC 307A Physical Sciences Division 5640 S. Ellis Avenue Chicago, IL 60637 773.702.7950 |
| Dr. Don Coursey | dlcourse@uchicago.edu, d- | https://harris.uchicago.edu/directory/don-coursey | Harris School of Public Policy |

| | coursey@uchicago.edu | | University of Chicago 1307 East 60th Street Chicago, IL 60637 |
|---|---|---|---|
| Dr. Bruce Meyer | bdmeyer@uchicago.edu | https://harris.uchicago.edu/directory/bruce-d-meyer <br> https://harris.uchicago.edu/sites/default/files/2022-06/meyercv-june2022.pdf <br> https://voices.uchicago.edu/brucemeyer/ | Harris School of Public Policy University of Chicago 1307 East 60th Street Chicago, IL 60637 bdmeyer@uchicago.edu |
| Dr. Maria Bautista | mabautista@uchicago.edu | https://harris.uchicago.edu/directory/maria-angelica-bautista , https://harris.uchicago.edu/sites/default/files/2019-05/bautista_cv_0.pdf | Harris School of Public Policy University of Chicago 1155 East 60th Street, Office 130E Chicago, Illinois 60637 U.S.A |
| Dean Micheal Hayes | mhayes6@uchicago.edu <br> Assistant: Jon Putnam <br> (773) 702-7770 <br> jputnam@uchicago.edu | https://provost.uchicago.edu/directory/michael-hayes , https://csl.uchicago.edu/about/csl-staff/ | Office of the Provost The University of Chicago Edward H. Levi Hall 5801 South Ellis Avenue Chicago, Illinois 60637 773.702.1234 <br><br> Campus and Student Life <br><br> Behar Family House 5711 South Woodlawn Avenue Chicago, IL 60637 773-702-5243 |
| President | president@uchicag | https://chemistry.uchicago.edu/paul- | |

| Paul Alivisatos | o.edu<br><br>**Primary Contact for Scheduling** Marlena Harmon, Director of Presidential Support 773.702.8002 marlenah@uchicago.edu | alivisatos<br>https://president.uchicago.edu/en<br>https://president.uchicago.edu/biography | Office of the President<br>Edward H. Levi Hall 5801 South Ellis Avenue, Suite 501 Chicago, IL 60637 United States<br><br>**The University of Chicago**<br>Department of Chemistry<br>Searle Chemistry Laboratory<br>5735 S Ellis Ave, Chicago, IL 60637 |
|---|---|---|---|
| Provost Katherine Baicker | provost@uchicago.edu, srushford@uchicago.edu | https://provost.uchicago.edu/directory/katherine-baicker | Office of the Provost<br>The University of Chicago<br>Edward H. Levi Hall 5801 South Ellis Avenue<br>Chicago, Illinois 60637<br>773.702.1234 |
| Melissa B. M. Vergara | mbmvergara@uchicago.edu | https://studentintegrity.uchicago.edu/about/meet-the-team/ | **Melissa B. M. Vergara**<br>Assistant Dean of Students in the University, Center for Student Integrity<br>Edelstone Center, 6030 S Ellis Ave, Office 283<br>Chicago, IL 60637<br>773-702-2610 |
| Jeremy W | inabinet@uchicag | https://studentintegrity.uchicago.edu | Jeremy W. Inabinet, |

| Inabinet | o.edu | /about/meet-the-team/ | Ph.D. |
| --- | --- | --- | --- |
| | | | Associate Dean of Students in the University, Center for Student Integrity |
| | | | Edelstone Center, 6030 S Ellis Ave, Office 279 |
| | | | Chicago, IL 60637 |
| | | | 773-834-4837 |
| | | | inabinet@uchicago.edu |
| Danielle Nemschof | dinemschoff@uchicago.edu | https://daniellenemschoff.github.io/<br>https://harris.uchicago.edu/directory/danielle-nemschoff | Harris School of Public Policy University of Chicago 1155 East 60th Street, Office 130E Chicago, Illinois 60637 U.S.A |
| Angie Gleghorn (HR) | gleghorn@uchicago.edu | https://directory.uchicago.edu/details/71340525Q | **Angie Gleghorn**<br>Payroll Solutions Manager<br>The University of Chicago \| Financial Services<br>Email: gleghorn@uchicago.edu<br>6054 South Drexel Ave, Suite 300 Chicago, IL, 60637 |
| Traci Verleyen Hope | tverleyen@uchicago.edu | https://computerscience.uchicago.edu/people/traci-verleyen-hope/<br>https://humanities.uchicago.edu/articles/2018/01/meet-staff-traci-verleyen | John Crerar Library Building<br>5730 South Ellis Avenue<br>Chicago IL 60637 |

