**IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

Dipesh Singla,

**Plaintiff,**

v.                                                                **Case No**. 1:25-cv-08098

**Hon'ble Judge**. Judge Jeffrey I. Cummings

**Hon'ble Magistrate Judge.** Jeffrey T. Gilbert

UNIVERSITY OF CHICAGO ET AL,

**Defendants.**

Plaintiff is an individual proceeding pro se and understands that the Court's Notice regarding Local Rule 3.2 (Notification of Affiliates) applies to non-governmental parties other than individuals or sole proprietorships. Accordingly, Plaintiff believes no action is required at this time and will await further order of the Court should any compliance or filing be required.

Respectfully Submitted,

Dipesh Singla

dipeshsingla668@gmail.com

+17734571046/+917973996818

#184, NAC, Shivalik Enclave, Manimajra, Chandigarh, 160101