

United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Thomas G. Bruton
Clerk of Court

## Document Deficiency Notice

**Case Number:** 1:25-cv-08098          **Judge:** Cummings

**Document Description:** Determination and Notice of Rights

This submission was delivered to the Clerk's Office by ☐ Mail ☐ Intake Counter ☐ Dropbox ☑ Pro Se Portal

The party is advised that the document appeared not to be in compliance with a federal rule, local rule, or local procedure as indicated below.

☐ The pleading was not signed  (Fed. R. Civ. Pro. 11)

☐ The required notice time on the notice of motion is not sufficient   (LR 5.3)

☐ Formatting noncompliance (LR 5.2)

☐ The brief is in excess of 15 pages  (LR 7.1)

☐ The attached document was submitted in paper form by an attorney who is a registered e-filer (Fed. R. Civ. Pro. 5(d)(3)(A); LR 5.2(a))

☐ No fee payment or IFP submitted

☑ No case information on the document

☐ Incorrect file format submitted

☐ Document(s) submitted is/are marked to be filed under seal

☐ Multiple documents were submitted and separated by Clerk's staff

☐ The presentment date on the notice of motion does not match with the date on your schedule

☑ Exhibits submitted separately

☐ Other:

**Deputy Clerk:** L. Janica          **Date:** 03/16/2026