

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**



FILED

4/4/2026

MAN

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

DIPESH SINGLA,

Plaintiff,

v.

UNIVERSITY OF CHICAGO, et al.,

Defendants.


Case No.: 1:25-cv-08098

Hon. Jeffrey I. Cummings


**NOTICE OF MOTION TO EXPEDITE RULING AND REQUEST FOR TELEPHONIC HEARING**


PLEASE TAKE NOTICE that on 5, April 2026, at 9 AM or as soon thereafter as pro se may be heard, Plaintiff Dipesh Singla, proceeding pro se, will move this Court for an order expediting the ruling on his "Motion to Consider EEOC Right-to-Sue Notice and for Leave to Amend Complaint."

Plaintiff requests that this matter be treated as an urgent pursuant to Local Rule 77.2 due to the imminent expiration of the statutory 90-day filing deadline issued by the EEOC.

Plaintiff further requests that if the Court desires to hear argument on this motion, the hearing be conducted via Zoom or other online video conference due to Plaintiff's current overseas residence. And exact time, date, and link of the meeting to be shared to plaintiff over the: dipeshsingla668@gmail.com .


Respectfully submitted,

Date: 5 April 2026

Dipesh Singla

Plaintiff, Pro Se

184 NAC Shivalik Enclave

Manimajra, Chandigarh, 160101 (India)

+17734571046

+917973996818