**BC**

**FILED**
4/4/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MAN

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

(full name of plaintiff or petitioner)

vs.

(full name of defendant(s) or respondent(s))

**APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS / FINANCIAL AFFIDAVIT (NON-PRISONER CASE)**

Case number:

**Instructions:** Please answer every question. Do not leave blanks. If the answer is "0" or "none," say so.

**Application:** I am one of the parties in this case. I believe that I am entitled to the relief I am requesting in this case. I am providing the following information under penalty of perjury in support of my request (check all that apply):

___ to proceed *in forma pauperis* (IFP) (without prepaying fees or costs)

___ to request an attorney

1. *Are you employed?*

   ___ Yes   Name and address of employer: _____

   Total amount of monthly take-home pay: _____

   ___ No   Date(s) of last employment: _____ Last monthly take-home pay:_____

2. *If married, is your spouse employed?* ____ Not married

   ___ Yes   Name and address of spouse's employer: _____

   Total amount of spouse's monthly take-home pay: _____

   ___ No   Date(s) of spouse's last employment: _____ Spouse's last monthly take-home pay:

3. *Other sources of income / money:* For the past 12 months, list the amount of money that you and/or your spouse have received from any of the following sources:

   (*list the 12-month total for each*)

   Self-employment, business, or profession: $ _____
   Income from interest or dividends: $ _____
   Income from rent payments: $ _____
   Pensions, annuities, or life insurance: $ _____
   Disability or worker's compensation: $ _____
   Gifts (including deposits into any accounts in your name): $ _____
   Unemployment, public assistance, or welfare: $ _____
   Settlements or judgments (include any that are expected): $ _____
   **Any other source of money**: $ _____

Rev. 2/2020

4. *Cash and bank accounts*: Do you and/or your spouse have any money in cash or in a checking or savings account? ___ Yes ___ No   If yes, how much? _____

5. *Other assets*: Do you and/or your spouse own or have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)? ___ Yes ___ No

   If yes, list each item of property and state its approximate value:

   _____

   _____

   _____

6. *Dependents*: Is anyone dependent on you and/or your spouse for support? ___ Yes ___ No

   If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month:

   _____

   _____

7. *Debts and financial obligations*: List any amounts you owe to others:

   _____

   _____

   _____

8. *Provide any other information that will help explain why you cannot afford to pay court fees / hire an attorney*:

   _____

   _____ cult

   _____ sophisticated counsel firm

**Declaration**: I declare under penalty of perjury that all of the information listed above is true and correct. as even with a degree

I understand that a false statement may result in dismissal of my claims or other sanctions. plaintiff can't properly fight this

Date: _____     _____ case as defendant
                        *Applicant's signature*  will have top band law firms on

                        _____ board and case is in
                        *Printed name*  itself require expertise of multiple different categories in law

In addition one counsel asked me for $100000 in deposit as they can't recover from me otherwise being overseas, another was said same on call. Current location had added additional complexity to case. Some organizations that were allegedly ready to pay for case, want me to come to Chicago to fill form as they say over email I can't fill it online. This matter have element of over and over again ongoing retaliation, discrimination, immigration, education, employment, assault, whistle blower and other matters despite having a degree plaintiff and defendants are not on same level playing field. Grieving party is believed to be disadvantaged in this case due to lack of resources, knowledge, and counsel.

Rev. 2/2020