BC
FILED
11/2/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
TE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DIPESH SINGLA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:25-cv-08098 |
| | ) | |
| v. | ) | Hon. Jeffrey I. Cummings |
| | ) | |
| THE UNIVERSITY OF CHICAGO; | ) | Magistrate Judge Jeffrey T. Gilbert |
| GRADUATE STUDENTS UNITED; | ) | |
| INTERNATIONAL BROTHERHOOD OF | ) | |
| TEAMSTERS LOCAL UNION 743; CITY | ) | |
| OF CHICAGO; and NATIONAL LABOR | ) | |
| RELATIONS BOARD, | ) | |

Defendants.

**PLAINTIFF'S MOTION (1) TO ACCEPT A CONDITIONAL, ALTERNATIVE FORM COMPLAINT; (2) FOR A RULING DIRECTING UNITED STATES MARSHALS SERVICE ON ALL DEFENDANTS; (3) COUNSEL APPOINTMENT AND (4) FOR A PACER FEE EXEMPTION**

Plaintiff Dipesh Singla, pro se, moves the Court as follows:

**A. The Court's Order and Plaintiff's Filings**

**1.** On October 30, 2026 the Court granted Plaintiff leave to proceed in forma pauperis, dismissed his earlier complaints without prejudice, and gave him leave to file, by November 20, 2026, a single amended complaint that complies with Rules 8(a) and 10(b) and the Order. Dkt. 117. **The Court will then screen it.** Failure to file will result in dismissal.

**2.** Plaintiff has filed his Amended Complaint Pursuant to Order dated 30 Oct 2026 (the "Amended Complaint"). It has **32 pages and about twenty-five Counts**. Each Count names its Defendant, and Part IV pleads the joinder of the five Defendants. This is Plaintiff's preferred pleading, and he asks that it be the operative complaint.

**B. Conditional, Alternative Form Complaint**

**3.** The Court has not yet screened the Amended Complaint, Plaintiff, who is pro se, disabled, and outside the United States, also files, solely as a protective measure, the Court's form Complaint of Employment Discrimination (the "Form Complaint"),

which is in the format from the court's portal. Plaintiff files it only to avoid any question of timeliness. He does not ask for two operative pleadings.

**4.** Plaintiff asks that the Court: (a) treat the Amended Complaint as the operative pleading; (b) **if, and only if(IFF),** it finds the Amended Complaint court finds deficient in whole or in part under Rule 8(a), 10(b), or 20, treat the Form Complaint as Plaintiff's timely single amended complaint, filed on November 20, 2026 or earlier; (c) before dismissing any claim for a pleading defect, identify the defect and allow Plaintiff leave to replead, Fed. R. Civ. P. 15(a)(2); and (d) **deem nothing in the Form Complaint a waiver or abandonment of any claim, Defendant, remedy, or right asserted in the Amended Complaint or in any earlier complaint in this action** (Dkt. 1, 26, 102, and 111), or the Amended Complaint filed in April 2026. Pleadings "must be construed so as to do justice," Fed. R. Civ. P. 8(e), and a pro se complaint is liberally construed. Erickson v. Pardus, 551 U.S. 89, 94 (2007).

## C. Request for a Ruling on Service by the United States Marshals Service

**5.** The Court has granted Plaintiff leave to proceed in forma pauperis. On such a plaintiff's request, the Court "must" order that service be made by a United States marshal. Fed. R. Civ. P. 4(c)(3); 28 U.S.C. § 1915(d). Plaintiff lives in India and cannot serve any Defendant himself. He therefore requests that the Court rule on Marshals service now, so that service can follow promptly when the Court completes screening.

**6.** Plaintiff asks the Court to direct the Clerk to issue summonses, and the Marshals Service to serve the summons and the operative amended complaint, on each Defendant at these addresses: (a) The University of Chicago, 5801 S. Ellis Avenue, Chicago, Illinois 60637; (b) Graduate Students United, 5500 S. Woodlawn Avenue, Chicago, Illinois; (c) International Brotherhood of Teamsters Local Union 743, 4620 S. Tripp Avenue, Chicago, Illinois 60632; (d) City of Chicago, City Hall, 121 N. LaSalle Street, Chicago, Illinois 60602; and (e) National Labor Relations Board, 1015 Half Street SE, Washington, D.C. 20570-0001, together with the United States Attorney for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, and the Attorney General of the United States, 950 Pennsylvania Avenue NW, Washington, D.C. 20530. Fed. R. Civ. P. 4(i)(1)–(2). Plaintiff asks that the Clerk email him the Marshals service forms (USM-285) at dipeshsingla668@gmail.com, and he will return them promptly.

## D. Request for a PACER Fee Exemption

**7.** The Court found Plaintiff's financial status warrants in forma pauperis status. Dkt. 117. This record is large (the Order itself is at page ID 5088–89). He is unemployed and outside the United States. PACER fees are an unreasonable burden for him and would limit his access to the record.

**8.** The Judicial Conference's Electronic Public Access Fee Schedule allows a court to exempt a party from PACER fees where needed to avoid unreasonable burdens and

to promote public access. Plaintiff asks the Court to exempt him from PACER fees. Plaintiff's earlier requests (Dkt. 93 and 97) were denied without prejudice in light of Dkt. 117, and he renews them here. See also In re Multi-District PACER Exemption for Graduate Student Mr. Sixun Tang, No. 1:25-mc-91535 (N.D. Ill.). A UChicago affiliate was granted the pacer multi-dist access.

9. **Plaintiff request appointment of Counsel as case being complex.**

**E. Relief Requested**

**10.** Plaintiff respectfully asks the Court to:

- grant this Motion and accept the Form Complaint as a conditional, alternative filing on the terms in paragraph 4;
- order that service be made on all five Defendants by the United States Marshals Service, as stated in paragraphs 5–6;
- exempt Plaintiff from PACER fees and allow multidistrict access for next 5 years, and also rule on request for legal research platforms, resources, and libraries as in the old motions denied with prejudice, and this is what court not addressed;
- Appoint a counsel for this complex case; and
- grant any other relief the Court finds just.

Dated: November 2, 2026

Respectfully submitted,

/s/ Dipesh Singla
Dipesh Singla, Plaintiff, pro se
184 NAC, Shivalik Enclave, Manimajra
Chandigarh 160101, India
dipeshsingla668@gmail.com
+1 (773) 457-1046

**CERTIFICATE OF SERVICE**

Plaintiff filed this Motion through the Court's Pro Se Efile Dropbox on November 2, 2026. And Via email to defendant's and Chez Chambers. /s/ Dipesh Singla

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

Dipesh Singla v. The University of Chicago, et al., No. 1:25-cv-08098

**[PROPOSED] ORDER**

Upon Plaintiff's Motion (1) to accept a conditional, alternative form complaint; (2) for a ruling directing United States Marshals service on all Defendants; and (3) for a full PACER fee exemption, it is ORDERED:

1. The Motion is granted. The Amended Complaint is Plaintiff's operative pleading. If the Court finds it deficient, the Form Complaint will be treated as Plaintiff's timely single amended complaint, and Plaintiff will be given leave to replead any claim found insufficient.
2. The Clerk shall issue summonses and the United States Marshals Service shall serve the summons and the operative amended complaint on each Defendant, including the National Labor Relations Board, the United States Attorney for the Northern District of Illinois, and the Attorney General of the United States, at the addresses in the Motion. The Clerk shall email Plaintiff the USM-285 forms.
3. Plaintiff is exempt from PACER fees.
4. Counsel is Appointed for this case

ENTERED: ____________________

________________________________
Jeffrey I. Cummings, United States District Judge