| | | | |
|---|---|---|---|
| | | | Main: 773.702.6614 cswebmaster@cs.uchicago.edu<br><br>TraciVerleyenHope*(she / they)*<br>Director, Graduate Administrative Services<br>Office of the Provost \| UChicagoGRAD<br>UChicago Bookstore, 970 E. 58th Street, Chicago, IL 60637<br>773-834-9633 (Tuesday, Wednesday, Friday; remote Monday + Thursday)<br>tverleyen@uchicago.edu \| gradhelp@uchicago.edu<br><br>-<br>Department Coordinator, Cinema and Media Studies Office: Classics, 304 |
| Carol Bridgeman (CSI) | cbridge@uchicago.edu | https://studentintegrity.uchicago.edu/about/meet-the-team/ | **Carol Bridgeman**<br>Program Administrator, Center for Student Integrity<br>Edelstone Center, 6030 S Ellis Ave, Office 277<br>Chicago, IL 60637<br>773-834-4837<br>cbridge@uchicago.edu |

| | | | |
|---|---|---|---|
| Annie Diamond (Divisional Coordinator Social Science Collegiate) | anniediamond@uchicago.edu | https://humanities.uchicago.edu/articles/2023/05/meet-staff-annie-diamond | **Annie Diamond (she/her/hers) Divisional Coordinator, Social Science Collegiate Division, The University of Chicago** Harper Memorial Library 252, 1116 East 59th Street, Chicago, IL 60637 773-702-8032 \| anniediamond@uchicago.edu |
| Dr. Ada Palmer | adapalmer@uchicago.edu | https://history.uchicago.edu/directory/ada-palmer | Social Science Research Building, room 222 Mailbox 47 |
| Sheena Finnigan | sfinnigan@uchicago.edu | https://history.uchicago.edu/directory/sheena-finnigan | Sheena Finnigan **Office:** Social Science Research Building, room 329 **Phone:** (773) 702-5961 **Email** |
| Ayrelle Giles (QAD Chartwells Higher Education) | Ayrelle.Giles@compass-usa.com | https://www.compass-usa.com/ https://chartwellshighered.com/ https://dining.uchicago.edu/chartwells-higher-education-selected-as-campus-food-service-provider/ | **Ayrelle Giles Quality Assurance Director Chartwells Higher Education \| University of Chicago** Mobile: (773) 574-0598 Ayrelle.Giles@compass-usa.com |
| Arun | arunb@uchicago.e | https://sscs.uchicago.edu/ | **Arun Banotra** |

| | | | |
|---|---|---|---|
| Banotra (SSCS) | du | support-areas/ | Associate Director Social Sciences Computing Services \| Division of the Social Sciences Email: arun.banotra @uchicago.edu |
| Bart Longacre (Assistant Dean for Information Technology SSCS) | blongacr@uchicago.edu | https://history.uchicago.edu/research-development | **Barton Longacre** Assistant Dean of Information Technology Social Sciences Computing Services University of Chicago Social Sciences Division 773-834-2975 blongacr@uchicago.edu **(Bart Longacre, SSCS Director** Phone: (773) 834-2975 Email: blongacr@uchicago.edu ) |
| Diana González (SSD Dean Office) | dianagz@uchicago.edu | https://socialsciences.uchicago.edu/directory/diana-gonzalez https://socialsciences.uchicago.edu/department/department-of-history/about/contact | The University of Chicago Department of History 1126 East 59th Street Chicago, IL 60637 USA Social Science Research Building, room 330 |

| | | | history@uchicago.edu |
|---|---|---|---|
| Dean and Office of Social Sciences Division | woodward@uchicago.edu, msmiley@uchicago.edu | https://socialsciences.uchicago.edu/office-dean <br> https://socialsciences.uchicago.edu/about/contact-us <br> https://psychology.uchicago.edu/directory/amanda-woodward <br> https://psychology.uchicago.edu/about/contact-us <br> https://socialsciences.uchicago.edu/about/leadership <br> https://socialsciences.uchicago.edu/directory/brett-baker ((773) 702-8414) <br> https://socialsciences.uchicago.edu/directory/kelly-therese-pollock ((773) 702-8414 ) <br> https://socialsciences.uchicago.edu/directory/lindsey-weglarz | Green Hall 412 \| Labs: Green Hall 213-216, 219, 222, 501 <br><br> **Department of Psychology University of Chicago** <br> 5848 S. University Avenue <br> Chicago, Illinois 60637 <br> United States <br> 773.702.8403 |
| Kerry Sharkey (SSCS) | klsharkey@uchicago.edu | https://sscs.uchicago.edu/support-areas/ | Kerry Sharkey klsharkey@uchicago.edu <br> Phone: (773) 834-8194 <br> Office: 1155 E. 60th St., Suite 059 |
| Scott Bradwell (SSCS) | sdbradwe@uchicago.edu | https://sscs.uchicago.edu/support-areas/ | Scott Bradwell sdbradwe@uchicago.edu <br> Phone: (773) 702-8173 <br> Office: BSBP, Room 312 |
| Shomari Tate (SSCS) | shomaritate@uchicago.edu | https://sscs.uchicago.edu/support-areas/ | Shomari Tate shomaritate@uchicago.edu <br> Phone: (773) 795-6995 <br> Office: Green |

| | | | Hall, Room 014 |
|---|---|---|---|
| Nelson Balbarin (SSCS) | rnb@uchicago.edu | https://sscs.uchicago.edu/support-areas/ | Nelson Balbarin rnb@uchicago.edu Phone: (773) 834-0134 Office: Green Hall, Room 014 |
| Cory Martin (SSCS) | sscs@uchicago.edu | https://sscs.uchicago.edu/support-areas/ | Social Sciences Computing Services 1155 E 60th Street Chicago, IL 60637 (773) 702-0793 sscs@uchicago.edu |
| Arkus Rose (Rustandy) | Rose.Arkus@chicagobooth.edu | https://www.chicagobooth.edu/research/rustandy/who-we-are/our-team | **Rose Arkus, MPA** Assistant Director, Edwardson Social Entrepreneurship Program Rustandy Center for Social Sector Innovation The University of Chicago Booth School of Business 5807 S. Woodlawn Ave. Chicago, Illinois 60637 Phone: +(1) 773-702-7743 |
| Cara Parrish (Uchicago Arts) | cparrish@uchicago.edu | https://www.linkedin.com/in/caraparrishhr/ | **Face Parrish, aPHR** Pronouns: she/her/hers Human Resources Manager / UChicago Arts |

| | | | **The University of Chicago** \| Human Resources |
|---|---|---|---|
| Logan center | logancenter@uchicago.edu, Executive director email: wmichel@uchicago.edu | https://www.logancenter.uchicago.edu/, https://www.logancenter.uchicago.edu/staff | **LOGAN CENTER FOR THE ARTS** The University of Chicago 915 E 60th Street Chicago, IL 60637 773-79-LOGAN (56426) logancenter@uchicago.edu |
| Erin Brenner (Logan center) | erinbrenner@uchicago.edu | | Production Manager Reva and David Logan Center for the Arts University of Chicago 915 E 60th Street #243, Chicago, IL 60637 Office: 773.834.2385 |
| Frank Gilbert (Logan Center) | frankg@uchicago.edu | | Associate Director, Logan Center Production Reva and David Logan Center for the Arts The University of Chicago logancenter.uchicago.edu Logan Center Office |

| | | | 243<br>915 E 60th Street, Chicago, IL 60637<br>Mobile: 847.475.0292 |
|---|---|---|---|
| Brian Wilson (Mansueto Institute for urban innovation) | bcwilson@uchicago.edu | https://miurban.uchicago.edu/our-people/ | 1155 E. 60th Street, Suite 120 Chicago, IL 60637 |
| Aimee Giles-Scott (Associate Director, Events and Programs) | aimeeg@uchicago.edu | https://miurban.uchicago.edu/our-people/ | 1155 E. 60th Street, Suite 120 Chicago, IL 60637 |
| Heidi Lee (Operations Manager) | ehlee@uchicago.edu | https://miurban.uchicago.edu/bio_heidi-lee/ | 1155 E. 60th St., Chicago, IL 60637<br>Office: 773-702-7894 |
| Dr. John Burrows (Senior Lecturer Academic Director, Part-Time Programs and Leadership) | jburrows@uchicago.edu | https://harris.uchicago.edu/directory/john-burrows | **Harris Public Policy**<br>The University of Chicago<br>1307 E. 60th St., Office 3059<br>Chicago, IL 60637 |
| Christina Klespies (SSD HR) | cklespies@uchicago.edu | https://intranet.uchicago.edu/human-resources/about-human-resources/contact-hr | Senior Director of Human Resources<br>Phone: (773) 702-2390 |

| | | | |
|---|---|---|---|
| | | | Human Resources office is located at:<br>**Drexel Building (southwest part of campus)**<br>6054 South Drexel Avenue<br>Chicago, IL 60637 |
| Mary Mcclelland (HR Operations Supervisor, F&A FIN-Payroll & HR Services) | mcclellandm@uchicago.edu | https://intranet.uchicago.edu/organization/administration-and-offices/finance-and-administration/financial-services | The Financial Services Office is located at:<br>Edward H Levi Hall<br>5801 S Ellis Ave<br>Suite 3N<br>Chicago, Il 60637 |
| The University of Chicago \| Social Sciences Division) | socscideans@UChicago.edu | https://socialsciences.uchicago.edu/ , https://socialsciences.uchicago.edu/about/contact-us<br>https://socialsciences.uchicago.edu/about/leadership | Human Resources office is located at:<br>**Drexel Building (southwest part of campus)**<br>6054 South Drexel Avenue<br>Chicago, IL 60637 |
| Office for Sexual Misconduct Prevention | uchicagocares@uchicago.edu | https://csl.uchicago.edu/get-help/discrimination-harassment-and-sexual-misconduct/<br><br>https://equalopportunityprograms.uchicago.edu/title-ix-and-university-policy/ | Campus and Student Life<br><br>Behar Family House<br>5711 South Woodlawn Avenue<br>Chicago, IL 60637<br>773-702-5243 |
| Megan | mheckel@uchicag | https://equalopportunityprograms.uc | (773) 702-8251 |

| | | | |
|---|---|---|---|
| Heckel (Office for Sexual Misconduct Prevention) | o.edu | hicago.edu/megan-heckel/ | (773) 834-OEOP (6367) equalopportunity@uchicago.edu |
| Vickie Sides (Director for Education and Outreach Office for Sexual Misconduct Prevention and Support Assistant Dean of Students in the University) | vsides@uchicago.edu | https://equalopportunityprograms.uchicago.edu/vickie-sides/ | (773) 834-7738<br><br>(773) 834-OEOP (6367) equalopportunity@uchicago.edu |
| Vogel Labs | awhvogellab@gmail.com | https://awhvogellab.com/contact | Biopsychological Research Building 940 E 57th St Chicago, IL 60637 |
| Uchicago facilities | work-center@uchicago.edu | https://facilities.uchicago.edu/ | Facilities Services<br><br>5235 S. Harper Court Suite 1000 Chicago, Il. 60615 |
| Title IX and | equalopportunity@uchicago.edu, | https://studentmanual.uchicago.edu/university-policies/the-university-of- | (773) 834-OEOP (6367) , |

| | | | |
|---|---|---|---|
| ADA/Section 504 Coordinator Offices/group at UChicago | bcollier@uchicago.edu | chicago-policy-on-title-ix-sexual-harassment/ <br> https://equalopportunityprograms.uchicago.edu/title-ix-and-university-policy/ <br> https://equalopportunityprograms.uchicago.edu/contact-us/ | Student Manual <br><br> 5711 South Woodlawn Avenue Chicago, IL 60637 773-702-7770 |
| Department of Safety and Security, Campus Safety Division | chancellor@uchicago.edu , dss-securetech@uchicago.edu | https://safety-security.uchicago.edu/en <br> https://safety-security.uchicago.edu/about/campus-safety-division | Department of Safety and Security <br> 850 East 61st Street Chicago, IL 60637 United States 773.702.8181 |
| Sexual Assault Dean on Call | uchicagohelp@uchicago.edu | https://csl.uchicago.edu/get-help/uchicago-help/sexual-assault-dean-on-call-program/, <br> https://help.uchicago.edu/sexual-assault-dean-on-call/ | Campus and Student Life <br><br> Behar Family House <br> 5711 South Woodlawn Avenue Chicago, IL 60637 773-702-5243 |
| Campus Security Authority UChicago | | https://safety-security.uchicago.edu/en/stay-informed/clery-act-reporting/campus-security-authority-reporting 773.834.1274 | Department of Safety and Security <br> 850 East 61st Street Chicago, IL 60637 United States 773.702.8181 |
| Uchicago CARES | dining@uchicago.edu | https://dining.uchicago.edu/community-action-reaching-every-student/ | 5640 S. University Ave, Room 111 (First Floor Bartlett Hall) Chicago, IL 60637 |
| The Center | titleix@uchicago.e | https://cares.uchicago.edu/ , | (773) 834-OEOP |

| for Awareness Resolution Education & Support | du , bcollier@uchicago.edu, vsides@uchicago.edu, janellestubbs@uchicago.edu, ktruefunk@uchicago.edu | https://cares.uchicago.edu/support-and-resources/ , https://cares.uchicago.edu/prevention-education-and-training/ , http://cares.uchicago.edu/overview/uchicago-cares-team/ | (6367) titleix@uchicago.edu |
| --- | --- | --- | --- |
| Uchicago Help | uchicagohelp@uchicago.edu | https://help.uchicago.edu/dean-on-call/ | 6030 South Ellis Ave Chicago, IL. 60637 uchicagohelp@uchicago.edu |
| Uchicago Library | libraryhr@uchicago.edu | https://www.lib.uchicago.edu/about/directory/?view=staff&department=Administration%20%26%20Operations%20-%20Human%20Resources | **The Joseph Regenstein Library, The University of Chicago Library 1100 E. 57th St., Chicago, IL 60637** |
| Jim(University of Chicago Regenstein library | | https://www.lib.uchicago.edu/about/directory/?view=staff&department=Access%20Services%20-%20Document%20Delivery | **The Joseph Regenstein Library, The University of Chicago Library 1100 E. 57th St., Chicago, IL 60637** |
| Tim(University of Chicago Regenstein library | | https://www.lib.uchicago.edu/about/directory/?view=staff&department=Access%20Services%20-%20Document%20Delivery | **The Joseph Regenstein Library, The University of Chicago Library 1100 E. 57th St., Chicago, IL 60637** |
| University of Chicago Regenstein library | libraryhr@uchicago.edu, bldg-svcs@lib.uchicago.edu | https://directory.uchicago.edu/organizations/redirects?utf8=%E2%9C%93&orgs%5Bsub_departmentid%5D=1559 , https://www.lib.uchicago.edu/spaces/joseph-regenstein-library/ , https://www.lib.uchicago.edu/about/ | **The University of Chicago Library 1100 E. 57th St., Chicago, IL 60637** |

| | | directory/?view=staff , https://www.lib.uchicago.edu/about/directory/?view=staff&department=Access%20Services%20-%20Collection%20Management%20and%20Circulation%20-%20Regenstein%20Circulation%20and%20Building%20Resources, https://www.lib.uchicago.edu/about/directory/?view=staff&department=Administration%20%26%20Operations%20-%20Assessment | |
|---|---|---|---|
| University of Chicago Regenstein library HR | libraryhr@uchicago.edu | https://www.lib.uchicago.edu/about/directory/?view=staff&department=Administration%20%26%20Operations%20-%20Human%20Resources | **The Joseph Regenstein Library, The University of Chicago Library 1100 E. 57th St., Chicago, IL 60637** |
| Document delivery department, University of Chicago Regenstein library | interlibrary-loan@lib.uchicago.edu, scan-and-deliver@lib.uchicago.edu | https://www.lib.uchicago.edu/about/directory/?view=staff&department=Access%20Services%20-%20Document%20Delivery | The University of Chicago Library 1100 E. 57th St., Chicago, IL 60637 |
| RAVEN JONES (HR GENERALIST, PHYSICAL SCIENCES DIVISION) | rjones16@uchicago.edu | https://physicalsciences.uchicago.edu/people/profile/raven-jones/ | Young Memorial Bldg, 5555 S Ellis Ave (773) 702-6197 |
| SHADLA CYCHOLL (DEPART | scychol@uchicago.edu | https://physics.uchicago.edu/people/profile/shadla-cycholl/ | KPTC 201A 773-702-7006 |

| MENT ADMINISTRATOR AND ASSISTANT TO THE CHAIR) | | | |
|---|---|---|---|
| MICHELLE AYALA (BUSINESS COORDINATOR, DEPARTMENT OF PHYSICS) | mayala1@uchicago.edu | https://physics.uchicago.edu/people/profile/michelle-ayala/ | KPTC 201 (773)795-3664 |
| LUISANA ROMERO (HUMAN RESOURCES GENERALIST) | lromero1@uchicago.edu | https://physicalsciences.uchicago.edu/people/profile/luisana-romero/ | Young Memorial Bldg, 5555 S Ellis Ave, 773-702-9440 |
| Mark Chantell (Director of Instructional Laboratories and Lecture Demonstrations, Department of Physics) | Mc2@uchicago.edu | https://physics.uchicago.edu/people/profile/mark-chantell/ | KPTC 209, 773 702-7012, |
| CHICAG | cchrfilings@cityofc | https://www.chicago.gov/city/en/depts | 740 N. Sedgwick, |

| O COMMIS SION ON HUMAN RELATIO NS | hicago.org | /cchr/provdrs/discrim/svcs/file_a_disc riminationcomplaint.html | Suite 400, Chicago, Illinois, 60654 |